**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 4, 2024 AT 1:00 P.M.
(EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This hearing has been cancelled with the permission of the Court. The hearing has been continued to November 7, 2024 at 10:00 a.m. (Eastern Time).**

**CASE STATUS UPDATE**

1. The Debtor will provide a case status update to the Court.

**MATTER GOING FORWARD**

2. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 10/30/24] (Docket No. 80).

    Objection/Response Deadline: At or before the hearing.

    Related Documents:

    a) Declaration of Vassiliki ("Celia") Economides in Support of the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 10/30/24] (Docket No. 81).

    b) Declaration of Geoffrey Richards in Support of the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

    Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 10/30/24] (Docket No. 82).

c) Debtor's Motion to Shorten Notice and Schedule an Interim Hearing to be Conducted by Zoom with Respect to Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 10/30/24] (Docket No. 83).

d) Order Granting Debtor's Motion to Shorten Notice and Schedule an Interim Hearing to be Conducted by Zoom with Respect to Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Entered: 10/31/24] (Docket No. 85).

e) Notice of Hearing Regarding Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, And (VI) Granting Related Relief [Filed: 10/31/24] (Docket No. 94).

**Status:** This hearing has been continued for November 7, 2024 at 10:00 a.m. (ET).

Dated: November 1, 2024  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E.O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
John W. Lucas, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:  dgrassgreen@pszjlaw.com
        jlucas@pszjlaw.com
        mpagay@pszjlaw.com
        joneill@pszjlaw.com

*Proposed Counsel to the*
*Debtor and Debtor in Possession*