**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**GRITSTONE BIO, INC. (CASE NO. 24-12305)**

---

[1]   The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC., | Case No. 24-12305 |
| Debtor. | ____ |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Gritstone Bio, Inc., debtor in possession in the above-captioned chapter 11 case (the "Debtor"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its proposed financial advisor, PwC US Business Advisory LLP ("PwC"), prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

Vassiliki ("Celia") Economides has signed the Schedules and Statement. Ms. Economides serves as the Chief Financial Officer of the Debtor. In reviewing and signing the Schedules and Statement, Ms. Economides has necessarily relied upon the efforts, statements, and representations of the Debtor's personnel and professionals. Given the scale of the Debtor's business and complexity of its business covered by the Schedules and Statement, Ms. Economides has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor and its professionals relied on financial data derived from the Debtor's books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort possible to date to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents and attorneys expressly do not undertake any obligation to update,

modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**. On October 10, 2024 (the "Petition Date") the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These Global Notes apply to the Schedules and Statement filed by the Debtor.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statement and should be referenced in connection with any review thereof. In the event that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement based upon the information available in the Debtor's books and records. However, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate. Nothing contained in the Schedules and Statement constitutes a waiver of the Debtor's rights or an admission of any kind with respect to this Chapter 11 Case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission**. Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to characterize, classify, categorize, or designate correctly certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all

rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.  **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.  **Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statement on any grounds, including, without limitation, liability or classification, or otherwise to designate subsequently such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions**.  The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.  **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.  **Insiders**.  Certain Statement questions require the Debtor to disclose payments to "insiders."  Solely for purposes of these Statement questions, the Debtor included as "insiders" the following:  (a) the Debtor's directors, (b) the Debtor's officers, (c) a person in control of the Debtor, and (d) any relatives of any of the foregoing (if known by the Debtor), each as determined as of the Petition Date.  Persons have been included in the Statement for informational purposes only, and the listing of an individual as an insider is not intended to be, and should not be construed as, a legal characterization of that person as an insider and does not act as an admission

of any fact, claim, right, or defense, and all such rights, claims, and defenses are reserved.

The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals whom the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

4.   **Methodology**.

a.   **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor on an unconsolidated basis except as noted on the applicable Schedules and Statement or herein.

b.   **Reporting Date.**  Except as otherwise noted in the Global Notes or Schedules and Statement, asset values are reported as of the month ending September 30, 2024, the most recent monthly accounting close preceding the Petition Date and liabilities are valued as of the Petition Date.

c.   **Duplication**.  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statement and Schedules.  To the extent these disclosures would be duplicative, the Debtor has determined only to list such assets, liabilities, and prepetition payments once.

**Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for its assets. In addition, the Debtor is currently marketing its assets to be sold to a potential buyer for the highest or otherwise best price. Accordingly, unless

4

otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of the close of business on September 30, 2024 in the Debtor's books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, copyrights, and other intangible assets, may materially differ from their fair market values, they may be listed as undetermined amounts. The Debtor's intellectual property was generally not capitalizable under GAAP. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value. As such, market values may vary from net book value, and such variance may be material. The Debtor reserves all rights to amend, supplement, or adjust the asset values set forth herein.

d.    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease real property, furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statement.  Nothing in the Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

e.    **Allocation of Liabilities**.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The Debtor reserves the right to, but is not required to, amend the Schedules and Statement as they deem appropriate to reflect this. The liabilities listed on the Schedules and Statement do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

f.    **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtor are scheduled as "undetermined." The description of an amount as "undetermined" is not intended to reflect upon the materiality of the amount.

g.    **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

h.    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.     **Guarantees and Other Secondary Liability Claims**. The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule H with respect to credit agreements. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements.

j.     **Excluded Assets and Liabilities**. The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statement:  certain deferred rent charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; and certain accrued liabilities.  Other immaterial assets and liabilities may also have been excluded.

k.     **Liens**. The inventories, property, and equipment listed in the Schedules and Statement are presented without consideration of any liens.

l.     **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

m.     **Setoffs**. The Debtor may incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to counterparty settlements, and deposits received.  These normal, ordinary course setoffs and nettings are due to the nature of the Debtor's relationships.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts; these ordinary course setoffs are not independently accounted for and as such are or may be excluded from the Debtor's Schedules and Statement.  In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

n.     **Payment of Prepetition Claims Pursuant to First Day Orders**. The Bankruptcy Court has entered orders (the "First Day Orders") authorizing, but not directing, the Debtor to, among other things, pay certain prepetition (a) claims; (b) taxes; (c) employee wages, salaries, and other compensation and benefits; and (d) obligations related to the use of the Debtor's cash management system.  Where the Schedules and Statement list creditors and set forth the Debtor's scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date.  To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of this Chapter 11 Case pursuant to the authority granted to the Debtor by the Bankruptcy Court under the First Day Orders, such adjustments have been included in the Schedules and Statement unless otherwise noted on the applicable Schedule or Statement.  The Debtor reserves the right to update the Schedules and Statement to reflect payments made pursuant to the First Day Orders.

o.    **Intercompany Payments.**    The Debtor has one subsidiary based in the UK, referred to as Gritstone Biopharmaceuticals UK LTD ("Gritstone UK"). This subsidiary is non-operating and does not own any assets.

5.    **Specific Schedules Disclosures**.

a.  **Schedule A/B – Real and Personal Property**.  Asset values are reported as of September 30, 2024, unless otherwise noted herein.

b.  **Schedule A/B, Part 1 – Cash and Cash Equivalents.**  Details with respect to the Debtor's cash management system and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtor utilizes a centralized cash management system.

   The bank account balances listed are as of the Petition Date.  For purposes of the Schedules, highly liquid debt instruments with original maturities of 3 months or less are considered to be cash equivalents.

c.  **Schedule A/B, Part 2 – Deposits and Prepayments**.  The Bankruptcy Court, pursuant to the _Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief_ [Docket No. 39], has authorized the Debtor to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

d.  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**.  Ownership interests in Gritstone UK have been listed in Schedule A/B, Part 4, at undetermined amounts.

e.  **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment and Collectibles; Part 8 – Fixed Asset Listing**.  The Debtor tracks fixed assets and depreciation in a fixed asset system connected within its accounting system.  Generally, fixed asset descriptions may include very broad descriptions (_e.g._, "Computer Hardware"), may include a vendor name in lieu of an asset description, may have multiple line items associated with a single asset if multiple general ledger transactions occurred for a single asset, or may combine multiple assets into one line item on the Schedules and Statements.  Assets have been categorized based on the Debtor's general ledger asset classifications and categorizations included in the company's reconciliations of the fixed asset accounts.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

f.   **Schedule A/B Part 9 – Real Property – Leased Property**.  The Debtor does not own any Real Property.  Leased real property is recorded at cost and depreciated on a straight-line basis over the estimated useful lives of the assets.  Leasehold improvements are depreciated over the shorter of the remaining expected lease term or the estimated useful lives of the assets.  The general estimated life used for depreciation of buildings and improvements is 15 to 45 years.  Cost of improvements and renewals are capitalized, while costs of normal maintenance and repairs are charged to expense as incurred.  When property is sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved, and any resulting gain or loss is reflected in earnings. Real property is presented net of impairment and other adjustments.

The Debtor had performed improvements for the leased properties in the ordinary course of business to support operations. Refer to Schedule AB 55 for a detailed listing of leasehold improvements.

g.   **Schedule A/B; Part 10 – Intangibles and Intellectual Property**. Patents, trademarks, and other intellectual property are listed on Schedule A/B, Part 10. Considering book values of intangible assets such as patents, trademarks, copyrights, and other intangibles, may materially differ from their fair market values, they may be listed as undetermined amounts. Further, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for these assets.  The Debtor's intellectual property was generally not capitalizable under GAAP; for instance, patents developed internally in the normal course of business are typically expensed. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value. As such, market values may vary from net book value, and such variance may be material. The Debtor reserves all rights to amend, supplement, or adjust the asset values set forth herein.

The Debtor has domain names, which do not have an associated net book value, and it is not possible to determine a total or singular current value.

The Debtor also has licenses and collaboration agreements with certain counterparties. These licenses and agreements may have an associated net book value with the current value being undeterminable.

h.   **Schedule A/B, Part 11 – All Other Assets**.  Assets not otherwise listed in these Schedules are included in Part 11 of Schedule A/B.  Dollar amounts are presented net of impairments and other adjustments.

i.   **Schedule A/B Question 72 - Tax refunds and unused net operating losses (NOLs).** For unused net operating loss carryforwards ("NOLs") and Federal and state R&D credit carryovers ("R&D Credits"), the Debtor has scheduled the estimated NOL amounts and R&D credits in Schedule A/B Question 72.  In addition, to the NOLs and R&D Credits listed below, the Debtor estimates that it will recover capitalized R&D expenses as additional deductions totaling $200.9 million from 2025-2029.  The

Debtor's response to this question is indicative of certain gross non-tax effected NOL values as compared to the GAAP net deferred tax assets associated with such NOLs. The actual tax savings from these NOLs is dependent upon, among other things, applicable tax rates for the income that they offset, and the timing, character, and amount of any future income to which they can be applied. Use of R&D Credit carryovers is dependent on the Debtor's owing income taxes to which such R&D Credits can be applied. In addition, some of the NOLs and R&D Credits are subject to ownership change limitations and the NOLs and R&D credits generally may be subject to expiration or limitations on usability now or in the future. The amounts also do not reflect the consideration of any valuation allowances recorded pursuant to GAAP, which have the effect of reducing associated deferred tax assets. Additionally, the unused NOLs listed in Schedule A/B, Question 72 reflect the amounts listed in the Debtors' books and records, may reflect NOLs accumulated for more than one tax year.

j. **Schedule A/B.74 – Causes of Action**. Despite exercising its reasonable efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtor's books and records as of the Petition Date. The Debtor reserves all its rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

k. **Schedule A/B.75 – Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

l. **Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise set forth in any order with respect to the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and Use Certain Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 80] or other stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such

creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. To the extent the Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other entities, and no claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

m.  **Schedule E/F – Creditors Who Have Unsecured Claims**.

> *Part 1 – Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim Order: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief* [Docket No. 40] (the "Taxes Order"), the Debtor has been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition.  The Debtor is in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities may be indicated as "Unliquidated," and any amounts listed constitute the Debtor's good faith estimates of the amounts of such liabilities.  To the extent the Debtor paid any such prepetition taxes in accordance with the Taxes Order, the associated claims are not listed in the Debtor's Schedules.
>
> Furthermore, pursuant to the *Interim Order (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 36] (the "Wages Order"), the Debtor received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.  To the extent the Debtor paid any such prepetition wage and employee benefit obligations in accordance with the Wages Order, the associated claims are not listed in the Debtor's Schedules.
>
> The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.
>
> *Part 2 – Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.
>
> Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor.  The amounts for these potential claims are listed as "unknown"

10

and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights to amend Schedules D and E/F if and as it receives such invoices.

In the ordinary course of business, the Debtor generally receives invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves the right, but is not required, to amend Schedules E/F if and as it receives such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtor's books and records and may not reflect credits or allowances due from the creditor. The Debtor reserves all of its rights concerning credits or allowances.

Schedule E/F contains information regarding pending litigation involving the Debtor. The inclusion of any litigation in the Schedules and Statement does not constitute an admission by the Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. For the avoidance of doubt, the Debtor preserves all defenses with respect to any lawsuit listed on Schedule E/F, including, but not limited to, the right to dispute that any of the lawsuits listed were not properly filed or that the Debtor was not properly served a complaint in accordance with applicable state or federal laws. In addition, certain litigation or claims covered by insurance policies maintained by the Debtor may be excluded from Schedule E/F.

n.   **Schedule G – Executory Contracts and Unexpired Leases**. The Debtor's business is large and complex. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or

11

agreement is valid or enforceable.  Nothing herein shall be construed as an admission, concession, or evidence that any of the contracts, agreements, and leases identified on Schedule G:  (i) constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code and other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect. Moreover, omission of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not an executory contract or unexpired lease. The Debtor reserves all of its rights, including its right to seek a later determination of these issues and its right to dispute the validity, status, characterization, or enforceability of any contract or lease in Schedule G.

Certain of these contracts or leases may have been modified, amended, or supplemented by various amendments, restatements, statement of works, waivers, estoppel certificates, letters, improvement initiatives, notices to proceed, field directives, side letters, commitment letters, and other documents, instruments, and agreements that may not be listed, but are nonetheless incorporated by this reference.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The Debtor may have entered into various agreements in the ordinary course of its business, such as easements, rights of way, subordinations, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, non-disclosure agreements, confidentiality agreements, and similar such agreements.  These documents also may not be listed on Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in the Debtor's Schedule G.  Multiple listings, if any, reflect distinct agreements between the Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

o. **Schedule H – Co-Debtors**.  Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred.  The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to amend or supplement such Schedule further as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim.  The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtor is involved in pending or threatened litigation and claims arising out of the conduct of its business.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties.  Because such claims are listed elsewhere in the Statement and Schedules, they have not been set forth individually on Schedule H.

Schedule H may also reflect guarantees.  The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, debt instruments, and other such agreements.  Further, the Debtor believes that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtor reserves its right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

6. **Specific Statements Disclosures**.

a. **Statements – Question 1 – Gross Revenues from Business**.  The gross revenue from business is listed through September 30, 2024, rather than through the Petition Date. For the purposes of this question, the Debtor has classified all revenue and receipts as operating revenue.  While the Debtor has not generated any revenue from product sales, the amounts reported relate to certain collaboration agreements, funding agreements, grants and contracts.  These include the 2seventy Agreement, the Gilead Collaboration Agreement, the CEPI Funding Agreement, the Gates Grant Agreement and the BARDA Contract.

b. **Statements – Question 2 – Non-Business Revenue**.  Non-business revenue is listed through September 30, 2024, rather than through the Petition Date.

The Debtor's financial statements include amounts reported for "Income related to valuation of common warrants - not taxable income" as required under ASC 815. Refer to the Debtor's SEC Form 10-K for the fiscal year ended December 31, 2023 for additional information on this item.

c.  **Statements – Question 3 – 90 Day Payments**.  The dates in the date of payment column relate to one of the following:  (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the clearance or issuance date for a check or money order. Although the Debtor has attempted to remove unfunded and rejected payments, there may be items in process.  Therefore, certain payments reflected in Question 3 may not have been paid, and those amounts may also appear as unsecured non-priority claims in Schedule E/F as amounts owed to the same entities.  Payments or transfers made within the 90 days before the Petition Date to non-employee directors and/or insiders are included in Question 4 and are not listed on Question 3.

Payments made to bankruptcy professionals are not represented within this question. All payments made to bankruptcy professionals within 1 year of the Petition Date have instead been included within SOFA 11, as these payments are related to either debt consolidation or restructuring, bankruptcy relief, or filing a bankruptcy case.

d.  **Statements – Question 4 – Payments to or for the Benefit of Insiders**.

i.  <u>General</u>.  For a discussion of insiders of the Debtor, refer to paragraph 3(j) of these Global Notes. The information reported on Statement, Part 2, Question 4 is representative of the total payments made to insiders, as described in paragraph 3(j) of these Global Notes during the one (1) year prior to the Petition Date. For the avoidance of doubt, the information reported on Statement, Part 2, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Debtor but are no longer employed by the Debtor.

ii.  Payments, distributions, and withdrawals credited or given to insiders listed under this question include:  (i) transfers and payments to insiders made within 90 days of the Petition Date (such payments are not duplicated within Question 3); and (ii) transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in Question 30 herein.

iii.  <u>Stock-based Compensation Expense</u>.  Refer to the Debtor's SEC Form 10-K for the fiscal year ended December 31, 2023 for additional information on this item.

e.  **Statements – Question 6 – Setoffs**.  The Debtor may incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, refunds, negotiations, or disputes between the Debtor and third parties.  Due to the potentially voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction.  Therefore, ordinary course setoffs are excluded from the

Debtor's responses to Question 6 of the Statements.  Moreover, the Debtor does not have any non-ordinary course setoffs to report in Question 6.

f.    **Statements – Question 7 – Legal Actions or Assignments**.  The Debtor is involved in various litigation matters in the ordinary course of business.  The Debtor reserves all of its rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor.  The Debtor also reserves its rights to assert that the Debtor is not an appropriate party to such actions or proceedings.

g.    **Statements – Question 9 – Charitable Contributions**.  The donations and/or charitable contributions listed in response to Question 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtor's books and records.

h.    **Statements – Question 11 – Payments related to bankruptcy.** Payments made to bankruptcy professionals within one year of the Petition Date are represented in the response to this question; to the extent payments were made within 90 days preceding the Petition Date, they are listed here and not duplicated in the Debtor's response to Question 3. Payments listed in the response to this question could relate to fees, expense reimbursements or retainers.

i.    **Statements – Question 26d – Financial Statements.** Over the prior two years, the Debtors have provided their financial statements to various parties, including potential lenders, investors, vendors, government entities and other interested parties either directly, through online data rooms or other diligence procedures.

**Statements – Question 28 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Reported herein are officers, directors, managing members, general partners, members in control, controlling shareholders, or other individuals or entities in control of the Debtor as of the Petition Date. This includes shareholders known by the Debtor to hold greater than five percent of the Debtor's voting or equity securities (as reported on Form 13D or 13G, or by the Debtor's stock transfer agent). Ownership percentages for employee and non-employee insiders were obtained from most recent Form 3 or Form 4 available to the Debtor. Commercially reasonable efforts have been made to provide accurate and complete information regarding the ownership percentages reported herein.

j.    **Statements – Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  The Debtor believe that Question 30 was answered by the Debtor's response to Question 4 and have therefore not listed any payments, distributions, or withdrawals to insiders under this section.

## Right to Amend and/or Supplement

The Debtor reserves the right to amend and/or supplement the Schedules and Statement as may be necessary or appropriate.

## General Disclaimer

The Debtor has prepared the Schedules and Statements based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and Statement.

The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtor and its officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* .............................................................................  $ 4,597,035.65

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ..........................................................................  $ 1,145,273,369.17

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* ............................................................................  $ 1,149,870,404.82

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................  $ 41,327,099.19

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................  + $ 14,606,740.04

4. **Total liabilities**

   Lines 2 + 3a + 3b ......................................................................................................  $ 55,933,839.23

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

2.1 None    $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
| --- | --- | --- | --- | --- |
| 3.1 JP Morgan Chase Bank | Checking Account | 0182 | $ | 22,985,937.74 |
| 3.2 US Bank, Managed by Goldman Sachs | Investment Account | 0710 | $ | 0.00 |
| 3.3 US Bank, Managed by Capital Advisors Group | Investment Account | 3430 | $ | 574.00 |
| 3.4 JP Morgan Chase Bank | Savings Account | 0326 | $ | 5,339,420.00 |
| 3.5 JP Morgan Chase Bank | Savings Account | 2959 | $ | 2,020.00 |
| 3.6 First-Citizens Bank | Checking Account | 3437 | $ | 6,950.00 |

4. **Other cash equivalents** *(Identify all)*

4.1 None    $

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 28,334,901.74

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 Security Deposit Pleasanton Office Gibraltar Dr, CREFIII-RCI Saratoga, LLC | $ 32,840.00 |
| 7.2 PGE Security Deposit Requirement, PGE | $ 8,855.00 |
| 7.3 Security Deposit Pleasanton Office Willow Rd, Deerfiel Realty Corporation | $ 595,463.00 |
| 7.4 Boston Deposit (in restricted cash), RREF II Kenmore Lessor LLC | $ 4,694,985.00 |
| 7.5 Security Deposit (5959 Horton), Emery Station West LLC | $ 574,941.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 See Schedule A/B 8 Attachment | $ 3,268,815.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 9,175,899.00

Debtor:  Gritstone bio, Inc.
_____
         Name

Case number *(if known)*: 24-12305
_____

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ 33,964.00 | - $ | 0.00 | =..... ➜ | $ | 33,964.00 |
| 11b. | Over 90 days old: | None | $ | - $ | | =..... ➜ | $ | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 33,964.00

| Debtor: | Gritstone bio, Inc. | Case number *(if known)* | 24-12305 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 4:**    **Investments**

---

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ |
| --- | --- | --- |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1 Gritstone Biopharmaceuticals UK Ltd | 100% | | $ Undetermined |
| --- | --- | --- | --- |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ |
| --- | --- | --- |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

Debtor: Gritstone bio, Inc.

_____
Name

Case number *(if known)*: 24-12305

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | _____ | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | _____ | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | _____ | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Description _____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
| | Name | | |

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | $ _____ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method_____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Gritstone bio, Inc.

_____  Case number *(if known)*:  24-12305
Name

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  See Schedule A/B 39 Attachment | $            725,562.11 | | $            725,562.11 |
| **40. Office fixtures** | | | |
| 40.1  None | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  See Schedule A/B 41 Attachment | $            539,144.37 | | $            539,144.37 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$            1,264,706.48

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 | $          5,129,186.21 | Net Book Value | $          5,129,186.21 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$          5,129,186.21

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor: | Gritstone bio, Inc. | Case number *(if known):* | 24-12305 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $           4,597,035.65 | | $           4,597,035.65 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$           4,597,035.65

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206 A/B                    **Schedule A/B: Assets - Real and Personal Property**                    Page 9 of 12

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ 0.00 | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.  $ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*:  24-12305

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)        Total face amount        doubtful or uncollectible accounts

71.1 None        $ _____ - $ _____ =..... ➜ $ _____

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 See Schedule A/B 72 Attachment        Tax year        $        1,101,334,711.74

**73. Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment        $        Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Potential trademark infringement cause of action against Suzhou Grit Biotechnology Co. Ltd.        $        Undetermined

**Nature of claim**        Trademark Dispute

**Amount requested**        $        Not applicable

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None        $ _____

**Nature of claim**

**Amount requested**        $ _____

**76. Trusts, equitable or future interests in property**

76.1 None        $ _____

**77. Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 None        $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $        1,101,334,711.74

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Debtor: | Gritstone bio, Inc. | Case number *(if known):* | 24-12305 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 28,334,901.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 9,175,899.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 33,964.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,264,706.48 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,129,186.21 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................➔ | | $ 4,597,035.65 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 1,101,334,711.74 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 1,145,273,369.17 + 91b. | $ 4,597,035.65 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................ | | $ 1,149,870,404.82 |

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

De Lage Landen Financial Services, Inc.
Creditor's Name

**Creditor's mailing address**

Notice Name
1111 Old Eagle School Road
Street

| Wayne | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

Date debt was incurred     5/24/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Illumina NovaSeq 6000 sequencing system for contract number 500-50254257

$                 0.00     $          Undetermined

**Describe the lien**

UCC Financing Statement #20214025152

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor: | Gritstone bio, Inc. | Case number *(if known)* | 24-12305 |
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.2 Creditor's name**

Hercules Capital, Inc. as Agent

Creditor's Name

**Creditor's mailing address**

Notice Name

400 Hamilton Avenue

Street

Suite 310

| Palo Alto | CA | 94301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor, excluding intellectual property, but including the proceeds thereof

$ 41,327,099.19    $ Undetemined

**Describe the lien**

Refer to global notes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (*Official Form 206H*).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 41,327,099.19

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Counsel to Hercules Capital, Inc. | | | Line  2.2 | _____ |
| Name | | | | |
| Cole Schotz P.C. | | | | |
| Notice Name | | | | |
| Stacy L. Newman | | | | |
| Street | | | | |
| 500 Delaware Avenue, Suite 1410 | | | | |
| Wilmington | DE | 19801 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | | | Line  2.2 | _____ |
| Name | | | | |
| Cole Schotz P.C. | | | | |
| Notice Name | | | | |
| Stuart Komrower | | | | |
| Street | | | | |
| Court Plaza North | | | | |
| 25 Main Street P.O. Box 800 | | | | |
| Hackensack | NJ | 07602-0800 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | | | Line  2.2 | _____ |
| Name | | | | |
| Cole Schotz P.C. | | | | |
| Notice Name | | | | |
| Felice R. Yudkin | | | | |
| Street | | | | |
| Court Plaza North | | | | |
| 25 Main Street P.O. Box 800 | | | | |
| Hackensack | NJ | 07602-0802 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*:  24-12305
_____

Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc.                    Line  2.2
_____
Name

Cole Schotz P.C.
_____
Notice Name

Warren A. Usatine
_____
Street

Court Plaza North
_____

25 Main Street P.O. Box 800
_____

| Hackensack | NJ | 07602-0801 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Hercules Capital Funding Trust 2022-1                    Line  2.2
_____
Name

_____
Notice Name

1 North B Street Suite 2000
_____
Street

_____

_____

| San Mateo | CA | 94401 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

Alameda County Tax Assessor
Creditor Name

Creditor's Notice name

1221 Oak Street, Rm. 131
Address

Oakland          CA          94612-4285
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined   $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*   24-12305

Name

**2.2 Priority creditor's name and mailing address**

City of Boston Tax Collection

Creditor Name

Creditor's Notice name

P.O. Box 55808

Address

| Boston | MA | 02205-5808 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined   $ ___ Undetermined

*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**2.3 Priority creditor's name and mailing address**

City of Cambridge Real Estate Tax

Creditor Name

Creditor's Notice name

795 Massachusetts Avenue

Address

| Cambridge | MA | 02139 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined   $ ___ Undetermined

*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Property Tax

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

**2.4 Priority creditor's name and mailing address**

City of Emeryville Business Licensing Department
Creditor Name

Creditor's Notice name

8839 N Cedar Ave #212
Address

Fresno | CA | 93720
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined ___ $ ___ Undetermined ___
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Business License

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.5 Priority creditor's name and mailing address**

City of Pleasanton Community Development Department
Creditor Name

Creditor's Notice name

P.O. BOX 102413
Address

Pasadena | CA | 91189-2413
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined ___ $ ___ Undetermined ___
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Business License

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*   24-12305

---

**2.6** **Priority creditor's name and mailing address**

City of Pleasanton Finance Department

Creditor Name

Creditor's Notice name

Business License

Address

PO Box 520

Pleasanton          CA          94566-0802

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $          Undetermined   $          Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Business License

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.7** **Priority creditor's name and mailing address**

Delaware Division of Revenue

Creditor Name

Creditor's Notice name

820 N. French Street

Address

Wilmington          DE          19801

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $          Undetermined   $          Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Franchise Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*   24-12305

**2.8 Priority creditor's name and mailing address**

State of California Franchise Tax Board

Creditor Name

Creditor's Notice name

Return Processing Branch

Address

P.O. Box 942879

| Sacramento | CA | 94279-6001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Franchise Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.9 Priority creditor's name and mailing address**

Washington State Department of Revenue

Creditor Name

Creditor's Notice name

2101 4th Ave., Suite 1400

Address

| Seattle | WA | 98121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Excise Tax

**Is the claim subject to offset?**

☐ No

☐ Yes

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 24,677.42 |
|---|---|---|---|

1AB, Inc.
Creditor Name

Creditor's Notice name

PO Box 1059
Address

Lutz                FL            33548
City              State         ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,366.43 |
|---|---|---|---|

Abcam Inc.
Creditor Name

Creditor's Notice name

P.O. Box 3460
Address

Boston              MA          02241-3460
City              State         ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**3.3** **Nonpriority creditor's name and mailing address**

Acilon Consulting LLC

Creditor Name

Creditor's Notice name

459 St. Moritz Drive

Address

| Henderson | NV | 89012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                962.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

Acme Dry Ice Co.

Creditor Name

Creditor's Notice name

100 Kirkland Street

Address

| Cambridge | MA | 02138 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $             2,475.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

**3.5 Nonpriority creditor's name and mailing address**

ACROBIOSYSTEMS INC
Creditor Name

Creditor's Notice name

1 Innovation Way
Address

| Neward | DE | 19711 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,767.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

Add Life Facilities Services, Inc.
Creditor Name

Creditor's Notice name

2405 De La Cruz Blvd.
Address

| Santa Clara | CA | 95050 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,692.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305
_____

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 6,510.17

Agilent Technologies Inc.
_____
Creditor Name

_____
Creditor's Notice name

PO Box 742108
_____
Address

_____

_____

Los Angeles | CA | 90074-2108
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,706.85

Agiloft, Inc.
_____
Creditor Name

_____
Creditor's Notice name

303 Twin Dolphin Drive, Floor 6
_____
Address

_____

_____

Redwood City | CA | 94065
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.9 Nonpriority creditor's name and mailing address**

Air Energy Group LLC
Creditor Name

Creditor's Notice name

6 Norfolk Ave
Address

| South Easton | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,561.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

Alliant Insurance Services Inc.
Creditor Name

Creditor's Notice name

PO BOX 8377
Address

| Pasadena | CA | 91109-8377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,988.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.11 Nonpriority creditor's name and mailing address**

Allied Universal Technology Services
Creditor Name

Creditor's Notice name

3440 Sojourn Drive, Suite 220
Address

| Carrollton | TX | 75006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                772.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.12 Nonpriority creditor's name and mailing address**

Allucent (US) LLC
Creditor Name

Creditor's Notice name

2000 Centregreen Way, Suite 300
Address

| Cary | NC | 27513 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             112,453.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*   24-12305

**3.13 Nonpriority creditor's name and mailing address**

Amazon Web Services Inc.
Creditor Name

Creditor's Notice name

P.O. Box 84023
Address

| Seattle | WA | 98124-8423 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                39,349.98
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.14 Nonpriority creditor's name and mailing address**

Aon Consulting Inc.
Creditor Name

Creditor's Notice name

P.O. Box 100137
Address

| Pasadena | CA | 91189-0137 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                28,699.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☑  Yes

Debtor: Gritstone bio, Inc.
Name

Case number (if known)  24-12305

**3.15** **Nonpriority creditor's name and mailing address**

AreteRNA
Creditor Name

Creditor's Notice name

15810 Gaither Drive
Address

| Gaithersburg | MD | 20877 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 602.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**

Arnold & Porter
Creditor Name

Creditor's Notice name

P.O. Box 719451
Address

| Philadelphia | PA | 19171-9451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,240.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Gritstone bio, Inc.
_____
Name

Case number *(if known)*:  24-12305
_____

**3.17  Nonpriority creditor's name and mailing address**

Associated Services Company
Creditor Name

_____
Creditor's Notice name

1040 Shary Ct. #C
Address

_____

| Concord | CA | 94518 |
|---------|-----|--------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            1,766.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.18  Nonpriority creditor's name and mailing address**

AT&T
Creditor Name

_____
Creditor's Notice name

PO BOX 5019
Address

_____

| Carol Stream | IL | 60197-5019 |
|--------------|-----|------------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            1,972.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.19 Nonpriority creditor's name and mailing address**

Axolabs GmbH
Creditor Name

Creditor's Notice name

Fritz-Hornschuch-Str. 9
Address

| DE-95326 | Kulmbach | |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Backupify Inc.
Creditor Name

Creditor's Notice name

P.O. Box 21465
Address

| New York | NY | 10087-1465 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 919.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.21 Nonpriority creditor's name and mailing address**

Beckman Coulter
Creditor Name

Creditor's Notice name

Dept. CH 10164
Address

| Palatine | IL | 60055-0164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,140.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.22 Nonpriority creditor's name and mailing address**

Becton Dickinson and Company DBA BD Biosciences
Creditor Name

Creditor's Notice name

1 Beckton Drive
Address

| Franklin Lakes | NJ | 07417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    16,423.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
_____

Case number *(if known)*: 24-12305

**3.23** **Nonpriority creditor's name and mailing address**

Beth Israel Deaconess Medical Center
Creditor Name

Creditor's Notice name

330 Brookline Avenue, OV-540
Address

| Boston | MA | 02215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 617,928.05
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**

Bi Optic Inc.
Creditor Name

Creditor's Notice name

3004 Lawrence Expressway
Address

| Santa Clara | CA | 95051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 888.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Gritstone bio, Inc.

Case number *(if known)*:  24-12305

---

**3.25**  **Nonpriority creditor's name and mailing address**

Biocom California

Creditor Name

Creditor's Notice name

10996 Torreyana Road, Suite 200

Address

| | | |
|---|---|---|
| San Diego | CA | 92121 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,167.12

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

BioIVT

Creditor Name

Creditor's Notice name

P.O. Box 23821

Address

| | | |
|---|---|---|
| New York | NY | 10087-3821 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              7,905.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**3.27 Nonpriority creditor's name and mailing address**

BioLegend Inc.
Creditor Name

Creditor's Notice name

PO Box 102100
Address

| Pasadena | CA | 91189-2100 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,980.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

bioMerieux Inc.
Creditor Name

Creditor's Notice name

PO Box 500308
Address

| St. Louis | MO | 63150-0308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,906.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

**3.29 Nonpriority creditor's name and mailing address**

Bio-Rad Laboratories Inc.
Creditor Name

Creditor's Notice name

P.O. Box 849740
Address

Los Angeles | CA | 90084-9740
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,082.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

BMR-Sidney Research Campus LLC
Creditor Name

Creditor's Notice name

4570 Executive Drive, Suite 400
Address

San Diego | CA | 92121
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 467,742.18
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**3.31** **Nonpriority creditor's name and mailing address**

BMR-Sydney Research Campus, LLC

Creditor Name

Creditor's Notice name

17190 Bernardo Center Drive

Address

| San Diego | CA | 92128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/14/2024

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $             664,167.00

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Lease rejection

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

Box Inc.

Creditor Name

Creditor's Notice name

Dept 34666
P.O. Box 39000

Address

| San Francisco | CA | 94139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               3,289.51

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

3.33  **Nonpriority creditor's name and mailing address**

Brady Corporation
Creditor Name

Creditor's Notice name

P.O. Box 571
Address

| Milwaukee | WI | 53201-0571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    215.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

3.34  **Nonpriority creditor's name and mailing address**

Buono Pest Control Co. Inc.
Creditor Name

Creditor's Notice name

P.O. Box 117
Address

| Belmont | MA | 02478 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| 3.35 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 19,110.00 |

Burke Herring LLC
Creditor Name

Creditor's Notice name

1569 Solano Avenue, Suite 271
Address

Berkeley    CA    94707
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 19,110.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.36 **Nonpriority creditor's name and mailing address**

California Life Sciences Association
Creditor Name

Creditor's Notice name

Attn: Accounts Receivable
Address

San Diego    CA    92121
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

Name

---

**3.37  Nonpriority creditor's name and mailing address**

CallTower Inc

Creditor Name

Creditor's Notice name

PO Box 201083

Address

| Dallas | TX | 75320-1083 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    428.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.38  Nonpriority creditor's name and mailing address**

Cascade Thermal Solutions

Creditor Name

Creditor's Notice name

1890 Cordell Ct, Suite 102

Address

| El Cajon | CA | 92020 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    895.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.39  Nonpriority creditor's name and mailing address**

CDW Direct
Creditor Name

Creditor's Notice name

PO Box 75723
Address

| Chicago | IL | 60675-5723 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39,267.77
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.40  Nonpriority creditor's name and mailing address**

Certara USA, Inc.
Creditor Name

Creditor's Notice name

100 Overlook Center
Address

| Princeton | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 46,126.55
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**3.41** **Nonpriority creditor's name and mailing address**

ChargePoint Inc.
Creditor Name

Creditor's Notice name

254 E. Hacienda Ave
Address

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 372.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**

Checkr, Inc.
Creditor Name

Creditor's Notice name

1 Montgomery Street
Address

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 381.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** |

ChromaTec GmbH
Creditor Name

Creditor's Notice name

Walther Rathenau-Str. 49a
Address

17489 Griefswald
City    State    ZIP Code

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 920.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** |

Cintas
Creditor Name

Creditor's Notice name

P.O. Box 631025
Address

Cincinnati    OH    45263-1025
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,156.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

---

**3.45** **Nonpriority creditor's name and mailing address**

Cintas Corporation 054

Creditor Name

Creditor's Notice name

P.O. Box 29059

Address

| Phoenix | AZ | 85038-9059 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    8,501.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Commonwealth Trading Partners Inc.

Creditor Name

Creditor's Notice name

Attn: Carol Leonard

Address

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,650.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305
_____

**3.47** **Nonpriority creditor's name and mailing address**

Compass Group USA, Inc DBA Canteen Refreshment Services
Creditor Name

_____
Creditor's Notice name

2400 Yorkmont Road
Address

_____

| Charlotte | NC | 28217 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 177.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

Concur Technologies, Inc
Creditor Name

_____
Creditor's Notice name

601 108th Avenue NE
Address

_____

| Bellevue | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 463.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)* 24-12305

**3.49 Nonpriority creditor's name and mailing address**

Controlled Contamination Services LLC

Creditor Name

Creditor's Notice name

P.O. BOX 790379

Address

| St. Louis | MO | 63179-0379 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,200.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

Corning Incorporated

Creditor Name

Creditor's Notice name

25765 Network Place

Address

| Chicago | IL | 60673-1257 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 582.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** |

Countsy, an RGP Company
Creditor Name

Creditor's Notice name

Nice
Address

| Irvine | CA | 92614-5730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  556.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address** |

Cox Engineering Co.
Creditor Name

Creditor's Notice name

21 Pacella Park Drive
Address

| Randolph | MA | 02368 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                11,725.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**3.53** **Nonpriority creditor's name and mailing address**

CrowdStrike, Inc.

Creditor Name

Creditor's Notice name

150 Mathilda Place, Suite 300

Address

| Sunnyvale, | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

CryoPort Systems Inc.

Creditor Name

Creditor's Notice name

PO Box 205955

Address

| Dallas | TX | 75320-5955 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,063.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.55 Nonpriority creditor's name and mailing address**

CYGNUS Technologies

Creditor Name

Creditor's Notice name

4332 Southport Supply Road, SE

Address

| Southport | NC | 28461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,489.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Cytek Biosciences, Inc.

Creditor Name

Creditor's Notice name

47215 Lakeview Blvd.

Address

| Fremont | CA | 94538-6407 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,864.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

3.57 **Nonpriority creditor's name and mailing address**

Datadog Inc.

Creditor Name

Creditor's Notice name

DEPT CH 17763

Address

| Palatine | IL | 60055-7763 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 495.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.58 **Nonpriority creditor's name and mailing address**

Digital Media Innovations LLC

Creditor Name

Creditor's Notice name

P.O.BOX 74007143

Address

| Chicago | IL | 60674-7143 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,663.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**3.59 Nonpriority creditor's name and mailing address**

Donnelley Financial Solutions

Creditor Name

Creditor's Notice name

PO Box 842282

Address

| Boston | MA | 02284-2282 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 32,795.70

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

DSBio Consulting LLC

Creditor Name

Creditor's Notice name

1303 Redwood Avenue

Address

| Annapolis | MD | 21403 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 6,187.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*  24-12305

**3.61 Nonpriority creditor's name and mailing address**

EDGE PURSUIT, LLC

Creditor Name

Creditor's Notice name

4701 Patrick Henry Dr. BLDG 25

Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    8,113.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

Effectus Group LLC

Creditor Name

Creditor's Notice name

1735 Technology Drive,  Suite 780

Address

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,980.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**3.63** **Nonpriority creditor's name and mailing address**

Element Materials Technology (EMT) Oakland - Concord, INC.

Creditor Name

Creditor's Notice name

P.O. BOX 855356

Address

| Minneapolis | MN | 55485-5356 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,325.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**

Elim Biopharmaceuticals Inc.

Creditor Name

Creditor's Notice name

25495 Whitesell Street

Address

| Hayward | CA | 94545 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,830.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.65 Nonpriority creditor's name and mailing address**

Ellab, Inc.
Creditor Name

Creditor's Notice name

303 East17th Ave
Address

| Denver | CO | 80203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,000.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.66 Nonpriority creditor's name and mailing address**

Eppendorf North America Inc.
Creditor Name

Creditor's Notice name

P.O. Box 13275
Address

| Newark | NJ | 07101-3275 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,316.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.67 Nonpriority creditor's name and mailing address**

Equiniti Trust Company, LLC
Creditor Name

Creditor's Notice name

48 Wall Street, Floor 23
Address

| New York | NY | 10005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    8,047.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

Ernst & Young US LLP
Creditor Name

Creditor's Notice name

PO Box 846793
Address

| Los Angeles | CA | 90084-6793 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**3.69 Nonpriority creditor's name and mailing address**

Eversource Energy
Creditor Name

Creditor's Notice name

Meter Technical Dept. MA-3
Address

| Dorchester | MA | 02125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                27,050.93
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70 Nonpriority creditor's name and mailing address**

FedEx - Pittsburgh
Creditor Name

Creditor's Notice name

P.O. Box 371461
Address

| Pittsburgh | PA | 15250-7461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      26.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number (if known): 24-12305

**3.71 Nonpriority creditor's name and mailing address**

Fire Detection Unlimited Inc.
Creditor Name

Creditor's Notice name

3975 Industrial Way, Suite A
Address

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 82.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

Fisher BioServices Inc.
Creditor Name

Creditor's Notice name

P.O. Box 418395
Address

| Boston | MA | 02241-8395 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 182,111.27
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**3.73 Nonpriority creditor's name and mailing address**

Fisher Scientific
Creditor Name

Creditor's Notice name

Acct# 067440-001/003
13551 Collections Center Drive
Address

| Chicago | IL | 60693 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                113,392.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Fusion Cloud Services LLC
Creditor Name

Creditor's Notice name

PO Box 51341
Address

| Los Angeles | CA | 90051-5641 |
|-------------|-----|-------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    79.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**3.75 Nonpriority creditor's name and mailing address**

Gardeners' Guild, Inc.
Creditor Name

Creditor's Notice name

2780 Goodrick Ave.
Address

| Richmond | CA | 94801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    849.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.76 Nonpriority creditor's name and mailing address**

GeneTex Inc.
Creditor Name

Creditor's Notice name

2456 Alton Parkway
Address

| Irvine | CA | 92606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  1,478.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**3.77 Nonpriority creditor's name and mailing address**

Genevant Sciences GmBH
Creditor Name

Creditor's Notice name

Viaduktstrasse 8
Address

| Basel | 4051 |
|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 12,155.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

GenScript USA Inc.
Creditor Name

Creditor's Notice name

860 Centennial Avenue
Address

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 33,526.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*   24-12305

**3.79  Nonpriority creditor's name and mailing address**

Global Life Sciences Solutions USA LLC
Creditor Name

Creditor's Notice name

100 Results Way
Address

| Marlborough | MA | 01752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            14,483.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☑  Yes

**3.80  Nonpriority creditor's name and mailing address**

Goldman Sachs Asset Management, L.P.
Creditor Name

Creditor's Notice name

200 West Street
Address

| New York | NY | 10282 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             1,086.32
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.81 Nonpriority creditor's name and mailing address**

Grainger
Creditor Name

Creditor's Notice name

DEPT. 886768824
Address

| Palatine | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                828.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.82 Nonpriority creditor's name and mailing address**

Graphpad Software, LLC
Creditor Name

Creditor's Notice name

Dept. LA 24959
Address

| Pasadena | CA | 91185-4959 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                246.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

**3.83 Nonpriority creditor's name and mailing address**

GxP Consulting Group Inc
Creditor Name

Creditor's Notice name

409 Pennsylvania Ave
Address

| Santa Cruz | CA | 95062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    19,921.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.84 Nonpriority creditor's name and mailing address**

Harness, Dickey & Pierce, P.L.C.
Creditor Name

Creditor's Notice name

5445 Corporate Drive, Suite 200
Address

| Troy | MI | 48098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,302.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.85  Nonpriority creditor's name and mailing address**

Iketani Law Corporation
Creditor Name

Creditor's Notice name

898 N. Pacific Coast Highway, Suite 475
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.86  Nonpriority creditor's name and mailing address**

Illumina Inc.
Creditor Name

Creditor's Notice name

12864 Collection Center Drive
Address

| Chicago | IL | 60693-0128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               41,989.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**3.87 Nonpriority creditor's name and mailing address**

Immudex USA, LLC
Creditor Name

Creditor's Notice name

4031 University Drive, Suite 100
Address

| Fairfax | VA | 22030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,645.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

Immune Technology Corp
Creditor Name

Creditor's Notice name

954 Lexington Ave., #170
Address

| New York | NY | 10021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,599.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

**3.89** **Nonpriority creditor's name and mailing address**

Integrated DNA Technologies Inc. (IDT)
Creditor Name

Creditor's Notice name

PO Box 74007330
Address

| Chicago | IL | 60674-7330 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             35,533.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.90** **Nonpriority creditor's name and mailing address**

Integrated Productivity Systems, LLC
Creditor Name

Creditor's Notice name

P.O. Box 97
Address

| Blue Bell | PA | 19422 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             27.67
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.91 Nonpriority creditor's name and mailing address**

InvivoGen
Creditor Name

Creditor's Notice name

10515 Vista Sorrento Pkwy.
Address

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                217.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

Iron Mountain - CA
Creditor Name

Creditor's Notice name

P.O. Box 601002
Address

| Pasadena | CA | 91189-1002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,196.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*:  24-12305

**3.93 Nonpriority creditor's name and mailing address**

Iron Mountain - MA
Creditor Name

_____
Creditor's Notice name

PO Box 27128
Address

_____

| New York | NY | 10087-7128 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                674.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

Jackson ImmunoResearch Laboratories Inc.
Creditor Name

_____
Creditor's Notice name

872 W. Baltimore Pike
Address

_____

| West Grove | PA | 19390 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,098.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

Name

**3.95  Nonpriority creditor's name and mailing address**

Jones Day - San Francisco
Creditor Name

Creditor's Notice name

555 South Flower Street, 50th Floor
Address

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     24,421.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.96  Nonpriority creditor's name and mailing address**

JPT Peptide Technologies GmbH
Creditor Name

Creditor's Notice name

Volmerstrasse 5
Address

| Berlin | | 12489 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                       1,329.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

**3.97** **Nonpriority creditor's name and mailing address**

KBI BIOPHARMA Inc
Creditor Name

Creditor's Notice name

1101 Hamlin Road
PO Box 15579
Address

| Durham | NC | 27704 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     4,805.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.98** **Nonpriority creditor's name and mailing address**

Kenmore Square Hotel LLC DBA Hotel Commonwealth
Creditor Name

Creditor's Notice name

1991 Broadway Street, Suite 100
Address

| Redwood City | CA | 94063 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     3,774.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**3.99  Nonpriority creditor's name and mailing address**

Levenfeld Pearlstein LLC.

Creditor Name

Creditor's Notice name

P.O. BOX 7123

Address

| Carol Stream | IL | 60197-7123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                    2,720.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.100  Nonpriority creditor's name and mailing address**

Life Technologies Corporation

Creditor Name

Creditor's Notice name

Bank of America Lockbox Services

Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                    27,000.08

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☑  Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

### 3.101 Nonpriority creditor's name and mailing address

LifeSci Advisors, LLC

Creditor Name

Creditor's Notice name

250 West 55th Street, Suite 3401

Address

| New York | NY | 10019 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,734.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.102 Nonpriority creditor's name and mailing address

Linde Gas & Equipment Inc

Creditor Name

Creditor's Notice name

Dept LA 21511

Address

| Pasadena | CA | 91185-1511 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,371.51

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.103** **Nonpriority creditor's name and mailing address**

LLX Solutions, LLC
Creditor Name

Creditor's Notice name

1400 Main Street, Floor 1
Address

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 20,196.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

Lovell Law Group, PC
Creditor Name

Creditor's Notice name

2212 Veteran Avenue
Address

| Los Angeles | CA | 90064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 13,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.105 Nonpriority creditor's name and mailing address**

Macherey-Nagel, Inc.
Creditor Name

Creditor's Notice name

924 Marcon Blvd., Suite 102
Address

| Allentown | PA | 18109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,092.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.106 Nonpriority creditor's name and mailing address**

Marathon LS
Creditor Name

Creditor's Notice name

720 University Ave
Address

| Norwood | MA | 02062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,247.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**3.107** **Nonpriority creditor's name and mailing address**

Marken LLP
Creditor Name

Creditor's Notice name

720 S Hindry Ave
Address

| Inglewood | CA | 90301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    3,429.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

Matrix Security Systems
Creditor Name

Creditor's Notice name

2200 Lionudakis Court
Address

| Modesto | CA | 95355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    90.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*:  24-12305

**3.109 Nonpriority creditor's name and mailing address**

Merck & Cie

Creditor Name

Creditor's Notice name

Address

City      State      ZIP Code

Switzerland

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    8,190.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.110 Nonpriority creditor's name and mailing address**

Mercury Business Services LLC

Creditor Name

Creditor's Notice name

61 Batterymarch Street

Address

Boston      MA      02110

City      State      ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    7,224.01

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

Name

---

**3.111** **Nonpriority creditor's name and mailing address**

Meso Scale Diagnostics LLC

Creditor Name

Creditor's Notice name

Accounts Receivable, P.O. Box 715112

Address

| Philadelphia | PA | 19171-5112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                70,936.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

Mettler-Toledo LLC

Creditor Name

Creditor's Notice name

PO Box 100682

Address

| Pasadena | CA | 91189-0682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                388.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

**3.113  Nonpriority creditor's name and mailing address**

Mettler-Toledo Rainin LLC
Creditor Name

Creditor's Notice name

PO Box 100802
Address

| Pasadena | CA | 91189-0802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                21,019.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.114  Nonpriority creditor's name and mailing address**

Middlesex Gases & Technologies
Creditor Name

Creditor's Notice name

P.O. Box 490249
Address

| Everett | MA | 02149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,504.01
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.115 Nonpriority creditor's name and mailing address**

Miltenyi Biotec Inc.
Creditor Name

Creditor's Notice name

Dept. #33955
P.O. Box 3900
Address

| San Francisco | CA | 94139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            5,941.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

MineralTree, Inc.
Creditor Name

Creditor's Notice name

101 Arch Street, Floor 9
Address

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            2,573.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**3.117** **Nonpriority creditor's name and mailing address**

Molecular Devices LLC
Creditor Name

Creditor's Notice name

3860 North First Street
Address

| San Jose | CA | 95134 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  18,722.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.118** **Nonpriority creditor's name and mailing address**

Moss Adams LLP
Creditor Name

Creditor's Notice name

PO Box 101822
Address

| Pasadena | CA | 91189-1822 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  20,900.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

| | |
|---|---|
| 3.119 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 46.52 |

MRC
Creditor Name

Creditor's Notice name

P.O. Box 843760
Address

| | | |
|---|---|---|
| Los Angeles | CA | 90084-3760 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| 3.120 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 561,645.00 |

MuriGenics Inc.
Creditor Name

Creditor's Notice name

941 Railroad Ave.
Address

| | | |
|---|---|---|
| Vallejo | CA | 94592 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.121 Nonpriority creditor's name and mailing address**

NCS Moving Services
Creditor Name

Creditor's Notice name

7307 Edgewater Drive #D
Address

| Oakland | CA | 94621 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 851.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

New England Biolabs Inc.
Creditor Name

Creditor's Notice name

P.O. Box 3933
Address

| Boston | MA | 02241-3933 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,769.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.123 Nonpriority creditor's name and mailing address**

NWAMU, P.C.
Creditor Name

Creditor's Notice name

225 S. Meramac Ave
Address

| St. Louis | MO | 63105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,490.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

Occupational Services Inc (OSI)
Creditor Name

Creditor's Notice name

6397 Nancy Ridge Drive
Address

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,190.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

**3.125 Nonpriority creditor's name and mailing address**

O'hagan Meyer PLLC
Creditor Name

Creditor's Notice name

1 E. Wacker Drive, Suite 3400
Address

| Chicago | IL | 60601 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    6,302.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.126 Nonpriority creditor's name and mailing address**

OnQ Research Pty LTD.
Creditor Name

Creditor's Notice name

250 Market Street
Address

Fairlands

| Johannessburg | | 2170 |
|---------------|-----|---------|
| City | State | ZIP Code |

South Africa
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    100,208.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☑  Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*   24-12305

**3.127 Nonpriority creditor's name and mailing address**

Options Travel Services, Inc

Creditor Name

Creditor's Notice name

135 Randhurst Village Drive

Address

| Mount Prospect | IL | 60056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                79.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

Oracle America Inc.

Creditor Name

Creditor's Notice name

Bank of America Lockbox Services
15612 Collections Center Drive

Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             19,451.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.129 Nonpriority creditor's name and mailing address**

Orrbitt Creative Group LLC
Creditor Name

Creditor's Notice name

554 Steele Lp
Address

| Wilmington | NC | 28411 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           2,915.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.130 Nonpriority creditor's name and mailing address**

Paltown Developmenet Foundation
Creditor Name

Creditor's Notice name

969 Diggs Rd
Address

| Crownsville | MD | 21032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.131** **Nonpriority creditor's name and mailing address**

PBL Assay Science
Creditor Name

Creditor's Notice name

131 Ethel Road West, Suite 6
Address

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                705.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.132** **Nonpriority creditor's name and mailing address**

Peak Scientific, Inc.
Creditor Name

Creditor's Notice name

19 Sterling Road, Suite #1
Address

| Billerica | MA | 01862 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                674.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.133** **Nonpriority creditor's name and mailing address**

Peraton Inc DBA MedDRA
Creditor Name

Creditor's Notice name

12975 Worldgate Drive
Address

| Herndon | VA | 20170 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 589.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

PG&E
Creditor Name

Creditor's Notice name

Box 997300
Address

| Sacramento | CA | 95899-7300 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,781.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.135 Nonpriority creditor's name and mailing address**

PK4 Laboratories Las Vegas LLC
Creditor Name

Creditor's Notice name

2110 E Flamingo Rd. Suite 190
Address

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

Pleasanton Garbage Service
Creditor Name

Creditor's Notice name

PO Box 399
Address

| Pleasanton | CA | 94566-0399 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              5,205.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.137 Nonpriority creditor's name and mailing address**

PPD Global LTD
Creditor Name

Creditor's Notice name

Granta Park, Great Abington
Address

| Cambridge | | CB21 6GQ |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,333.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.138 Nonpriority creditor's name and mailing address**

Presidio Networked Solutions
Creditor Name

Creditor's Notice name

P.O. Box 822169
Address

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 123,842.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

Name

---

**3.139 Nonpriority creditor's name and mailing address**

ProPharma Group Holdings, LLC

Creditor Name

Creditor's Notice name

PO BOX 735546

Address

| Dallas | TX | 75373-5546 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 80,001.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.140 Nonpriority creditor's name and mailing address**

Puretec Industrial Water

Creditor Name

Creditor's Notice name

3151 Sturgis Road

Address

| Oxnard | CA | 93030 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,469.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.141 Nonpriority creditor's name and mailing address**

Qiagen Inc.
Creditor Name

Creditor's Notice name

P.O. Box 5132
Address

| Carol Stream | IL | 60197-5132 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,937.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.142 Nonpriority creditor's name and mailing address**

R&D Systems Inc.
Creditor Name

Creditor's Notice name

PO Box 1150
Address

| Minneapolis | MN | 55480-1150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,766.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.143 Nonpriority creditor's name and mailing address**

Rees Scientific Corporation
Creditor Name

Creditor's Notice name

1007 Whitehead Road Extension
Address

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,668.21
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☒ Yes

**3.144 Nonpriority creditor's name and mailing address**

Refinitiv US LLC
Creditor Name

Creditor's Notice name

PO Box 415983
Address

| Boston | MA | 02241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 491.58
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.145 Nonpriority creditor's name and mailing address**

RENAISSANCE BIO LLC

Creditor Name

Creditor's Notice name

12 Sacramento

Address

| Irvine | CA | 92604 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

Repligen

Creditor Name

Creditor's Notice name

18617 S. Broadwick St.

Address

| Rancho Dominguez | CA | 90220 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,435.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*  24-12305
_____

**3.147** **Nonpriority creditor's name and mailing address**

Reprints Desk Inc.
_____
Creditor Name

_____
Creditor's Notice name

Dept CH 16507
_____
Address

_____

_____

| Palatine | IL | 60055-6507 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            4,059.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.148** **Nonpriority creditor's name and mailing address**

Resource Global Professionals
_____
Creditor Name

_____
Creditor's Notice name

PO  Box 740909
_____
Address

_____

| Los Angeles | CA | 90074-0909 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              395.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**3.149 Nonpriority creditor's name and mailing address**

RREF II Kenmore Lessor III LLC and RREF II Kenmore Lessor IV LLC
Creditor Name

Creditor's Notice name

c/o Related Fund Management
Address

30 Hudson Yards, 83rd Floor

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/31/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              8,587,115.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Lease rejection

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

Safety Partners Inc.
Creditor Name

Creditor's Notice name

19A Crosby Drive, Suite 300
Address

| Bedford | MA | 01730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                13,714.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
_____
Name

Case number (if known): 24-12305
_____

**3.151** **Nonpriority creditor's name and mailing address**

Sanguine Biosciences, Inc.
_____
Creditor Name

_____
Creditor's Notice name

Dept LA 25436
_____
Address

_____

| Pasadena | CA | 91185-5436 |
|----------|-----|------------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**

Sanquin
_____
Creditor Name

_____
Creditor's Notice name

Plesmanlaan 125
_____
Address

_____

| Amsterdam | | 1066 CX |
|-----------|-----|---------|
| City | State | ZIP Code |

Netherlands
_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 334,894.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*    24-12305

**3.153 Nonpriority creditor's name and mailing address**

Santa Cruz Biotechnology Inc.
Creditor Name

Creditor's Notice name

10410 Finnell Street
Address

| Dallas | TX | 75220 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    362.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.154 Nonpriority creditor's name and mailing address**

Sartorius Stedim North America Inc.
Creditor Name

Creditor's Notice name

24917 Network Place
Address

| Chicago | IL | 60673-1249 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    874.28
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.155 Nonpriority creditor's name and mailing address**

Sigma-Aldrich Inc.
Creditor Name

Creditor's Notice name

P.O. Box 734283
Address

| Chicago | IL | 60673-4283 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    4,429.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.156 Nonpriority creditor's name and mailing address**

Sigmovir Biosystems, Inc.
Creditor Name

Creditor's Notice name

9610 Medical Center Drive, Suite 100
Address

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    5,827.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| **3.157 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 12,443.19 |

Sino Biological US Inc.
Creditor Name

Creditor's Notice name

P.O. Box 591
Address

| | | |
|---|---|---|
| Southeastern | PA | 19399 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.158 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 15,645.86 |

SKAN US Inc.
Creditor Name

Creditor's Notice name

7409 ACC Boulevard, Suite 200
Address

| | | |
|---|---|---|
| Raleigh | NC | 27617 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number (if known): 24-12305

---

**3.159  Nonpriority creditor's name and mailing address**

Smartsheet Inc
Creditor Name

Creditor's Notice name

P.O. BOX 12341, Dept 3421
Address

| Dallas | TX | 75312-3421 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  2,329.23
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.160  Nonpriority creditor's name and mailing address**

SNYK Inc.
Creditor Name

Creditor's Notice name

100 Summer Street, 7th Floor
Address

| Boston | MA | 02110 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 15,749.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| **3.161** | **Nonpriority creditor's name and mailing address** |

Solium Capital LLC
Creditor Name

Creditor's Notice name

Dept 3530
PO Box 123530
Address

| Dallas | TX | 75312-3530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 10,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.162** | **Nonpriority creditor's name and mailing address** |

Spectrum Chemical
Creditor Name

Creditor's Notice name

769 Jersey Avenue
Address

| New Brunswick | NJ | 08901-3605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 334.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | |
|---|---|
| **3.163** | **Nonpriority creditor's name and mailing address** |

Stemcell Technologies

Creditor Name

Creditor's Notice name

Attn LBX No. 200590

Address

| Pittsburgh | PA | 15251-0590 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,699.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.164** | **Nonpriority creditor's name and mailing address** |

Stericycle Inc.

Creditor Name

Creditor's Notice name

P.O. Box 6582

Address

| Carol Stream | IL | 60197-6582 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 26,536.00

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**3.165 Nonpriority creditor's name and mailing address**

Suvoda LLC
Creditor Name

Creditor's Notice name

181 Washington Street, Suite 100
Address

| Conshohocken | PA | 19428 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,027.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.166 Nonpriority creditor's name and mailing address**

Synexus Clinical Research US, Inc.
Creditor Name

Creditor's Notice name

929 N. Front Street
Address

| Wilmington | NC | 28401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,214.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

**3.167** **Nonpriority creditor's name and mailing address**

TechData Service Company LLC

Creditor Name

Creditor's Notice name

108 Charlestown Hunt Drive

Address

| Phoenixville | PA | 19460 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                23,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.168** **Nonpriority creditor's name and mailing address**

Teknova

Creditor Name

Creditor's Notice name

2451 Bert Drive

Address

| Hollister | CA | 95023 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                10,107.17

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.169 Nonpriority creditor's name and mailing address**

The Lab Depot, Inc.
Creditor Name

Creditor's Notice name

469 Lumpkin Campground Rd. S
Address

| Dawsonville | GA | 30534 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                321.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

Therma
Creditor Name

Creditor's Notice name

1601 Las Plumas Ave.
Address

| San Jose | CA | 95133 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              4,168.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Gritstone bio, Inc.
_____
Name

Case number *(if known)*   24-12305
_____

3.171 **Nonpriority creditor's name and mailing address**

Thermo Electron North America LLC
_____
Creditor Name

_____
Creditor's Notice name

1400 Northpoint, Pkwy Suite 10
_____
Address

_____

_____

| West Palm Beach | FL | 33407 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              7,619.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.172 **Nonpriority creditor's name and mailing address**

Thomas Scientific
_____
Creditor Name

_____
Creditor's Notice name

1654 High Hill Road
PO Box 99
_____
Address

_____

_____

| Swedesboro | NJ | 08085 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,323.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.173 Nonpriority creditor's name and mailing address**

Thomson Reuters - West
Creditor Name

Creditor's Notice name

Payment Center
PO Box 6292
Address

| Carol Stream | IL | 60197-6292 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 689.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

Titanium Strategic Legal Solutions PC
Creditor Name

Creditor's Notice name

1 park plaza
Address

| irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,892.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
_____
Name

Case number (if known): 24-12305

**3.175 Nonpriority creditor's name and mailing address**

Trescal Inc. DBA RS Calibration Services, Inc. Member of the Trescal Group
Creditor Name

_____
Creditor's Notice name

P.O.BOX 912661
Address

_____

| Pasadena | CA | 91110-2661 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 17,772.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

Triumvirate Environmental, Inc.
Creditor Name

_____
Creditor's Notice name

DEPT 111047
Address

_____

| Hartford | CT | 06115-0502 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 76,391.28

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*   24-12305

**3.177 Nonpriority creditor's name and mailing address**

TWIC Inc. DBA Forma

Creditor Name

Creditor's Notice name

47000 Warm Springs Blvd., STE 1-170

Address

| Fremont | CA | 94539 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,990.87

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

Twist Bioscience Corporation

Creditor Name

Creditor's Notice name

Attn: Accounts Receivable Dept.

Address

| South San Francisco | CA | 94080 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   415.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.179** **Nonpriority creditor's name and mailing address**

UG2 LLC
Creditor Name

Creditor's Notice name

2 Copley Place Tower 2, Suite 110
Address

| Boston | MA | 02116 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,842.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**

Uline
Creditor Name

Creditor's Notice name

Attn: Accounts Receivable
P.O. Box 88741
Address

| Chicago | IL | 60680-1741 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,736.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

Name

---

**3.181 Nonpriority creditor's name and mailing address**

UniFirst Corporation

Creditor Name

Creditor's Notice name

PO Box 650481

Address

| Dallas | TX | 75265-0481 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    109,294.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.182 Nonpriority creditor's name and mailing address**

USA Scientific

Creditor Name

Creditor's Notice name

Accounts Receivable
PO Box 30000

Address

| Orlando | FL | 32891-8210 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,143.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

**3.183** **Nonpriority creditor's name and mailing address**

Vector Laboratories, Inc.
_____
Creditor Name

_____
Creditor's Notice name

PO Box 399088
_____
Address

_____

_____

| San Francisco | CA | 94139-9088 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            519.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

VWR International LLC
_____
Creditor Name

_____
Creditor's Notice name

P.O. Box 640169
_____
Address

_____

_____

| Pittsburgh | PA | 15264-0169 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          38,438.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

**3.185 Nonpriority creditor's name and mailing address**

Waters Technologies Corporation
Creditor Name

Creditor's Notice name

P.O. BOX 7410591
Address

| Chicago | IL | 60674-0591 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,073.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.186 Nonpriority creditor's name and mailing address**

Western Allied Mechanical Inc.
Creditor Name

Creditor's Notice name

1180 O'Brien Drive
Address

| Menlo Park | CA | 94025-1411 |
|------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,369.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

**3.187** **Nonpriority creditor's name and mailing address**

Western Exterminator Company
Creditor Name

Creditor's Notice name

PO BOX 740608
Address

| CINCINNATI | OH | 45274-0608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                402.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

World Courier Inc.
Creditor Name

Creditor's Notice name

P.O. Box 842325
Address

| Boston | MA | 02284-2325 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              19,317.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Gritstone bio, Inc.

Case number *(if known)*    24-12305

**3.189** **Nonpriority creditor's name and mailing address**

World Customs Brokerage
Creditor Name

Creditor's Notice name

1313 Fourth Avenue
Address

| New Hyde Park | NY | 11040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                479.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.190** **Nonpriority creditor's name and mailing address**

Worldwide Clinical Trials Inc
Creditor Name

Creditor's Notice name

600 Park Offices Dr., Suite 200
Address

| Durham | NC | 27709 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             839,522.41
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade debt

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**3.191** **Nonpriority creditor's name and mailing address**

Xerox Financial Services
Creditor Name

Creditor's Notice name

P.O. Box 202882
Address

| Dallas | TX | 75320-2882 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,792.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 14,606,740.04 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 14,606,740.04 |

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | 1AB Media, Inc. - SOW - Jan 01, 2024 (SOW #4) | 1AB Media, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3525 Valencia Cove Court |
| | **State the term remaining** | Expires: 12/31/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Land O'Lakes          FL          34639 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | 1AB Media, Inc. - Master Services Agreement - Jan 01, 2021 | 1AB Media, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3525 Valencia Cove Court |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Land O'Lakes          FL          34639 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.3** State what the contract or lease is for and the nature of the debtor's interest

1AB Media, Inc. - Master Services Agreement - Apr 11, 2017

1AB Media, Inc.
Name

Notice Name

3525 Valencia Cove Court
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Land O'Lakes | FL | 34639 |

Country

**2.4** State what the contract or lease is for and the nature of the debtor's interest

2seventy bio, Inc. - Other - Jul 31, 2024 (Assignment notice to Regeneron)

2seventy bio, Inc.
Name

Notice Name

60 Binney St.
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02142 |

Country

**2.5** State what the contract or lease is for and the nature of the debtor's interest

Bluebird bio, Inc. - Other - Aug 20, 2018 - Amendment - Nov 29, 2023

2seventy bio, Inc.
Name

Notice Name

60 Binney St.
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02142 |

Country

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | 3 Bridge Networks LLC - SOW - Mar 01, 2024 | 3 Bridge Networks LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 Montgomery Street Suite 1825 |
| | **State the term remaining** | Expires: 12/31/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | San Francisco | CA | 94111 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | 3 Bridge Networks LLC - Master Services Agreement - Feb 27, 2024 | 3 Bridge Networks LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 Montgomery Street Suite 1825 |
| | **State the term remaining** | Expires: 02/26/2029 | Address |
| | **List the contract number of any government contract** | | |

| | | San Francisco | CA | 94111 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | 4BASEBIO - CDA - Aug 08, 2024 (To understand the synthetic plasmid DNA mfg capabilities) | 4BASEBIO |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Norman way, over |
| | **State the term remaining** | Expires: 08/07/2027 | Address |
| | **List the contract number of any government contract** | | |

| | | cambridge | England | CB24 5QE |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | United Kingdom | | |
| | | Country | | |

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | AbbVie Inc. - CDA - Jan 02, 2024 (Business Development) | AbbVie Inc. |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | **State the term remaining** | Expires: 01/02/2025 | 1 North Waukegan Road |
|---|---|---|---|

Address

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | North Chicago | IL | 60064-6193 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Abingworth LLP - CDA - Sep 17, 2024 | Abingworth LLP |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | **State the term remaining** | Expires: 09/17/2025 | 38 Jermyn Street |
|---|---|---|---|

Address

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | London, NA | England | SW1Y 6DN |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | United Kingdom | | |

Country

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Absolute Antibody Limited - Other - Jun 07, 2019 | Absolute Antibody Limited |
|---|---|---|---|

Name

Attn: CSO Wilton Centre

Notice Name

| | **State the term remaining** | Undetermined | |
|---|---|---|---|

Address

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Redcar | | TS10 4RF |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | United Kingdom | | |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**2.12** **State what the contract or lease is for and the nature of the debtor's interest**

Abzena (Cambridge) Limited - Master Services Agreement - Jun 27, 2022 (Abzena (Cambridge) Limited - Master Services Agreement - June 27, 2022)

Abzena (Cambridge) Limited

Name

Attn: Director, Business Development

Notice Name

Babraham Research Campus Babraham

Address

**State the term remaining** Expires: 06/26/2027

**List the contract number of any government contract**

| Cambridge | England | CB22 3AT |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

**2.13** **State what the contract or lease is for and the nature of the debtor's interest**

Accretive Solutions - Master Consulting Agreement - Oct 11, 2017

Accretive Solutions

Name

Notice Name

800 W. El Camino Real Suite 320

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Mountain View | CA | 94040 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.14** **State what the contract or lease is for and the nature of the debtor's interest**

Achilles Therapeutics plc - CDA - Sep 06, 2024

Achilles Therapeutics plc

Name

Notice Name

245 Hammersmith Road

Address

**State the term remaining** Expires: 09/06/2025

**List the contract number of any government contract**

| London, NA | England | W68PW |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Acilon Consulting LLC - SOW - Jun 11, 2024 |
| | | |

Acilon Consulting LLC
Name

Notice Name

190 Pasa Robles Ave.
Address

| **State the term remaining** | Expires: 12/31/2024 |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| | | |
|---|---|---|
| Los Altos | CA | 94022 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Acilon Consulting LLC - Master Services Agreement - Jun 10, 2024 |

Acilon Consulting LLC
Name

Notice Name

459 St. Moritz Dr.
Address

| **State the term remaining** | Undetermined |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| | | |
|---|---|---|
| Henderson | NV | 89012 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Nov 16, 2022 |

Adaptive Biotechnologies Corporation
Name

Notice Name

1551 Eastlake Avenue East
Address

Suite 200

| **State the term remaining** | Undetermined |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| | | |
|---|---|---|
| Seattle | WA | 98102 |
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.

Name

Case number *(if known)*:  24-12305

**2.18  State what the contract or lease is for and the nature of the debtor's interest**

- Amendment - Mar 23, 2022

Adaptive Biotechnologies Corporation

Name

Notice Name

1551 Eastlake Avenue East

Address

**State the term remaining**  Undetermined

Suite 200

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98102 |

Country

**2.19  State what the contract or lease is for and the nature of the debtor's interest**

Adaptive Biotechnologies Corporation - SOW - Apr 12, 2022 (Adaptive Biotechnologies Corporation - SOW - April 12, 2022 (WO GO-009 AMND #2))

Adaptive Biotechnologies Corporation

Name

Notice Name

1551 Eastlake Avenue East

Address

**State the term remaining**  Undetermined

Suite 200

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98102 |

Country

**2.20  State what the contract or lease is for and the nature of the debtor's interest**

- Amendment - Feb 23, 2022

Adaptive Biotechnologies Corporation

Name

Notice Name

1551 Eastlake Avenue East

Address

**State the term remaining**  Undetermined

Suite 200

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98102 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Adaptive Biotechnologies Corporation - SOW - Mar 31, 2022 (Adaptive Biotechnologies Corporation - SOW - March 31, 2022 (GO-009)) |
| | | Adaptive Biotechnologies Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1551 Eastlake Avenue East |
| | | Address |
| | **List the contract number of** | Suite 200 |
| | **any government contract** | |
| | | Seattle · WA · 98102 |
| | | City · State · ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Adaptive Biotechnologies Corporation - SOW - Feb 23, 2022 (Adaptive Biotechnologies Corporation - SOW - February 23, 2022 (GO-009)) |
| | | Adaptive Biotechnologies Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1551 Eastlake Avenue East |
| | | Address |
| | **List the contract number of** | Suite 200 |
| | **any government contract** | |
| | | Seattle · WA · 98102 |
| | | City · State · ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Adaptive Biotechnologies Corporation - Master Services Agreement - Apr 13, 2021 |
| | | Adaptive Biotechnologies Corporation |
| | | Name |
| | | Notice Name |
| | | 1551 Eastlake Avenue East |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of** | Suite 200 |
| | **any government contract** | |
| | | Seattle · WA · 98102 |
| | | City · State · ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Adaptive Biotechnologies Corporation - Master Services Agreement - Sep 22, 2020 |
| | | Adaptive Biotechnologies Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1551 Eastlake Avenue East |
| | | Address |
| | | Suite 200 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Seattle | WA | 98102 |

Country

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Adaptive Biotechnologies Corporation - Master Services Agreement - Mar 05, 2020 |
| | | Adaptive Biotechnologies Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1551 Eastlake Avenue East |
| | | Address |
| | | Suite 200 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Seattle | WA | 98102 |

Country

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Advanced Cell Diagnostics, Inc - Master Services Agreement - Aug 02, 2023 |
| | | Advanced Cell Diagnostics, Inc |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 08/01/2026 |
| | | 7707 Gateway Blvd |
| | | Address |
| | | Suite 200 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Newark | CA | 94560 |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

**2.27** State what the contract or lease is for and the nature of the debtor's interest: Advanced Clinical LLC - Master Services Agreement - Jun 09, 2022 (Advanced Clinical LLC - Staffing Supplier Agreement - June 09, 2022)

Advanced Clinical LLC
Name

Notice Name

6 Parkway North
Address

Suite 100

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Deerfield | IL | 60015 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.28** State what the contract or lease is for and the nature of the debtor's interest: Advanced Clinical LLC - Recruiter – Contingency Fee - Apr 01, 2016

Advanced Clinical LLC
Name

Notice Name

6 Parkway North
Address

Suite 100

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Deerfield | IL | 60015 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.29** State what the contract or lease is for and the nature of the debtor's interest: Advanced Imaging Devices GmbH - Other - Oct 18, 2023

Advanced Imaging Devices GmbH
Name

Notice Name

Ebinger Str. 4
Address

Strassberg, Zollernalbkreis

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Baden-Württemberg | | 72479 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.30 State what the contract or lease is for and the nature of the debtor's interest**

Advanced Research, LLC - Clinical Trial Agreement - Mar 16, 2022 (Advanced Research - CTA - March 16, 2022 (GO-010))

Advanced Research, LLC
Name

Notice Name

7431 North University Drive, Suite 110
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Tamarac | FL | 33321 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.31 State what the contract or lease is for and the nature of the debtor's interest**

Advarra, Inc. - Other - Mar 18, 2021

Advarra, Inc.
Name

Notice Name

6100 Merriweather Drive
Address

Suite 600

**State the term remaining** Expires: 03/14/2099

**List the contract number of any government contract**

| Columbia | MD | 21044 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.32 State what the contract or lease is for and the nature of the debtor's interest**

Agilent Technologies - Services Agreement (One-time use) - Oct 01, 2024

Agilent Technologies
Name

Notice Name

5301 Stevens Creek Blvd
Address

**State the term remaining** Expires: 09/30/2025

**List the contract number of any government contract**

| Santa Clara | CA | 95051 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Technologies - Services Agreement (One-time use) - Jun 01, 2024 | Agilent Technologies |
| | | | Name |
| | | | Notice Name |
| | | | 5301 Stevens Creek Blvd |
| | **State the term remaining** | Expires: 05/31/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Santa Clara | CA | 95051 |

Country

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Technologies - Services Agreement (One-time use) - Jan 20, 2024 | Agilent Technologies |
| | | | Name |
| | | | Notice Name |
| | | | 5301 Stevens Creek Blvd |
| | **State the term remaining** | Expires: 01/19/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Santa Clara | CA | 95051 |

Country

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Technologies - Services Agreement (One-time use) - Sep 22, 2023 | Agilent Technologies |
| | | | Name |
| | | | Notice Name |
| | | | 5301 Stevens Creek Blvd |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Santa Clara | CA | 95051 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Technologies - CDA - Aug 14, 2019 |

Agilent Technologies
Name

Notice Name

5301 Stevens Creek Blvd
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Clara | CA | 95051 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Technologies - Other - Oct 01, 2018 |

Agilent Technologies
Name

Notice Name

5301 Stevens Creek Blvd
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Clara | CA | 95051 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Agiloft, Inc. - Master Services Agreement - Sep 01, 2022 (Agiloft, Inc - Master Services Agreement - September 01, 2022) |

Agiloft, Inc.
Name

Notice Name

60 Seaport Court, Suite 200,
Address

**State the term remaining** — Expires: 09/01/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Redwood City | CA | 94063 |
| City | State | ZIP Code |

Country

Debtor:    Gritstone bio, Inc.
_____
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | AHS Hospital Corp - Clinical Trial Agreement - Sep 01, 2022 (AHS Hospital Corp - CTA - September 01, 2022 (GO-010)) |

AHS Hospital Corp
_____
Name

_____
Notice Name

475 South Street
_____
Address

| | **State the term remaining** | Undetermined |
|---|---|---|

| | **List the contract number of** | |
|---|---|---|
| | **any government contract** | |

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Air Energy Group, LLC - SOW - Mar 30, 2024 (Maintenance of vacuum skid for 660 Beacon) |

Air Energy Group, LLC
_____
Name

_____
Notice Name

6 Norfolk Avenue
_____
Address

| | **State the term remaining** | Expires: 01/31/2025 |
|---|---|---|

| | **List the contract number of** | |
|---|---|---|
| | **any government contract** | |

| South Easton | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Air Energy Group, LLC - Master Services Agreement - Dec 08, 2023 (MSA) |

Air Energy Group, LLC
_____
Name

_____
Notice Name

6 Norfolk Avenue
_____
Address

| | **State the term remaining** | Expires: 12/08/2028 |
|---|---|---|

| | **List the contract number of** | |
|---|---|---|
| | **any government contract** | |

| South Easton | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Alan Fix - CDA - Dec 14, 2023 | Alan Fix |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5613 Oakmont Ave |
| | **State the term remaining** | Expires: 12/13/2024 | Address |
| | **List the contract number of any government contract** | | |

| | Bethesda | MD | 20817 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Aldevron, LLC - CDA - Dec 17, 2021 (Aldevron, LLC - CDA - December 17, 2021) | Aldevron, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4055 41st Avenue South |
| | **State the term remaining** | Expires: 12/16/2024 | Address |
| | **List the contract number of any government contract** | | |

| | Fargo | ND | 58104 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Alessandro Sette - Consulting Agreement (One-time use) - Jun 01, 2024 | Alessandro Sette |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5551 Linda Rosa Avenue |
| | **State the term remaining** | Expires: 06/01/2025 | Address |
| | **List the contract number of any government contract** | | |

| | La Jolla | CA | 92037 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Alexander Boucher - CDA - Feb 16, 2021 | Alexander Boucher <br> Name |
| | | | Notice Name |
| | | | 2 Heritage Drive Suite 401 <br> Address |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| | | | Quincy / MA / 02171 <br> City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Alliant Insurance Services, Inc. - Services Agreement (One-time use) - Jul 01, 2024 | Alliant Insurance Services, Inc. <br> Name |
| | | | Notice Name |
| | | | 1301 Dove St. Suite 200 <br> Address |
| | **State the term remaining** | Expires: 06/30/2025 | |
| | **List the contract number of any government contract** | | |
| | | | Newport Beach / CA / 92660 <br> City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Alliant Insurance Services, Inc. - Other - Jan 01, 2023 (Alliant Insurance Services, Inc - Other - January 01, 2023) | Alliant Insurance Services, Inc. <br> Name |
| | | | Notice Name |
| | | | 1301 Dove St. Suite 200 <br> Address |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| | | | Newport Beach / CA / 92660 <br> City / State / ZIP Code |
| | | | Country |

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Alliant Insurance Services, Inc. - Other - May 17, 2022 (Alliant Insurance Services, Inc - Other - May 17, 2022 (Business Associate Agreement)) |
| | | |

Alliant Insurance Services, Inc.
Name

Notice Name

1301 Dove St. Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Alliant Insurance Services, Inc. - Consulting Agreement (One-time use) - Oct 21, 2021 (Alliant Insurance Services - Consulting Agreement (one-time use) - October 21, 2021) |

Alliant Insurance Services, Inc.
Name

Notice Name

1301 Dove St. Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Alliant Insurance Services, Inc. - Services Agreement (One-time use) - Sep 01, 2023 |

Alliant Insurance Services, Inc.
Name

Notice Name

1301 Dove St. Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:    24-12305

---

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Cato Research, LLC - SOW - Oct 01, 2021 (Cato Research - SOW - October 01, 2021 (#4)) - Amendment - Apr 29, 2024

Allucent (US), LLC
Name

Notice Name

200 Centregreen Way
Address

**State the term remaining**    Undetermined

Suite 300

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cary | NC | 27513 |

Country

---

**2.52** **State what the contract or lease is for and the nature of the debtor's interest**

Cato Research, LLC - SOW - Oct 01, 2021 (Cato Research - SOW - October 01, 2021 (#4)) - CNF - Mar 11, 2024

Allucent (US), LLC
Name

Notice Name

200 Centregreen Way
Address

**State the term remaining**    Undetermined

Suite 300

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cary | NC | 27513 |

Country

---

**2.53** **State what the contract or lease is for and the nature of the debtor's interest**

Cato Research, LLC - SOW - Oct 01, 2021 (Cato Research - SOW - October 01, 2021 (#4)) - CNF - Nov 27, 2023

Allucent (US), LLC
Name

Notice Name

200 Centregreen Way
Address

**State the term remaining**    Undetermined

Suite 300

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cary | NC | 27513 |

Country

---

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 18 of 315

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | American Express Travel and Related Services Company, Inc. - CDA - Jan 14, 2020 |

American Express Travel and Related Services Company, Inc.

Name

Notice Name

No address (notice or otherwise) provided

Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Center for Cancer and Blood Disorders - Clinical Trial Agreement - Mar 18, 2022 (Center for Cancer and Blood Disorders - CTA - March 18, 2022 (GO-010)) |

American Oncology Partners of Maryland, P.A (dba Center for Cancer and Blood Disorders)

Name

Notice Name

American Oncology Partners of Maryland, P.A

Address

6410 Rockledge Drive, Suite 660

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Bethesda | MD | 20817 |

Country

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | American Stock Transfer & Trust Company, LLC - CDA - Aug 31, 2018 |

American Stock Transfer & Trust Company, LLC/Equiniti

Name

Notice Name

6201 15th Avenue

Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Brooklyn | NY | 11219 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | American Type Culture Collection - Materials Transfer Agreement - Jul 27, 2023 | American Type Culture Collection |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 10801 University Boulevard Manassas |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Virginia  VA  20110-2209 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Analytical Technologies Group, LLC - SOW - Apr 05, 2024 | Analytical Technologies Group, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 179 Cross Road |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Waterford  CT  06385 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Consulting Inc. - Master Services Agreement - Jun 01, 2024 | Aon Consulting Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 100137 |
| | **State the term remaining** | Expires: 05/31/2029 | Address |
| | **List the contract number of any government contract** | | |
| | | | Pasadena  CA  91189-0137 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Consulting Inc. - Services Agreement (One-time use) - Feb 24, 2023 (Aon Consulting Inc - Services Agreement (one-time use) - February 24, 2023 (SER and SOW (Rewards Sol) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Aon Consulting Inc.
Name

Notice Name

P.O. Box 100137
Address

| | | |
|---|---|---|
| Pasadena | CA | 91189-0137 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Consulting Inc. - Services Agreement (One-time use) - Feb 28, 2022 (Aon Consulting Inc - Services Agreement (one-time use) - February 28, 2022) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Aon Consulting Inc.
Name

Notice Name

P.O. Box 100137
Address

| | | |
|---|---|---|
| Pasadena | CA | 91189-0137 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Consulting Inc. - SOW - Feb 28, 2022 (Aon Consulting Inc - SOW - February 28, 2022) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Aon Consulting Inc.
Name

Notice Name

P.O. Box 100137
Address

| | | |
|---|---|---|
| Pasadena | CA | 91189-0137 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Radford - SOW - Apr 30, 2024 |

Aon Radford
_____
Name

_____
Notice Name

230 Third Avenue 6th Floor
_____
Address

**State the term remaining**    Expires: 04/29/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451 |

Country

| | | |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Aon Radford - Services Agreement (One-time use) - Jun 22, 2020 |

Aon Radford
_____
Name

_____
Notice Name

230 Third Avenue 6th Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451 |

Country

| | | |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Apex Life Sciences LLC - Recruiter – Contingency Fee - Nov 13, 2018 |

Apex Life Sciences LLC
_____
Name

_____
Notice Name

1 Cate Street
_____
Address

Suite 200

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Portsmouth | NH | 03801 |

Country

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Apriori Bio, Inc. - CDA - Oct 15, 2024 |
| | **State the term remaining** | Expires: 10/15/2025 |
| | **List the contract number of any government contract** | |

Apriori Bio, Inc.
Name

Notice Name

124 First Street
Address

Suite 502

| Cambridge | MA | 02141 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbutus Biopharma Corporation - Other - Sep 03, 2019 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Arbutus Biopharma Corporation
Name

Attn: William Collier, President & CEO
Notice Name

Arbutus Biopharma Corporation
Address

100-8900 Glenlyon Parkway

| Burnaby | BC | V5J FJ8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbutus Biopharma Corporation - Other - Aug 03, 2018 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Arbutus Biopharma Corporation
Name

Attn: William Collier, President & CEO
Notice Name

Arbutus Biopharma Corporation
Address

100-8900 Glenlyon Parkway

| Burnaby | BC | V5J FJ8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbutus Biopharma Corporation - Other - Dec 21, 2017 |

Arbutus Biopharma Corporation
Name

Attn: William Collier, President & CEO
Notice Name

| | |
|---|---|
| **State the term remaining** | Undetermined |

Arbutus Biopharma Corporation
Address

100-8900 Glenlyon Parkway

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burnaby | BC | V5J FJ8 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbutus Biopharma Corporation - Other - Oct 16, 2017 |

Arbutus Biopharma Corporation
Name

Attn: William Collier, President & CEO
Notice Name

| | |
|---|---|
| **State the term remaining** | Undetermined |

Arbutus Biopharma Corporation
Address

100-8900 Glenlyon Parkway

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burnaby | BC | V5J FJ8 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbutus Biopharma Corporation - CDA - Jan 01, 2017 |

Arbutus Biopharma Corporation
Name

Attn: William Collier, President & CEO
Notice Name

| | |
|---|---|
| **State the term remaining** | Undetermined |

Arbutus Biopharma Corporation
Address

100-8900 Glenlyon Parkway

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Burnaby | BC | V5J FJ8 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number (if known): 24-12305

---

**2.72** State what the contract or lease is for and the nature of the debtor's interest

ArcherDX Inc. - Master Services Agreement - Sep 23, 2019

ArcherDX Inc.

Name

Notice Name

2425 55th St # 100

Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Boulder | CO | 80301 |

Country

---

**2.73** State what the contract or lease is for and the nature of the debtor's interest

Arcturus Therapeutics Inc. - CDA - Sep 23, 2024

Arcturus Therapeutics Inc.

Name

Notice Name

10628 Science Center Dr #250

Address

State the term remaining: Expires: 09/23/2025

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92121 |

Country

---

**2.74** State what the contract or lease is for and the nature of the debtor's interest

Arnold & Porter Kaye Scholer LLP - Master Services Agreement - May 08, 2020

Arnold & Porter Kaye Scholer LLP

Name

Notice Name

601 Massachusetts Ave, NW

Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20001-3743 |

Country

---

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

**2.75** State what the contract or lease is for and the nature of the debtor's interest

ARUP Laboratories, Inc. - Services Agreement (One-time use) - Jul 01, 2021 (ARUP Laboratories, Inc - Services Agreement (one-time use) - July 01, 2021)

ARUP Laboratories, Inc.
Name

Notice Name

500 Chipeta Way
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Salt Lake City | UT | 84108 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.76** State what the contract or lease is for and the nature of the debtor's interest

Aspire Bio Consulting - CDA - Jan 09, 2024

Aspire Bio Consulting
Name

Notice Name

35 Pioneer lane
Address

**State the term remaining**   Expires: 01/08/2025

**List the contract number of any government contract**

| Woodbridge | ON | L4L 2J2 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.77** State what the contract or lease is for and the nature of the debtor's interest

Aspire Tek Corporation - Consulting Agreement (One-time use) - Aug 25, 2022 (Aspire Tek Corporation - Master Consulting Agreement (non-HCP) - August 25, 2022)

Aspire Tek Corporation
Name

Notice Name

1 Wood Turtle Court
Address

**State the term remaining**   Expires: 08/24/2025

**List the contract number of any government contract**

| Franklin Park | NJ | 08823 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | AspireBio Consulting - Consulting Agreement (One-time use) - Jun 06, 2024 |

AspireBio Consulting

Name

Notice Name

35 Pioneer Lane

Address

**State the term remaining**  Expires: 12/31/2024

**List the contract number of any government contract**

| Woodbridge | ON | L4L 2J2 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Associated Services Company - Services Agreement (Associated Services Company - Services Agreement (one-time use) - September 17, 2021 (1 DeJong Duke ) |

Associated Services Company

Name

Notice Name

600 McCormick Street

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| San Leandro | CA | 94577 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | AstraZeneca Pharmaceuticals LP - CDA - Sep 20, 2022 (AstraZeneca Pharmaceuticals LP - CDA - September 20, 2022) |

AstraZeneca Pharmaceuticals LP

Name

Notice Name

1800 Concord Pike

Address

**State the term remaining**  Expires: 09/20/2025

**List the contract number of any government contract**

| Wilmington | DE | 19803 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | AstraZeneca UK Limited - CDA - Jul 25, 2022 - Amendment - Jul 25, 2022 |

AstraZeneca UK Limited
Name

Notice Name

1 Francis Crick Avenue Cambridge Biomedical Campus
Address

**State the term remaining** — Expires: 07/24/2025

**List the contract number of any government contract**

| Cambridge | England | CB2 0AA |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | AstraZeneca UK Limited - CDA - Jul 06, 2022 |

AstraZeneca UK Limited
Name

Notice Name

1 Francis Crick Avenue Cambridge Biomedical Campus
Address

**State the term remaining** — Expires: 07/06/2025

**List the contract number of any government contract**

| Cambridge | England | CB2 0AA |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | AstraZeneca UK Limited - CDA - Jul 25, 2022 |

AstraZeneca UK Limited
Name

Notice Name

1 Francis Crick Avenue Cambridge Biomedical Campus
Address

**State the term remaining** — Expires: 07/24/2025

**List the contract number of any government contract**

| Cambridge | England | CB2 0AA |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | AT&T Corp - License Agreement - Oct 11, 2022 (AT&T Corp - License Agreement - October 11, 2022 (Extra Lines)) | AT&T Corp |
|---|---|---|---|

Name

Notice Name

One AT&T Way

**State the term remaining**    Expires: 10/10/2025

Address

**List the contract number of**

**any government contract**

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | AT&T Corp - Other - Sep 19, 2022 (AT&T Corp - Other - September 19, 2022 (LOA)) | AT&T Corp |
|---|---|---|---|

Name

Notice Name

One AT&T Way

**State the term remaining**    Expires: 09/18/2025

Address

**List the contract number of**

**any government contract**

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | ATG Service - Services Agreement (One-time use) - Sep 01, 2024 | ATG Service |
|---|---|---|---|

Name

Notice Name

179 Cross Road

**State the term remaining**    Expires: 09/01/2025

Address

**List the contract number of**

**any government contract**

| Waterford | CT | 06385 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | ATG Service - Services Agreement (One-time use) - Jul 03, 2024 |

ATG Service
Name

Notice Name

179 Cross Road
Address

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of**

**any government contract**

| Waterford | CT | 06385 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Atlas Copco Compressors LLC - SOW - Apr 05, 2024 (Maintenance and repairs to the vacuum system in Emeryville) |

Atlas Copco Compressors LLC
Name

Notice Name

Dept. CH 19511
Address

| **State the term remaining** | Expires: 04/05/2026 |
|---|---|

**List the contract number of**

**any government contract**

| Palatine | IL | 60055-9511 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Atlas Copco Compressors LLC - SOW - Feb 09, 2024 (Maintenance and repairs to utility systems in Pleasanton) |

Atlas Copco Compressors LLC
Name

Notice Name

Dept. CH 19511
Address

| **State the term remaining** | Expires: 04/05/2027 |
|---|---|

**List the contract number of**

**any government contract**

| Palatine | IL | 60055-9511 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Atlas Copco Compressors LLC - SOW - Mar 30, 2023 (Atlas Copco Compressors LLC - SOW - March 30, 2023) |
| | | Atlas Copco Compressors LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | Dept. CH 19511 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Palatine | IL | 60055-9511 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Atlas Copco Compressors LLC - SOW - Mar 30, 2023 (Atlas Copco Compressors LLC - SOW - March 30, 2023) |
| | | Atlas Copco Compressors LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | Dept. CH 19511 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Palatine | IL | 60055-9511 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Atlas Copco Compressors LLC - Master Services Agreement - Jun 22, 2020 (air compressor services) - Amendment - Mar 03, 2023 |
| | | Atlas Copco Compressors LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 06/22/2026 |
| | | Dept. CH 19511 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Palatine | IL | 60055-9511 |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.93** **State what the contract or lease is for and the nature of the debtor's interest**

Atrium Health - CDA - Dec 21, 2023

**State the term remaining** Expires: 12/20/2024

**List the contract number of any government contract**

Atrium Health
Name

Notice Name

1000 Blythe Blvd.
Address

| Charlotte | NC | 28203 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.94** **State what the contract or lease is for and the nature of the debtor's interest**

Avance Biosciences Inc. - CDA

**State the term remaining** Undetermined

**List the contract number of any government contract**

Avance Biosciences Inc.
Name

Notice Name

9770 West Little York Road
Address

| Houston | TX | 77040 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.95** **State what the contract or lease is for and the nature of the debtor's interest**

Avanti Polar Lipids, Inc. - CDA - May 02, 2023

**State the term remaining** Expires: 05/01/2025

**List the contract number of any government contract**

Avanti Polar Lipids, Inc.
Name

Notice Name

700 Industrial Park Dr
Address

| Alabaster | AL | 35007 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

**2.96** **State what the contract or lease is for and the nature of the debtor's interest**

Avantik - Services Agreement (One-time use) - Mar 01, 2024

Avantik
Name

Notice Name

19 Chapin Road

**State the term remaining** Expires: 02/28/2025

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| PineBrook | NJ | 07058 |
| City | State | ZIP Code |

Country

**2.97** **State what the contract or lease is for and the nature of the debtor's interest**

Avantor Funding, Inc. - CDA - Dec 09, 2021 (Avantor Funding, Inc - CDA - December 09, 2021 ((3-Way with MWA)))

Avantor Funding, Inc.
Name

Notice Name

Radnor Corporate Center

**State the term remaining** Undetermined

Address

Building One, Suite 200, 100 Matsonford Road

**List the contract number of any government contract**

| | | |
|---|---|---|
| Radnor | PA | 1908 |
| City | State | ZIP Code |

Country

**2.98** **State what the contract or lease is for and the nature of the debtor's interest**

Axolabs GmbH - SOW - Jun 12, 2024 (AxoLabs - Drug Substance testing (%Capping Analytical Method))

Axolabs GmbH
Name

Notice Name

Fritz-Hornschuch-Str. 9

**State the term remaining** Expires: 12/31/2024

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Kulmbach | DE | 95326 |
| City | State | ZIP Code |
| Germany | | |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Azenta US, Inc. - Master Services Agreement - Sep 27, 2022 (Azenta - Master Services Agreement - September 27, 2022) |

Azenta US, Inc.
Name

Notice Name

2910 Fortune Circle West
Address

**State the term remaining** — Expires: 09/26/2025

Suite E

**List the contract number of any government contract**

| Indianapolis | IN | 46241 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Azure Biosystems - Services Agreement (One-time use) - May 29, 2024 |

Azure Biosystems
Name

Notice Name

6747 Sierra Court
Address

**State the term remaining** — Undetermined

Suites A-B

**List the contract number of any government contract**

| Dublin | CA | 94568 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Azure Biosystems - Services Agreement (One-time use) - May 20, 2024 |

Azure Biosystems
Name

Notice Name

6747 Sierra Court
Address

**State the term remaining** — Undetermined

Suites A-B

**List the contract number of any government contract**

| Dublin | CA | 94568 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.102** State what the contract or lease is for and the nature of the debtor's interest

B. Riley Securities, Inc. - CDA - Aug 28, 2024

B. Riley Securities, Inc.
Name

Notice Name

State the term remaining: Expires: 08/28/2025

299 Park Avenue, 21st Floor
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10171 |

Country

**2.103** State what the contract or lease is for and the nature of the debtor's interest

Bain Capital Life Sciences LP - CDA - Aug 20, 2024

Bain Capital Life Sciences LP
Name

Notice Name

State the term remaining: Expires: 08/20/2025

200 Clarendon Street
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Boston | MA | 02116 |

Country

**2.104** State what the contract or lease is for and the nature of the debtor's interest

Banner Health d_b_a Banner MD Anderson Cancer Center - Clinical Trial Agreement - Dec 06, 2022 (Banner Health - CTA - December 06, 2022 (GO-010)) - Amendment - Mar 23, 2023

Banner Health d_b_a Banner MD Anderson Cancer Center
Name

Notice Name

State the term remaining: Undetermined

2940 E. Banner Gateway Dr.
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Gilbert | AZ | 85234 |

Country

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Banner Health d_b_a Banner MD Anderson Cancer Center - Clinical Trial Agreement - Dec 06, 2022 (Banner Health - CTA - December 06, 2022 (GO-010)) |

Banner Health d_b_a Banner MD Anderson Cancer Center
Name

Notice Name

2940 E. Banner Gateway Dr.
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| Gilbert | AZ | 85234 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Baylor College of Medicine - CDA - Aug 16, 2023 (GO-015) |

Baylor College of Medicine
Name

Notice Name

One Baylor Plaza BCM122
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| Houston | TX | 77030 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Baylor Scott &White Research Institute - Amendment - Nov 09, 2022 |

Baylor Scott &White Research Institute
Name

Notice Name

3434 Live Oak Street
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| Dallas | TX | 75204 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Gritstone bio, Inc.
Name

Case number *(if known)*:   24-12305

| | | |
|---|---|---|
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Baylor Scott &White Research Institute - Amendment - Oct 13, 2022 |

Baylor Scott &White Research Institute
Name

Notice Name

3434 Live Oak Street
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Dallas | TX | 75204 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Baylor Scott &White Research Institute - Clinical Trial Agreement - Aug 01, 2022 (Baylor Scott &White Research Institute - CTA - August 01, 2022 (GO-010)) |

Baylor Scott &White Research Institute
Name

Notice Name

3434 Live Oak Street
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Dallas | TX | 75204 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | BC ClinOps Consulting, LLC - Consulting Agreement (One-time use) - Aug 09, 2024 (Clin Ops Consulting) |

BC ClinOps Consulting, LLC
Name

Notice Name

25 Patricia Drive
Address

**State the term remaining**   Expires: 02/09/2025

**List the contract number of**

**any government contract**

| Trappe | PA | 19426 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Beacon Hill Staffing, LLC - Recruiter – Contingency Fee - Jun 15, 2016 | Beacon Hill Staffing, LLC |

Name

Notice Name

152 Bowdoin Street

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | Address |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boston | MA | 02108 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Beacon Hill Staffing, LLC - Recruiter – Contingency Fee - Nov 29, 2018 - Amendment - Mar 21, 2023 | Beacon Hill Staffing, LLC |

Name

Notice Name

152 Bowdoin Street

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | Address |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boston | MA | 02108 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - Oct 16, 2024 | Beckman Coulter |

Name

Notice Name

5350 Lakeview Parkway South Dr.

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | Address |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46268 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - May 01, 2024 |

Beckman Coulter
Name

Notice Name

5350 Lakeview Parkway South Dr.

| **State the term remaining** | Expires: 04/30/2025 | Address |
|---|---|---|

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - Jul 01, 2024 |

Beckman Coulter
Name

Notice Name

5350 Lakeview Parkway South Dr.

| **State the term remaining** | Expires: 06/30/2025 | Address |
|---|---|---|

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - Mar 12, 2024 (Annual service agreement for Cytoflex) |

Beckman Coulter
Name

Notice Name

5350 Lakeview Parkway South Dr.

| **State the term remaining** | Expires: 03/11/2025 | Address |
|---|---|---|

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - Jun 30, 2024 (Annual service agreement for Allegra centrifuge maintenance) |
| | | Beckman Coulter |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 06/29/2025 |
| | | 5350 Lakeview Parkway South Dr. |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Indianapolis | IN | 46268 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - Services Agreement (One-time use) - Apr 25, 2024 |
| | | Beckman Coulter |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 04/25/2025 |
| | | 5350 Lakeview Parkway South Dr. |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Indianapolis | IN | 46268 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Beckman Coulter - SOW - Dec 05, 2023 (Maintenance agreement for EMY instruments) |
| | | Beckman Coulter |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 12/04/2024 |
| | | 5350 Lakeview Parkway South Dr. |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Indianapolis | IN | 46268 |
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Becton, Dickinson and Company - Services Agreement (One-time use) - Oct 18, 2024 (Decommission of Fortessa) | Becton, Dickinson and Company |
|---|---|---|---|

Name

Notice Name

1 Becton Drive

| State the term remaining | Undetermined |
|---|---|

Address

List the contract number of
any government contract

| Franklin Lakes | NJ | 07417-1880 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Becton, Dickinson and Company - Other - Aug 12, 2024 (Maintenance) | Becton, Dickinson and Company |
|---|---|---|---|

Name

Notice Name

1 Becton Drive

| State the term remaining | Expires: 08/11/2025 |
|---|---|

Address

List the contract number of
any government contract

| Franklin Lakes | NJ | 07417-1880 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Benchling, Inc. - SOW - Jan 01, 2024 | Benchling, Inc. |
|---|---|---|---|

Name

Notice Name

555 Montgomery Street #1700

| State the term remaining | Expires: 12/31/2024 |
|---|---|

Address

List the contract number of
any government contract

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Beth Israel Deaconess Medical Center - Other - Jul 05, 2023 | Beth Israel Deaconess Medical Center |
|---|---|---|---|

Name

Notice Name

330 Brookline Ave

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

List the contract number of
any government contract

| Boston | MA | 02115 |
|---|---|---|

City | State | ZIP Code

Country

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Beth Israel Deaconess Medical Center - Other - Jul 05, 2023 - Amendment - Apr 02, 2024 | Beth Israel Deaconess Medical Center |
|---|---|---|---|

Name

Notice Name

Center for Virology and Vaccine Research

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

Beth Israel Deaconess Medical Center

List the contract number of
any government contract

| Boston | MA | 02215 |
|---|---|---|

City | State | ZIP Code

Country

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Bill and Melinda Gates Foundation, Inc. - CDA - Nov 15, 2023 | Bill and Melinda Gates Foundation, Inc. |
|---|---|---|---|

Name

Notice Name

440 5th Avenue N.

| | State the term remaining | Expires: 11/15/2024 | Address |
|---|---|---|---|

List the contract number of
any government contract

| Seattle | WA | 98109 |
|---|---|---|

City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**2.126** State what the contract or lease is for and the nature of the debtor's interest

Bill and Melinda Gates Foundation, Inc. - CDA - Nov 15, 2021 (Bill and Melinda Gates Foundation, Inc - CDA - November 15, 2021)

Bill and Melinda Gates Foundation, Inc.

Name

Notice Name

440 5th Avenue N.

Address

State the term remaining

Expires: 11/14/2024

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98109 |

Country

**2.127** State what the contract or lease is for and the nature of the debtor's interest

Biocair, Inc. - CDA - May 20, 2022 (Biocair, Inc - CDA - May 20, 2022)

Biocair, Inc.

Name

Notice Name

30 Tower Office Park

Address

State the term remaining

Expires: 05/19/2025

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Woburn | MA | 01801-2113 |

Country

**2.128** State what the contract or lease is for and the nature of the debtor's interest

Biognosys AG - CDA - Oct 09, 2024

Biognosys AG

Name

Notice Name

Wagistrasse 21, Schlieren

Address

State the term remaining

Expires: 10/08/2026

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Zurich | Zürich | 8952 |
| Switzerland | | |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | BioIVT, LLC - SOW - Mar 25, 2024 | BioIVT, LLC |
|---|---|---|---|

Name

Notice Name

123 Frost St

**State the term remaining**    Expires: 03/25/2025    Address

**List the contract number of any government contract**

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | BioIVT, LLC - Master Services Agreement - Dec 04, 2019 - Amendment - Dec 03, 2022 | BioIVT, LLC |
|---|---|---|---|

Name

Notice Name

123 Frost St

**State the term remaining**    Expires: 12/03/2025    Address

**List the contract number of any government contract**

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | BioIVT, LLC - SOW - Apr 05, 2024 | BioIVT, LLC |
|---|---|---|---|

Name

Notice Name

123 Frost St

**State the term remaining**    Expires: 04/05/2025    Address

**List the contract number of any government contract**

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Case number *(if known):* 24-12305

---

**2.132** **State what the contract or lease is for and the nature of the debtor's interest**

Biomedical Advanced Research and Development Authority (BARDA) - Other - Sep 25, 2023 - Amendment - Nov 20, 2023

Biomedical Advanced Research and Development Authority (BARDA)
Name

Notice Name

**State the term remaining** Expires: 03/31/2024

200 Independence Ave, SW
Address

**List the contract number of any government contract**

| Washington | DC | 20201 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.133** **State what the contract or lease is for and the nature of the debtor's interest**

Biomedical Advanced Research and Development Authority (BARDA) - Other - Sep 25, 2023 - Amendment - Jun 27, 2024

Biomedical Advanced Research and Development Authority (BARDA)
Name

Notice Name

**State the term remaining** Expires: 03/31/2025

200 Independence Ave, SW
Address

**List the contract number of any government contract**

| Washington | DC | 20201 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.134** **State what the contract or lease is for and the nature of the debtor's interest**

Biomedical Advanced Research and Development Authority (BARDA) - Other - Sep 25, 2023

Biomedical Advanced Research and Development Authority (BARDA)
Name

Notice Name

**State the term remaining** Expires: 03/31/2025

200 Independence Ave, SW
Address

**List the contract number of any government contract**

| Washington | DC | 20201 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | BioReliance Corporation - CDA - Aug 31, 2023 |

BioReliance Corporation
Name

Notice Name

14920 Broschart Road
Address

| State the term remaining | Expires: 08/30/2025 |
|---|---|

**List the contract number of any government contract**

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | BioReliance Corporation - CDA - May 26, 2023 |

BioReliance Corporation
Name

Notice Name

14920 Broschart Road
Address

| State the term remaining | Expires: 05/25/2025 |
|---|---|

**List the contract number of any government contract**

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | BioReliance Corporation - CDA - May 26, 2023 (Audit) |

BioReliance Corporation
Name

Notice Name

14920 Broschart Road
Address

| State the term remaining | Expires: 05/25/2025 |
|---|---|

**List the contract number of any government contract**

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

**2.138**

**State what the contract or lease is for and the nature of the debtor's interest**

BioReliance Corporation - Quality Agreement - Mar 03, 2021

BioReliance Corporation
Name

Notice Name

**State the term remaining** — Undetermined

14920 Broschart Road
Address

**List the contract number of any government contract**

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.139**

**State what the contract or lease is for and the nature of the debtor's interest**

BioSearch Recruiting, LLC - Recruiter – Retained Search - Oct 30, 2023

BioSearch Recruiting, LLC
Name

Notice Name

**State the term remaining** — Expires: 10/29/2024

PO Box 5815
Address

**List the contract number of any government contract**

| Carmel | CA | 93921 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.140**

**State what the contract or lease is for and the nature of the debtor's interest**

Blue Mountain Quality Resources, Inc. - SOW - Mar 15, 2023

Blue Mountain Quality Resources, Inc.
Name

Notice Name

**State the term remaining** — Expires: 03/15/2026

475 Rolling Ridge Drive Suite 200
Address

**List the contract number of any government contract**

| State College | PA | 16801 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Bluebird bio, Inc. - Other - Oct 11, 2021 (bluebird bio, Inc - Other - October 11, 2021 (Notice of Assignment)) | Bluebird bio, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 2seventybio |
| | State the term remaining | Undetermined | Address |
| | | | 60 Binney Street |
| | List the contract number of any government contract | | |

| Cambridge | MA | 02142 |
| City | State | ZIP Code |

Country

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Bluebird bio, Inc. - Other - Aug 22, 2019 | Bluebird bio, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 2seventybio |
| | State the term remaining | Undetermined | Address |
| | | | 60 Binney Street |
| | List the contract number of any government contract | | |

| Cambridge | MA | 02142 |
| City | State | ZIP Code |

Country

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Bluebird bio, Inc. - Other - Aug 20, 2018 | Bluebird bio, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 2seventybio |
| | State the term remaining | Undetermined | Address |
| | | | 60 Binney Street |
| | List the contract number of any government contract | | |

| Cambridge | MA | 02142 |
| City | State | ZIP Code |

Country

Debtor:    Gritstone bio, Inc.
_____
Name

Case number *(if known)*    24-12305

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Boca Raton Regional Hospital, Inc. - Clinical Trial Agreement - May 19, 2022 (Boca Raton Regional Hospital - CTA - May 19, 2022 (GO-010)) | Boca Raton Regional Hospital, Inc. |
|---|---|---|---|

Boca Raton Regional Hospital, Inc.
Name

Attn: Director of Research
Notice Name

**State the term remaining**    Undetermined

Boca Raton Regional Hospital, Inc.
Address

**List the contract number of any government contract**

Lynn Cancer Institute

701 NW 13th Street, Room 3013

| Boca Raton | FL | 33486 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Boston Lab Services, Inc. - Master Services Agreement - Nov 14, 2022 (Boston Lab Services - Staffing Supplier Agreement - November 14, 2022) | Boston Lab Services, Inc. |
|---|---|---|---|

Boston Lab Services, Inc.
Name

Notice Name

**State the term remaining**    Expires: 11/14/2027

111 Franklin Street, Unit 2
Address

**List the contract number of any government contract**

| Revere | MA | 02151 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Boston Lab Services, Inc. - SOW - Jul 05, 2023 | Boston Lab Services, Inc. |
|---|---|---|---|

Boston Lab Services, Inc.
Name

Notice Name

111 Franklin Street, Unit 2
Address

**State the term remaining**    Expires: 11/24/2024

**List the contract number of any government contract**

| Revere | MA | 02151 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Boston Lab Services, Inc. - Master Services Agreement - May 26, 2023 (Moving project management consulting) |
|---|---|---|

Boston Lab Services, Inc.
Name

Notice Name

18 Terry Ave.
Address

**State the term remaining**  Expires: 05/26/2028

**List the contract number of any government contract**

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Box, Inc. - Services Agreement (One-time use) - Sep 28, 2023 |
|---|---|---|

Box, Inc.
Name

Notice Name

900 Jefferson Ave.
Address

**State the term remaining**  Expires: 09/28/2026

**List the contract number of any government contract**

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Box, Inc. - Master Services Agreement - Jun 28, 2021 (Box, Inc - Master Services Agreement - June 28, 2021 (Box service agreement that applies to all thei) |
|---|---|---|

Box, Inc.
Name

Notice Name

900 Jefferson Ave.
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
_____
Name

Case number *(if known)*  24-12305

---

**2.150** | **State what the contract or lease is for and the nature of the debtor's interest** | Box, Inc. - Other - Aug 10, 2020 | Box, Inc.
Name
|  |  |  | Notice Name
| **State the term remaining** | Undetermined | 900 Jefferson Ave.
Address
| **List the contract number of any government contract** | |

| | | | Redwood City | CA | 94063 |
| | | | City | State | ZIP Code |

| | | | Country |

**2.151** | **State what the contract or lease is for and the nature of the debtor's interest** | Brent Sendayan - CDA - Jun 17, 2021 | Brent Sendayan
Name
|  |  |  | Notice Name
| **State the term remaining** | Undetermined | 2329 Old Post Way
Address
| **List the contract number of any government contract** | |

| | | | San Jose | CA | 95132 |
| | | | City | State | ZIP Code |

| | | | Country |

**2.152** | **State what the contract or lease is for and the nature of the debtor's interest** | Brian Liddell - CDA - Sep 13, 2021 | Brian Liddell
Name
|  |  |  | Notice Name
|  |  |  | 2 Heritage Drive Suite 401
| **State the term remaining** | Undetermined | Address
| **List the contract number of any government contract** | |

| | | | Quincy | MA | 02171 |
| | | | City | State | ZIP Code |

| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Bristol-Myers Squibb Company - Other - Jun 19, 2019 (Bristol-Myers Squibb Company - Other - June 19, 2019 (Data Protection Agreement)) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

| | | |
|---|---|---|
| New York | NY | 10154 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Bristol-Myers Squibb Company - Other - May 11, 2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

| | | |
|---|---|---|
| New York | NY | 10154 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Bristol-Myers Squibb Company - Other - Nov 12, 2020 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

| | | |
|---|---|---|
| New York | NY | 10154 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.156** **State what the contract or lease is for and the nature of the debtor's interest**

Bristol-Myers Squibb Company - Master Services Agreement - Oct 06, 2020

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| New York | NY | 10154 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.157** **State what the contract or lease is for and the nature of the debtor's interest**

Bristol-Myers Squibb Company - Master Services Agreement - Sep 15, 2020

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

**State the term remaining** Expires: 09/15/2025

**List the contract number of any government contract**

| New York | NY | 10154 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.158** **State what the contract or lease is for and the nature of the debtor's interest**

Bristol-Myers Squibb Company - Master Services Agreement - Jun 19, 2019

Bristol-Myers Squibb Company
Name

Notice Name

345 Park Avenue
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| New York | NY | 10154 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Bristol-Myers Squibb Company - Master Services Agreement - Jul 12, 2018 |
| | | Bristol-Myers Squibb Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 345 Park Avenue |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | New York      NY      10154 |
| | | City      State      ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Broadridge Investor Communications Solutions, Inc. - Master Services Agreement - Feb 11, 2020 |
| | | Broadridge Investor Communications Solutions, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 51 Mercedes Way |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | Brentwood      NY      11717 |
| | | City      State      ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Bruker Biospin - Services Agreement (One-time use) - Nov 01, 2024 |
| | | Bruker Biospin |
| | | Name |
| | | |
| | | Notice Name |
| | | 5A Crystal Pond Rd |
| | **State the term remaining** | Expires: 10/31/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | Southborough      MA      01772 |
| | | City      State      ZIP Code |
| | | |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Bruker Scientific LLC - Services Agreement (One-time use) - May 15, 2024 | Bruker Scientific LLC |
|---|---|---|---|

Name

Notice Name

40 Manning Road

| | **State the term remaining** | Expires: 05/14/2025 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Billerica | MA | 01821 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Burke Herring, LLC - SOW (Calibration/certification services for HEPA filters and Biosafety Cabinets/ Fume Hoods) | Burke Herring, LLC |
|---|---|---|---|

Name

Notice Name

1569 Solano Avenue Suite 271

| | **State the term remaining** | Undetermined | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Berkeley | CA | 94707 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Burke Herring, LLC - SOW - Apr 22, 2024 (Hood maintenance) | Burke Herring, LLC |
|---|---|---|---|

Name

Notice Name

1569 Solano Avenue Suite 271

| | **State the term remaining** | Undetermined | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Berkeley | CA | 94707 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Burke Herring, LLC - Master Services Agreement - Apr 08, 2024 (HEPA filter, Biosafety Cabinet and Fume Hood testing and certification) |
| | **State the term remaining** | Expires: 04/08/2025 |
| | **List the contract number of any government contract** | |

Burke Herring, LLC
Name

Notice Name

1569 Solano Avenue Suite 271
Address

| Berkeley | CA | 94707 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Canopy Biopharma, LLC - Master Services Agreement - Oct 21, 2022 (Canopy Biopharma, LLC - Master Services Agreement - October 21, 2022) |
| | **State the term remaining** | Expires: 10/20/2027 |
| | **List the contract number of any government contract** | |

Canopy Biopharma, LLC
Name

Notice Name

48 Holland Brook Road
Address

| Whitehouse Station | NJ | 08889 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Advisors Group, Inc. - CDA - Feb 25, 2022 (Capital Advisors Group, Inc - CDA - February 25, 2022) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Capital Advisors Group, Inc.
Name

Notice Name

29 Crafts Street
Address

Suite 270

| Newton | MA | 02458 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Cassidy Jones - CDA - Dec 30, 2021 | Cassidy Jones |
|---|---|---|---|

Name

Notice Name

2 Heritage Drive Suite 401
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

Quincy | MA | 02171
City | State | ZIP Code

Country

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Catalent Pharma Solutions, LLC - CDA - Mar 10, 2020 | Catalent Pharma Solutions, LLC |
|---|---|---|---|

Name

Notice Name

14 Schoolhouse Road
Address

**State the term remaining** Expires: 03/10/2025

**List the contract number of any government contract**

Somerset | NJ | 08873
City | State | ZIP Code

Country

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Cebiphar - CDA - Aug 29, 2024 | Cebiphar |
|---|---|---|---|

Name

Notice Name

1 rue de la Bodiniere
Address

**State the term remaining** Expires: 08/28/2029

**List the contract number of any government contract**

Fondettes Centre-Val de Loire | | 37230
City | State | ZIP Code

France
Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Celentyx Limited - Master Services Agreement - Jun 09, 2022 (Celentyx Ltd - Master Services Agreement - June 09, 2022) |

Celentyx Limited
Name

Notice Name

Birmingham Research Park Vincent Drive Edgbaston
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Birmingham | England | B15 2SQ |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Cenetron Diagnostics, LLC - CDA - Mar 22, 2023 (Cenetron Diagnostics, LLC - CDA - March 22, 2023) |

Cenetron Diagnostics, LLC
Name

Notice Name

2111 West Braker Lane
Address

**State the term remaining**  Expires: 03/21/2026

Suite 300

**List the contract number of any government contract**

| Austin | TX | 78758 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Certara USA, Inc. - SOW - Mar 04, 2024 |

Certara USA, Inc.
Name

Notice Name

100 Overlook Center Suite 101
Address

**State the term remaining**  Expires: 03/03/2025

**List the contract number of any government contract**

| Princeton | NJ | 08540 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

---

**2.174** **State what the contract or lease is for and the nature of the debtor's interest**

Certara USA, Inc. - SOW - Sep 28, 2023 - Amendment - Sep 28, 2023

Certara USA, Inc.
Name

Notice Name

100 Overlook Center Suite 101
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Princeton | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.175** **State what the contract or lease is for and the nature of the debtor's interest**

Certara USA, Inc. - SOW - Sep 28, 2023

Certara USA, Inc.
Name

Notice Name

100 Overlook Center Suite 101
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Princeton | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.176** **State what the contract or lease is for and the nature of the debtor's interest**

Certara USA, Inc. - Master Services Agreement - Mar 17, 2022 (Certara USA, Inc., - Master Services Agreement - March 17, 2022)

Certara USA, Inc.
Name

Notice Name

100 Overlook Center Suite 101
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Princeton | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Certification Company, Inc. - Master Services Agreement - Sep 11, 2024 (Certification Company for facilities) | Certification Company, Inc.
Name |
|---|---|---|---|
| | | | Notice Name |
| | | | 185 Seaview Avenue
Address |
| | State the term remaining | Expires: 09/11/2029 | |
| | List the contract number of any government contract | | |
| | | | South Yarmouth — MA — 02664
City — State — ZIP Code |
| | | | Country |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | CFO's Domain, LLC - Master Services Agreement - Mar 09, 2023 (CFO's Domain, LLC - Staffing Supplier Agreement - March 09, 2023) | CFO's Domain, LLC
Name |
|---|---|---|---|
| | | | Notice Name |
| | | | 1014 S Westlake Blvd Ste 14-407
Address |
| | State the term remaining | Expires: 03/08/2028 | |
| | List the contract number of any government contract | | |
| | | | Westlake Village — CA — 91361
City — State — ZIP Code |
| | | | Country |

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | ChargePoint, Inc. - Master Services Agreement - Sep 15, 2017 | ChargePoint, Inc.
Name |
|---|---|---|---|
| | | | Notice Name |
| | | | 254 E. Hacienda Ave
Address |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| | | | Campbell — CA — 95008
City — State — ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | ChargePoint, Inc. - Master Services Agreement - Sep 17, 2017 |

ChargePoint, Inc.
Name

Notice Name

**State the term remaining** | Undetermined

254 E. Hacienda Ave
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Campbell | CA | 95008 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Charles River Laboratories, Inc. - SOW - Jul 01, 2024 (Analytical development for detecting adventitious agents in our drug product) |

Charles River Laboratories, Inc.
Name

Notice Name

**State the term remaining** | Undetermined

GPO Box 27812
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10087-7812 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Charles River Laboratories, Inc. - SOW - Jul 15, 2024 (Analytical method development and qualification for release assays) |

Charles River Laboratories, Inc.
Name

Notice Name

**State the term remaining** | Undetermined

GPO Box 27812
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10087-7812 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*   24-12305

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Charles River Laboratories, Inc. - Services Agreement (One-time use) - Apr 01, 2024 (Annual PM and software upgrade with IQOQ for 3 QC instruments) | Charles River Laboratories, Inc. |
|---|---|---|---|

Name

Notice Name

GPO Box 27812

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | New York | NY | 10087-7812 |
|---|---|---|---|---|---|

City   State   ZIP Code

Country

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Charles River Laboratories, Inc. - SOW - Mar 26, 2024 (Replication Adenovirus Testing) | Charles River Laboratories, Inc. |
|---|---|---|---|

Name

Notice Name

GPO Box 27812

| | State the term remaining | Expires: 12/31/2024 | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | New York | NY | 10087-7812 |
|---|---|---|---|---|---|

City   State   ZIP Code

Country

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Charles River Laboratories, Inc. - Quality Agreement - Mar 22, 2021 | Charles River Laboratories, Inc. |
|---|---|---|---|

Name

Notice Name

GPO Box 27812

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | New York | NY | 10087-7812 |
|---|---|---|---|---|---|

City   State   ZIP Code

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

**2.186** | **State what the contract or lease is for and the nature of the debtor's interest** | Charles River Laboratories, Inc. - SOW - Feb 19, 2024
| | Charles River Laboratories, Inc.
| | Name
| | | Notice Name
| | | GPO Box 27812
| **State the term remaining** | Undetermined | Address
| **List the contract number of any government contract** |
| | | New York | NY | 10087-7812
| | | City | State | ZIP Code
| | | Country

**2.187** | **State what the contract or lease is for and the nature of the debtor's interest** | Check Point Software Technologies, Inc. - Other - Sep 04, 2019
| | Check Point Software Technologies, Inc.
| | Name
| | | Notice Name
| | | No address (notice or otherwise) provided
| **State the term remaining** | Undetermined | Address
| **List the contract number of any government contract** |
| | | City | State | ZIP Code
| | | Country

**2.188** | **State what the contract or lease is for and the nature of the debtor's interest** | Cherish the Science LLC - CDA - Sep 18, 2024
| | Cherish the Science LLC
| | Name
| | | Notice Name
| | | 684 Park Avenue
| **State the term remaining** | Expires: 09/18/2025 | Address
| **List the contract number of any government contract** |
| | | New York | NY | 10065
| | | City | State | ZIP Code
| | | Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Christ Hospital LLC - Clinical Trial Agreement - Apr 19, 2022 (Christ Hospital LLC - CTA - April 19, 2022 (GO-010)) | Christ Hospital LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | The Christ Hospital Cancer Research Center |
| | State the term remaining | Undetermined | Address |
| | | | 2139 Auburn Avenue, Level D, Room D335 |
| | List the contract number of any government contract | | |

| | | City: Cincinnati | State: OH | ZIP Code: 45219 |
|---|---|---|---|---|

Country

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Cintas Corporation - Master Services Agreement - Nov 16, 2016 | Cintas Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 777 139th Street |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | City: San Leandro | State: CA | ZIP Code: 94578 |
|---|---|---|---|

Country

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Clarivate Analytics - Other - Jun 01, 2017 | Clarivate Analytics |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1500 Spring Garden Street 4th Floor |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | City: Philadelphia | State: PA | ZIP Code: 19130 |
|---|---|---|---|

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

---

**2.192** State what the contract or lease is for and the nature of the debtor's interest

Clinical Research Alliance Inc. - CDA - May 23, 2023

Clinical Research Alliance Inc.
Name

Notice Name

1400 Old Country Road
Address

State the term remaining: Expires: 05/22/2026

Suite 304

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Westbury | NY | 11590 |

Country

---

**2.193** State what the contract or lease is for and the nature of the debtor's interest

Clover Biopharmaceuticals USA, Inc. - CDA - Jan 05, 2022 (Clover Biopharmaceuticals USA, Inc - CDA - January 05, 2022)

Clover Biopharmaceuticals USA, Inc.
Name

Notice Name

Corporation Trust Center
Address

State the term remaining: Expires: 01/04/2027

1209 Orange Street

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Wilmington | DE | 19801 |

Country

---

**2.194** State what the contract or lease is for and the nature of the debtor's interest

Coalition for Epidemic Preparedness Innovations - Grant Agreement – Research - Aug 14, 2021 (Coalition for Epidemic Preparedness Innovations, - Grant Agreement - August 14, 2021) - Amendment - Jan 10, 2024

Coalition for Epidemic Preparedness Innovations
Name

Skøyen Atrium
Notice Name

Askekroken 11
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Oslo | Oslo | 0277 |

Norway
Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

---

**2.195**

**State what the contract or lease is for and the nature of the debtor's interest**

Coalition for Epidemic Preparedness Innovations - CDA - Oct 05, 2023 (Discussions regarding potential future collaboration for pancorona)

Coalition for Epidemic Preparedness Innovations
Name

Skøyen Atrium
Notice Name

Askekroken 11
Address

**State the term remaining**

Expires: 10/05/2026

**List the contract number of any government contract**

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

---

**2.196**

**State what the contract or lease is for and the nature of the debtor's interest**

Coalition for Epidemic Preparedness Innovations - Other - Apr 25, 2022 (Memorandum of Agreement) - Amendment - Mar 13, 2023

Coalition for Epidemic Preparedness Innovations
Name

Skøyen Atrium
Notice Name

Askekroken 11
Address

**State the term remaining**

Expires: 04/25/2025

**List the contract number of any government contract**

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

---

**2.197**

**State what the contract or lease is for and the nature of the debtor's interest**

Coalition for Epidemic Preparedness Innovations - Other - Dec 02, 2022 (Coalition for Epidemic Preparedness Innovations - Other - December 02, 2022 (Data Processing Agreeme)

Coalition for Epidemic Preparedness Innovations
Name

Skøyen Atrium
Notice Name

Askekroken 11
Address

**State the term remaining**

Undetermined

**List the contract number of any government contract**

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*   24-12305

| | | |
|---|---|---|
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Coalition for Epidemic Preparedness Innovations - Other - Apr 25, 2022 (Memorandum of Agreement) |
| | | Coalition for Epidemic Preparedness Innovations |
| | | Name |
| | | Skøyen Atrium |
| | | Notice Name |
| | **State the term remaining** | Expires: 04/24/2025 |
| | | Askekroken 11 |
| | | Address |
| | **List the contract number of any government contract** | |

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

| | | |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Coalition for Epidemic Preparedness Innovations - Other - Jan 01, 2022 (Coalition for Epidemic Preparedness Innovations - Other - January 01, 2022) |
| | | Coalition for Epidemic Preparedness Innovations |
| | | Name |
| | | Skøyen Atrium |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | Askekroken 11 |
| | | Address |
| | **List the contract number of any government contract** | |

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

| | | |
|---|---|---|
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Coalition for Epidemic Preparedness Innovations - Grant Agreement – Research - Aug 14, 2021 (Coalition for Epidemic Preparedness Innovations, - Grant Agreement - August 14, 2021) - Amendment - Dec 06, 2021 |
| | | Coalition for Epidemic Preparedness Innovations |
| | | Name |
| | | Skøyen Atrium |
| | | Notice Name |
| | **State the term remaining** | Expires: 08/14/2025 |
| | | Askekroken 11 |
| | | Address |
| | **List the contract number of any government contract** | |

| Oslo | Oslo | 0277 |
|---|---|---|
| City | State | ZIP Code |
| Norway | | |
| Country | | |

Debtor: Gritstone bio, Inc.

Case number (if known): 24-12305

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Coalition for Epidemic Preparedness Innovations - Grant Agreement – Research - Aug 14, 2021 (Coalition for Epidemic Preparedness Innovations, - Grant Agreement - August 14, 2021) | Coalition for Epidemic Preparedness Innovations |
|---|---|---|---|
| | | | Name |
| | | | Skøyen Atrium |
| | | | Notice Name |
| | State the term remaining | Expires: 08/14/2025 | Askekroken 11 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Oslo | Oslo | 0277 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Norway | | |
| | | | Country | | |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Codagenix,Inc. - CDA - May 10, 2024 | Codagenix,Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3 Bioscience Park Drive |
| | State the term remaining | Expires: 05/13/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Farmingdale | NY | 11735 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Colliers International New England, LLC - CDA - May 18, 2024 | Colliers International New England, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 Federal Street |
| | State the term remaining | Expires: 05/18/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Boston | MA | 02110 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Colorectal Cancer Alliance - Sponsorship Agreement - Jul 18, 2024 | Colorectal Cancer Alliance |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1025 Vermont Ave NW Suite 1066 |
| | **State the term remaining** | Expires: 12/31/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Washington | DC | 20005 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Comcast - Other - Nov 04, 2022 (Comcast - Other - November 04, 2022 (ENS to EDI Renewal)) | Comcast |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Comcast Center |
| | **State the term remaining** | Expires: 11/03/2025 | Address |
| | | | 1701 JFK Boulevard |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Philadelphia | PA | 19103 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Concur Technologies, Inc. - License Agreement - Oct 24, 2023 | Concur Technologies, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 108th Avenue N.E., #1000 |
| | **State the term remaining** | Expires: 01/23/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Bellvue | WA | 98004 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | | Case number *(if known):* | 24-12305 |
| | Name | | | |

**2.207** **State what the contract or lease is for and the nature of the debtor's interest**

Concur Technologies, Inc. - CDA

Concur Technologies, Inc.
Name

Notice Name

601 108th Avenue N.E., #1000
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Bellvue | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.208** **State what the contract or lease is for and the nature of the debtor's interest**

Controlled Contamination Services LLC - Master Services Agreement - Jul 17, 2024 (cleanroom cleaning)

Controlled Contamination Services LLC
Name

Notice Name

6150 Lusk Blvd Suite B205
Address

**State the term remaining**   Expires: 07/17/2029

**List the contract number of any government contract**

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.209** **State what the contract or lease is for and the nature of the debtor's interest**

Copyright Clearance Center Inc. - License Agreement - Jan 22, 2020 - Amendment - Jan 21, 2024

Copyright Clearance Center Inc.
Name

Notice Name

222 Rosewood Drive
Address

**State the term remaining**   Expires: 01/21/2025

**List the contract number of any government contract**

| Danvers | MA | 01923 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | CordenPharma International GmbH - CDA - Aug 30, 2024 (Corden Pharma CDA) | CordenPharma International GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Otto-Hahn-Strasse |
| | **State the term remaining** | Expires: 08/30/2027 | Address |
| | **List the contract number of any government contract** | | |

| Plankstadt Baden-Württemberg | | 68723 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Cornerstone Commissioning, Inc. - Master Services Agreement - Sep 21, 2022 (Cornerstone Commissioning, Inc - Master Services Agreement - September 21, 2022) | Cornerstone Commissioning, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22 Shepard Court |
| | **State the term remaining** | Expires: 09/21/2027 | Address |
| | **List the contract number of any government contract** | | |

| Winchester | MA | 01890 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Countsy - Master Services Agreement - May 24, 2021 | Countsy |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 444 Castro St Suite 1110 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| Mountain View | CA | 94041 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Cox Engineering Company - SOW - Apr 01, 2024 (preventative maintenance HVAC) | Cox Engineering Company |
|---|---|---|---|

Name

Notice Name

21 Pacella Park Drive

| | **State the term remaining** | Expires: 04/01/2025 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Randolph | MA | 02368 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Cox Engineering Company - SOW - Mar 10, 2023 (Cox Engineering Company - SOW - March 10, 2023 (Contract value is $21,800 per year of the SOW term)) | Cox Engineering Company |
|---|---|---|---|

Name

Notice Name

21 Pacella Park Drive

| | **State the term remaining** | Undetermined | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Randolph | MA | 02368 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Cox Engineering Company - Master Services Agreement - Mar 01, 2023 (Cox Engineering Company - Master Services Agreement - March 01, 2023) | Cox Engineering Company |
|---|---|---|---|

Name

Notice Name

21 Pacella Park Drive

| | **State the term remaining** | Expires: 03/01/2028 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Randolph | MA | 02368 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | CPA Global - Master Services Agreement - Jan 01, 2019 | CPA Global |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Company Number 93743 |
| | **State the term remaining** | Undetermined | Address |
| | | | Liberation House, Castle Street |
| | **List the contract number of any government contract** | | |

| | | | Jersey | St Helier | JE1 1BL |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Channel Islands | | |
| | | | Country | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | CREFIII-RCI Saratoga LLC - Other - Dec 12, 2017 (4696-4698 Willow Road) | CREFIII-RCI Saratoga LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o Cushman and Wakefield |
| | | | Notice Name |
| | | | 1333 N. California Blvd. Ste. 500 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Walnut Creek | CA | 94596 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | CREFIII-RCI Saratoga LLC - Other - Dec 22, 2017 (4696-4698 Willow Road Notice of Sale) | CREFIII-RCI Saratoga LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o Cushman and Wakefield |
| | | | Notice Name |
| | | | 1333 N. California Blvd. Ste. 500 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | Walnut Creek | CA | 94596 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| | | |
|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | CREFIII-RCI Saratoga LLC - Other - Jan 13, 2022 (CREFIII-RCI Saratoga LLC - Other - January 13, 2022) |
| | **State the term remaining** | Expires: 02/28/2027 |
| | **List the contract number of any government contract** | |

CREFIII-RCI Saratoga LLC
Name

c/o Cushman and Wakefield
Notice Name

1333 N. California Blvd. Ste. 500
Address

| Walnut Creek | CA | 94596 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | CREFIII-RCI Saratoga LLC - Other - Mar 09, 2022 (CREFIII-RCI Saratoga LLC - Other - March 09, 2022 (Lease termination for Gibraltar building)) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

CREFIII-RCI Saratoga LLC
Name

c/o Cushman and Wakefield
Notice Name

1333 N. California Blvd. Ste. 500
Address

| Walnut Creek | CA | 94596 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | CREFIII-RCI Saratoga LLC - Other - Feb 04, 2020 (4696-4698 Willow Road) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

CREFIII-RCI Saratoga LLC
Name

c/o Cushman and Wakefield
Notice Name

1333 N. California Blvd. Ste. 500
Address

| Walnut Creek | CA | 94596 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | CREFIII-RCI Saratoga LLC - Other - Aug 01, 2019 | CREFIII-RCI Saratoga LLC |
|---|---|---|---|

Name

c/o Cushman and Wakefield
Notice Name

1333 N. California Blvd. Ste. 500
Address

State the term remaining     Expires: 11/01/2024

List the contract number of
any government contract

| Walnut Creek | CA | 94596 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Cromos Pharma - CDA - Nov 03, 2023 | Cromos Pharma |
|---|---|---|---|

Name

Notice Name

US Bancorp Tower
Address

State the term remaining     Expires: 11/03/2025

111 SW Fifth Avenue, Suite 3150

List the contract number of
any government contract

| Portland | OR | 97204 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | CrowdStrike, Inc. - SOW - Apr 18, 2024 | CrowdStrike, Inc. |
|---|---|---|---|

Name

Notice Name

150 Mathilda Place, Ste. 300
Address

State the term remaining     Undetermined

List the contract number of
any government contract

| Sunnyvale | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | CrowdStrike, Inc. - Services Agreement (One-time use) - Mar 31, 2024 (Cybersecurity Retainer Services) | CrowdStrike, Inc. |
|---|---|---|---|

Name

Notice Name

Address: 150 Mathilda Place, Ste. 300

State the term remaining: Expires: 03/01/2025

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Sunnyvale | CA | 94086 |

Country

---

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | CrowdStrike, Inc. - Other - Jul 13, 2021 | CrowdStrike, Inc. |
|---|---|---|---|

Name

Notice Name

Address: 150 Mathilda Place, Ste. 300

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Sunnyvale | CA | 94086 |

Country

---

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | CryoPort Systems, Inc. - Quality Agreement - Oct 17, 2022 (CryoPort Systems, Inc - Quality Agreement - October 17, 2022) | CryoPort Systems, Inc. |
|---|---|---|---|

Name

Notice Name

Address: 17305 Daimler Street

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92614 |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**2.228** **State what the contract or lease is for and the nature of the debtor's interest**    - Amendment - May 02, 2021

CryoPort Systems, Inc.
Name

Notice Name

17305 Daimler Street

**State the term remaining**    Undetermined
Address

**List the contract number of any government contract**

| Irvine | CA | 92614 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.229** **State what the contract or lease is for and the nature of the debtor's interest**    - Amendment - May 02, 2021

CryoPort Systems, Inc.
Name

Notice Name

17305 Daimler Street

**State the term remaining**    Undetermined
Address

**List the contract number of any government contract**

| Irvine | CA | 92614 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.230** **State what the contract or lease is for and the nature of the debtor's interest**    - Amendment - May 05, 2022

CryoPort Systems, Inc.
Name

Notice Name

17305 Daimler Street

**State the term remaining**    Undetermined
Address

**List the contract number of any government contract**

| Irvine | CA | 92614 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - May 05, 2022 |
| | | |

CryoPort Systems, Inc.

Name

Notice Name

17305 Daimler Street

Address

| **State the term remaining** | Undetermined |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Cygnus Technologies - SOW - Jul 23, 2024 (Analytical testing of host cell protein residuals in the Drug Substance (ChAd)) |

Cygnus Technologies

Name

Notice Name

1523 Olde Waterfod Way

Address

| **State the term remaining** | Expires: 07/22/2025 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Leland | NC | 28451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Cygnus Technologies - SOW - Jul 23, 2024 (Analytical testing to characterize the Host Cell Proteins (residuals) in the Drug Substance) |

Cygnus Technologies

Name

Notice Name

1523 Olde Waterfod Way

Address

| **State the term remaining** | Expires: 07/22/2025 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Leland | NC | 28451 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Cygnus Technologies - SOW - May 15, 2024 (Analytical testing for Host Cell Protein Antibody Coverage) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Cygnus Technologies

Name

Notice Name

1523 Olde Waterfod Way

Address

| Leland | NC | 28451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Cygnus Technologies - CDA - Jan 09, 2024 |
| | **State the term remaining** | Expires: 01/08/2025 |
| | **List the contract number of any government contract** | |

Cygnus Technologies

Name

Notice Name

1523 Olde Waterfod Way

Address

| Leland | NC | 28451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Cynthia Voong - CDA - Jun 28, 2024 |
| | **State the term remaining** | Expires: 06/28/2025 |
| | **List the contract number of any government contract** | |

Cynthia Voong

Name

Notice Name

4512 Martin Street

Address

| Union City | CA | 94587 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*   24-12305

**2.237** | **State what the contract or lease is for and the nature of the debtor's interest** | Cytek Biosciences - Services Agreement (One-time use) - Oct 22, 2024 | Cytek Biosciences
| | | Name
| | | 
| | | Notice Name
| | | 47215 Lakeview Blvd
| **State the term remaining** | Expires: 10/23/2024 | Address
| | |
| **List the contract number of any government contract** | | 
| | | Fremont | CA | 94538
| | | City | State | ZIP Code
| | | 
| | | Country

**2.238** | **State what the contract or lease is for and the nature of the debtor's interest** | Cytek Biosciences - Services Agreement (One-time use) - Jun 13, 2024 | Cytek Biosciences
| | | Name
| | | 
| | | Notice Name
| | | 47215 Lakeview Blvd
| **State the term remaining** | Expires: 06/12/2025 | Address
| | |
| **List the contract number of any government contract** | | 
| | | Fremont | CA | 94538
| | | City | State | ZIP Code
| | | 
| | | Country

**2.239** | **State what the contract or lease is for and the nature of the debtor's interest** | Cytek Biosciences - Services Agreement (One-time use) - Nov 01, 2023 | Cytek Biosciences
| | | Name
| | | 
| | | Notice Name
| | | 47215 Lakeview Blvd
| **State the term remaining** | Expires: 10/31/2024 | Address
| | |
| **List the contract number of any government contract** | | 
| | | Fremont | CA | 94538
| | | City | State | ZIP Code
| | | 
| | | Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Darius Communications, Inc - Master Services Agreement - Feb 01, 2024 | Darius Communications, Inc |
|---|---|---|---|

Name

Notice Name

4225 Executive Square
Address

Suite 600

**State the term remaining** — Expires: 01/31/2029

**List the contract number of any government contract**

| La Jolla | CA | 92037 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Datadog, Inc. - License Agreement - Feb 01, 2024 | Datadog, Inc. |
|---|---|---|---|

Name

Notice Name

620 8th Avenue 45th Floor
Address

**State the term remaining** — Expires: 01/31/2025

**List the contract number of any government contract**

| New York | NY | 10018-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Datadog, Inc. - Other - Mar 22, 2022 (Datadog, Inc - Other - March 22, 2022 (Master Subscription Agreement)) | Datadog, Inc. |
|---|---|---|---|

Name

Attn: Legal Notice
Notice Name

**State the term remaining** — Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*   24-12305

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Datadog, Inc. - Master Services Agreement - Sep 01, 2020 | Datadog, Inc. |
|---|---|---|---|

Name

Attn: Legal Notice
Notice Name

| | State the term remaining | Undetermined | Address |
|---|---|---|---|
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Datadog, Inc. - Other - Jul 27, 2020 | Datadog, Inc. |
|---|---|---|---|

Name

Attn: Legal Notice
Notice Name

| | State the term remaining | Undetermined | Address |
|---|---|---|---|
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Deerfield 2018 LLC - Other - Aug 03, 2018 (4696-4698 Willow Road) | Deerfield 2018 LLC |
|---|---|---|---|

Name

Notice Name

3715 Haven Ave. Suite 210
Address

| | State the term remaining | Undetermined | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Deerfield 2018 LLC - Other - Mar 24, 2017 (4696-4698 Willow Road Lease) - Amendment - May 10, 2024 |

Deerfield 2018 LLC
Name

Notice Name

3715 Haven Ave. Suite 210
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Deerfield 2018 LLC - Other - Oct 10, 2018 (Notice of Sale (to Deerfield) - 4696 Willow Road) |

Deerfield 2018 LLC
Name

Notice Name

3715 Haven Ave. Suite 210
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Deerfield 2018 LLC - Other - Mar 24, 2017 (4696-4698 Willow Road Lease) |

Deerfield 2018 LLC
Name

Notice Name

3715 Haven Ave. Suite 210
Address

**State the term remaining**    Expires: 05/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Deerfield 2018 LLC - Other - Feb 07, 2020 (Agreement to Grant Easement - 4698 Willow Road) | Deerfield 2018 LLC |
| | | | Name |
| | | | Notice Name |
| | | | 3715 Haven Ave. Suite 210 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Menlo Park    CA    94025 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Deerfield 2018 LLC - Other - Sep 24, 2018 (Deed of Trust - 4696 Willow Road) | Deerfield 2018 LLC |
| | | | Name |
| | | | Notice Name |
| | | | 3715 Haven Ave. Suite 210 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Menlo Park    CA    94025 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Dellora Investments LP - CDA - Sep 12, 2024 | Dellora Investments LP |
| | | | Name |
| | | | Notice Name |
| | | | 283 Greenwich Ave. |
| | State the term remaining | Expires: 09/12/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Greenwich    CT    06830 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | DeWinter Group LLC - Termination Letter - Oct 04, 2023 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

DeWinter Group LLC
Name

Notice Name

1919 S. Bascom Ave
Address

Suite 250

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | DeWinter Group LLC - Master Consulting Agreement - Aug 10, 2023 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

DeWinter Group LLC
Name

Notice Name

1919 S. Bascom Ave
Address

Suite 250

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Diligent Corporation - Services Agreement (One-time use) - Feb 02, 2023 (Diligent Corporation - Services Agreement (one-time use) - February 02, 2023) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Diligent Corporation
Name

Notice Name

111 West 33rd Street, 16th Floor
Address

| New York | NY | 10120 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

---

**2.255 State what the contract or lease is for and the nature of the debtor's interest**

Diligent Corporation - CDA - Sep 16, 2022
(Diligent Corporation - CDA - September 16, 2022)

Diligent Corporation
_____
Name

_____
Notice Name

111 West 33rd Street, 16th Floor
_____
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10120 |

_____
Country

---

**2.256 State what the contract or lease is for and the nature of the debtor's interest**

Division of Microbiology and Infectious Diseases - SOW - Nov 14, 2023

Division of Microbiology and Infectious Diseases
_____
Name

_____
Notice Name

5601 Fishers Lane Room 7G51
_____
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Bethesda | MD | 20892 |

_____
Country

---

**2.257 State what the contract or lease is for and the nature of the debtor's interest**

DL Novicki Toxicology Consulting LLC - Consulting Agreement (One-time use)

DL Novicki Toxicology Consulting LLC
_____
Name

_____
Notice Name

147 Cullinane Drive
_____
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Marlborough | MA | 01752 |

_____
Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | DL Novicki Toxicology Consulting LLC - CDA - Jun 03, 2024 | DL Novicki Toxicology Consulting LLC |
|---|---|---|---|

Name

Notice Name

147 Cullinane Drive

**State the term remaining** — Expires: 06/03/2025

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Marlborough | MA | 01752 |

Country

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | DNA Script - CDA - Aug 05, 2022 (DNA Script - CDA - August 05, 2022) | DNA Script SAS |
|---|---|---|---|

Name

Notice Name

67 avenue de Fontainebleau

**State the term remaining** — Expires: 08/05/2025

Address

Le Kremlin-Bicêtre

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Île-de-France | | 94270 |

France

Country

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Docusign, Inc. - SOW - Jan 25, 2022 (DocuSign, Inc - SOW - January 25, 2022) | Docusign, Inc. |
|---|---|---|---|

Name

Notice Name

180 N La Salle St Floor 12

**State the term remaining** — Expires: 01/25/2025

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60601 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - Services Agreement (One-time use) - Oct 03, 2024 (Chronos VDR) | Donnelley Financial Solutions |
|---|---|---|---|

Name

State the term remaining | Expires: 04/03/2025

Notice Name

Donnelley Financial LLP PO Box 842282
Address

List the contract number of any government contract

| Boston | MA | 02284-2282 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - Subscription Agreement - Mar 13, 2024 | Donnelley Financial Solutions |
|---|---|---|---|

Name

State the term remaining | Undetermined

Notice Name

Donnelley Financial LLP PO Box 842282
Address

List the contract number of any government contract

| Boston | MA | 02284-2282 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - Subscription Agreement - Aug 17, 2023 | Donnelley Financial Solutions |
|---|---|---|---|

Name

Notice Name

Donnelley Financial LLP PO Box 842282
Address

State the term remaining | Expires: 08/16/2026

List the contract number of any government contract

| Boston | MA | 02284-2282 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - Other - Jan 24, 2022 (Donnelley Financial Solutions - Other - January 24, 2022 (New VDR Pricing Terms)) | Donnelley Financial Solutions |
|---|---|---|---|

Name

Notice Name

35 West Wacker Drive

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - SOW - Aug 17, 2021 (Donnelley Financial Solutions - SOW - August 17, 2021 (ActiveDisclosure software)) | Donnelley Financial Solutions |
|---|---|---|---|

Name

Notice Name

35 West Wacker Drive

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Donnelley Financial Solutions - Master Services Agreement - Feb 05, 2019 | Donnelley Financial Solutions |
|---|---|---|---|

Name

Notice Name

35 West Wacker Drive

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Donnelley Financial, LLC - Master Services Agreement - Mar 14, 2018 |

Donnelley Financial, LLC
Name

Notice Name

35 West Wacker Drive
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | DOT Compliance Inc. - CDA - Sep 03, 2024 |

DOT Compliance Inc.
Name

Notice Name

2375 E. Cambelback Road
Address

**State the term remaining** — Undetermined

Suite 600

**List the contract number of any government contract**

| Phoenix | AZ | 85016 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | DRI Capital Inc. - CDA - Jun 18, 2024 |

DRI Capital Inc.
Name

Notice Name

First Canadian Place
Address

**State the term remaining** — Expires: 06/18/2026

100 King St. W., Suite 7250

**List the contract number of any government contract**

| Toronto | ON | M5X 1B1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | DSBio Consulting LLC - Consulting Agreement (One-time use) - Apr 04, 2022 - Amendment - Apr 30, 2024 |
| | | DSBio Consulting LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 04/30/2025 |
| | | 1303 Redwood Avenue |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Annapolis | MD | 21403 |

Country

| | | |
|---|---|---|
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | DSBio Consulting LLC - Consulting Agreement (One-time use) - Apr 04, 2022 |
| | | DSBio Consulting LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 04/30/2024 |
| | | 1303 Redwood Avenue |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Annapolis | MD | 21403 |

Country

| | | |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Dynavax Technologies Corporation - CDA - Aug 21, 2023 (Mutual CDA with Dynavax) |
| | | Dynavax Technologies Corporation |
| | | Name |
| | | Notice Name |
| | | 2100 Powell Street |
| | **State the term remaining** | Expires: 08/21/2025 |
| | | Address |
| | | Suite 720 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Emeryville | CA | 94608 |

Country

Debtor:   Gritstone bio, Inc.
_____
Name

Case number *(if known)*   24-12305

| | | |
|---|---|---|
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | EcoR1 Capital LLC - CDA - Sep 11, 2024 |

EcoR1 Capital LLC
_____
Name

_____
Notice Name

**State the term remaining**   Expires: 09/11/2025

357 Tehama Street Floor 3
_____
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94103 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Edge Pursuit, LLC - SOW - Feb 20, 2024 |

Edge Pursuit, LLC
_____
Name

_____
Notice Name

**State the term remaining**   Expires: 02/28/2025

1390 Market Street Suite 200
_____
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Edge Pursuit, LLC - Master Services Agreement - Feb 20, 2024 |

Edge Pursuit, LLC
_____
Name

_____
Notice Name

**State the term remaining**   Expires: 02/19/2029

1390 Market Street Suite 200
_____
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

_____
Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - SOW - May 22, 2024 (SOW #12) |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - SOW - May 14, 2024 (#11) |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - SOW - Mar 18, 2024 |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| | | |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - SOW - Sep 28, 2023 |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780

**State the term remaining** — Undetermined
Address

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - Master Services Agreement - Dec 29, 2020 - Amendment - Sep 07, 2023 |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780

**State the term remaining** — Undetermined
Address

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Effectus Group, LLC - Master Services Agreement - Sep 16, 2020 |

Effectus Group, LLC
Name

Notice Name

1735 Technology Drive Suite 780

**State the term remaining** — Expires: 09/16/2026
Address

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Element - Services Agreement (One-time use) - Feb 15, 2024 (LA240215B1) |

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Fe Springs | CA | 90670 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Element - Services Agreement (One-time use) - Feb 15, 2024 (LA240215C1) |

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Fe Springs | CA | 90670 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Element - Quality Agreement - May 30, 2023 |

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Fe Springs | CA | 90670 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Element - SOW - Aug 02, 2023 |
|---|---|---|

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

| | State the term remaining | Undetermined |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Element - SOW - Feb 27, 2023 (Element - SOW - February 27, 2023 (Quality team testing for 2023)) |
|---|---|---|

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

| | State the term remaining | Undetermined |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Element - SOW - Apr 04, 2023 (Element - SOW - April 04, 2023 (Analytical Testing )) |
|---|---|---|

Element
Name

Notice Name

9240 Santa Fe Springs Road
Address

| | State the term remaining | Undetermined |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Element Materials Technology Boston-Action, Inc. - Quality Agreement - Aug 16, 2022 (Element Materials Technology Boston - Quality Agreement - August 16, 2022) |

Name

Element Materials Technology Boston-Action, Inc.

Name

Notice Name

33 Nagog Park

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Acton | MA | 01720 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Element, Concord - Services Agreement (One-time use) - Jan 01, 2024 (Q1 2024 Environmental Monitoring) - Amendment - Sep 30, 2024 |

Element, Concord

Name

Notice Name

2341 Stanwell Drive

Address

| | | |
|---|---|---|
| **State the term remaining** | Expires: 12/31/2024 | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Concord | CA | 94520 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Element, Concord - Services Agreement (One-time use) - Aug 18, 2023 - Amendment - Feb 02, 2024 |

Element, Concord

Name

Notice Name

2341 Stanwell Drive

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Concord | CA | 94520 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Element, Concord - Services Agreement (One-time use) - Jan 22, 2024 (2024 Sterility/Bioburden Testing) | Element, Concord |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2341 Stanwell Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Element, Concord - CDA - Nov 01, 2023 | Element, Concord |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2341 Stanwell Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Element, Concord - SOW - Mar 06, 2023 | Element, Concord |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2341 Stanwell Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.294** State what the contract or lease is for and the nature of the debtor's interest

Element, Concord - SOW - Oct 19, 2023

Element, Concord
Name

Notice Name

2341 Stanwell Drive
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.295** State what the contract or lease is for and the nature of the debtor's interest

Element, Concord - SOW - Oct 16, 2023

Element, Concord
Name

Notice Name

2341 Stanwell Drive
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.296** State what the contract or lease is for and the nature of the debtor's interest

Element, Concord - Services Agreement (One-time use) - Aug 18, 2023

Element, Concord
Name

Notice Name

2341 Stanwell Drive
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Concord | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Eli Lilly and Company - CDA - Sep 17, 2024 |

Eli Lilly and Company
Name

Notice Name

Lilly Corporate Center
Address

**State the term remaining** — Expires: 09/17/2025

**List the contract number of any government contract**

| Indianapolis | IN | 46285 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Elim Biopharmaceuticals, Inc. - SOW - May 20, 2024 |

Elim Biopharmaceuticals, Inc.
Name

Notice Name

25495 Whitesell Street
Address

**State the term remaining** — Expires: 12/31/2024

**List the contract number of any government contract**

| Hayward | CA | 94545 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Elim Biopharmaceuticals, Inc. - SOW - May 16, 2024 |

Elim Biopharmaceuticals, Inc.
Name

Notice Name

25495 Whitesell Street
Address

**State the term remaining** — Expires: 12/31/2024

**List the contract number of any government contract**

| Hayward | CA | 94545 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Elim Biopharmaceuticals, Inc. - Master Services Agreement - May 16, 2024 | Elim Biopharmaceuticals, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 05/16/2029 | 25495 Whitesell Street |
| | | | Address |
| | List the contract number of any government contract | | |

| Hayward | CA | 94545 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Ellenberg & Ellenberg LLC - CDA - Dec 20, 2023 | Ellenberg & Ellenberg LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 12/19/2024 | 319 S. 17th St |
| | | | Address |
| | List the contract number of any government contract | | |

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | EMD Millipore Corporation - SOW - Oct 29, 2021 | EMD Millipore Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 25760 Network Place |
| | | | Address |
| | List the contract number of any government contract | | |

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD Millipore Corporation - SOW - Oct 29, 2021 - Amendment - Oct 20, 2023 |

EMD Millipore Corporation

Name

Notice Name

25760 Network Place

Address

| | State the term remaining | Undetermined |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Mar 08, 2023 |

EMD Millipore Corporation

Name

Notice Name

Im Laternenacker 5

Address

| | State the term remaining | Undetermined |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| Schaffhausen | | 8200 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Emery Station Joint Venture, LLC - Other - Feb 01, 2019 - Amendment - Oct 24, 2024 |

Emery Station Joint Venture, LLC

Name

c/o Wareham Property Group

Notice Name

1120 Nye Street Suite 400

Address

| | State the term remaining | Expires: 12/31/2024 |
|---|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| San Rafael | CA | 94901 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Emery Station Joint Venture, LLC - Other - Oct 29, 2019 |
| | | Emery Station Joint Venture, LLC<br>Name |
| | | c/o Wareham Property Group<br>Notice Name |
| | | 1120 Nye Street Suite 400<br>Address |
| | **State the term remaining** | Expires: 10/31/2029 |
| | **List the contract number of any government contract** | |

| San Rafael | CA | 94901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Emery Station Joint Venture, LLC - Other - Jul 26, 2019 |
| | | Emery Station Joint Venture, LLC<br>Name |
| | | c/o Wareham Property Group<br>Notice Name |
| | | 1120 Nye Street Suite 400<br>Address |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| San Rafael | CA | 94901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Emery Station Joint Venture, LLC - Other - Feb 01, 2019 |
| | | Emery Station Joint Venture, LLC<br>Name |
| | | c/o Wareham Property Group<br>Notice Name |
| | | 1120 Nye Street Suite 400<br>Address |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| San Rafael | CA | 94901 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Emery Station Joint Venture, LLC - Other - Jan 28, 2019 | Emery Station Joint Venture, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | c/o Wareham Property Group |
| | | | Notice Name |
| | State the term remaining | Undetermined | 1120 Nye Street Suite 400 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
| --- | --- | --- | --- | --- |
| | | San Rafael | CA | 94901 |
| | | Country | | |

| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Employ, Inc - SOW - Feb 01, 2024 (2024 Subscription) | Employ, Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 01/31/2025 | 1730 Blake Street, Suite #445 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
| --- | --- | --- | --- | --- |
| | | Denver | CO | 80202 |
| | | Country | | |

| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | EpiVax, Inc. - Termination Letter - Aug 09, 2023 (WO #3) | EpiVax, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 188 Valley Street Suite 424 Providence |
| | | | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
| --- | --- | --- | --- | --- |
| | | Rhode Island | RI | 02909 |
| | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

2.312 **State what the contract or lease is for and the nature of the debtor's interest**

EpiVax, Inc. - SOW - Aug 30, 2022 (EpiVax, Inc - SOW - August 30, 2022 (WO #1))

EpiVax, Inc.
Name

Notice Name

188 Valley Street Suite 424 Providence
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Rhode Island | RI | 02909 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.313 **State what the contract or lease is for and the nature of the debtor's interest**

EpiVax, Inc. - CDA - May 06, 2022 (Epivax, Inc - CDA - May 06, 2022)

EpiVax, Inc.
Name

Notice Name

188 Valley Street Suite 424 Providence
Address

**State the term remaining** Expires: 05/05/2025

**List the contract number of any government contract**

| Rhode Island | RI | 02909 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.314 **State what the contract or lease is for and the nature of the debtor's interest**

EpiVax, Inc. - SOW - Jun 29, 2023 (#4 - GO-010)

EpiVax, Inc.
Name

Notice Name

188 Valley Street Suite 424 Providence
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Rhode Island | RI | 02909 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.315** State what the contract or lease is for and the nature of the debtor's interest

EpiVax, Inc. - Master Services Agreement - Aug 18, 2022

EpiVax, Inc.
Name

Notice Name

188 Valley Street Suite 424 Providence
Address

State the term remaining: Expires: 08/17/2025

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Rhode Island | RI | 02909 |

Country

---

**2.316** State what the contract or lease is for and the nature of the debtor's interest

Eppendorf North America Inc. - SOW - Jul 09, 2024 (additional pipette calibrations)

Eppendorf North America Inc.
Name

Notice Name

P.O. Box 13275
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Newark | NJ | 07101-3275 |

Country

---

**2.317** State what the contract or lease is for and the nature of the debtor's interest

Eppendorf North America Inc. - SOW - May 16, 2024 (2024 pipette calibrations)

Eppendorf North America Inc.
Name

Notice Name

P.O. Box 13275
Address

State the term remaining: Expires: 12/31/2024

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Newark | NJ | 07101-3275 |

Country

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Ernst and Young LLP - Services Agreement (One-time use) - Sep 13, 2024 | Ernst and Young LLP |
|---|---|---|---|

Name

Notice Name

Wells Fargo Bank NAc/o Ernst and Young US LLPPO Box 846793

| State the term remaining | Undetermined | Address |
|---|---|---|

List the contract number of any government contract

| | Los Angeles | CA | 90084-6793 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Ernst and Young LLP - SOW - Nov 16, 2021 (Ernst and Young LLP - SOW - November 16, 2021) | Ernst and Young LLP |
|---|---|---|---|

Name

Notice Name

PO Box 846793

| State the term remaining | Undetermined | Address |
|---|---|---|

List the contract number of any government contract

| | Los Angeles | CA | 90084-6793 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Ernst and Young LLP - Master Services Agreement - Apr 12, 2021 | Ernst and Young LLP |
|---|---|---|---|

Name

Notice Name

PO Box 846793

| State the term remaining | Expires: 04/11/2026 | Address |
|---|---|---|

List the contract number of any government contract

| | Los Angeles | CA | 90084-6793 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| **2.321** **State what the contract or lease is for and the nature of the debtor's interest** | Ernst and Young LLP - Master Services Agreement | Ernst and Young LLP |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 846793 |
| **State the term remaining** | Expires: 04/11/2026 | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Los Angeles   CA   90084-6793 |
| | | City   State   ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.322** **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Central Laboratory, LLC - Services Agreement (One-time use) - Mar 22, 2023 (Eurofins Central Laboratory, LLC - Services Agreement (one-time use) - March 22, 2023 (QA lot GRT-C9) | Eurofins Central Laboratory, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | Eurofins Lancaster Laboratories (Lancaster PA) |
| **State the term remaining** | Undetermined | Address |
| | | 2430 New Holland Pike |
| **List the contract number of any government contract** | | |
| | | |
| | | Lancaster   PA   17601 |
| | | City   State   ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.323** **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins EAG - Services Agreement (One-time use) - Oct 04, 2023 | Eurofins EAG |
| | | Name |
| | | |
| | | Notice Name |
| | | 2672 Metro Boulevard |
| **State the term remaining** | Undetermined | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Maryland Heights   MO   63043 |
| | | City   State   ZIP Code |
| | | |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - SOW - Sep 12, 2024 (Analytical testing for process residuals - Kanamycin) |
| | | Eurofins Lancaster Laboratories, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2425 New Holland Pike |
| | **State the term remaining** | Expires: 09/11/2025 |
| | | Address |
| | **List the contract number of any government contract** | |

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - SOW - May 06, 2024 (Testing of Gritstone's in-process samples and reporting results) |
| | | Eurofins Lancaster Laboratories, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2425 New Holland Pike |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - SOW - Mar 26, 2024 (IVAA testing for AU patient lot release) |
| | | Eurofins Lancaster Laboratories, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2425 New Holland Pike |
| | **State the term remaining** | Expires: 12/31/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - Quality Agreement - Jun 20, 2020 |

Eurofins Lancaster Laboratories, Inc.

Name

Notice Name

2425 New Holland Pike

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - CDA - May 14, 2019 |

Eurofins Lancaster Laboratories, Inc.

Name

Notice Name

2425 New Holland Pike

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc. - CDA - Feb 19, 2019 |

Eurofins Lancaster Laboratories, Inc.

Name

Notice Name

2425 New Holland Pike

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known):* 24-12305

---

**2.330** **State what the contract or lease is for and the nature of the debtor's interest**

Evaluate Limited - Services Agreement (One-time use) - Dec 31, 2022 (Evaluate Ltd - Services Agreement (one-time use) - December 31, 2022)

Evaluate Limited
Name

Notice Name

3 More London Riverside
Address

**State the term remaining** Expires: 12/30/2024

**List the contract number of any government contract**

| London | England | SE1 2AQ |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

---

**2.331** **State what the contract or lease is for and the nature of the debtor's interest**

Evercore Group LLC - Other - Mar 28, 2022 (Evercore Group L.L.C - Other - April 05, 2022 (Engagement Letter))

Evercore Group LLC
Name

Attention: Legal Department
Notice Name

Edmund Baxter
Address

55 East 52nd Street

**State the term remaining** Undetermined

**List the contract number of any government contract**

| New York | NY | 10055 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.332** **State what the contract or lease is for and the nature of the debtor's interest**

EVERSANA Life Science Services, LLC - CDA - Oct 17, 2023 (Potential Business Relationship)

EVERSANA Life Science Services, LLC
Name

Notice Name

190 N. Milwaukee Street
Address

**State the term remaining** Expires: 10/17/2026

**List the contract number of any government contract**

| Milwaukee | WI | 53202 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Exact Sciences Corporation - CDA - Mar 28, 2024 | Exact Sciences Corporation |
|---|---|---|---|

Name

Notice Name

5505 Endeavor Lane
Address

State the term remaining: Expires: 03/28/2025

List the contract number of any government contract

| Madison | WI | 53719 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Exscientia AI Limited - CDA - Nov 01, 2023 | Exscientia AI Limited |
|---|---|---|---|

Name

Notice Name

The Schrödinger Building Oxford Science Park
Address

State the term remaining: Expires: 11/01/2024

List the contract number of any government contract

| Oxford, NA | England | OX4 4GE |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | F. Hoffmann-LaRoche Ltd - Other - Oct 15, 2021 (F. Hoffmann-LaRoche Ltd - Other - October 15, 2021 (Clinical Supply Agreement Supplement (GO-010))) | F. Hoffmann-LaRoche Ltd |
|---|---|---|---|

Name

Notice Name

Grenzacherstrasse 124
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Basel-Stadt | | CH-4070 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Fenwick and West LLP - Services Agreement (One-time use) - Oct 02, 2024 |

Fenwick and West LLP

Name

Notice Name

P.O. Box 742814

| **State the term remaining** | Undetermined |
|---|---|

Address

**List the contract number of**

**any government contract**

| CA | | 90074-2814 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Fenwick and West LLP - Other - Feb 22, 2019 |

Fenwick and West LLP

Name

Notice Name

P.O. Box 742814

| **State the term remaining** | Expires: 12/12/2099 |
|---|---|

Address

**List the contract number of**

**any government contract**

| CA | | 90074-2814 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Fenwick and West LLP - Master Services Agreement - Oct 06, 2015 |

Fenwick and West LLP

Name

Notice Name

P.O. Box 742814

| **State the term remaining** | Undetermined |
|---|---|

Address

**List the contract number of**

**any government contract**

| CA | | 90074-2814 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Feridoun Fahiminia - CDA - Feb 22, 2021 |

Feridoun Fahiminia
Name

Notice Name

2 Heritage Drive Suite 401
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | State | ZIP Code |
|---|---|---|
| MA | | 02171 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | FMR LLC dba Fidelity Institutional Asset Management - Other - Jan 01, 2023 (FMR LLC dba Fidelity Institutional Asset Management - Other - January 01, 2023) - Amendment - Oct 18, 2024 |

Fidelity Workplace Services LLC
Name

Notice Name

900 Salem Street
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | State | ZIP Code |
|---|---|---|
| RI | | 02917 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Fidelity Workplace Services LLC - Other (Addition of QDRO Service) |

Fidelity Workplace Services LLC
Name

Notice Name

900 Salem Street
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | State | ZIP Code |
|---|---|---|
| RI | | 02917 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Fidelity Workplace Services LLC - Services Agreement (One-time use) - Jul 01, 2022 (Fidelity Workplace Services LLC - Services Agreement (one-time use) - July 01, 2022) |

Fidelity Workplace Services LLC
Name

Notice Name

900 Salem Street
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| RI | | 02917 |

Country

---

| | | |
|---|---|---|
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | FirstHealth of the Carolinas, Inc. - Clinical Trial Agreement - Jul 15, 2022 (FirstHealth of the Carolinas, Inc - CTA - July 15, 2022 (GO-010)) |

FirstHealth of the Carolinas, Inc.
Name

Attn: Clinical Trials/Tina Thompson
Notice Name

FirstHealth of the Carolinas, Inc.
Address

**State the term remaining**  Undetermined

155 Memorial Drive

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| NC | | 28374 |

Country

---

| | | |
|---|---|---|
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher Bioservices Inc. - SOW - Apr 24, 2024 |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MD | | 20850 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher Bioservices Inc. - Quality Agreement - Jun 13, 2018 | Fisher Bioservices Inc. |
|---|---|---|---|

Name

Notice Name

14665 Rothgeb Dr

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

MD | | 20850
City | State | ZIP Code

Country

| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher Bioservices Inc. - SOW - Sep 26, 2023 (GO-015) | Fisher Bioservices Inc. |
|---|---|---|---|

Name

Notice Name

14665 Rothgeb Dr

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

MD | | 20850
City | State | ZIP Code

Country

| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher Bioservices Inc. - SOW - Aug 09, 2023 | Fisher Bioservices Inc. |
|---|---|---|---|

Name

Notice Name

14665 Rothgeb Dr

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

MD | | 20850
City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**2.348** State what the contract or lease is for and the nature of the debtor's interest

- Amendment - Feb 17, 2023

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

State the term remaining: Undetermined

List the contract number of any government contract

MD | | 20850
City | State | ZIP Code

Country

**2.349** State what the contract or lease is for and the nature of the debtor's interest

- Amendment - Mar 16, 2022

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

State the term remaining: Undetermined

List the contract number of any government contract

MD | | 20850
City | State | ZIP Code

Country

**2.350** State what the contract or lease is for and the nature of the debtor's interest

- Amendment - Jan 12, 2022

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

State the term remaining: Undetermined

List the contract number of any government contract

MD | | 20850
City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Oct 21, 2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

MD                                    20850
City                  State                  ZIP Code

Country

| | | |
|---|---|---|
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Aug 13, 2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

MD                                    20850
City                  State                  ZIP Code

Country

| | | |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher BioServices Inc. - Master Services Agreement - Apr 21, 2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

MD                                    20850
City                  State                  ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher BioServices Inc. - Other - Oct 15, 2019 |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MD | | 20850 |

Country

| | | |
|---|---|---|
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher BioServices Inc. - Master Services Agreement - Oct 22, 2018 |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MD | | 20850 |

Country

| | | |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Fisher BioServices Inc. - Master Services Agreement - Oct 02, 2018 |

Fisher Bioservices Inc.
Name

Notice Name

14665 Rothgeb Dr
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MD | | 20850 |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**2.357** State what the contract or lease is for and the nature of the debtor's interest

Fisher BioServices Inc. - Master Services Agreement - Aug 10, 2018

Fisher Bioservices Inc.

Name

Notice Name

14665 Rothgeb Dr

Address

State the term remaining: Undetermined

List the contract number of any government contract

| MD | | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.358** State what the contract or lease is for and the nature of the debtor's interest

Fisher Bioservices Inc. - SOW - Mar 13, 2018

Fisher Bioservices Inc.

Name

Notice Name

P.O. Box 418395

Address

State the term remaining: Expires: 03/12/2025

List the contract number of any government contract

| MA | | 02241-8395 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.359** State what the contract or lease is for and the nature of the debtor's interest

FlowJO - License Agreement - Aug 08, 2024 (SW FlowJo Com Portal Licenses)

FlowJO

Name

Notice Name

385 Williamson Way

Address

State the term remaining: Expires: 08/08/2025

List the contract number of any government contract

| OR | | 97520 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | FMR LLC dba Fidelity Institutional Asset Management - Other - Jan 01, 2023 (FMR LLC dba Fidelity Institutional Asset Management - Other - January 01, 2023) |
| | | FMR LLC dba Fidelity Institutional Asset Management |
| | | Name |
| | | |
| | | Notice Name |
| | | 245 Summer Street |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | MA | | 02210 |

Country

| | | |
|---|---|---|
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Focus Technology - Master Services Agreement - Sep 20, 2022 |
| | | Focus Technology |
| | | Name |
| | | |
| | | Notice Name |
| | | 75 State Street Suite 100 |
| | **State the term remaining** | Expires: 09/19/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | MA | | 02109 |

Country

| | | |
|---|---|---|
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Fosun Pharma USA Inc. - CDA - Jul 20, 2022 (Fosun Pharma USA Inc - CDA - July 20, 2022) |
| | | Fosun Pharma USA Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 104 Carnegie Center |
| | **State the term remaining** | Expires: 07/20/2027 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | NJ | | 08540 |

Country

Debtor:  Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| **2.363** **State what the contract or lease is for and the nature of the debtor's interest** | Foundation Medicine, Inc - CDA - Jul 10, 2024 | Foundation Medicine, Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 150 Second Street |
| **State the term remaining** | Expires: 07/10/2025 | Address |
| **List the contract number of** | | |
| **any government contract** | | |
| | | MA | 02141 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.364** **State what the contract or lease is for and the nature of the debtor's interest** | Fred Hutchinson Cancer Research Center - CDA - Jun 26, 2024 (Potential Investigator Trial for Sars-CoV-2) | Fred Hutchinson Cancer Research Center |
| | | Name |
| | | |
| | | Notice Name |
| | | 1100 Fairview Ave. N. |
| **State the term remaining** | Expires: 06/26/2025 | Address |
| **List the contract number of** | | |
| **any government contract** | | |
| | | WA | 98109 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.365** **State what the contract or lease is for and the nature of the debtor's interest** | Fred Hutchinson Cancer Research Center - Master Services Agreement - Jun 01, 2023 - Amendment - Apr 26, 2024 | Fred Hutchinson Cancer Research Center |
| | | Name |
| | | |
| | | Notice Name |
| | | 1100 Fairview Ave. N. |
| **State the term remaining** | Expires: 02/12/2024 | Address |
| **List the contract number of** | | |
| **any government contract** | | |
| | | WA | 98109 |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Fred Hutchinson Cancer Research Center - Master Services Agreement - Jun 01, 2023 - Amendment - Jan 16, 2024 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Fred Hutchinson Cancer Research Center
Name

Notice Name

1100 Fairview Ave. N.
Address

| WA | | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Fred Hutchinson Cancer Research Center - CDA - Dec 06, 2023 (GO-015) |
| | **State the term remaining** | Expires: 12/05/2028 |
| | **List the contract number of any government contract** | |

Fred Hutchinson Cancer Research Center
Name

Notice Name

1100 Fairview Ave. N.
Address

| WA | | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Fred Hutchinson Cancer Research Center - SOW - Jun 01, 2023 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Fred Hutchinson Cancer Research Center
Name

Notice Name

1100 Fairview Ave. N.
Address

| WA | | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Fred Hutchinson Cancer Research Center - Master Services Agreement - Jun 01, 2023 | Fred Hutchinson Cancer Research Center |
|---|---|---|---|

Name

Notice Name

1100 Fairview Ave. N.

**State the term remaining** Expires: 05/31/2028

Address

**List the contract number of**

**any government contract**

| | WA | | 98109 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Friends of Cancer Research - Other - Jul 12, 2023 | Friends of Cancer Research |
|---|---|---|---|

Name

Notice Name

1800 M Street NW

**State the term remaining** Expires: 07/12/2026

Address

Suite 1050 South

**List the contract number of**

**any government contract**

| | DC | | 20036 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Fujifilm Irvine Scientific - CDA - Jun 14, 2023 | Fujifilm Irvine Scientific |
|---|---|---|---|

Name

Notice Name

1830 E Warner Avenue

**State the term remaining** Undetermined

Address

**List the contract number of**

**any government contract**

| | CA | | 92705 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Future Solution Investments LLC - CDA - Sep 11, 2024 | Future Solution Investments LLC<br>Name |
| | | | Notice Name |
| | | | 606 Hillside Dr.<br>Address |
| | **State the term remaining** | Expires: 09/11/2025 | |
| | **List the contract number of any government contract** | | |
| | | | WY _____ 83001<br>City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | G42 Health Care AI Holding RSC Ltd - CDA - Jun 10, 2020 | G42 Health Care AI Holding RSC Ltd<br>Name |
| | | | Notice Name |
| | | | G42, Capital Gate<br>Address |
| | | | 12 Floor Al Khaleej Al Arabi Street |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| | | | Abu Dhabi<br>City    State    ZIP Code |
| | | | United Arab Emirates<br>Country |

| | | | |
|---|---|---|---|
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Galapagos - CDA - Apr 30, 2024 | Galapagos<br>Name |
| | | | Notice Name |
| | | | na, na, na na<br>Address |
| | **State the term remaining** | Expires: 04/30/2025 | |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Belgium<br>Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | | |
|---|---|---|---|
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Gardeners&#39; Guild Inc. - SOW - Jan 01, 2023 (Gardeners&#39; Guild Inc - Amendment - January 01, 2023 (AMND 1 to SER)) - Amendment - Jan 01, 2024 | Gardeners Guild Inc.<br>Name |
| | | | |
| | | | Notice Name |
| | | | 2780 Goodrick Avenue |
| | **State the term remaining** | Expires: 12/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | CA | 94801 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences, Inc. - CDA - Jul 28, 2021 ((3-party NDA with Genevant and Merck Cie)) - Amendment - Jul 28, 2023 | Genevant Sciences Corporation<br>Name |
| | | | Genevant Sciences GmbH |
| | | | Notice Name |
| | | | c/o Genevant Sciences Corporation |
| | **State the term remaining** | Expires: 07/28/2025 | Address |
| | | | Attention: Legal |
| | **List the contract number of any government contract** | | |
| | | | 887 Great Northern Way, Unit 155 |
| | | | |
| | | | BC | V5T 4T5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - License Agreement - Aug 10, 2023 - Amendment - Aug 09, 2024 | Genevant Sciences GmbH<br>Name |
| | | | |
| | | | Notice Name |
| | | | Viaduktstrasse 8 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Basel-Stadt | 04051 |
| | | | City | State | ZIP Code |
| | | | Switzerland |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - SOW - Jul 15, 2024 |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

Genevant Sciences GmbH
Name

Notice Name

Viaduktstrasse 8
Address

| Basel-Stadt | | 04051 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - License Agreement - Aug 10, 2023 |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

Genevant Sciences GmbH
Name

Notice Name

Viaduktstrasse 8
Address

| Basel-Stadt | | 04051 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - License Agreement - Oct 21, 2020 - Amendment - Aug 14, 2023 |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

Genevant Sciences GmbH
Name

Notice Name

Viaduktstrasse 8
Address

| Basel-Stadt | | 04051 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

Debtor:   Gritstone bio, Inc.
Name

Case number *(if known)*:   24-12305

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - License Agreement - Oct 20, 2020 |
| | | Genevant Sciences GmbH |
| | | Name |
| | | Genevant Sciences GmbH |
| | | Notice Name |
| | | c/o Genevant Sciences Corporation |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Attention: Legal |
| | **List the contract number of** | |
| | **any government contract** | 887 Great Northern Way, Unit 155 |

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH - License Agreement - Oct 21, 2020 |
| | | Genevant Sciences GmbH |
| | | Name |
| | | Genevant Sciences GmbH |
| | | Notice Name |
| | | c/o Genevant Sciences Corporation |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Attention: Legal |
| | **List the contract number of** | |
| | **any government contract** | 887 Great Northern Way, Unit 155 |

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences GmbH c_o Genevant Sciences Corporation - Other - Mar 15, 2022 (Genevant Sciences GmbH c_o Genevant Sciences Corporation - Other - March 15, 2022 (Gritstone bio and) |
| | | Genevant Sciences GmbH c_o Genevant Sciences Corporation |
| | | Name |
| | | Genevant Sciences GmbH |
| | | Notice Name |
| | | c/o Genevant Sciences Corporation |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | Attention: Legal |
| | **List the contract number of** | |
| | **any government contract** | 887 Great Northern Way, Unit 155 |

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | |
|---|---|
| 2.384 **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences, Inc. - License Agreement - Jan 15, 2021 |

Genevant Sciences, Inc.
Name

Genevant Sciences GmbH
Notice Name

c/o Genevant Sciences Corporation
Address

**State the term remaining**   Expires: 01/15/2031

Attention: Legal

**List the contract number of any government contract**

887 Great Northern Way, Unit 155

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | |
|---|---|
| 2.385 **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences, Inc. - CDA - Mar 31, 2020 |

Genevant Sciences, Inc.
Name

Genevant Sciences GmbH
Notice Name

c/o Genevant Sciences Corporation
Address

**State the term remaining**   Expires: 03/31/2025

Attention: Legal

**List the contract number of any government contract**

887 Great Northern Way, Unit 155

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | |
|---|---|
| 2.386 **State what the contract or lease is for and the nature of the debtor's interest** | Genevant Sciences, Inc. - CDA - Mar 31, 2020 |

Genevant Sciences, Inc.
Name

Genevant Sciences GmbH
Notice Name

c/o Genevant Sciences Corporation
Address

**State the term remaining**   Expires: 03/31/2025

Attention: Legal

**List the contract number of any government contract**

887 Great Northern Way, Unit 155

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Genevant Sciences, Inc. - CDA - May 02, 2019 | Genevant Sciences, Inc. |
|---|---|---|---|

Name

Genevant Sciences GmbH

Notice Name

c/o Genevant Sciences Corporation

Address

**State the term remaining**   Undetermined

Attention: Legal

**List the contract number of any government contract**

887 Great Northern Way, Unit 155

| Vancouver | BC | V5T 4T5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Genome Research Limited - Other - Jan 01, 2021 | Genome Research Limited |
|---|---|---|---|

Name

For the attention of: Legal Department

Notice Name

QIAGEN GmbH

Address

**State the term remaining**   Undetermined

Qiagen Strasse 1

**List the contract number of any government contract**

| Hilden, Nordrhein-Westfalen | | D-40724 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Genome Research Limited - Other - Apr 04, 2019 | Genome Research Limited |
|---|---|---|---|

Name

For the attention of: Legal Department

Notice Name

QIAGEN GmbH

Address

**State the term remaining**   Undetermined

Qiagen Strasse 1

**List the contract number of any government contract**

| Hilden, Nordrhein-Westfalen | | D-40724 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Genscript USA Inc. - SOW - Apr 25, 2023 | Genscript USA Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 860 Centennial Avenue |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Piscataway   NJ   08854 |
| | | | City   State   ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Gilead Sciences, Inc. - License Agreement - Jan 29, 2021 | Gilead Sciences, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Lakeside Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Foster City   CA   94404 |
| | | | City   State   ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Gilead Sciences, Inc. - CDA - Mar 15, 2024 | Gilead Sciences, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Lakeside Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Foster City   CA   94404 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Gilead Sciences, Inc. - Quality Agreement - Aug 31, 2021 (Gilead Sciences, Inc - Quality Agreement - August 31, 2021) | Gilead Sciences, Inc. |
|---|---|---|---|

Name

Notice Name

333 Lakeside Drive
Address

| | State the term remaining | Undetermined | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Gilead Sciences, Inc. - License Agreement - Apr 15, 2021 | Gilead Sciences, Inc. |
|---|---|---|---|

Name

Notice Name

333 Lakeside Drive
Address

| | State the term remaining | Undetermined | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Gilead Sciences, Inc. - Master Services Agreement - Nov 19, 2020 | Gilead Sciences, Inc. |
|---|---|---|---|

Name

Notice Name

333 Lakeside Drive
Address

| | State the term remaining | Undetermined | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Gilead Sciences, Inc. - Master Services Agreement - Nov 08, 2019 | Gilead Sciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Lakeside Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | Foster City | CA | 94404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Gilead Sciences, Inc. - CDA - May 04, 2023 | Gilead Sciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Lakeside Drive |
| | State the term remaining | Expires: 05/04/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Foster City | CA | 94404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | GlaxoSmithKline Research & Development Limited - CDA - Sep 27, 2024 | GlaxoSmithKline Research & Development Limited |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 980 Great West Road BRENTFORD |
| | State the term remaining | Expires: 09/27/2026 | Address |
| | List the contract number of any government contract | | |

| | | | Middlesex | England | TW8 9GS |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | United Kingdom | | |
| | | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Biotech Experts, LLC - Master Consulting Agreement - Nov 02, 2023 | Global Biotech Experts, LLC<br>Name |
| | | | Notice Name |
| | | | 13613 Anndyke Place |
| | **State the term remaining** | Expires: 11/01/2028 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Germantown | MD | 20874 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Life Sciences Solutions USA LLC - SOW - Feb 28, 2024 | Global Life Sciences Solutions USA LLC<br>Name |
| | | | Notice Name |
| | | | 100 Results Way |
| | **State the term remaining** | Expires: 12/31/2024 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Marlborough | MA | 01752 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Life Sciences Solutions USA LLC - SOW - Apr 26, 2023 | Global Life Sciences Solutions USA LLC<br>Name |
| | | | Notice Name |
| | | | 100 Results Way |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Marlborough | MA | 01752 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Goldman Sachs Asset Management, L.P - Other - Feb 28, 2020 |

Goldman Sachs Asset Management, L.P

Name

Attn: General Counsel

Notice Name

200 West Street

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10282 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Goldman Sachs Asset Management, L.P - Other - Oct 04, 2019 |

Goldman Sachs Asset Management, L.P

Name

Attn: General Counsel

Notice Name

200 West Street

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10282 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Goodwin Procter - Master Services Agreement - Mar 13, 2019 |

Goodwin Procter

Name

Notice Name

P.O. Box 742814

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90074-2814 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Gotham Digital Science, LLC - SOW - Apr 07, 2022 (Gotham Digital science, LLC, - SOW - April 07, 2022 (GDS-5185)) | Gotham Digital Science, LLC |
|---|---|---|---|

Name

Notice Name

One Liberty Plaza
Address

| | **State the term remaining** | Undetermined | 165 Broadway, Suite 3201 |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Mar 30, 2022 | Gotham Digital Science, LLC |
|---|---|---|---|

Name

Notice Name

One Liberty Plaza
Address

| | **State the term remaining** | Undetermined | 165 Broadway, Suite 3201 |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Graham Lord - Consulting Agreement (One-time use) - Jun 01, 2024 (Oncology SAB) | Graham Lord |
|---|---|---|---|

Name

Notice Name

4 Sussex House86 Raymond Road
Address

| | **State the term remaining** | Expires: 06/01/2025 | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| Wimbledon, London | England | SW19 4A |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Granite Bio AG - Other - Nov 28, 2023 (Coexist and Consent Trademark Agreement) | Granite Bio AG |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Aeschenvorstadt 36 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Basel-Stadt | | | 4051 |
| Switzerland | | | |
| Country | | | |

| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | GraphPad Software, LLC - License Agreement - Sep 06, 2024 | GraphPad Software, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 225 FRANKLIN ST FL 26 |
| | **State the term remaining** | Expires: 09/07/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02110 |
| Country | | |

| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | GraphPad Software, LLC - License Agreement - Apr 17, 2024 | GraphPad Software, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 225 FRANKLIN ST FL 26 |
| | **State the term remaining** | Expires: 04/20/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02110 |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | GSL Biotech, LLC - License Agreement - Apr 17, 2024 | GSL Biotech, LLC |
|---|---|---|---|

Name

Notice Name

225 FRANKLIN ST FL 26

State the term remaining: Expires: 05/20/2025

Address

List the contract number of any government contract

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Guardant Health, Inc. - CDA - Sep 25, 2024 | Guardant Health, Inc. |
|---|---|---|---|

Name

Notice Name

3100 Hanover Street

State the term remaining: Expires: 09/25/2029

Address

List the contract number of any government contract

| Palo Alto | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | GxP Consulting Group, Inc. - SOW - May 15, 2024 | GxP Consulting Group, Inc. |
|---|---|---|---|

Name

Notice Name

409 Pennsylvania Ave.

State the term remaining: Undetermined

Address

List the contract number of any government contract

| Santa Cruz | CA | 95062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | | |
|---|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | GxP Consulting Group, Inc. - Master Services Agreement - Oct 17, 2022 (GxP Consulting Group, Inc - Master Services Agreement - October 17, 2022) | GxP Consulting Group, Inc.
Name |
| | | | Notice Name |
| | **State the term remaining** | Expires: 10/16/2025 | 409 Pennsylvania Ave.
Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz / CA / 95062
City / State / ZIP Code |
| | | | Country |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | GxP Consulting Group, Inc. - SOW - Jul 07, 2023 (BMS REES support consulting) | GxP Consulting Group, Inc.
Name |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 409 Pennsylvania Ave.
Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz / CA / 95062
City / State / ZIP Code |
| | | | Country |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | GxP Consulting Group, Inc. - SOW - May 25, 2023 | GxP Consulting Group, Inc.
Name |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 409 Pennsylvania Ave.
Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Cruz / CA / 95062
City / State / ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Hamilton Company - Services Agreement (One-time use) - Oct 14, 2024 |

Hamilton Company
Name

Notice Name

4970 Energy Way
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Healthcare Holdings LLC - CDA - Sep 22, 2020 |

Healthcare Holdings LLC
Name

Notice Name

P.O. Box 45005
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Abu Dhabi | Abu Dhabi | |
|---|---|---|
| City | State | ZIP Code |

United Arab Emirates
Country

| | | |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Henry Ford Health System - CDA - Apr 06, 2023 (Henry Ford Health System - CDA - April 06, 2023 (GO-014)) |

Henry Ford Health System
Name

Notice Name

One Ford Place
Address

**State the term remaining**  Expires: 04/05/2026

**List the contract number of any government contract**

| Detroit | MI | 48202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| **2.420** | **State what the contract or lease is for and the nature of the debtor's interest** | Hercules Capital, Inc - Other - Jul 19, 2022 |

Hercules Capital, Inc
Name

Legal Department
Notice Name

Attention: Chief Legal Officer and Cristy Barnes
Address

**State the term remaining** Undetermined

400 Hamilton Avenue, Suite 310

**List the contract number of any government contract**

| Palo Alto | CA | 94301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.421** | **State what the contract or lease is for and the nature of the debtor's interest** | Hercules Capital, Inc - Other - Jul 19, 2022 - Amendment - Mar 31, 2023 |

Hercules Capital, Inc
Name

Legal Department
Notice Name

Attention: Chief Legal Officer and Cristy Barnes
Address

**State the term remaining** Undetermined

400 Hamilton Avenue, Suite 310

**List the contract number of any government contract**

| Palo Alto | CA | 94301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.422** | **State what the contract or lease is for and the nature of the debtor's interest** | Highlands Oncology - CDA - Jun 27, 2023 |

Highlands Oncology
Name

Notice Name

3901 Parkway Circle
Address

**State the term remaining** Expires: 06/26/2026

Suite 100

**List the contract number of any government contract**

| Springdale | AR | 72762 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number (if known): | 24-12305 |
| | Name | | |

**2.423**

| State what the contract or lease is for and the nature of the debtor's interest | Highline Sciences - Master Services Agreement - Feb 01, 2021 - Amendment - May 05, 2023 | Highline Sciences |
| | | Name |
| | | |
| | | Notice Name |
| | | 75 Broadway Suite 202 |
| State the term remaining | Undetermined | Address |
| List the contract number of any government contract | | |

| | | San Francisco | CA | 94111 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.424**

| State what the contract or lease is for and the nature of the debtor's interest | Hoffmann-La Roche Inc. - Other - Oct 05, 2021 (Hoffmann-La Roche Inc - Other - October 05, 2021 (Safety Data Exchange Agreement (GO-008 & GO-010))) | Hoffmann-La Roche Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | Grenzacherstrasse 124 |
| State the term remaining | Undetermined | Address |
| List the contract number of any government contract | | |

| | | Basel-Stadt | | CH-4070 |
| | | City | State | ZIP Code |
| | | Switzerland | | |
| | | Country | | |

**2.425**

| State what the contract or lease is for and the nature of the debtor's interest | ICON Clinical Research Ltd - CDA - May 22, 2023 | ICON Clinical Research Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | South County Business Park Carmanhall and Leopardstown |
| State the term remaining | Expires: 05/21/2026 | Address |
| List the contract number of any government contract | | |

| | | Dublin 18 | Dublin | |
| | | City | State | ZIP Code |
| | | Ireland | | |
| | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | ICQ Consultants Corp - SOW - Sep 19, 2023 (TCU Qualification) |

ICQ Consultants Corp
Name

Notice Name

2 Willow Street
Address

**State the term remaining**    Undetermined

Suite 100

**List the contract number of any government contract**

| Southborough | MA | 01745 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | ICQ Consultants Corp - Master Services Agreement - Feb 16, 2023 (Integrated Commissioning and Qualification Consultants, LLC - Master Services Agreement - February 1) |

ICQ Consultants Corp
Name

Notice Name

2 Willow Street
Address

**State the term remaining**    Expires: 02/16/2028

Suite 100

**List the contract number of any government contract**

| Southborough | MA | 01745 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Ikena Oncology, Inc. - CDA - Jun 26, 2024 |

Ikena Oncology, Inc.
Name

Notice Name

645 Summer Street
Address

**State the term remaining**    Expires: 06/26/2025

Suite 101

**List the contract number of any government contract**

| Boston | MA | 02210 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Iketani Law Corporation - Master Services Agreement - Feb 06, 2020 | Iketani Law Corporation |
|---|---|---|---|
| | | | Name |
| | | | Diana Iketani |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 898 N. Pacific Coast Highway Suite 475 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | El Segundo | CA | 90245 |
| | Country | | |

| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | Illumina, Inc. - Other - Oct 16, 2024 | Illumina, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12864 Collection Center Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Chicago | IL | 60693-0128 |
| Country | | |

| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Illumina, Inc. - Services Agreement (One-time use) - Nov 20, 2024 (Annual service agreement for QC MiSeq instrument EIN 10133) | Illumina, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12864 Collection Center Drive |
| | **State the term remaining** | Expires: 11/19/2025 | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Chicago | IL | 60693-0128 |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Illumina, Inc. - Services Agreement (One-time use) - Oct 01, 2024 (Annual service agreement for QC MiSeq instrument EIN 16036) |

Illumina, Inc.
Name

Notice Name

12864 Collection Center Drive
Address

**State the term remaining** — Expires: 11/19/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60693-0128 |

Country

| | | |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | ImmunoGen, Inc. - CDA - Sep 12, 2023 (Business Development) |

ImmunoGen, Inc.
Name

Notice Name

830 Winter Street
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451-1477 |

Country

| | | |
|---|---|---|
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | InClin Inc - CDA - Mar 28, 2023 (InClin Inc - CDA - March 28, 2023) |

InClin Inc
Name

Notice Name

155 Bovet Road, Suite 660,
Address

**State the term remaining** — Expires: 03/27/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Mateo | CA | 94402 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | InClin, Inc. - Master Services Agreement - Sep 24, 2023 |
| | | InClin, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Expires: 09/24/2028 |
| | | 155 Bovet Road |
| | | Address |
| | **List the contract number of any government contract** | Suite 660 |
| | | |
| | | San Mateo / CA / 94402 |
| | | City / State / ZIP Code |
| | | Country |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Inflection Risk Solutions, LLC (dba GoodHire) - Master Services Agreement - Sep 21, 2018 |
| | | Inflection Risk Solutions, LLC (dba GoodHire) |
| | | Name |
| | | |
| | | Notice Name |
| | | 555 Twin Dolphin Drive Suite #200 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Redwood City / CA / 94065 |
| | | City / State / ZIP Code |
| | | Country |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Integrated DNA Technologies, Inc. - CDA - Dec 04, 2023 (CDA) |
| | | Integrated DNA Technologies, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1710 Commercial Park |
| | **State the term remaining** | Expires: 12/04/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Coralville / IA / 52241 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Integrated Productivity Systems LLC - License Agreement - Oct 01, 2024 |

Integrated Productivity Systems LLC
Name

Notice Name

2750 Morris Road, Suite G (2nd Floor)
Address

**State the term remaining** — Expires: 09/30/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lansdale | PA | 19446 |

Country

| | | |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Intelligent Technologies and Services, Inc. - SOW - Dec 01, 2023 (Annual PM on pre action fire suppression system) |

Intelligent Technologies and Services, Inc.
Name

Notice Name

1031 Serpentine Lane
Address

**State the term remaining** — Expires: 10/31/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pleasanton | CO | 94566 |

Country

| | | |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - License Agreement - Apr 29, 2024 |

Intrado Digital Media, LLC
Name

Notice Name

11808 Miracle Hills Drive
Address

**State the term remaining** — Expires: 04/28/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Omaha | NE | 68154 |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)* | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - SOW - Dec 01, 2023 | Intrado Digital Media, LLC |
|---|---|---|---|

Name

Notice Name

11808 Miracle Hills Drive

| | **State the term remaining** | Expires: 12/31/2024 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | Omaha | NE | 68154 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - SOW - Dec 01, 2022 (Intrado Digital Media, LLC (_Notified_) - SOW - December 01, 2022 (Order Form)) | Intrado Digital Media, LLC |
|---|---|---|---|

Name

Notice Name

11808 Miracle Hills Drive

| | **State the term remaining** | Undetermined | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | Omaha | NE | 68154 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - Services Agreement (One-time use) - Nov 08, 2022 (Intrado Digital Media, LLC (_Notified_) - Services Agreement (one-time use) - November 10, 2022) | Intrado Digital Media, LLC |
|---|---|---|---|

Name

Notice Name

11808 Miracle Hills Drive

| | **State the term remaining** | Undetermined | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | Omaha | NE | 68154 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

| | | | |
|---|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - Other - Dec 01, 2020 | Intrado Digital Media, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11808 Miracle Hills Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Omaha    NE    68154 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Intrado Digital Media, LLC - Master Services Agreement - Nov 17, 2018 | Intrado Digital Media, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11808 Miracle Hills Drive |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Omaha    NE    68154 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Iqvia Inc. - CDA - May 25, 2023 | Iqvia Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 IMS Drive |
| | **State the term remaining** | Expires: 05/24/2028 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Parsippany    NJ    07054 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Ira Habiba - CDA - Aug 29, 2021 |

Ira Habiba
Name

Notice Name

2 Heritage Drive Suite 401
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Quincy | MA | 02171 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | ITM Coaching LLC - Master Services Agreement - Jun 05, 2024 |

ITM Coaching LLC
Name

Notice Name

6979 Dublin Meadows Street, Apt G
Address

**State the term remaining** Expires: 06/04/2029

**List the contract number of any government contract**

| Dublin | CA | 94568 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Jackson Laboratory - License Agreement - Apr 07, 2021 |

Jackson Laboratory
Name

Notice Name

600 Main Street
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Bar Harbor | ME | 04609 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Jesse Abhyankar - Consulting Agreement (One-time use) - Aug 05, 2024 - Amendment - Oct 24, 2024 |

Jesse Abhyankar
Name

Notice Name

3688 Happy Valley Road
Address

| | | |
|---|---|---|
| | **State the term remaining** | Expires: 12/31/2024 |
| | **List the contract number of any government contract** | |

| Lafayette | CA | 94549 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Jesse Abhyankar - Consulting Agreement (One-time use) - Aug 05, 2024 |

Jesse Abhyankar
Name

Notice Name

3688 Happy Valley Road
Address

| | | |
|---|---|---|
| | **State the term remaining** | Expires: 11/05/2024 |
| | **List the contract number of any government contract** | |

| Lafayette | CA | 94549 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | JMP Statistical Discovery LLC - License Agreement - Mar 31, 2024 |

JMP Statistical Discovery LLC
Name

Notice Name

920 SAS Campus Drive
Address

| | | |
|---|---|---|
| | **State the term remaining** | Expires: 03/30/2025 |
| | **List the contract number of any government contract** | |

| Cary | NC | 27513 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.453** State what the contract or lease is for and the nature of the debtor's interest

JOINN Biologics US, Inc. - Quality Agreement - Jun 08, 2022 (JOINN Biologics - Quality Agreement - June 08, 2022)

JOINN Biologics US, Inc.
Name

Notice Name

2600 Hilltop Drive L3017
Address

State the term remaining: Undetermined

List the contract number of any government contract

Richmond | CA | 94806
City | State | ZIP Code

Country

---

**2.454** State what the contract or lease is for and the nature of the debtor's interest

Jones Day - Other - Nov 08, 2021 (Jones Day - Other - November 08, 2021 (Engagement Letter with law firm))

Jones Day
Name

Notice Name

555 California Street, 26th Floor
Address

State the term remaining: Undetermined

List the contract number of any government contract

San Francisco | CA | 94104
City | State | ZIP Code

Country

---

**2.455** State what the contract or lease is for and the nature of the debtor's interest

Jones Day - Other - Nov 08, 2021 (Jones Day - Other - November 08, 2021 (Engagement Letter ))

Jones Day
Name

Notice Name

555 California Street, 26th Floor
Address

State the term remaining: Undetermined

List the contract number of any government contract

San Francisco | CA | 94104
City | State | ZIP Code

Country

---

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | JourneyTEAM Consulting, LLC dba JourneyTEAM - Master Services Agreement - Jan 14, 2022 (JourneyTEAM Consulting, LLC dba JourneyTEAM - Master Services Agreement - January 14, 2022) | JourneyTEAM Consulting, LLC dba JourneyTEAM |
|---|---|---|---|
| | | | Name |
| | | | JourneyTEAM |
| | | | Notice Name |
| | State the term remaining | Expires: 01/13/2025 | Attn: Jake Berry |
| | | | Address |
| | List the contract number of any government contract | | 121 W. Election Rd, Suite 300 |

| | Draper | UT | 84020 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Journyx, Inc. - License Agreement - Mar 30, 2024 | Journyx, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 7600 Burnet Road Suite 300 |
| | State the term remaining | Expires: 03/29/2025 | Address |
| | List the contract number of any government contract | | |

| | Austin | TX | 78757 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | JP Pharma Consulting, LLC - Consulting Agreement (One-time use) - Nov 08, 2023 | JP Pharma Consulting, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 47 Vicenza Court |
| | State the term remaining | Expires: 11/07/2024 | Address |
| | List the contract number of any government contract | | |

| | Danville | CA | 94526 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | JPMorgan Chase Bank, N.A - Other - Oct 26, 2020 | JPMorgan Chase Bank, N.A |
|---|---|---|---|
| | | | Name |
| | | | JPMorgan Chase Bank, N.A. |
| | | | Notice Name |
| | | | Attn: Commercial Card Legal |
| | State the term remaining | Undetermined | Address |
| | | | 10 S. Dearborn Street, Mail Code IL1-0286 |
| | List the contract number of any government contract | | |

| | | Chicago | IL | 60603-2300 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | Jsat Automation - Services Agreement (One-time use) - Feb 09, 2024 | Jsat Automation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 311 N Sumneytown Pike 1B |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | North Wales | PA | 19454 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Jygantic, Inc. - Services Agreement (One-time use) - Mar 17, 2024 | Jygantic, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 26 Porter St |
| | State the term remaining | Expires: 03/16/2025 | Address |
| | List the contract number of any government contract | | |

| | | Watertown | MA | 02472 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| **2.462** | **State what the contract or lease is for and the nature of the debtor's interest** | Karla Diaz - CDA - May 30, 2024 |

Karla Diaz
Name

Notice Name

2873 Sacramento St
Address

| **State the term remaining** | Expires: 05/30/2025 |
|---|---|

**List the contract number of any government contract**

| Berkeley | CA | 94702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.463** | **State what the contract or lease is for and the nature of the debtor's interest** | Karmanos Cancer Center - Amendment - Jun 15, 2022 |

Karmanos Cancer Center
Name

Attn: Director, Pre-Award Contracting
Notice Name

Barbara Ann Karmanos Cancer Hospital
Address

4100 John R, MM00RA

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Detroit | MI | 48201 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.464** | **State what the contract or lease is for and the nature of the debtor's interest** | Karmanos Cancer Center - Clinical Trial Agreement - May 17, 2022 (Karmanos Cancer Center - CTA - May 17, 2022 (GO-010)) |

Karmanos Cancer Center
Name

Attn: Director, Pre-Award Contracting
Notice Name

Barbara Ann Karmanos Cancer Hospital
Address

4100 John R, MM00RA

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Detroit | MI | 48201 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Karmanos Cancer Center - Clinical Trial Agreement - May 17, 2022 (Karmanos Cancer Center - CTA - May 17, 2022 (GO-010)) - Amendment 3 - Nov 15, 2022 |
|---|---|---|

Karmanos Cancer Center
Name

Attn: Director, Pre-Award Contracting
Notice Name

Barbara Ann Karmanos Cancer Hospital
Address

4100 John R, MM00RA

State the term remaining    Undetermined

List the contract number of any government contract

| Detroit | MI | 48201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Karmanos Cancer Center - Clinical Trial Agreement - May 17, 2022 (Karmanos Cancer Center - CTA - May 17, 2022 (GO-010)) - Amendment 2 - Nov 15, 2022 |
|---|---|---|

Karmanos Cancer Center
Name

Attn: Director, Pre-Award Contracting
Notice Name

Barbara Ann Karmanos Cancer Hospital
Address

4100 John R, MM00RA

State the term remaining    Undetermined

List the contract number of any government contract

| Detroit | MI | 48201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Kashi Clinical Laboratories, Inc - SOW - Nov 28, 2023 (GO-010) |
|---|---|---|

Kashi Clinical Laboratories, Inc
Name

Notice Name

10101 SW Barbur Blvd
Address

Suite 200

State the term remaining    Undetermined

List the contract number of any government contract

| Portland | OR | 97219 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Kashi Clinical Laboratories, Inc - Master Services Agreement - Nov 28, 2023 |
| | | Kashi Clinical Laboratories, Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 10101 SW Barbur Blvd. Suite 200 |
| | State the term remaining | Expires: 11/27/2026 |
| | | Address |
| | List the contract number of any government contract | |
| | | Portland    OR    97219 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Kashi Clinical Laboratories, Inc. - CDA - Jan 17, 2024 |
| | | Kashi Clinical Laboratories, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 10101 SW Barbur Blvd |
| | State the term remaining | Expires: 01/16/2025 |
| | | Address |
| | List the contract number of any government contract | Suite 200 |
| | | Portland    OR    97219 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | KBI Biopharma, Inc. - SOW - Aug 19, 2024 (ChAd Lots) |
| | | KBI Biopharma, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1101 Hamlin RoadPO Box 15579 |
| | State the term remaining | Expires: 12/30/2024 |
| | | Address |
| | List the contract number of any government contract | |
| | | Durham    NC    27704 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | KBI Biopharma, Inc. - SOW - Jan 10, 2024 | KBI Biopharma, Inc. |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 1101 Hamlin RoadPO Box 15579 |
| **State the term remaining** | Expires: 12/30/2024 | | Address |
| **List the contract number of any government contract** | | | |
| | | Durham | NC | 27704 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | KBI Biopharma, Inc. - SOW - Feb 07, 2023 (KBI Biopharma, Inc - SOW - February 07, 2023 ( Analytical Sample Testing)) | KBI Biopharma, Inc. |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 2500 Central Ave |
| **State the term remaining** | Undetermined | | Address |
| **List the contract number of any government contract** | | | |
| | | Boulder | CO | 80301 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | KBI Biopharma, Inc. - Quality Agreement - Nov 08, 2022 (KBI Biopharma, Inc - Quality Agreement - November 08, 2022) | KBI Biopharma, Inc. |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 2500 Central Ave |
| **State the term remaining** | Undetermined | | Address |
| **List the contract number of any government contract** | | | |
| | | Boulder | CO | 80301 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

**2.474** State what the contract or lease is for and the nature of the debtor's interest

KBI Biopharma, Inc. - Master Services Agreement - Jan 30, 2018

KBI Biopharma, Inc.

Name

Notice Name

2500 Central Ave

Address

State the term remaining: Undetermined

List the contract number of any government contract

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.475** State what the contract or lease is for and the nature of the debtor's interest

Kurtzman Carson Consultants, LLC dba Verita Global - Services Agreement (One-time use) - Oct 09, 2024

Kurtzman Carson Consultants, LLC dba Verita Global

Name

Notice Name

222 N. Pacific Coast Highway, 3rd Floor

Address

State the term remaining

List the contract number of any government contract

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.476** State what the contract or lease is for and the nature of the debtor's interest

L.E.K. Consulting LLC - Consulting Agreement (One-time use) - Feb 23, 2024

L.E.K. Consulting LLC

Name

Notice Name

75 State Street, 19th Floor

Address

State the term remaining: Undetermined

List the contract number of any government contract

| Boston | MA | 02109 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | | Case number (if known): | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | L.E.K. Consulting LLC - Consulting Agreement (One-time use) - Dec 09, 2023 | L.E.K. Consulting LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 75 State Street, 19th Floor |
| | State the term remaining | Undetermined | Address |
| | List the contract number of | | |
| | any government contract | | |
| | | | Boston | MA | 02109 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | La Jolla Institute for Allergy and Immunology - Other - Jun 09, 2022 (La Jolla Institute for Allergy and Immunology - Other - June 09, 2022) | La Jolla Institute for Allergy and Immunology |
|---|---|---|---|
| | | | Name |
| | | | Attention: Technology Development |
| | | | Notice Name |
| | | | Margaret Ng Thow Hing, VP, Legal Affairs |
| | State the term remaining | Undetermined | Address |
| | | | 9420 Athena Circle |
| | List the contract number of | | |
| | any government contract | | |
| | | | La Jolla | CA | 92037 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | La Jolla Institute for Allergy and Immunology - License Agreement - May 28, 2021 | La Jolla Institute for Allergy and Immunology |
|---|---|---|---|
| | | | Name |
| | | | Attention: Technology Development |
| | | | Notice Name |
| | | | Margaret Ng Thow Hing, VP, Legal Affairs |
| | State the term remaining | Expires: 12/06/2041 | Address |
| | | | 9420 Athena Circle |
| | List the contract number of | | |
| | any government contract | | |
| | | | La Jolla | CA | 92037 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | La Jolla Institute for Allergy and Immunology - Other - Mar 26, 2021 | La Jolla Institute for Allergy and Immunology |
|---|---|---|---|
| | | | Name |
| | | | Attention: Technology Development |
| | | | Notice Name |
| | | | Margaret Ng Thow Hing, VP, Legal Affairs |
| | **State the term remaining** | Undetermined | Address |
| | | | 9420 Athena Circle |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| La Jolla | CA | 92037 |

Country

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | La Jolla Institute for Allergy and Immunology - License Agreement - Jan 06, 2021 | La Jolla Institute for Allergy and Immunology |
|---|---|---|---|
| | | | Name |
| | | | Attention: Technology Development |
| | | | Notice Name |
| | | | Margaret Ng Thow Hing, VP, Legal Affairs |
| | **State the term remaining** | Expires: 12/06/2041 | Address |
| | | | 9420 Athena Circle |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| La Jolla | CA | 92037 |

Country

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | LabConnect, Inc. - Master Services Agreement - Jun 12, 2022 (LabConnect, Inc - Master Services Agreement - June 12, 2022) - Amendment - Feb 21, 2024 | LabConnect LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 605 First Avenue Suite 300 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Seattle | WA | 98104-2224 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**2.483** State what the contract or lease is for and the nature of the debtor's interest

LabConnect, Inc. - Master Services Agreement - Jun 12, 2022 (LabConnect, Inc - Master Services Agreement - June 12, 2022) - Amendment - May 08, 2024

State the term remaining: Undetermined

List the contract number of any government contract

LabConnect, Inc.
Name

Notice Name

2304 Silverdale Drive Suite 100
Address

| JohnsonCity | TN | 37601 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.484** State what the contract or lease is for and the nature of the debtor's interest

LabConnect, Inc. - SOW - Jun 12, 2022 (LabConnect, Inc - SOW - June 12, 2022 (GO-010))

State the term remaining: Expires: 03/31/2030

List the contract number of any government contract

LabConnect, Inc.
Name

Attention: Susanne Oltz, Chief Financial Officer
Notice Name

LabConnect, Inc.
Address

2304 Silverdale Drive, Suite 100

| Johnson City | TN | 37601 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.485** State what the contract or lease is for and the nature of the debtor's interest

LabConnect, Inc. - Master Services Agreement - Jun 12, 2022 (LabConnect, Inc - Master Services Agreement - June 12, 2022)

State the term remaining: Expires: 06/11/2027

List the contract number of any government contract

LabConnect, Inc.
Name

Attention: Susanne Oltz, Chief Financial Officer
Notice Name

LabConnect, Inc.
Address

2304 Silverdale Drive, Suite 100

| Johnson City | TN | 37601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

**2.486**

**State what the contract or lease is for and the nature of the debtor's interest**

LabConnect, Inc. - Master Services Agreement - Jun 12, 2022 (LabConnect, Inc - Master Services Agreement - June 12, 2022) - Amendment - Jun 25, 2023

LabConnect, Inc.
Name

Attention: Susanne Oltz, Chief Financial Officer
Notice Name

LabConnect, Inc.
Address

**State the term remaining**    Undetermined

2304 Silverdale Drive, Suite 100

**List the contract number of any government contract**

| Johnson City | TN | 37601 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.487**

**State what the contract or lease is for and the nature of the debtor's interest**

LabVantage Solutions, Inc. - SOW - Mar 12, 2024

LabVantage Solutions, Inc.
Name

Notice Name

**State the term remaining**    Expires: 03/11/2025

265 Davidson Avenue Suite 220
Address

**List the contract number of any government contract**

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.488**

**State what the contract or lease is for and the nature of the debtor's interest**

Latham Biopharm Group - Consulting Agreement (One-time use) - Sep 07, 2023

Latham Biopharm Group
Name

Notice Name

6810 Deerpath Road
Address

**State the term remaining**    Expires: 09/30/2026

Suite 405

**List the contract number of any government contract**

| Elkridge | MD | 21075 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Leadership Cadence, LLC - Master Services Agreement - Apr 12, 2023 | Leadership Cadence, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 04/11/2028 | 4175 N. High Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Columbus | OH | 43214 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Leerink Partners LLC - CDA - Apr 26, 2024 | Leerink Partners LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 04/26/2025 | 1 Federal St |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Boston | MA | 02210 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Leerink Partners LLC - CDA - Jan 23, 2017 | Leerink Partners LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 255 California Street, 12th Floor |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | San Francisco | CA | 94111 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | LHI Group Inc. - Master Services Agreement - Jun 27, 2022 (LHI Group Inc - Staffing Supplier Agreement - June 27, 2022) |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

LHI Group Inc.
Name

Notice Name

123 William Street, 14th Floor
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | LHI Group Inc. - Recruiter – Contingency Fee - Sep 30, 2020 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

LHI Group Inc.
Name

Notice Name

123 William Street, 14th Floor
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Life Technologies Corporation - Services Agreement (One-time use) - Sep 09, 2024 (Annual service agreement foe QC CX7 instrument) |
| | State the term remaining | Expires: 09/08/2025 |
| | List the contract number of any government contract | |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Services Agreement (One-time use) - May 14, 2024 (CX5 Reader 2024) |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

| | |
|---|---|
| **State the term remaining** | Expires: 05/13/2025 |
| **List the contract number of any government contract** | |

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Services Agreement (Annual service agreement for QC Kingfisher EIN 10615) |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

| | |
|---|---|
| **State the term remaining** | Expires: 06/27/2025 |
| **List the contract number of any government contract** | |

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Services Agreement (One-time use) - Nov 02, 2023 (QuantStudio 6 FLEX AB assurance qualification) |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

| | |
|---|---|
| **State the term remaining** | Expires: 11/01/2024 |
| **List the contract number of any government contract** | |

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Services Agreement (One-time use) - Dec 01, 2022 (Life Technologies Corporation - Services Agreement (one-time use) - December 01, 2022 (Quantstudio)) |
| | **State the term remaining** | Expires: 11/30/2024 |
| | **List the contract number of any government contract** | |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Master Services Agreement - Jan 26, 2021 |
| | **State the term remaining** | Expires: 01/26/2040 |
| | **List the contract number of any government contract** | |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Life Technologies Corporation - Other - Jul 13, 2017 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Life Technologies Corporation
Name

Life Technologies Corporation
Notice Name

North American Sales and Service
Address

Attn: Service Contract Administration

Mailstop: PLE C-1, 5781 Van Allen Way

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | LinkedIn - Master Services Agreement - Dec 27, 2018 |

LinkedIn
Name

Notice Name

1000 West Maude Avenue
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sunnyvale | CA | 94085 |

Country

| | | |
|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | LLX Solutions, LLC - SOW - Oct 13, 2022 (LLX Solutions, LLC - SOW - October 13, 2022 (MSA & SOW #1)) |

LLX Solutions, LLC
Name

Notice Name

1400 Main Street, FL. 1
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451 |

Country

| | | |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | LLX Solutions, LLC - CDA - Aug 25, 2022 (LLX Solutions, LLC - CDA - August 25, 2022) |

LLX Solutions, LLC
Name

Notice Name

1400 Main Street, FL. 1
Address

**State the term remaining** — Expires: 08/24/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waltham | MA | 02451 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.504** State what the contract or lease is for and the nature of the debtor's interest

Lonza Biologics, Inc. - CDA - Apr 02, 2024

Lonza Biologics, Inc.
Name

Notice Name

101 International Drive
Address

State the term remaining: Expires: 04/02/2026

List the contract number of any government contract

| Portsmouth | NH | 03801 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.505** State what the contract or lease is for and the nature of the debtor's interest

Lovell Law Group, PC - Master Services Agreement - Jun 25, 2020

Lovell Law Group, PC
Name

Attn: Ken Lovell
Notice Name

2212 Veteran Avenue
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Los Angeles | CA | 90064 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.506** State what the contract or lease is for and the nature of the debtor's interest

Lucid Automation and Security, LLC - SOW - Dec 21, 2023

Lucid Automation and Security, LLC
Name

Notice Name

20 Galli Drive Suite D
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Novato | CA | 94949 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | | |
|---|---|---|---|
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Lucid Automation and Security, LLC - SOW | Lucid Automation and Security, LLC |
| | | | Name |
| | | | Notice Name |
| | | | 20 Galli Drive Suite D |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Novato / CA / 94949 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Lucid Software Inc. - Services Agreement (One-time use) - Sep 29, 2023 (Software suite) | Lucid Software Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 10355 S Jordan Gateway #150 |
| | **State the term remaining** | Expires: 09/27/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | South Jordan / UT / 84095 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Lucid Software Inc. - Master Services Agreement - Sep 06, 2022 (Lucid Software Inc - Master Services Agreement - September 06, 2022) | Lucid Software Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 10355 S Jordan Gateway #150 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | South Jordan / UT / 84095 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known):*    24-12305

| | | |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Luke Barlow - CDA - Dec 03, 2021 |

Luke Barlow
Name

Notice Name

2 Heritage Drive Suite 401
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Quincy | MA | 02171 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Lumanity Inc. - SOW - Dec 19, 2023 (GRANITE Consulting Work) |

Lumanity Inc.
Name

Notice Name

7315 Wisconsin Ave
Address

950 West Tower

**State the term remaining**    Expires: 12/19/2024

**List the contract number of any government contract**

| Bethesda | MD | 20814 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Lumanity Inc. - Master Consulting Agreement - Dec 19, 2023 (Granite Consulting Support) |

Lumanity Inc.
Name

Notice Name

7315 Wisconsin Ave
Address

950 West Tower

**State the term remaining**    Expires: 12/19/2028

**List the contract number of any government contract**

| Bethesda | MD | 20814 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known) 24-12305

| | | | |
|---|---|---|---|
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Lumanity Inc. - CDA - Nov 15, 2023 | Lumanity Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7315 Wisconsin Ave |
| | **State the term remaining** | Expires: 11/15/2024 | Address |
| | | | 950 West Tower |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bethesda / MD / 20814 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | LumiGenics LLC - SOW - Apr 24, 2023 (GRT-600) | LumiGenics LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 750 Alfred Nobel Drive Suite 103 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Hercules / CA / 94547 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | LumiGenics LLC - SOW - Apr 14, 2023 (GRT-555B) | LumiGenics LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 750 Alfred Nobel Drive Suite 103 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Hercules / CA / 94547 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | Luminary Labs LLC - CDA - Jan 05, 2024 |
| | State the term remaining | Expires: 01/05/2025 |
| | List the contract number of any government contract | |

Luminary Labs LLC
Name

Notice Name

61 Broadway
Address

Suite 2800

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | MACHEREY-NAGEL Inc. - CDA - Mar 18, 2024 |
| | State the term remaining | Expires: 03/17/2027 |
| | List the contract number of any government contract | |

MACHEREY-NAGEL Inc.
Name

Notice Name

Valencienner Str 11
Address

| Dueren, Nordrhein-Westfalen | | 52355 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

| | | |
|---|---|---|
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Malvern Panalytical Inc. - Services Agreement (One-time use) - May 15, 2024 |
| | State the term remaining | Expires: 05/14/2025 |
| | List the contract number of any government contract | |

Malvern Panalytical Inc.
Name

Notice Name

2400 Computer Dr Suite 2100
Address

| Westborough | MA | 01581 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Manning Personnel Group - Recruiter – Contingency Fee - Nov 28, 2023 |

Manning Personnel Group

Name

Notice Name

211 Congress Street, 10th Fl.

Address

**State the term remaining** — Expires: 11/28/2024

**List the contract number of any government contract**

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Marathon LS LLC - SOW - Sep 23, 2024 (#4966) |

Marathon LS LLC

Name

Notice Name

720 University Ave

Address

**State the term remaining** — Expires: 09/22/2025

**List the contract number of any government contract**

| Norwood | MA | 02062 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Marathon LS LLC - SOW - Jul 11, 2024 (Equipment repair: Gas Shock and Temp Probe) |

Marathon LS LLC

Name

Notice Name

720 University Ave

Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Norwood | MA | 02062 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| | | |
|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Marathon LS LLC - SOW - May 16, 2024 (equipment repair) |

Marathon LS LLC
Name

Notice Name

720 University Ave
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Norwood | MA | 02062 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Margaret Korn - Consulting Agreement (One-time use) - Jan 03, 2024 |

Margaret Korn
Name

Notice Name

1463 Revelstoke Way
Address

**State the term remaining**  Expires: 01/03/2025

**List the contract number of any government contract**

| Sunnyvale | CA | 94087 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Marsh & McLennan Agency LLC - CDA - Jun 20, 2019 |

Marsh & McLennan Agency LLC
Name

Notice Name

1166 Avenue of the Americas
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
_____
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | MasterControl, Inc. - SOW - Feb 01, 2024 |

MasterControl, Inc.
_____
Name

_____
Notice Name

6350 South 3000 East
_____
Address

**State the term remaining**    Expires: 01/31/2025

**List the contract number of any government contract**

| SaltLakeCity | UT | 84121 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Maximilian Diehn - Consulting Agreement (One-time use) - Jun 01, 2024 (Oncology SAB) |

Maximilian Diehn
_____
Name

_____
Notice Name

Stanford University Medical Center
_____
Address

300 Pasteur Drive

**State the term remaining**    Expires: 06/01/2025

**List the contract number of any government contract**

| Stanford | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | MD Anderson Cancer Center - Clinical Trial Agreement - Jul 19, 2022 (MD Anderson Cancer Center - CTA - July 19, 2022 (GO-010)) - Amendment - Nov 09, 2023 |

MD Anderson Cancer Center
_____
Name

Attn: Legal Officer
_____
Notice Name

1515 Holcombe Boulevard, Unit 1674
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Houston | TX | 77030 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**2.528** **State what the contract or lease is for and the nature of the debtor's interest**

MD Anderson Cancer Center - Clinical Trial Agreement - Jul 19, 2022 (MD Anderson Cancer Center - CTA - July 19, 2022 (GO-010)) - Amendment - Mar 01, 2023

MD Anderson Cancer Center
Name

Attn: Legal Officer
Notice Name

1515 Holcombe Boulevard, Unit 1674
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Houston | TX | 77030 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.529** **State what the contract or lease is for and the nature of the debtor's interest**

MD Anderson Cancer Center - Clinical Trial Agreement - Jul 19, 2022 (MD Anderson Cancer Center - CTA - July 19, 2022 (GO-010))

MD Anderson Cancer Center
Name

Attn: Legal Officer
Notice Name

1515 Holcombe Boulevard, Unit 1674
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Houston | TX | 77030 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.530** **State what the contract or lease is for and the nature of the debtor's interest**

Medical College of Wisconsin - Clinical Trial Agreement - Jun 10, 2022 (Medical College of Wisconsin - CTA - June 10, 2022 (GO-010))

Medical College of Wisconsin
Name

Notice Name

The Medical College of Wisconsin, Inc.
Address

**State the term remaining**    Undetermined

Director, Office of Grants and Contracts

**List the contract number of any government contract**

8701 Watertown Plank Road

| Milwaukee | WI | 53226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Medidata Solutions, Inc. - CDA - Dec 18, 2020 | Medidata Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 350 Hudson Street |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10014 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Memorial Healthcare System - CDA - Aug 01, 2023 (GO-014) | Memorial Healthcare System |
| | | | Name |
| | | | Notice Name |
| | | | 3501 Johnson Street |
| | State the term remaining | Expires: 07/31/2026 | Address |
| | List the contract number of any government contract | | |
| | | | Hollywood / FL / 33021 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Memorial Sloan Kettering Cancer Center - CDA - Mar 10, 2023 (Memorial Sloan Kettering Cancer Center - CDA - March 10, 2023) | Memorial Sloan Kettering Cancer Center |
| | | | Name |
| | | | Attn: Office of Technology Development |
| | | | Notice Name |
| | | | 1275 York Ave, Box 524 |
| | State the term remaining | Expires: 03/10/2024 | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10065 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorial Sloan Kettering Cancer Center - Other - Jan 11, 2016 |

Memorial Sloan Kettering Cancer Center
Name

Attn: Office of Technology Development
Notice Name

1275 York Ave, Box 524
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10065 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Merck and Cie - SOW - Jul 23, 2024 (Analytical Retest of representative sample) |

Merck and Cie
Name

Notice Name

Switzerland
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Merck and Cie - Quality Agreement - May 10, 2021 |

Merck and Cie
Name

Notice Name

Im Laternenacker 5
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Schaffhausen | | 8200 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Merck and Cie - Quality Agreement - Jun 26, 2018 |

Merck and Cie
Name

Notice Name

Im Laternenacker 5
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Schaffhausen | | 8200 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Merck and Cie - CDA - Feb 28, 2022 (Merck and Cie - CDA - February 28, 2022) |

Merck and Cie
Name

Notice Name

Im Laternenacker 5
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Schaffhausen | | 8200 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Merck and Cie - Other - Dec 06, 2017 |

Merck and Cie
Name

Notice Name

Im Laternenacker 5
Address

State the term remaining: Expires: 12/06/2099

List the contract number of any government contract

| Schaffhausen | | 8200 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| **2.540** | **State what the contract or lease is for and the nature of the debtor's interest** | Merck and Cie - Other - May 11, 2021 |

Merck and Cie
_____
Name

_____
Notice Name

Im Laternenacker 5
_____
Address

**State the term remaining** — Expires: 05/11/2099

**List the contract number of any government contract**

| | | |
|---|---|---|
| Schaffhausen | | 8200 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| **2.541** | **State what the contract or lease is for and the nature of the debtor's interest** | Merck and Cie - Other - Jun 11, 2018 |

Merck and Cie
_____
Name

_____
Notice Name

Im Laternenacker 5
_____
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Schaffhausen | | 8200 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| **2.542** | **State what the contract or lease is for and the nature of the debtor's interest** | Merck and Cie - Other - Feb 02, 2018 |

Merck and Cie
_____
Name

_____
Notice Name

Im Laternenacker 5
_____
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Schaffhausen | | 8200 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Merck KGaA, Darmstadt, Germany - CDA - Oct 07, 2024 |

Merck KGaA, Darmstadt, Germany
Name

Notice Name

Frankfurter Straße 250
Address

**State the term remaining** Expires: 10/07/2025

**List the contract number of any government contract**

| Darmstadt, Hessen | Hessen | 64293 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Meso Scale Diagnostics, LLC - Services Agreement (One-time use) - Jun 02, 2024 |

Meso Scale Diagnostics, LLC
Name

Notice Name

1601 Research Blvd
Address

**State the term remaining** Expires: 06/01/2025

**List the contract number of any government contract**

| Rockville | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Mettler-Toledo LLC - Services Agreement (One-time use) - Sep 01, 2024 (Annual service agreement for QC Titrator) |

Mettler-Toledo LLC
Name

Notice Name

1900 Polaris Parkway
Address

**State the term remaining** Expires: 08/31/2025

**List the contract number of any government contract**

| Columbus | OH | 43240-4035 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | | | |
|---|---|---|---|---|
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Mettler-Toledo LLC - Services Agreement (One-time use) - May 17, 2024 | Mettler-Toledo LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1900 Polaris Parkway | |
| | **State the term remaining** | Undetermined | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Columbus | OH | 43240-4035 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Mettler-Toledo Rainin, LLC - Services Agreement (One-time use) - Aug 01, 2024 | Mettler-Toledo Rainin, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 7500 Edgewater Drive | |
| | **State the term remaining** | Undetermined | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Oakland | CA | 94621 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Miami Cancer Institute at Baptist Health, Inc. - Master Services Agreement - Sep 05, 2023 | Miami Cancer Institute at Baptist Health, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 8900 N Kendall Dr | |
| | **State the term remaining** | Expires: 09/04/2026 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Miami | FL | 33176 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

| | | |
|---|---|---|
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Miami Cancer Institute at Baptist Health, Inc. - Amendment - Jan 17, 2023 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Miami Cancer Institute at Baptist Health, Inc.
Name

ATTN: Administrative Director, Clinical Trials Office
Notice Name

Miami Cancer Institute at Baptist Health, Inc.
Address

8900 North Kendall Drive 4R160

| | | |
|---|---|---|
| Miami | FL | 33176 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Miami Cancer Institute at Baptist Health, Inc. - Clinical Trial Agreement - May 19, 2022 (Miami Cancer Institute at Baptist Health - CTA - May 19, 2022 (GO-010)) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Miami Cancer Institute at Baptist Health, Inc.
Name

ATTN: Administrative Director, Clinical Trials Office
Notice Name

Miami Cancer Institute at Baptist Health, Inc.
Address

8900 North Kendall Drive 4R160

| | | |
|---|---|---|
| Miami | FL | 33176 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Michael Overman - Consulting Agreement (One-time use) - Jun 01, 2024 (Oncology SAB) |
| | **State the term remaining** | Expires: 06/01/2025 |
| | **List the contract number of any government contract** | |

Michael Overman
Name

Notice Name

2725 Centenary Street
Address

| | | |
|---|---|---|
| Houston | TX | 77005 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.552** State what the contract or lease is for and the nature of the debtor's interest

Miele Inc. - SOW - Mar 28, 2024 (Glass Washer maintenance)

Miele Inc.
Name

Notice Name

9 Independence Way
Address

State the term remaining — Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Princeton | NJ | 08540 |
| City | State | ZIP Code |

Country

---

**2.553** State what the contract or lease is for and the nature of the debtor's interest

Mimecast - Other - Jan 11, 2024

Mimecast
Name

Notice Name

191 Spring Street
Address

State the term remaining — Expires: 01/10/2025

List the contract number of any government contract

| | | |
|---|---|---|
| Lexington | MA | 02421 |
| City | State | ZIP Code |

Country

---

**2.554** State what the contract or lease is for and the nature of the debtor's interest

Mimecast - Master Services Agreement - Oct 31, 2018

Mimecast
Name

Notice Name

191 Spring Street
Address

State the term remaining — Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Lexington | MA | 02421 |
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | Mimecast - Master Services Agreement - Oct 31, 2018 |

Mimecast
Name

Notice Name

191 Spring Street
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| Lexington | MA | 02421 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | MineralTree, Inc. - CDA - Jan 16, 2024 |

MineralTree, Inc.
Name

Notice Name

77 4th Ave Suite 320
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | MineralTree, Inc. - SOW - Jan 14, 2022 (MineralTree, Inc - SOW - January 14, 2022) |

MineralTree, Inc.
Name

Notice Name

77 4th Ave Suite 320
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*  24-12305

| | | |
|---|---|---|
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | MineralTree, Inc. - Master Services Agreement - Jan 14, 2022 (MineralTree, Inc - Master Services Agreement - January 14, 2022 (This and the Customer Agreement gov) |

MineralTree, Inc.
Name

Notice Name

77 4th Ave Suite 320
Address

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | MineralTree, Inc. - Master Services Agreement - Jan 14, 2022 (MineralTree, Inc - Master Services Agreement - January 14, 2022 (See also the Managed Service Terms ) |

MineralTree, Inc.
Name

Notice Name

77 4th Ave Suite 320
Address

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | MinterEllison - Other - Mar 12, 2023 (MinterEllison - Other - March 12, 2023) |

MinterEllison
Name

Notice Name

Level 40 Governor Macquarie Tower 1 Farrer Place
Address

DX 117

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Sydney | NSW | 2000 |
|---|---|---|
| City | State | ZIP Code |

Australia
Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*:    24-12305

**2.561** State what the contract or lease is for and the nature of the debtor's interest

Misha Subzwari - CDA - Nov 15, 2021

Misha Subzwari

Name

Notice Name

152 Bowdoin Street

State the term remaining    Undetermined

Address

List the contract number of any government contract

| Boston | MA | 02108 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.562** State what the contract or lease is for and the nature of the debtor's interest

Molecular Devices LLC - Services Agreement (One-time use) - Oct 10, 2024

Molecular Devices LLC

Name

Notice Name

3860 N First Street

State the term remaining    Expires: 10/09/2025

Address

List the contract number of any government contract

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.563** State what the contract or lease is for and the nature of the debtor's interest

Molecular Devices LLC - Services Agreement (One-time use) - Apr 09, 2024 (Annual Service agreement for AT instrument)

Molecular Devices LLC

Name

Notice Name

3860 N First Street

State the term remaining    Expires: 04/08/2025

Address

List the contract number of any government contract

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - SOW - Aug 22, 2024 |
| | | Moss Adams LLP |
| | | Name |
| | | Notice Name |
| | | PO Box 101822 |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - SOW - Aug 23, 2024 (Netsuite Support Services) |
| | | Moss Adams LLP |
| | | Name |
| | | Notice Name |
| | | PO Box 101822 |
| | State the term remaining | Expires: 08/23/2025 |
| | | Address |
| | List the contract number of any government contract | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - SOW - May 23, 2024 |
| | | Moss Adams LLP |
| | | Name |
| | | Notice Name |
| | | PO Box 101822 |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.567**

| **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 18, 2023 | Moss Adams LLP |
| | | Name |

Notice Name

PO Box 101822
Address

| **State the term remaining** | Expires: 12/31/2024 |

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

**2.568**

| **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 01, 2023 | Moss Adams LLP |
| | | Name |

Notice Name

PO Box 101822
Address

| **State the term remaining** | Expires: 12/31/2024 |

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

**2.569**

| **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 01, 2023 | Moss Adams LLP |
| | | Name |

Notice Name

PO Box 101822
Address

| **State the term remaining** | Expires: 12/31/2024 |

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.570** | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Aug 05, 2022 (Moss Adams LLP - SOW - August 05, 2022 (NetSuite Support Services)) | Moss Adams LLP
Name

Notice Name

PO Box 101822
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

**2.571** | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 23, 2021 (Moss Adams LLP - SOW - December 23, 2021 (BUSINESS ENTITY TAX RETURNS)) | Moss Adams LLP
Name

Notice Name

PO Box 101822
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

**2.572** | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 23, 2021 (Moss Adams LLP - SOW - December 23, 2021 (ASC 740 PREPARATION SERVICES)) | Moss Adams LLP
Name

Notice Name

PO Box 101822
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - SOW - Dec 23, 2021 (Moss Adams LLP - SOW - December 23, 2021 (§382 – LIMITATIONS ON CARRYFORWARDS)) |

Moss Adams LLP

Name

Notice Name

PO Box 101822

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Sep 20, 2021 |

Moss Adams LLP

Name

Notice Name

PO Box 101822

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - Master Services Agreement - May 11, 2021 |

Moss Adams LLP

Name

Notice Name

PO Box 101822

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - SOW - Jan 22, 2021 | Moss Adams LLP |
|---|---|---|---|

Name

Notice Name

PO Box 101822

State the term remaining: Undetermined

Address

List the contract number of any government contract

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - Master Services Agreement - Dec 08, 2020 | Moss Adams LLP |
|---|---|---|---|

Name

Notice Name

PO Box 101822

State the term remaining: Undetermined

Address

List the contract number of any government contract

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Moss Adams LLP - Master Services Agreement - Sep 25, 2019 | Moss Adams LLP |
|---|---|---|---|

Name

Notice Name

PO Box 101822

State the term remaining: Undetermined

Address

List the contract number of any government contract

| Pasadena | CA | 91189-1822 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*:     24-12305

---

| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - Master Services Agreement - May 29, 2019 | Moss Adams LLP |
| | | | Name |

Notice Name

PO Box 101822

**State the term remaining**     Undetermined

Address

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - Master Services Agreement - Nov 12, 2018 | Moss Adams LLP |
| | | | Name |

Notice Name

PO Box 101822

**State the term remaining**     Undetermined

Address

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Moss Adams LLP - Master Services Agreement - Mar 10, 2017 | Moss Adams LLP |
| | | | Name |

Notice Name

PO Box 101822

**State the term remaining**     Undetermined

Address

**List the contract number of any government contract**

| Pasadena | CA | 91189-1822 |
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**2.582** **State what the contract or lease is for and the nature of the debtor's interest**
Moss Adams LLP - Master Services Agreement - Dec 08, 2020 - Amendment - Feb 27, 2023

Moss Adams LLP
Name

Notice Name

PO Box 101822
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pasadena | CA | 91189-1822 |

Country

**2.583** **State what the contract or lease is for and the nature of the debtor's interest**
Moss Adams LLP - SOW - May 18, 2023 (2023 SOX 404 Compliance)

Moss Adams LLP
Name

Notice Name

PO Box 101822
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Pasadena | CA | 91189-1822 |

Country

**2.584** **State what the contract or lease is for and the nature of the debtor's interest**
Mount Sinai Medical Center of Florida, Inc. - Clinical Trial Agreement - May 11, 2022 (Mount Sinai Medical Center of Florida - CTA - May 11, 2022 (GO-010))

Mount Sinai Medical Center of Florida, Inc.
Name

Attn: Mayra Ortiz, Research Program Manager
Notice Name

Mt Sinai Medical Center
Address

4306 Alton Road,

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Miami Beach | FL | 33140 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

---

**2.585** **State what the contract or lease is for and the nature of the debtor's interest**

MultiCare Health System - CDA - Jun 06, 2022 (Multicare Health System - CDA - June 06, 2022)

MultiCare Health System
Name

Notice Name

1313 Broadway

**State the term remaining**  Expires: 06/05/2025

Address

**List the contract number of any government contract**

| Tacoma | WA | 98402 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.586** **State what the contract or lease is for and the nature of the debtor's interest**

MuriGenics Inc. - SOW - Jan 06, 2020 (SOW #4) - Amendment - Apr 19, 2024

MuriGenics Inc.
Name

Notice Name

941 Railroad Ave.

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.587** **State what the contract or lease is for and the nature of the debtor's interest**

MuriGenics Inc. - Master Services Agreement - Oct 31, 2016 - Amendment - Oct 16, 2023

MuriGenics Inc.
Name

Notice Name

941 Railroad Ave.

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | MuriGenics Inc. - SOW - Jun 28, 2022 (MuriGenics Inc - SOW - June 28, 2022 (SOW #12)) |

MuriGenics Inc.

Name

Notice Name

941 Railroad Ave.

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Jul 21, 2022 |

MuriGenics Inc.

Name

Notice Name

941 Railroad Ave.

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | MuriGenics Inc. - SOW - Apr 11, 2022 (MuriGenics Inc - SOW - April 11, 2022 (SOW #11)) |

MuriGenics Inc.

Name

Notice Name

941 Railroad Ave.

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | MuriGenics Inc. - SOW - Oct 28, 2021 (MuriGenics Inc - SOW - October 28, 2021) |

MuriGenics Inc.
Name

Notice Name

941 Railroad Ave.
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | MuriGenics Inc. - Master Services Agreement - Oct 31, 2016 |

MuriGenics Inc.
Name

Notice Name

941 Railroad Ave.
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Vallejo | CA | 94592 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | NanoImaging Services, Inc. - CDA - Jul 25, 2022 (NanoImaging Services, Inc - CDA - July 25, 2022) |

NanoImaging Services, Inc.
Name

Notice Name

4940 Carroll Canyon Road, Suite 115
Address

**State the term remaining**    Expires: 07/24/2027

**List the contract number of any government contract**

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Nasdaq Corporate Solutions, LLC - Master Services Agreement - Oct 01, 2020 | Nasdaq Corporate Solutions, LLC |
|---|---|---|---|

Name

Notice Name

One Liberty Plaza

Address

165 Broadway

| | State the term remaining | Undetermined |
|---|---|---|
| | List the contract number of any government contract | |

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Nasdaq Corporate Solutions, LLC - Master Services Agreement - Jul 31, 2018 | Nasdaq Corporate Solutions, LLC |
|---|---|---|---|

Name

Notice Name

One Liberty Plaza

Address

165 Broadway

| | State the term remaining | Undetermined |
|---|---|---|
| | List the contract number of any government contract | |

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Nasdaq Corporate Solutions, LLC - Master Services Agreement - Jul 31, 2018 | Nasdaq Corporate Solutions, LLC |
|---|---|---|---|

Name

Notice Name

One Liberty Plaza

Address

165 Broadway

| | State the term remaining | Undetermined |
|---|---|---|
| | List the contract number of any government contract | |

| New York | NY | 10006 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| | | | | | |
|---|---|---|---|---|---|
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | National Institute of Allergy and Infectious Diseases - CDA - Jan 04, 2024 | National Institute of Allergy and Infectious Diseases | | |
| | | | Name | | |
| | | | Notice Name | | |
| | **State the term remaining** | Expires: 12/31/2024 | 5601 Fishers Lane | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | Suite 6D | | |
| | | | Rockville | MD | 20892 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | NCS Moving Services - Master Services Agreement - Jun 02, 2023 (MSA for moving services.) | NCS Moving Services | | |
| | | | Name | | |
| | | | Notice Name | | |
| | **State the term remaining** | Expires: 06/02/2028 | 7307 Edgewater Dr | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | Suite D | | |
| | | | Oakland | CA | 94621 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Nehal Mehta - CDA - Apr 29, 2021 | Nehal Mehta | | |
| | | | Name | | |
| | | | Notice Name | | |
| | **State the term remaining** | Undetermined | 2 Heritage Drive Suite 401 | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | Quincy | MA | 02171 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | New England Biolabs, Inc. - CDA - Nov 13, 2023 | New England Biolabs, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 County Rd |
| | **State the term remaining** | Expires: 11/12/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Ipswich  MA  01938 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | New Enterprise Associates, Inc. - CDA - Sep 17, 2024 | New Enterprise Associates, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1954 Greenspring Drive |
| | **State the term remaining** | Expires: 09/17/2025 | Address |
| | | | Suite 600 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Timonium  MD  21093 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | New York University - Clinical Trial Agreement - Mar 17, 2022 (New York University - CTA - March 17, 2022 (GO-010)) | New York University |
| | | | Name |
| | | | Attn: Sr. Director, Sponsored Programs |
| | | | Notice Name |
| | | | NYU Grossman School of Medicine |
| | **State the term remaining** | Undetermined | Address |
| | | | One Park Avenue, 6th Floor |
| | **List the contract number of any government contract** | | |
| | | | REF: s21-01210 |
| | | | New York  NY  10016 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.

Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | Nexelis Laboratories Canada Inc. - Master Services Agreement - Nov 22, 2021 (Nexelis Laboratories Canada Inc - Master Services Agreement - November 22, 2021) |

Nexelis Laboratories Canada Inc.

Name

Notice Name

525 Cartier Boulevard West

Address

| | | |
|---|---|---|
| **State the term remaining** | Expires: 11/22/2026 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Laval | QC | 7V 3S8 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Nordic Biosciences A_S - Master Services Agreement - Mar 08, 2022 (Nordic Biosciences A_S - Master Services Agreement - March 08, 2022) |

Nordic Biosciences A_S

Name

Notice Name

Herlev Hovedgade 205 - 207

Address

VAT: 30799968

| | | |
|---|---|---|
| **State the term remaining** | Expires: 03/07/2028 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Herlev | | 2730 |
| City | State | ZIP Code |
| Denmark | | |
| Country | | |

| | | |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Norton Healthcare, Inc. - CDA - Apr 10, 2023 (Norton Healthcare, Inc - CDA - April 10, 2023 (GO-014)) |

Norton Healthcare, Inc.

Name

Notice Name

To Institution: Attn: Research Legal

Address

224 East Broadway Street, Suite 700, M-05

| | | |
|---|---|---|
| **State the term remaining** | Expires: 04/09/2025 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Louisville | KY | 40202 |
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.606** **State what the contract or lease is for and the nature of the debtor's interest**

Norton Healthcare, Inc. - Clinical Trial Agreement - Jan 31, 2023 (Norton Healthcare - CTA - January 31, 2023 (GO-010))

Norton Healthcare, Inc.
Name

Attn: Research Legal
Notice Name

Norton Healthcare Research Office
Address

224 East Broadway Street, Suite 700, M-05

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.607** **State what the contract or lease is for and the nature of the debtor's interest**

Novartis Pharma AG - CDA - Jan 27, 2022 (Novartis Pharma AG - CDA - January 27, 2022)

Novartis Pharma AG
Name

Notice Name

Lichtstrasse 35
Address

**State the term remaining**    Expires: 01/26/2025

**List the contract number of any government contract**

| Basel-Stadt | | CH-4056 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

---

**2.608** **State what the contract or lease is for and the nature of the debtor's interest**

Nutcracker Therapeutics, Inc. - Materials Transfer Agreement - May 17, 2024

Nutcracker Therapeutics, Inc.
Name

Notice Name

5858 Horton Street Suite 540
Address

**State the term remaining**    Expires: 05/17/2025

**List the contract number of any government contract**

| Emeryville | CA | 94608 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Nutcracker Therapeutics, Inc. - CDA - Mar 06, 2024 | Nutcracker Therapeutics, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5858 Horton Street Suite 540 |
| | State the term remaining | Expires: 03/06/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Emeryville / CA / 94608 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Nwamu, P.C - Other - Jul 22, 2020 | Nwamu, P.C |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 70 Washington Street Suite 303 |
| | State the term remaining | Expires: 07/22/2030 | Address |
| | List the contract number of any government contract | | |
| | | | Oakland / CA / 94607 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Occupational Services, Inc. - SOW - Aug 01, 2024 (2024 Services) | Occupational Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6397 Nancy Ridge Drive |
| | State the term remaining | Expires: 07/31/2025 | Address |
| | List the contract number of any government contract | | |
| | | | San Diego / CA / 92121 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | Occupational Services, Inc. - Master Services Agreement - Aug 01, 2023 (EHS Consulting Services MSA) |
| | | Occupational Services, Inc. |
| | | Name |
| | | Notice Name |
| | | 6397 Nancy Ridge Drive |
| | **State the term remaining** | Expires: 08/01/2028 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92121 |

Country

| | | |
|---|---|---|
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | Okta Inc. - License Agreement - Apr 16, 2024 (2024-2025) |
| | | Okta Inc. |
| | | Name |
| | | Notice Name |
| | | 301 Brannan Street Suite 100 |
| | **State the term remaining** | Expires: 04/15/2025 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94107 |

Country

| | | |
|---|---|---|
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | Okta Inc. - Master Services Agreement - Jul 16, 2019 |
| | | Okta Inc. |
| | | Name |
| | | Notice Name |
| | | 301 Brannan Street Suite 100 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94107 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | OneOncology Research Network, LLC - Amendment - Sep 30, 2022 | OneOncology Research Network, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn: Legal Department |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | OneOncology, LLC |
| | | | Address |
| | **List the contract number of** | | 424 Church Street, Suite 2400 |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Nashville | TN | 37219 |

Country

| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | OneOncology Research Network, LLC - Clinical Trial Agreement - Apr 04, 2022 (OneOncology Research Network - CTA - April 04, 2022 (GO-010)) | OneOncology Research Network, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn: Legal Department |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | OneOncology, LLC |
| | | | Address |
| | **List the contract number of** | | 424 Church Street, Suite 2400 |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Nashville | TN | 37219 |

Country

| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | OneOncology Research Network, LLC - Amendment - Jun 20, 2022 | OneOncology Research Network, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn: Legal Department |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | OneOncology, LLC |
| | | | Address |
| | **List the contract number of** | | 424 Church Street, Suite 2400 |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Nashville | TN | 37219 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | OneTrust, LLC - License Agreement - Feb 14, 2024 |

OneTrust, LLC
Name

Notice Name

1200 Abernathy Road NE Suite 300
Address

**State the term remaining** — Expires: 02/13/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30328 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | OneTrust, LLC - CDA - Jan 28, 2020 |

OneTrust, LLC
Name

Notice Name

1200 Abernathy Road NE Suite 300
Address

**State the term remaining** — Expires: 01/28/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30328 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | OnQ Research - SOW - Oct 05, 2021 (OnQ Research - SOW - October 05, 2021) - Amendment - Feb 01, 2024 |

OnQ Research
Name

OnQ House
Notice Name

250 Market Street Fairland
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Johannesburg | Gauteng | 2170 |
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.621** State what the contract or lease is for and the nature of the debtor's interest

OnQ Research - SOW - Oct 05, 2021 (OnQ Research - SOW - October 05, 2021) - Amendment - Feb 06, 2023

OnQ Research
Name

OnQ House
Notice Name

250 Market Street Fairland
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

---

**2.622** State what the contract or lease is for and the nature of the debtor's interest

- Amendment - Oct 21, 2022

OnQ Research
Name

OnQ House
Notice Name

250 Market Street Fairland
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

---

**2.623** State what the contract or lease is for and the nature of the debtor's interest

- Amendment - Apr 28, 2022

OnQ Research
Name

OnQ House
Notice Name

250 Market Street Fairland
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

---

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Mar 22, 2022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

OnQ Research

Name

OnQ House

Notice Name

250 Market Street Fairland

Address

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

| | | |
|---|---|---|
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | OnQ Research - SOW - Oct 05, 2021 (OnQ Research - SOW - October 05, 2021) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

OnQ Research

Name

OnQ House

Notice Name

250 Market Street Fairland

Address

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

| | | |
|---|---|---|
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | OnQ Research - Master Services - August 23, 2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

OnQ Research

Name

OnQ House

Notice Name

250 Market Street Fairland

Address

| Johannesburg | Gauteng | 2170 |
|---|---|---|
| City | State | ZIP Code |
| South Africa | | |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Options Travel Services Inc. - Services Agreement (One-time use) | Options Travel Services Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 135 Randhurst Village Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | Mount Prospect | IL | 60056 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Oracle America, Inc. - SOW - Feb 28, 2024 | Oracle America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 Oracle Parkway |
| | State the term remaining | Expires: 02/27/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Redwood Shores | CA | 94065 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Oracle America, Inc. - Other - Feb 18, 2022 (Oracle America, Inc - Other - February 18, 2022 (name change agreement with Oracle)) | Oracle America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 Oracle Parkway |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | Redwood Shores | CA | 94065 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle America, Inc. - Master Services Agreement - Jul 16, 2020 |
| | | Oracle America, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 500 Oracle Parkway |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Redwood Shores | CA | 94065 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle America, Inc. - Master Services Agreement - Aug 02, 2019 |
| | | Oracle America, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 500 Oracle Parkway |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Redwood Shores | CA | 94065 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle America, Inc. - Master Services Agreement - Mar 26, 2019 |
| | | Oracle America, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 500 Oracle Parkway |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Redwood Shores | CA | 94065 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | P. Stevens Associates, Inc. - Services Agreement (One-time use) - Oct 03, 2024 |
| | | P. Stevens Associates, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 84 Essex Heights Drive |
| | **State the term remaining** | Expires: 10/02/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Weymouth    MA    02188 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | P. Stevens Associates, Inc. - CDA - Sep 12, 2024 |
| | | P. Stevens Associates, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 84 Essex Heights Drive |
| | **State the term remaining** | Expires: 09/12/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Weymouth    MA    02188 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | Pachulski Stang Ziehl & Jones LLP - Services Agreement (One-time use) - Jun 19, 2024 |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | Name |
| | | |
| | | Notice Name |
| | | One Sansome Street, 34th Floor, Suite 3430 |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | San Francisco    CA    94104 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Gritstone bio, Inc.

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | Paltown Development Foundation (Colontown) - Sponsorship Agreement - Jul 29, 2024 | Paltown Development Foundation (Colontown) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 969 Diggs Rd |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Crownsville          MD          21032 |
| | | | City          State          ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | Parker Institute for Cancer Immunotherapy - CDA - Apr 29, 2024 | Parker Institute for Cancer Immunotherapy |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Letterman Drive Suite D3500 |
| | **State the term remaining** | Expires: 04/29/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | San Francisco          CA          94129 |
| | | | City          State          ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | Parth Shah - CDA - Mar 11, 2021 | Parth Shah |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Heritage Drive Suite 401 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Quincy          MA          02171 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | Paving HR, LLC - Master Services Agreement - Sep 13, 2023 |

Paving HR, LLC
Name

Notice Name

958 Lincoln Court
Address

**State the term remaining**    Expires: 09/12/2028

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Jose | CA | 95125 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | Paylocity Corporation - Services Agreement (One-time use) - Dec 07, 2021 (Paylocity Corporation - Services Agreement (one-time use) - December 07, 2021) |

Paylocity Corporation
Name

Notice Name

2107 Livingston Street
Address

**State the term remaining**    Undetermined

Suite C

**List the contract number of any government contract**

| | | |
|---|---|---|
| Oakland | CA | 94606 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | Paylocity Corporation - SOW - Nov 22, 2021 (Paylocity Corporation - SOW - November 22, 2021) |

Paylocity Corporation
Name

Notice Name

2107 Livingston Street
Address

**State the term remaining**    Undetermined

Suite C

**List the contract number of any government contract**

| | | |
|---|---|---|
| Oakland | CA | 94606 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Peak Scientific - Services Agreement (One-time use) - Aug 22, 2024 |
|---|---|---|

Peak Scientific
Name

Notice Name

19 Sterling Rd
Address

State the term remaining: Undetermined

List the contract number of any government contract

| North Billerica | MA | 01862 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Peak Scientific - Services Agreement (One-time use) - Aug 20, 2024 |
|---|---|---|

Peak Scientific
Name

Notice Name

19 Sterling Rd
Address

State the term remaining: Undetermined

List the contract number of any government contract

| North Billerica | MA | 01862 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | Peak Scientific - Services Agreement (One-time use) - Aug 18, 2024 |
|---|---|---|

Peak Scientific
Name

Notice Name

19 Sterling Rd
Address

State the term remaining: Expires: 08/17/2025

List the contract number of any government contract

| North Billerica | MA | 01862 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Personalis, Inc. - CDA - Jul 29, 2024 | Personalis, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1330 O' Brien Drive |
| | State the term remaining | Expires: 07/29/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Menlo Park    CA    94025 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | Personalis, Inc. - SOW - Dec 01, 2022 (Personalis Inc - SOW - December 01, 2022) | Personalis, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1330 O'Brien Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Menlo Park    CA    94025 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | Personalis, Inc. - Master Services Agreement - Aug 29, 2022 (Personalis, Inc - Master Services Agreement - August 29, 2022) | Personalis, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1330 O'Brien Drive |
| | State the term remaining | Expires: 08/29/2027 | Address |
| | List the contract number of any government contract | | |
| | | | Menlo Park    CA    94025 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.
_____
Name

Case number *(if known)*: 24-12305

| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | Pfanstiehl, Inc. - CDA - Oct 16, 2023 | Pfanstiehl, Inc. |
|---|---|---|---|
| | | | Name |

Notice Name

1219 Glen Rock Ave.
_____
Address

**State the term remaining** — Expires: 10/15/2025

**List the contract number of any government contract**

| Waukegan | IL | 60085 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | PGandE - Other - Aug 02, 2022 (PGandE - Other - August 02, 2022 (Gas and Electric Extension Agreement)) | PGandE |
|---|---|---|---|
| | | | Name |

Notice Name

No physical/mailing address on file.
_____
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Pharmalogics Recruiting LLC - Master Services Agreement - Feb 29, 2024 | Pharmalogics Recruiting LLC |
|---|---|---|---|
| | | | Name |

Notice Name

300 Unicorn Park Dr 4th floor
_____
Address

**State the term remaining** — Expires: 02/27/2025

**List the contract number of any government contract**

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmalogics Recruiting LLC - Recruiter – Contingency Fee - Jun 08, 2017 | Pharmalogics Recruiting LLC |
|---|---|---|---|

Name

Notice Name

300 Unicorn Park Dr 4th floor
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmalogics Recruiting LLC - Recruiter – Contingency Fee - Jun 08, 2017 - Amendment - Jun 08, 2017 | Pharmalogics Recruiting LLC |
|---|---|---|---|

Name

Notice Name

300 Unicorn Park Dr 4th floor
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmalogics Recruiting LLC - Recruiter – Contingency Fee - Nov 01, 2017 | Pharmalogics Recruiting LLC |
|---|---|---|---|

Name

Notice Name

300 Unicorn Park Dr 4th floor
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known):* 24-12305

---

**2.654**

**State what the contract or lease is for and the nature of the debtor's interest**

PharmEng Technology, Inc. - Master Services Agreement - Nov 08, 2021 (PharmEng Technology Inc - Master Services Agreement - November 08, 2021)

PharmEng Technology, Inc.
Name

Notice Name

2001 Addison Street Suite 300
Address

**State the term remaining**  Expires: 11/08/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Berkeley | CA | 94704 |

Country

---

**2.655**

**State what the contract or lease is for and the nature of the debtor's interest**

PK4 LABORATORIES, INC - Master Services Agreement - Jul 21, 2023

PK4 LABORATORIES, INC
Name

Notice Name

7803 East Osie Street
Address

Suite 116

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Wichita | KS | 67207 |

Country

---

**2.656**

**State what the contract or lease is for and the nature of the debtor's interest**

PPD Development, LP - SOW - Oct 11, 2023 (GO-015)

PPD Development, LP
Name

Notice Name

929 North Front Street
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Development, LP - CDA - May 16, 2016 |

PPD Development, LP
Name

Notice Name

929 North Front Street
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Development, LP - Master Services Agreement - Aug 04, 2021 |

PPD Development, LP
Name

Notice Name

929 North Front Street
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wilmington | NC | 28401 |

Country

| | | |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Global Ltd - SOW - May 14, 2024 |

PPD Global Ltd
Name

Notice Name

Granta Park Great Abington
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cambridge | England | CB21 6GQ |
| United Kingdom | | |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | PPH Global Services, LLC - Services Agreement (One-time use) - Oct 17, 2023 |

PPH Global Services, LLC

Name

Notice Name

668 N 44th St Suite 100W

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| Phoenix | AZ | 85008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | Practising Law Institute - License Agreement - Oct 25, 2022 - Amendment - Oct 24, 2023 |

Practising Law Institute

Name

Notice Name

1177 Avenue of the Americas

**State the term remaining**  Expires: 10/24/2025

Address

**List the contract number of any government contract**

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | Practising Law Institute - License Agreement - Oct 25, 2022 |

Practising Law Institute

Name

Notice Name

1177 Avenue of the Americas

**State the term remaining**  Expires: 10/25/2025

Address

**List the contract number of any government contract**

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Pre-Paid Legal Services, Inc. d_b_a Legal Shield - Other - Jul 01, 2022 (Pre-Paid Legal Services, Inc. d_b_a Legal Shield - Other - July 01, 2022) | Pre-Paid Legal Services, Inc. d_b_a Legal Shield |
|---|---|---|---|

Name

Attn: General Counsel
Notice Name

One Pre-Paid Way
Address

| | State the term remaining | Undetermined | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Ada | OK | 74820 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | Presidio Networked Solutions LLC - License Agreement - Sep 14, 2024 (Veeam Data Platform) | Presidio Networked Solutions LLC |
|---|---|---|---|

Name

Notice Name

P.O. Box 822169
Address

| | State the term remaining | Expires: 09/13/2025 | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Philadelphia | PA | 19182-2169 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | Presidio Networked Solutions LLC - License Agreement - May 25, 2024 | Presidio Networked Solutions LLC |
|---|---|---|---|

Name

Notice Name

P.O. Box 822169
Address

| | State the term remaining | Expires: 05/24/2025 | |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Philadelphia | PA | 19182-2169 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Jul 27, 2024 (SMARTnet) |
| | **State the term remaining** | Expires: 07/26/2025 |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - License Agreement - Aug 30, 2024 (Automax) |
| | **State the term remaining** | Expires: 08/29/2025 |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - License Agreement - Mar 27, 2023 (Presidio Networked Solutions LLC - License Agreement - March 27, 2023 (OKS AV BOM)) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - SOW - Mar 21, 2023 (Presidio Networked Solutions LLC - SOW - March 21, 2023 (RQ-122298 Boston AV Impl.)) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - SOW - Dec 02, 2022 (Presidio Networked Solutions LLC - SOW - December 02, 2022 (Xrail and T&M)) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Jan 01, 2023 (Presidio Networked Solutions LLC - Other - January 01, 2023 (Order Form (Shure Equipment for OKS))) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Oct 21, 2022 (Presidio Networked Solutions LLC - Other - October 21, 2022 (Purchase Order - RR AV Proj))) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| | | |
|---|---|---|
| Philadelphia | PA | 19182-2169 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Jan 01, 2023 (Presidio Networked Solutions LLC - Other - January 01, 2023 (Purchase Order (Palo Alto PA460))) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| | | |
|---|---|---|
| Philadelphia | PA | 19182-2169 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Jan 01, 2023 (Presidio Networked Solutions LLC - Other - January 01, 2023 (Purchase Order (Synology))) |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

| | | |
|---|---|---|
| Philadelphia | PA | 19182-2169 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

---

**2.675**

| State what the contract or lease is for and the nature of the debtor's interest | Presidio Networked Solutions LLC - Other - Jan 01, 2023 (Presidio Networked Solutions LLC - Other - January 01, 2023 (Purchase Order (VxRail-Boston))) |
|---|---|
| | **Presidio Networked Solutions LLC** |
| | Name |
| | Notice Name |
| | P.O. Box 822169 |
| **State the term remaining** | Undetermined |
| | Address |
| **List the contract number of any government contract** | |

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.676**

| State what the contract or lease is for and the nature of the debtor's interest | Presidio Networked Solutions LLC - Other - Jan 01, 2023 (Presidio Networked Solutions LLC - Other - January 01, 2023 (Purchase Order (Meraki MR56))) |
|---|---|
| | **Presidio Networked Solutions LLC** |
| | Name |
| | Notice Name |
| | P.O. Box 822169 |
| **State the term remaining** | Undetermined |
| | Address |
| **List the contract number of any government contract** | |

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.677**

| State what the contract or lease is for and the nature of the debtor's interest | Presidio Networked Solutions LLC - Other - Sep 16, 2022 (Presidio Networked Solutions LLC - Other - September 16, 2022 (Purchase Order - Creston Equipment))) |
|---|---|
| | **Presidio Networked Solutions LLC** |
| | Name |
| | Notice Name |
| | P.O. Box 822169 |
| **State the term remaining** | Undetermined |
| | Address |
| **List the contract number of any government contract** | |

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - License Agreement - Sep 16, 2022 (Presidio Networked Solutions LLC - License Agreement - September 16, 2022 (VxRail Meraki Core VMware) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Master Services Agreement - Jun 13, 2022 (Presidio Networked Solutions LLC - Master Services Agreement - June 13, 2022 (Master Services and Pr) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Expires: 06/12/2025

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | Presidio Networked Solutions LLC - Other - Feb 28, 2022 (Presidio Networked Solutions LLC - Other - February 28, 2022 (Cloud Services Resale Agreement)) |

Presidio Networked Solutions LLC
Name

Notice Name

P.O. Box 822169
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Philadelphia | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*:    24-12305

| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | Prisma Health-Upstate - Clinical Trial Agreement - Oct 10, 2022 (Prisma Health-Upstate - CTA - October 10, 2022 (GO-010)) | Prisma Health-Upstate |
|---|---|---|---|

Name

Attn: General Counsel
Notice Name

Prisma Health-Upstate

**State the term remaining**    Undetermined

Address

300 East McBee Ave., Suite 500

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29601 |

Country

| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group - SOW - Aug 12, 2024 (GO-010 PA & Slate IB) | ProPharma Group |
|---|---|---|---|

Name

Notice Name

8717 W. 110th Street #300

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group - SOW - Apr 15, 2024 (GO-015 QC & ePub) | ProPharma Group |
|---|---|---|---|

Name

Notice Name

8717 W. 110th Street #300

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known) 24-12305

| | | | |
|---|---|---|---|
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | ProPharma Group - SOW - Feb 12, 2024 (2024 Q1 GCP Audits) | ProPharma Group |
| | | | Name |
| | | | Notice Name |
| | | | 8717 W. 110th Street #300 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

Overland Park | KS | 66210
City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | ProPharma Group - SOW - Dec 12, 2023 (GO-012) | ProPharma Group |
| | | | Name |
| | | | Notice Name |
| | | | 8717 W. 110th Street #300 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

Overland Park | KS | 66210
City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | ProPharma Group - SOW - Dec 19, 2023 (GO-009) | ProPharma Group |
| | | | Name |
| | | | Notice Name |
| | | | 8717 W. 110th Street #300 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

Overland Park | KS | 66210
City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group - SOW - Jul 27, 2022 (ProPharma Group - SOW - July 27, 2022 (SOW #2)) |

ProPharma Group

Name

Notice Name

8717 W. 110th Street #300

Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

| | | |
|---|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group Holdings, LLC - SOW - Jul 10, 2024 (Conducting supplier audits.) |

ProPharma Group Holdings, LLC

Name

Notice Name

8717 W. 110th St. #300

Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

| | | |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group Holdings, LLC - SOW - Jul 17, 2024 (Medical Writing/CT.gov publishing) |

ProPharma Group Holdings, LLC

Name

Notice Name

8717 W. 110th St. #300

Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

Debtor: Gritstone bio, Inc.                                         Case number *(if known)*:  24-12305
Name

| | | |
|---|---|---|
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group Holdings, LLC - SOW - Aug 08, 2023 |

ProPharma Group Holdings, LLC
Name

Notice Name

8717 W. 110th St. #300
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

| | | |
|---|---|---|
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group Holdings, LLC - SOW - Jul 27, 2023 (GO-015 GCP Audits) |

ProPharma Group Holdings, LLC
Name

Notice Name

8717 W. 110th St. #300
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

| | | |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharma Group Holdings, LLC - SOW - Jun 20, 2023 (GO-010 GCP Audits) |

ProPharma Group Holdings, LLC
Name

Notice Name

8717 W. 110th St. #300
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Overland Park | KS | 66210 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.693** State what the contract or lease is for and the nature of the debtor's interest

Protein Medrics Inc. - CDA - Oct 19, 2022

State the term remaining: Expires: 10/01/2025

List the contract number of any government contract

Protein Metrics Inc.
Name

Notice Name

20863 Stevens Creek Blvd #450
Address

| Cupertino | CA | 95014 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.694** State what the contract or lease is for and the nature of the debtor's interest

Protein Metrics Inc. - CDA - Oct 01, 2019

State the term remaining: Expires: 10/01/2025

List the contract number of any government contract

Protein Metrics Inc.
Name

Notice Name

20863 Stevens Creek Blvd #450
Address

| Cupertino | CA | 95014 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.695** State what the contract or lease is for and the nature of the debtor's interest

PunchOut2Go, LLC - Master Services Agreement - Oct 10, 2019

State the term remaining: Undetermined

List the contract number of any government contract

PunchOut2Go, LLC
Name

Notice Name

3317 Berkmar Drive, Suite 1-7B
Address

| Charlottesville | VA | 22901 |
|-----------------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | PunchOut2Go, LLC - CDA - Aug 08, 2019 |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

PunchOut2Go, LLC
Name

Notice Name

3317 Berkmar Drive, Suite 1-7B
Address

| Charlottesville | VA | 22901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | Puretec Industrial Water - Other - Jun 10, 2021 (Puretec Industrial Water - Other - June 10, 2021 (MSA and SOW)) - Amendment - Jun 10, 2024 |
| | | **State the term remaining** Expires: 06/10/2027 |
| | | **List the contract number of any government contract** |

Puretec Industrial Water
Name

Notice Name

1291 Oakland Road
Address

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | PwC US Business Advisory LLP - Services Agreement (One-time use) - Sep 03, 2024 |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

PwC US Business Advisory LLP
Name

Notice Name

405 Howard Street, Suite 600
Address

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

---

**2.699**

**State what the contract or lease is for and the nature of the debtor's interest**

QCCA Network, LLC - Clinical Trial Agreement - Apr 28, 2022 (QCCA Network LLC - CTA - April 28, 2022 (GO-010)) - Amendment - Jun 08, 2022

QCCA Network, LLC
Name

Notice Name

1624 South Street, Suite 305
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Tacoma | WA | 98405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.700**

**State what the contract or lease is for and the nature of the debtor's interest**

QCCA Network, LLC - Clinical Trial Agreement - Apr 28, 2022 (QCCA Network LLC - CTA - April 28, 2022 (GO-010))

QCCA Network, LLC
Name

Notice Name

1624 South Street, Suite 305
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Tacoma | WA | 98405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.701**

**State what the contract or lease is for and the nature of the debtor's interest**

QIAGEN Sciences LLC - Services Agreement (One-time use) - Jun 27, 2024 (2024 QIAcube Connect)

QIAGEN Sciences LLC
Name

Notice Name

19300 Germantown Rd
Address

**State the term remaining**    Expires: 06/26/2025

**List the contract number of any government contract**

| Germantown | MD | 20874 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Quest Diagnostics Incorporated - CDA - Dec 13, 2023 |

Quest Diagnostics Incorporated
Name

Notice Name

500 Plaza Drive
Address

**State the term remaining** — Expires: 12/13/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Secaucus | NJ | 07094 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | QuickBase, Inc. - License Agreement - Aug 31, 2024 |

QuickBase, Inc.
Name

Notice Name

150 Cambridgepark Drive
Address

**State the term remaining** — Expires: 08/30/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cambridge | MA | 02140 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | QuickBase, Inc. - SOW - Aug 31, 2021 (QuickBase, Inc - SOW - August 31, 2021) |

QuickBase, Inc.
Name

Notice Name

150 Cambridgepark Drive
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cambridge | MA | 02140 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | QuickBase, Inc. - Other - Aug 27, 2020 |

QuickBase, Inc.
Name

Notice Name

150 Cambridgepark Drive
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Cambridge | MA | 02140 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | QuickBase, Inc. - Master Services Agreement - Aug 27, 2020 |

QuickBase, Inc.
Name

Notice Name

150 Cambridgepark Drive
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Cambridge | MA | 02140 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | QuickBase, Inc. - Other - Aug 26, 2021 (test - Other - August 26, 2021) |

QuickBase, Inc.
Name

Notice Name

150 Cambridgepark Drive
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Cambridge | MA | 02140 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | Raymond James - Services Agreement (One-time use) - Aug 20, 2024 |

Raymond James
Name

Notice Name

880 Carillon Parkway
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| St. Petersburg | FL | 33716 |

Country

| | | |
|---|---|---|
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | Raymond James - CDA - Jun 24, 2024 |

Raymond James
Name

Notice Name

880 Carillon Parkway
Address

**State the term remaining**  Expires: 06/24/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| St. Petersburg | FL | 33716 |

Country

| | | |
|---|---|---|
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | Raymond Luguya - CDA - Jun 21, 2024 |

Raymond Luguya
Name

Notice Name

Unknown
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Oakland | CA | Unknown |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | Rees Scientific Corporation - Services Agreement (One-time use) - Aug 19, 2024 |

Rees Scientific Corporation
Name

Notice Name

1007 Whitehead Road Extension
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Rees Scientific Corporation - Services Agreement (One-time use) - Nov 01, 2023 |

Rees Scientific Corporation
Name

Notice Name

1007 Whitehead Road Extension
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Rees Scientific Corporation - SOW - Oct 02, 2023 (Maintence and testing, electricity) |

Rees Scientific Corporation
Name

Notice Name

1007 Whitehead Road Extension
Address

**State the term remaining**     Expires: 11/12/2024

**List the contract number of any government contract**

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | Rees Scientific Corporation - Master Services Agreement - Sep 14, 2019 |

Rees Scientific Corporation
Name

Notice Name

1007 Whitehead Road Extension
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | Rees Scientific Corporation - Master Services Agreement - Sep 25, 2017 |

Rees Scientific Corporation
Name

Notice Name

1007 Whitehead Road Extension
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Trenton | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | Regents of the University of California, Berkeley - Other - Jun 15, 2023 |

Regents of the University of California, Berkeley
Name

Notice Name

Cancer Research Lab
Address

491 Weill Hall

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Berkeley | CA | 94720 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

---

**2.717** | **State what the contract or lease is for and the nature of the debtor's interest** | Renee Moore - CDA - Jan 02, 2024 | Renee Moore
Name

| | | | Notice Name

| | | | 18 Ashton Drive

**State the term remaining** | Expires: 01/01/2025 | Address

**List the contract number of any government contract**

| | | Voorhees | NJ | 08043 |
| | | City | State | ZIP Code |

Country

---

**2.718** | **State what the contract or lease is for and the nature of the debtor's interest** | Reprints Desk, Inc. - Master Services Agreement - Sep 01, 2019 | Reprints Desk, Inc.
Name

| | | | Notice Name

| | | | Attn: CFO

**State the term remaining** | Undetermined | Address

| | | | 5435 Balboa Blvd., Suite 202

**List the contract number of any government contract**

| | | Encino | CA | 91316 |
| | | City | State | ZIP Code |

Country

---

**2.719** | **State what the contract or lease is for and the nature of the debtor's interest** | Reprints Desk, Inc. - Master Services Agreement - Jul 01, 2016 | Reprints Desk, Inc.
Name

| | | | Notice Name

| | | | Attn: CFO

**State the term remaining** | Undetermined | Address

| | | | 5435 Balboa Blvd., Suite 202

**List the contract number of any government contract**

| | | Encino | CA | 91316 |
| | | City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Research & Business Foundation, Sungkyunkwan University - License Agreement - Mar 15, 2024 | Research & Business Foundation, Sungkyunkwan University |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 03/15/2025 | 2066 Seobu-ro Jangan-gu Suwon |
| | | | Address |
| | List the contract number of any government contract | | |

| Gyeonggi-do, Gyeonggi-do | | 16419 |
|---|---|---|
| City | State | ZIP Code |
| Republic of Korea | | |
| Country | | |

| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Revolution Medicines - CDA - Mar 07, 2023 (Revolution Medicines - CDA - March 07, 2023) | Revolution Medicines |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Expires: 03/07/2025 | 700 Saginaw Dr. |
| | | | Address |
| | List the contract number of any government contract | | |

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | RGP - Master Consulting Agreement - Mar 14, 2018 - Amendment - Nov 29, 2023 | RGP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 800 W. El Camino Real Suite 320 |
| | | | Address |
| | List the contract number of any government contract | | |

| Mountain View | CA | 94040 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| | | |
|---|---|---|
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | Rollins Road, LLC - Other - May 07, 2019 (5934 Gibraltar Drive Lease) - Amendment - May 07, 2019 |
| | **State the term remaining** | Expires: 02/28/2027 |
| | **List the contract number of any government contract** | |

Rollins Road, LLC

Name

Notice Name

235 Montgomery St.

Address

Suite 629

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | Rollins Road, LLC - Other - May 07, 2019 (5934 Gibraltar Drive Lease) - Amendment - Mar 09, 2022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Rollins Road, LLC

Name

Notice Name

235 Montgomery St.

Address

Suite 629

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | Rollins Road, LLC - Other - May 07, 2019 (5934 Gibralter Drive Lease) - Amendment - Jan 14, 2022 |
| | **State the term remaining** | Expires: 02/28/2027 |
| | **List the contract number of any government contract** | |

Rollins Road, LLC

Name

Notice Name

235 Montgomery St.

Address

Suite 629

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | Rollins Road, LLC - Other - May 07, 2019 (5934 Gibraltar Drive Lease) | Rollins Road, LLC |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | State the term remaining | Expires: 02/28/2027 | 235 Montgomery St. |
|---|---|---|---|

Address

| | List the contract number of any government contract | | Suite 629 |
|---|---|---|---|

| | | San Francisco | CA | 94104 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | Rome Therapeutics, Inc. - CDA - Nov 21, 2023 | Rome Therapeutics, Inc. |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | State the term remaining | Expires: 11/21/2024 | 201 Brookline Avenue |
|---|---|---|---|

Address

| | List the contract number of any government contract | | Suite 1001 |
|---|---|---|---|

| | | Boston | MA | 02215 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | RREF II Kenmore Lessor - Services Agreement (One-time use) - Apr 09, 2021 (Kenmore Lease LOI) | RREF II Kenmore Lessor |
|---|---|---|---|

Name

Attn: Office Manager

Notice Name

660 Beacon Street

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Boston | MA | 02215 |
|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| **2.729** | **State what the contract or lease is for and the nature of the debtor's interest** | RREF II Kenmore Lessor - Other - Sep 23, 2021 (RREF II Kenmore Lessor - Other - September 23, 2021 (Lease - Beacon Building, Boston )) - Amendment - Sep 20, 2023 |

RREF II Kenmore Lessor
Name

Attn: Office Manager
Notice Name

660 Beacon Street
Address

**State the term remaining**    Expires: 06/30/2033

**List the contract number of any government contract**

| Boston | MA | 02215 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.730** | **State what the contract or lease is for and the nature of the debtor's interest** | RREF II Kenmore Lessor - Other - Sep 23, 2021 (RREF II Kenmore Lessor - Other - September 23, 2021 (Lease - Beacon Building, Boston )) |

RREF II Kenmore Lessor
Name

Attn: Office Manager
Notice Name

660 Beacon Street
Address

**State the term remaining**    Expires: 06/30/2033

**List the contract number of any government contract**

| Boston | MA | 02215 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.731** | **State what the contract or lease is for and the nature of the debtor's interest** | RTW Investments, LP - CDA - Sep 23, 2024 |

RTW Investments, LP
Name

Notice Name

40 10th Avenue, 7th Floor
Address

**State the term remaining**    Expires: 09/23/2025

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Nov 15, 2022 |

Rutgers University
Name

Notice Name

57 US Highway 1
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| New Brunswick | NJ | 08901-8554 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Sep 07, 2022 |

Rutgers University
Name

Notice Name

57 US Highway 1
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| New Brunswick | NJ | 08901-8554 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | Rutgers University - Clinical Trial Agreement - Mar 09, 2022 (GO-010) |

Rutgers University
Name

Notice Name

57 US Highway 1
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| New Brunswick | NJ | 08901-8554 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.735** State what the contract or lease is for and the nature of the debtor's interest: Rx-360 Consortium - License Agreement - Apr 29, 2022 (Rx-360 Consortium - License Agreement - April 29, 2022)

State the term remaining: Undetermined

List the contract number of any government contract:

Rx-360 Consortium
Name

Notice Name

21 South 11th Street Suite 517
Address

Philadelphia | PA | 19107
City | State | ZIP Code

Country

**2.736** State what the contract or lease is for and the nature of the debtor's interest: Samantha Smith - CDA - Jan 15, 2021

State the term remaining: Undetermined

List the contract number of any government contract:

Samantha Smith
Name

Notice Name

152 Bowdoin Street
Address

Boston | MA | 02180
City | State | ZIP Code

Country

**2.737** State what the contract or lease is for and the nature of the debtor's interest: Samsara BioCapital, LLC - CDA - Sep 18, 2024

State the term remaining: Expires: 09/18/2025

List the contract number of any government contract:

Samsara BioCapital, LLC
Name

Notice Name

628 Middlefield Rd
Address

Palo Alto | CA | 94301
City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.738** State what the contract or lease is for and the nature of the debtor's interest — Sanguine - CDA - Jan 24, 2024

Sanguine
Name

Notice Name

400 W Cummings Park
Address

State the term remaining — Expires: 01/23/2025

Suite 3050

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Woburn | MA | 01801 |

Country

---

**2.739** State what the contract or lease is for and the nature of the debtor's interest — Sanguine - SOW - May 26, 2023 (PBMC GO-010)

Sanguine
Name

Notice Name

400 W Cummings Park
Address

State the term remaining — Expires: 09/26/2025

Suite 3050

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Woburn | MA | 01801 |

Country

---

**2.740** State what the contract or lease is for and the nature of the debtor's interest — Sanguine - Master Services Agreement - May 26, 2023

Sanguine
Name

Notice Name

400 W Cummings Park
Address

State the term remaining — Expires: 05/25/2026

Suite 3050

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Woburn | MA | 01801 |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | Sanofi - CDA - May 08, 2023 (Business Development Discussions) | Sanofi |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Discovery Drive |
| | State the term remaining | Expires: 05/08/2028 | Address |
| | List the contract number of any government contract | | |

| Swiftwater | PA | 18370 |
| --- | --- | --- |
| City | State | ZIP Code |
| Country | | |

| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | Sanquin Reagents B.V. - Termination Letter - Jul 30, 2024 | Sanquin Reagents B.V. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Plesmanlaan 125 in |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Amsterdam Noord-Holland | | 1066 CX |
| --- | --- | --- |
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Sapio Sciences LLC - Master Services Agreement - Jul 28, 2023 | Sapio Sciences LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 205 N. George Street |
| | State the term remaining | Expires: 07/28/2028 | Address |
| | List the contract number of any government contract | | |

| York | PA | 17401 |
| --- | --- | --- |
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | Sapio Sciences LLC - Other - Apr 07, 2016 |

Sapio Sciences LLC

Name

Notice Name

205 N. George Street

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| York | PA | 17401 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | Sarah Cannon Research Institute, LLC - Clinical Trial Agreement - May 03, 2022 (Sarah Cannon Research Institute, LLC - CTA - May 03, 2022 (GO-010)) - Amendment - Nov 15, 2022 |

Sarah Cannon Research Institute, LLC

Name

Notice Name

1100 Dr. Martin L. King Jr. Blvd. Suite 800

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Nashville | TN | 37203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | Sarah Cannon Research Institute, LLC - Clinical Trial Agreement - May 03, 2022 (Sarah Cannon Research Institute, LLC - CTA - May 03, 2022 (GO-010)) |

Sarah Cannon Research Institute, LLC

Name

Notice Name

1100 Dr. Martin L. King Jr. Blvd. Suite 800

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Nashville | TN | 37203 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Sartorius Stedim North America, Inc. - CDA - Aug 21, 2021 - Amendment - Aug 21, 2021 - Amendment - Aug 21, 2021 |

Sartorius Stedim North America, Inc.
Name

Notice Name

24917 Network Place
Address

**State the term remaining**   Expires: 08/20/2025

**List the contract number of any government contract**

| Chicago | IL | 60673-1249 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Sartorius Stedim North America, Inc. - CDA - Aug 12, 2021 (Sartorius Stedim North America Inc - CDA - August 12, 2021) |

Sartorius Stedim North America, Inc.
Name

Notice Name

24918 Network Place
Address

**State the term remaining**   Expires: 08/20/2025

**List the contract number of any government contract**

| Chicago | IL | 60673-1249 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | SAS Institute Inc. - SOW - Mar 31, 2023 |

SAS Institute Inc.
Name

Notice Name

SAS Campus Drive
Address

**State the term remaining**   Expires: 03/31/2026

**List the contract number of any government contract**

| Cary | NC | 27513 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | SAS Institute Inc. - Master Services Agreement - Mar 22, 2023 |

SAS Institute Inc.

Name

Notice Name

SAS Campus Drive

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cary | NC | 27513 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Say Technologies LLC - Services Agreement (One-time use) - Dec 22, 2021 (Say Technologies LLC - Services Agreement (one-time use) - December 22, 2021) |

Say Technologies LLC

Name

Attn: Legal Department

Notice Name

85 Willow Road

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Sentrol - Services Agreement (One-time use) - Mar 20, 2024 (Calibration of RKI gas sensors) |

Sentrol

Name

Notice Name

46 Spring Street

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Carver | MA | 02330 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.753** **State what the contract or lease is for and the nature of the debtor's interest**

SeqeraLabs S.L - License Agreement - Jan 19, 2024

SeqeraLabs S.L
Name

Notice Name

Carrer Ramon Turro 142
Address

**State the term remaining**   Expires: 01/18/2025

**List the contract number of any government contract**

| Barcelona, Barcelona | Catalunya | 08005 |
|---|---|---|
| City | State | ZIP Code |
| Spain | | |
| Country | | |

**2.754** **State what the contract or lease is for and the nature of the debtor's interest**

SeqeraLabs S.L - License Agreement - Jun 08, 2020

SeqeraLabs S.L
Name

Notice Name

Carrer Ramon Turro 142
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Barcelona, Barcelona | Catalunya | 08005 |
|---|---|---|
| City | State | ZIP Code |
| Spain | | |
| Country | | |

**2.755** **State what the contract or lease is for and the nature of the debtor's interest**

Sequent, Inc. - Master Services Agreement - Sep 19, 2022 (Sequent, Inc - Master Services Agreement - September 19, 2022)

Sequent, Inc.
Name

Notice Name

220 Davidson Ave
Address

Suite 308

**State the term remaining**   Expires: 09/19/2025

**List the contract number of any government contract**

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | SFJ Pharmaceuticals, Inc. - CDA - Jun 17, 2024 |
| | State the term remaining | Expires: 06/17/2027 |
| | List the contract number of any government contract | |

SFJ Pharmaceuticals, Inc.
Name

Notice Name

5000 Hopyard Road
Address

Suite 330

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | Shanghai Henlius Biotech, Inc. - CDA - Sep 24, 2024 |
| | State the term remaining | Expires: 09/24/2026 |
| | List the contract number of any government contract | |

Shanghai Henlius Biotech, Inc.
Name

Notice Name

12F, B8 Building, No. 188 Yizhou Road, China Fortune Smart Campus
Address

| Shanghai, Xuhui District | Shang Hai | 200233 |
|---|---|---|
| City | State | ZIP Code |

China
Country

| | | |
|---|---|---|
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | Sigmovir Biosystems Inc - Services Agreement (One-time use) - Nov 14, 2023 (multi-resp animal study) |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

Sigmovir Biosystems Inc
Name

Notice Name

9610 MEDICAL CENTER DRIVE
Address

Suite #100

| ROCKVILLE | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Gritstone bio, Inc.
      Name

Case number *(if known)*:   24-12305

| | |
|---|---|
| **2.759** **State what the contract or lease is for and the nature of the debtor's interest** | Silicon Valley Bank - Other - Jul 12, 2022 (Silicon Valley Bank - Other - July 12, 2022 (Bank Depositor Agreement)) |

Silicon Valley Bank
Name

Attn: Peter Sletteland and Reilley May
Notice Name

505 Howard Street, Floor 3
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94105 |

Country

| | |
|---|---|
| **2.760** **State what the contract or lease is for and the nature of the debtor's interest** | Silicon Valley Bank - Other - Jul 12, 2022 (Silicon Valley Bank - Other - July 12, 2022 (Online Banking Enrollment Form)) |

Silicon Valley Bank
Name

Attn: Peter Sletteland and Reilley May
Notice Name

505 Howard Street, Floor 3
Address

**State the term remaining**     Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94105 |

Country

| | |
|---|---|
| **2.761** **State what the contract or lease is for and the nature of the debtor's interest** | Smartsheet - License Agreement - Sep 23, 2022 (Smartsheet - License Agreement - September 23, 2022 (Enterprise Plan)) - Amendment - Sep 11, 2024 |

Smartsheet
Name

Notice Name

179 Lincoln St. #200
Address

**State the term remaining**     Expires: 09/22/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boston | MA | 02111 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.762**

| State what the contract or lease is for and the nature of the debtor's interest | Smartsheet - Other - Sep 23, 2021 (Smartsheet - Other - September 23, 2021 (order form)) | Smartsheet |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 179 Lincoln St. #200 |
| State the term remaining | Undetermined | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Boston | MA | 02111 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

**2.763**

| State what the contract or lease is for and the nature of the debtor's interest | Snyk Inc. - Services Agreement (One-time use) - Oct 03, 2024 | Snyk Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 100 Summer St |
| State the term remaining | Expires: 10/02/2025 | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Boston | MA | 02110 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

**2.764**

| State what the contract or lease is for and the nature of the debtor's interest | - Amendment - Sep 12, 2022 | Snyk Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 100 Summer St |
| State the term remaining | Undetermined | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Boston | MA | 02110 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | Solium Plan Managers LLC - SOW - Dec 14, 2023 |

Solium Plan Managers LLC
Name

Notice Name

Dept 3542PO Box 123542
Address

State the term remaining: Expires: 12/13/2024

List the contract number of any government contract

| Dallas | TX | 75312-3542 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Solium Plan Managers LLC - Other - Mar 26, 2019 |

Solium Plan Managers LLC
Name

Notice Name

Dept 3542PO Box 123542
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Dallas | TX | 75312-3542 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | Solium Plan Managers LLC - Master Services Agreement - Mar 28, 2018 |

Solium Plan Managers LLC
Name

Notice Name

Dept 3542PO Box 123542
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Dallas | TX | 75312-3542 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.768** **State what the contract or lease is for and the nature of the debtor's interest**
Sony Biotechnology, Inc. - Services Agreement (One-time use) - Apr 24, 2024

Sony Biotechnology, Inc.
Name

Notice Name

1730 North 1st Street
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.769** **State what the contract or lease is for and the nature of the debtor's interest**
Sony Biotechnology, Inc. - Services Agreement (One-time use) - Nov 10, 2023

Sony Biotechnology, Inc.
Name

Notice Name

1730 North 1st Street
Address

**State the term remaining** Expires: 11/09/2024

**List the contract number of any government contract**

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.770** **State what the contract or lease is for and the nature of the debtor's interest**
Sony Biotechnology, Inc. - Master Services Agreement - Nov 29, 2019

Sony Biotechnology, Inc.
Name

Notice Name

1730 North 1st Street
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | ST Pharm Co. Ltd - CDA - Nov 21, 2023 |

ST Pharm Co. Ltd
Name

Notice Name

7F, I', Park Tower, 520 Yeongdong-daero
Address

State the term remaining: Expires: 11/20/2028

List the contract number of any government contract

| Gangnam-gu, Seoul, Seoul | Seoul | 06170 |
|---|---|---|
| City | State | ZIP Code |
| South Korea | | |
| Country | | |

| | | |
|---|---|---|
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Stanford Blood Center, LLC - Other - Nov 29, 2022 (Stanford Blood Center - Other - November 29, 2022 (Services Related to Blood Components)) |

Stanford Blood Center, LLC
Name

Notice Name

3373 Hillview Ave
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Palo Alto | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Statistical Designs - SOW - Oct 06, 2023 |

Statistical Designs
Name

Notice Name

6208 Llano Libre Way
Address

State the term remaining: Undetermined

List the contract number of any government contract

| El Paso | TX | 79912-2630 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**2.774** **State what the contract or lease is for and the nature of the debtor's interest**
Statistical Designs - Master Consulting Agreement - Sep 05, 2023

Statistical Designs
Name

Notice Name

**State the term remaining**    Undetermined

6208 Llano Libre Way
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| El Paso | TX | 79912-2630 |
| City | State | ZIP Code |

Country

**2.775** **State what the contract or lease is for and the nature of the debtor's interest**
Stegmann Systems - Other - Jul 01, 2024 (Software Maintenance)

Stegmann Systems
Name

Notice Name

**State the term remaining**    Expires: 06/30/2025

Raiffeisenstr. 2 // C1, C2
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rodgau, N/A | Bavaria | 63110 |
| City | State | ZIP Code |
| Germany | | |
| Country | | |

**2.776** **State what the contract or lease is for and the nature of the debtor's interest**
Sue Evans - Consulting Agreement (One-time use) - Jul 29, 2024 (Regulatory Consulting)

Sue Evans
Name

Notice Name

**State the term remaining**    Expires: 01/29/2025

Need info
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Need info, BC Need info | | |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | Sue Evans, MBA, RAC - CDA - Jul 09, 2024 | Sue Evans, MBA, RAC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6520 Torin Road |
| | **State the term remaining** | Expires: 07/09/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|
| Brentwood Bay | BC | V8M 2H5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | Summit Medical Group - Clinical Trial Agreement - Jun 06, 2022 (Summit Medical Group - CTA - June 06, 2022 (GO-010)) | Summit Medical Group |
|---|---|---|---|
| | | | Name |
| | | | Attention: Rebecca Levy, Esq |
| | | | Notice Name |
| | | | Summit Medical Group |
| | **State the term remaining** | Undetermined | Address |
| | | | 1 Diamond Hill Road |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Berkeley Heights | NJ | 07922 |
| City | State | ZIP Code |
| | | |
| Country | | |

| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | Suvretta Capital Management, LLC - CDA - Sep 20, 2024 | Suvretta Capital Management, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 540 Madison Avenue, 7th Floor |
| | **State the term remaining** | Expires: 09/20/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| New York | NY | 10022 |
| City | State | ZIP Code |
| | | |
| Country | | |

| Debtor: | Gritstone bio, Inc. | Case number *(if known):* | 24-12305 |
| | Name | | |

**2.780** State what the contract or lease is for and the nature of the debtor's interest

Sware, Inc - SOW - Jul 01, 2024

Sware, Inc
Name

Notice Name

214 Arlington Street
Address

State the term remaining    Expires: 06/30/2025

List the contract number of any government contract

| Chelsea | MA | 02150 |
| City | State | ZIP Code |

Country

**2.781** State what the contract or lease is for and the nature of the debtor's interest

Sware, Inc - SOW - Mar 18, 2024

Sware, Inc
Name

Notice Name

214 Arlington Street
Address

State the term remaining    Expires: 03/17/2025

List the contract number of any government contract

| Chelsea | MA | 02150 |
| City | State | ZIP Code |

Country

**2.782** State what the contract or lease is for and the nature of the debtor's interest

Sware, Inc - SOW - Mar 01, 2024

Sware, Inc
Name

Notice Name

214 Arlington Street
Address

State the term remaining    Expires: 02/28/2025

List the contract number of any government contract

| Chelsea | MA | 02150 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| | | |
|---|---|---|
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | Synchrogenix Information Strategies, LLC - SOW - May 09, 2019 - Amendment - Dec 11, 2020 |

Synchrogenix Information Strategies, LLC

Name

Notice Name

Box 32080

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10087-2080 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Synchrogenix Information Strategies, LLC - Master Services Agreement - May 28, 2020 |

Synchrogenix Information Strategies, LLC

Name

Notice Name

Box 32080

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10087-2080 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Synchrogenix Information Strategies, LLC - SOW - May 09, 2019 |

Synchrogenix Information Strategies, LLC

Name

Notice Name

Box 32080

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10087-2080 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Synchrogenix Information Strategies, LLC - SOW - May 02, 2019 | Synchrogenix Information Strategies, LLC |
|---|---|---|---|

Name

Notice Name

Box 32080
Address

| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| New York | NY | 10087-2080 |
| City | State | ZIP Code |

Country

| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Synchrogenix Information Strategies, LLC - SOW - Feb 14, 2018 | Synchrogenix Information Strategies, LLC |
|---|---|---|---|

Name

Notice Name

Box 32080
Address

| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| New York | NY | 10087-2080 |
| City | State | ZIP Code |

Country

| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | Synchrogenix Information Strategies, LLC - License Agreement - Feb 14, 2018 | Synchrogenix Information Strategies, LLC |
|---|---|---|---|

Name

Notice Name

Box 32080
Address

| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| New York | NY | 10087-2080 |
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Synexus Clinical Research Limited - Master Services Agreement - Sep 26, 2022 (Synexus Clinical Research Limited - Master Services Agreement - September 26, 2022) |

Synexus Clinical Research Limited
Name

Notice Name

2b Granta Park, Great Abington
Address

**State the term remaining** — Expires: 09/25/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cambridge, England | England | CB21 6GQ |

United Kingdom
Country

| | | |
|---|---|---|
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | Synterex, Inc. - Master Services Agreement - Aug 01, 2022 (Synterex Inc - Master Services Agreement - August 01, 2022) |

Synterex, Inc.
Name

Notice Name

122 Rosemary Rd
Address

**State the term remaining** — Expires: 07/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Dedham | MA | 02026 |

Country

| | | |
|---|---|---|
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | TechData Service Company LLC - CDA - Aug 26, 2022 (TechData Service Company LLC - CDA - August 26, 2022) |

TechData Service Company LLC
Name

Notice Name

700 American Ave. Suite 102
Address

**State the term remaining** — Expires: 08/25/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| King of Prussia | PA | 19406 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | TechData Service Company LLC - Master Services Agreement - Sep 14, 2022 |

TechData Service Company LLC
Name

Notice Name

700 American Ave. Suite 102
Address

| **State the term remaining** | Expires: 09/13/2027 |
|---|---|

**List the contract number of any government contract**

| King of Prussia | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | Teknova Inc. - Quality Agreement - Dec 18, 2023 |

Teknova Inc.
Name

Notice Name

2290 Bert Drive
Address

| **State the term remaining** | Undetermined |
|---|---|

**List the contract number of any government contract**

| Hollister | CA | 95023 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | Teknova Inc. - CDA - Jun 27, 2023 |

Teknova Inc.
Name

Notice Name

2290 Bert Drive
Address

| **State the term remaining** | Expires: 06/26/2025 |
|---|---|

**List the contract number of any government contract**

| Hollister | CA | 95023 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | The Cleveland Clinic Foundation - Materials Transfer Agreement - Dec 15, 2023 |

The Cleveland Clinic Foundation
Name

Notice Name

9500 Euclid Ave.
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cleveland | OH | 44195 |

Country

| | | |
|---|---|---|
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | The Cleveland Clinic Foundation - CDA - Mar 03, 2023 (The Cleveland Clinic Foundation - CDA - March 03, 2023) |

The Cleveland Clinic Foundation
Name

Notice Name

9500 Euclid Ave.
Address

**State the term remaining**    Expires: 03/03/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cleveland | OH | 44195 |

Country

| | | |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | The Jackson Laboratory - License Agreement - Apr 05, 2023 (The Jackson Laboratory - License Agreement - April 05, 2023) |

The Jackson Laboratory
Name

Notice Name

General Counsel
Address

600 Main Street

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Bar Harbor | ME | 04609 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - Master Services Agreement - Oct 23, 2019 - Amendment - Aug 13, 2023 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Perelman School of Medicine Office of Clinical Research |
| | State the term remaining | Undetermined | Address |
| | | | Clinical Trial Contracting |
| | List the contract number of | | |
| | any government contract | | Unit 322 Anatomy-Chemistry Bldg 3620 Hamilton Walk |
| | | | |
| | | | Philadelphia | PA | 19104-6061 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SOW - Aug 08, 2023 (GO-010) | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Perelman School of Medicine Office of Clinical Research |
| | State the term remaining | Expires: 10/23/2025 | Address |
| | | | Clinical Trial Contracting |
| | List the contract number of | | |
| | any government contract | | Unit 322 Anatomy-Chemistry Bldg 3620 Hamilton Walk |
| | | | |
| | | | Philadelphia | PA | 19104-6061 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - CDA - Jul 13, 2023 (GO-014) | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Perelman School of Medicine Office of Clinical Research |
| | State the term remaining | Expires: 07/12/2025 | Address |
| | | | Clinical Trial Contracting |
| | List the contract number of | | |
| | any government contract | | Unit 322 Anatomy-Chemistry Bldg 3620 Hamilton Walk |
| | | | |
| | | | Philadelphia | PA | 19104-6061 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

---

**2.801** **State what the contract or lease is for and the nature of the debtor's interest**

The University of Maryland, Baltimore - CDA - Nov 09, 2023 (GO-015)

The University of Maryland, Baltimore

Name

Notice Name

620 W. Lexington Street

Address

**State the term remaining** Expires: 11/08/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Baltimore | MD | 21201 |
| City | State | ZIP Code |

Country

---

**2.802** **State what the contract or lease is for and the nature of the debtor's interest**

The University of Texas Health Science Center at Houston - CDA - Jun 07, 2023 (GO-014)

The University of Texas Health Science Center at Houston

Name

Notice Name

7000 Fannin, UCT 1000

Address

**State the term remaining** Expires: 06/06/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Houston | TX | 77030 |
| City | State | ZIP Code |

Country

---

**2.803** **State what the contract or lease is for and the nature of the debtor's interest**

The Yamartino Group LLC - SOW - Jul 12, 2024

The Yamartino Group LLC

Name

Notice Name

165 HMS Stayner Drive

Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Hingham | MA | 02043 |
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | | |
|---|---|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | Therma Corporation - SOW - Jul 23, 2024 | Therma Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1601 Las Plumas Ave. | |
| | **State the term remaining** | Expires: 07/23/2025 | Address | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | San Jose | CA | 95133 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | Therma Corporation - Master Services Agreement - Jul 23, 2024 | Therma Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1601 Las Plumas Ave. | |
| | **State the term remaining** | Expires: 07/23/2027 | Address | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | San Jose | CA | 95133 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Electron NA - Services Agreement (One-time use) - Mar 30, 2024 | Thermo Electron NA | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1400 Northpoint Parkway | |
| | **State the term remaining** | Expires: 12/20/2024 | Address | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | West Palm | FL | Beach 33407 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Electron NA - Master Services Agreement - Mar 18, 2018 | Thermo Electron NA |
|---|---|---|---|

Name

Notice Name

1400 Northpoint Parkway

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | West Palm | FL | Beach 33407 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Electron North America LLC - Services Agreement (One-time use) - Oct 17, 2024 | Thermo Electron North America LLC |
|---|---|---|---|

Name

Notice Name

P.O. Box 742775

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | Atlanta | GA | 30374-2775 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Electron North America LLC - Services Agreement (One-time use) - May 24, 2024 (Maintenance contract for Thermo equipment) | Thermo Electron North America LLC |
|---|---|---|---|

Name

Notice Name

P.O. Box 742775

| | State the term remaining | Expires: 05/23/2025 | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | Atlanta | GA | 30374-2775 |
|---|---|---|---|---|---|

City · State · ZIP Code

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Electron North America LLC - Services Agreement (One-time use) - Dec 21, 2023 | Thermo Electron North America LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 742775 |
| | State the term remaining | Expires: 12/20/2024 | Address |
| | List the contract number of any government contract | | |

| | | Atlanta | GA | 30374-2775 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Electron North America LLC - Other - Mar 26, 2020 | Thermo Electron North America LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 742775 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | Atlanta | GA | 30374-2775 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Fisher PSG Corporation - Quality Agreement - Oct 17, 2022 | Thermo Fisher PSG Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 168 THIRD AVENUE |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | WALTHAM | MA | 02451 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

**2.813** State what the contract or lease is for and the nature of the debtor's interest

Thermo Fisher PSG Corporation - Services Agreement (One-time use) - Apr 15, 2022 (Thermo Fisher PSG Corporation - Services Agreement (one-time use) - April 15, 2022)

Thermo Fisher PSG Corporation
Name

Notice Name

168 THIRD AVENUE
Address

State the term remaining: Undetermined

List the contract number of any government contract

| WALTHAM | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.814** State what the contract or lease is for and the nature of the debtor's interest

Thermo Fisher Scientific Inc. - Services Agreement (One-time use) - Sep 20, 2023

Thermo Fisher Scientific Inc.
Name

Notice Name

5781 Van Allen Way
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.815** State what the contract or lease is for and the nature of the debtor's interest

Thermo Fisher Scientific Inc. - Other - Sep 14, 2023

Thermo Fisher Scientific Inc.
Name

Notice Name

5781 Van Allen Way
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific Inc. - Other - Sep 07, 2023 (NHP) |
| | | Thermo Fisher Scientific Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 5781 Van Allen Way |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Carlsbad | CA | 92008 |

Country

| | | |
|---|---|---|
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific Inc. - Other - Sep 07, 2023 (GO-015) |
| | | Thermo Fisher Scientific Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 5781 Van Allen Way |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Carlsbad | CA | 92008 |

Country

| | | |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific Inc. - Services Agreement (One-time use) - Aug 01, 2023 |
| | | Thermo Fisher Scientific Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 5781 Van Allen Way |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Carlsbad | CA | 92008 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific Inc. - Quality Agreement - Oct 17, 2022 (Thermo Fisher Scientific Inc - Quality Agreement - October 17, 2022) |

Thermo Fisher Scientific Inc.
Name

Notice Name

5781 Van Allen Way
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific Inc. - CDA - Jun 15, 2023 |

Thermo Fisher Scientific Inc.
Name

Notice Name

5781 Van Allen Way
Address

**State the term remaining** Expires: 06/14/2025

**List the contract number of any government contract**

| Carlsbad | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | Thermo Fisher Scientific LLC - Other - Sep 07, 2023 |

Thermo Fisher Scientific LLC
Name

Notice Name

7554 Schantz Road
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Allentown | PA | 18106 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Thermo Fisher Scientific LLC - Services Agreement (One-time use) - Jun 27, 2023 (Service Equipment) | Thermo Fisher Scientific LLC<br>Name |
|---|---|---|---|
| | | | Notice Name |
| | | | PO Box 842339 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Dallas / TX / 75284-2339 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Thomas A. Little Consulting and BioAssay Sciences - Consulting Agreement (One-time use) - Jan 10, 2024 (Consulting) | Thomas A. Little Consulting and BioAssay Sciences<br>Name |
|---|---|---|---|
| | | | Notice Name |
| | | | 12401 Wildflower Lane |
| | State the term remaining | Expires: 01/10/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Highland / UT / 84003 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Thomas Jefferson University - Clinical Trial Agreement - Oct 06, 2022 (Thomas Jefferson University - CTA - October 06, 2022 (GO-010)) | Thomas Jefferson University<br>Name |
|---|---|---|---|
| | | | Attn: Director of Contracts<br>Notice Name |
| | | | Thomas Jefferson University |
| | State the term remaining | Undetermined | Address |
| | | | 833 Chestnut Street, Suite 900 |
| | List the contract number of any government contract | | |
| | | | Philadelphia / PA / 19107 |
| | | | City / State / ZIP Code |
| | | | Country |

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Thomson Instrument Company - CDA - May 28, 2024 | Thomson Instrument Company |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |

| | | | 1121 S Cleveland St |
|---|---|---|---|
| | **State the term remaining** | Expires: 05/27/2025 | Address |

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Oceanside | CA | 92054 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | Country |
|---|---|---|---|

| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | Thomson Reuters - License Agreement - Jan 30, 2024 | Thomson Reuters |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |

| | | | 3 Times Square |
|---|---|---|---|
| | **State the term remaining** | Expires: 01/30/2025 | Address |

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | New York | NY | 10036 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | Country |
|---|---|---|---|

| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | Timothy Chan - Consulting Agreement (One-time use) - Jun 01, 2024 | Timothy Chan |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |

| | | | 178 Watch Hill Road |
|---|---|---|---|
| | **State the term remaining** | Expires: 06/01/2025 | Address |

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Cortlandt Manor | NY | 10567 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | Country |
|---|---|---|---|

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Titanium Strategic Legal Solutions PC - Consulting Agreement (One-time use) - Mar 22, 2022 - Amendment - Feb 01, 2024 |

Titanium Strategic Legal Solutions PC

Name

Notice Name

1 Park Plaza Suite 600

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Titanium Strategic Legal Solutions PC - Consulting Agreement (One-time use) - Mar 22, 2022 |

Titanium Strategic Legal Solutions PC

Name

Notice Name

1 Park Plaza Suite 600

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Titanium Strategic Legal Solutions PC - Consulting Agreement (One-time use) - Mar 22, 2022 - Amendment - Dec 31, 2022 |

Titanium Strategic Legal Solutions PC

Name

Notice Name

1 Park Plaza Suite 600

Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Irvine | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | | |
|---|---|---|---|
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - Services Agreement (One-time use) - Oct 22, 2024 | Tobin & Sons Moving and Storage, Inc. |

Name

Notice Name

39 Tozer Road

| | **State the term remaining** | Expires: 10/22/2025 | Address |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 94608 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - SOW - May 01, 2023 (40 Erie Street Moving Services) - Amendment - Oct 02, 2023 | Tobin & Sons Moving and Storage, Inc. |

Name

Notice Name

39 Tozer Road

| | **State the term remaining** | Undetermined | Address |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 94608 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - SOW - Jun 16, 2023 (extend storage services for 21 Erie move) | Tobin & Sons Moving and Storage, Inc. |

Name

Notice Name

39 Tozer Road

| | **State the term remaining** | Undetermined | Address |

| | **List the contract number of any government contract** | | |

| | | | Beverly | MA | 94608 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - SOW - Jun 01, 2023 (21 Erie Street lab and office Moving Services) |
| | | Tobin & Sons Moving and Storage, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 39 Tozer Road |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Beverly    MA    94608 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - SOW - May 01, 2023 (40 Erie Street Moving Services) |
| | | Tobin & Sons Moving and Storage, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 39 Tozer Road |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Beverly    MA    94608 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin & Sons Moving and Storage, Inc. - SOW - Jun 05, 2023 (GMP Group separate move from 40 Erie Street) |
| | | Tobin & Sons Moving and Storage, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 39 Tozer Road |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Beverly    MA    94608 |
| | | City    State    ZIP Code |
| | | Country |

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*:  24-12305

| | | |
|---|---|---|
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin Scientific - Services Agreement (One-time use) - Oct 22, 2024 (EMY to PLN Move) |

Tobin Scientific
Name

Notice Name

388 Newburyport Turnpike
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Rowley | MA | 01969 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | Tobin Scientific - Services Agreement (One-time use) - Oct 22, 2024 (Boston Move) |

Tobin Scientific
Name

Notice Name

388 Newburyport Turnpike
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Rowley | MA | 01969 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | TradeCentric - License Agreement - Oct 26, 2022 (TradeCentric - License Agreement - October 26, 2022 (Enterprise Access to PGC PunchOut Solution)) |

TradeCentric
Name

Notice Name

3317 Berkmar Dr
Address

**State the term remaining**    Expires: 10/25/2025

**List the contract number of any government contract**

| Charlottesville | VA | 22901 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Translational Research in Oncology-US, Inc. - Clinical Trial Agreement - Sep 22, 2022 (Translational Research in Oncology-US, Inc CTA - September 22, 2022 (GO-010)) - Amendment - Jul 19, 2023 | Translational Research in Oncology-US, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn: Meghan Brennan |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 1033 Gayley Avenue Suite 207 |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Los Angeles                CA                90024 |
| | | | City                State                ZIP Code |
| | | | Country |

| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Translational Research in Oncology-US, Inc. - Amendment - Feb 03, 2023 | Translational Research in Oncology-US, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn: Meghan Brennan |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 1033 Gayley Avenue Suite 207 |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Los Angeles                CA                90024 |
| | | | City                State                ZIP Code |
| | | | Country |

| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Translational Research in Oncology-US, Inc. - Clinical Trial Agreement - Sep 22, 2022 (Translational Research in Oncology-US, Inc CTA - September 22, 2022 (GO-010)) | Translational Research in Oncology-US, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn: Meghan Brennan |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 1033 Gayley Avenue Suite 207 |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Los Angeles                CA                90024 |
| | | | City                State                ZIP Code |
| | | | Country |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Translational Research in Oncology-US, Inc. - Clinical Trial Agreement - Sep 22, 2022 (Translational Research in Oncology-US, Inc - CTA - September 22, 2022 (GO-010)) - Amendment - Feb 03, 2023 |

Translational Research in Oncology-US, Inc.

Name

Attn: Meghan Brennan

Notice Name

**State the term remaining**   Undetermined

1033 Gayley Avenue Suite 207

Address

**List the contract number of**

**any government contract**

| Los Angeles | CA | 90024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Trescal, Inc. - Other - Jan 01, 2022 (Trescal, Inc - Other - January 01, 2022) |

Trescal, Inc.

Name

Notice Name

1047 Serpentine Ln #500

**State the term remaining**   Undetermined

Address

**List the contract number of**

**any government contract**

| Pleasanton | CA | 94566 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | TriLink BioTechnologies, LLC - CDA - Apr 01, 2024 |

TriLink BioTechnologies, LLC

Name

Notice Name

10770 Wateridge Cir Ste 200

**State the term remaining**   Expires: 03/31/2025

Address

**List the contract number of**

**any government contract**

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---------|---------------------|---|---------------------------|----------|
| | Name | | | |

| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | TriLink BioTechnologies, LLC - Quality Agreement - Jan 02, 2024 | TriLink BioTechnologies, LLC |
|-------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10770 Wateridge Cir Ste 200 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | San Diego | CA | 92121 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | TriLink BioTechnologies, LLC - License Agreement - Nov 24, 2020 | TriLink BioTechnologies, LLC |
|-------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10770 Wateridge Circle |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 200 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | San Diego | CA | 92121 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | TriMetis Life Sciences, LLC - SOW - Sep 15, 2021 (TriMetis Life Sciences - SOW - September 15, 2021) | TriMetis Life Sciences, LLC |
|-------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 Dudley Street |
| | **State the term remaining** | Undetermined | Address |
| | | | Suite 900 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Memphis | TN | 38103 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.849 State what the contract or lease is for and the nature of the debtor's interest**

TriMetis Life Sciences, LLC - Master Services Agreement - May 12, 2021 (TriMetis Life Sciences - Master Services Agreement - May 12, 2021)

TriMetis Life Sciences, LLC
Name

Notice Name

20 Dudley Street
Address

**State the term remaining** Undetermined

Suite 900

**List the contract number of any government contract**

| Memphis | TN | 38103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.850 State what the contract or lease is for and the nature of the debtor's interest**

Triumvirate Environmental - SOW - Jan 01, 2024 (Waste Management 2024)

Triumvirate Environmental
Name

Notice Name

200 Inner Belt Rd.
Address

**State the term remaining** Expires: 12/31/2024

**List the contract number of any government contract**

| Somerville | MA | 02143 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.851 State what the contract or lease is for and the nature of the debtor's interest**

Triumvirate Environmental - SOW - Nov 27, 2023 (Wastewater sampling required per wastewater permit)

Triumvirate Environmental
Name

Notice Name

200 Inner Belt Rd.
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Somerville | MA | 02143 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** | TruLab, Inc. - SOW - Mar 07, 2022 (TruLab - SOW - March 07, 2022) |

TruLab, Inc.
Name

Notice Name

110 North Corcoran Street, 5th Floor
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Durham | NC | 2770 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | TruLab, Inc. - Master Services Agreement - Jan 03, 2022 (TruLab - Master Services Agreement - January 03, 2022) |

TruLab, Inc.
Name

Notice Name

110 North Corcoran Street, 5th Floor
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Durham | NC | 2770 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | Trustees of Columbia University - Master Services Agreement - Nov 25, 2019 - Amendment - Nov 24, 2022 |

Trustees of Columbia University
Name

Notice Name

154 Haven Avenue 3rd Floor
Address

**State the term remaining** Expires: 11/24/2025

**List the contract number of any government contract**

| New York | NY | 10032 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Trustees of Columbia University - Clinical Trial Agreement - Jan 05, 2023 (Trustees of Columbia University - CTA - January 05, 2023 (GO-010)) | Trustees of Columbia University |
|---|---|---|---|

Name

Attn: Associate Vice President of Clinical Trials, Clinical Trials Office
Notice Name

154 Haven Avenue 3rd Floor
Address

State the term remaining: Undetermined

List the contract number of any government contract

| New York | NY | 10032 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | The Trustees of Columbia University in the City of New York - SOW - Nov 01, 2023 | Trustees of Columbia University in the City of New York |
|---|---|---|---|

Name

Notice Name

154 Haven Avenue, 3rd Floor
Address

State the term remaining: Undetermined

List the contract number of any government contract

| New York | NY | 10032 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Trustees of Indiana University - Clinical Trial Agreement - Nov 15, 2022 (GO-010) - Amendment - May 22, 2024 | Trustees of Indiana University |
|---|---|---|---|

Name

Attn: Office of Clinical Research
Notice Name

The Trustees of Indiana University
Address

Office of Clinical Research

State the term remaining: Undetermined

List the contract number of any government contract

410 West 10th Street, Suite 1000

| Indianapolis | IN | 46202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

**2.858**

**State what the contract or lease is for and the nature of the debtor's interest**

Trustees of Indiana University - Clinical Trial Agreement - Nov 15, 2022 (GO-010) - Amendment - Jan 10, 2023

**State the term remaining** Undetermined

**List the contract number of any government contract**

Trustees of Indiana University
Name

Attn: Office of Clinical Research
Notice Name

The Trustees of Indiana University
Address

Office of Clinical Research

410 West 10th Street, Suite 1000

| Indianapolis | IN | 46202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.859**

**State what the contract or lease is for and the nature of the debtor's interest**

Trustees of Indiana University - Clinical Trial Agreement - Nov 15, 2022 (GO-010)

**State the term remaining** Undetermined

**List the contract number of any government contract**

Trustees of Indiana University
Name

Attn: Office of Clinical Research
Notice Name

The Trustees of Indiana University
Address

Office of Clinical Research

410 West 10th Street, Suite 1000

| Indianapolis | IN | 46202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.860**

**State what the contract or lease is for and the nature of the debtor's interest**

Twic, Inc. dba Forma - Services Agreement (One-time use) - Aug 14, 2023 - Amendment - Oct 16, 2024

**State the term remaining** Undetermined

**List the contract number of any government contract**

Twic, Inc. dba Forma
Name

Notice Name

47000 Warm Springs Blvd, Ste 1-1700
Address

| Fremont | CA | 94539 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known): 24-12305

| | | |
|---|---|---|
| **2.861** | **State what the contract or lease is for and the nature of the debtor's interest** | Twic, Inc. dba Forma - Services Agreement (One-time use) - Aug 14, 2023 |

Twic, Inc. dba Forma
Name

Notice Name

47000 Warm Springs Blvd, Ste 1-1700
Address

**State the term remaining** — Expires: 07/13/2026

**List the contract number of any government contract**

| Fremont | CA | 94539 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.862** | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Feb 22, 2022 |

Twist Bioscience Corporation
Name

Attn: Mark Daniels, General Counsel
Notice Name

455 Mission Bay Blvd South
Address

**State the term remaining** — Expires: 02/21/2025

**List the contract number of any government contract**

| San Francisco | CA | 94158 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.863** | **State what the contract or lease is for and the nature of the debtor's interest** | Twist Bioscience Corporation - Master Services Agreement - Feb 22, 2019 |

Twist Bioscience Corporation
Name

Attn: Mark Daniels, General Counsel
Notice Name

455 Mission Bay Blvd South
Address

**State the term remaining** — Expires: 02/22/2025

**List the contract number of any government contract**

| San Francisco | CA | 94158 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

**2.864** **State what the contract or lease is for and the nature of the debtor's interest**

Tyler Hagan - Consulting Agreement (One-time use) - Feb 01, 2024 - Amendment - Aug 26, 2024

Tyler Hagan
Name

Notice Name

34 Heath Street
Address

**State the term remaining** Expires: 01/31/2025

**List the contract number of any government contract**

| somervile | MA | 02143 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.865** **State what the contract or lease is for and the nature of the debtor's interest**

Tyler Hagan - Consulting Agreement (One-time use) - Feb 01, 2024

Tyler Hagan
Name

Notice Name

34 Heath Street
Address

**State the term remaining** Expires: 01/31/2025

**List the contract number of any government contract**

| somervile | MA | 02143 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.866** **State what the contract or lease is for and the nature of the debtor's interest**

UG2, LLC - Master Services Agreement - Sep 15, 2023 (Lab and office cleaning services)

UG2, LLC
Name

Notice Name

2 Copley Place
Address

Tower 2, Suite 110,

**State the term remaining** Expires: 09/15/2028

**List the contract number of any government contract**

| Boston | MA | 02116 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | UK Health Security Agency (UKHSA) - Materials Transfer Agreement - Jan 10, 2024 (pancorona challenge study) |

UK Health Security Agency (UKHSA)
Name

Notice Name

Porton Down
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Salisbury, Wiltshire | England | SP4 0JG |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | UK Health Security Agency (UKHSA) - Materials Transfer Agreement - Mar 18, 2022 (UK Health Security Agency (UKHSA) - MTA - March 18, 2022) |

UK Health Security Agency (UKHSA)
Name

Notice Name

Porton Down
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Salisbury, Wiltshire | England | SP4 0JG |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Jun 10, 2022 |

UniClean Corp
Name

Notice Name

1933 Milmont Dr
Address

**State the term remaining** — Expires: 06/30/2029

**List the contract number of any government contract**

| Milpitas | CA | 95035 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | UniFirst Corporation - Master Services Agreement - Sep 24, 2020 |

UniFirst Corporation
Name

Attn: General Counsel
Notice Name

| | | |
|---|---|---|
| | **State the term remaining** | Expires: 03/31/2027 |

Legal Department
Address

14266 Catalina St.

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| San Leandro | CA | 94577 |

Country

---

| | | |
|---|---|---|
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Alabama Birmingham - Clinical Trial Agreement - Jun 10, 2022 (University of Alabama Birmingham - CTA - June 10, 2022 (GO-010)) |

University of Alabama Birmingham
Name

Notice Name

The University of Alabama at Birmingham
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

701 20th Street South, AB 1170

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Birmingham | AL | 35294 |

Country

---

| | | |
|---|---|---|
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | University of California Irvine - Clinical Trial Agreement - Aug 16, 2022 (University of California Irvine - CTA - August 16, 2022 (GO-010)) |

University of California Irvine
Name

Attn: Clinical Trial Contracting
Notice Name

Office of Research
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

University of California, Irvine

| | |
|---|---|
| **List the contract number of** | |
| **any government contract** | |

160 Aldrich Hall

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92697 |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

**2.873** **State what the contract or lease is for and the nature of the debtor's interest**

University of California Irvine - Clinical Trial Agreement - Aug 16, 2022 (University of California Irvine - CTA - August 16, 2022 (GO-010)) - Amendment - Apr 26, 2023

University of California Irvine
Name

Attn: Clinical Trial Contracting
Notice Name

Office of Research
Address

**State the term remaining** Undetermined

University of California, Irvine

**List the contract number of any government contract**

160 Aldrich Hall

| Irvine | CA | 92697 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.874** **State what the contract or lease is for and the nature of the debtor's interest**

University of Chicago- Amendment - Jan 25, 2023

University of Chicago
Name

Attn: Jennifer A. Ponting, Associate VP for Research Administration
Notice Name

The University of Chicago
Address

**State the term remaining** Undetermined

6054 South Drexel Avenue, Suite 300

**List the contract number of any government contract**

| Chicago | IL | 60637 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.875** **State what the contract or lease is for and the nature of the debtor's interest**

University of Chicago - Clinical Trial Agreement - Sep 30, 2022 (University of Chicago - CTA - September 30, 2022 (GO-010))

University of Chicago
Name

Attn: Jennifer A. Ponting, Associate VP for Research Administration
Notice Name

The University of Chicago
Address

**State the term remaining** Undetermined

6054 South Drexel Avenue, Suite 300

**List the contract number of any government contract**

| Chicago | IL | 60637 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

**2.876** **State what the contract or lease is for and the nature of the debtor's interest**

University of Chicago- Amendment - Jan 19, 2022

University of Chicago
Name

Attn: Jennifer A. Ponting, Associate VP for Research Administration
Notice Name

The University of Chicago
Address

**State the term remaining**   Undetermined

6054 South Drexel Avenue, Suite 300

**List the contract number of any government contract**

| Chicago | IL | 60637 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.877** **State what the contract or lease is for and the nature of the debtor's interest**

University of Chicago - Amendment - Jan 19, 2022

University of Chicago
Name

Attn: Jennifer A. Ponting, Associate VP for Research Administration
Notice Name

The University of Chicago
Address

**State the term remaining**   Undetermined

6054 South Drexel Avenue, Suite 300

**List the contract number of any government contract**

| Chicago | IL | 60637 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.878** **State what the contract or lease is for and the nature of the debtor's interest**

University of Georgia Research Foundation, Inc. - Other - Aug 08, 2024

University of Georgia Research Foundation, Inc.
Name

Notice Name

110 Terrell Hall 210 South Jackson Street
Address

**State the term remaining**   Expires: 08/08/2025

**List the contract number of any government contract**

| Athens | GA | 30602 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.

Case number *(if known):* 24-12305

| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Georgia Research Foundation, Inc. - CDA - Jun 18, 2024 | University of Georgia Research Foundation, Inc. |
|---|---|---|---|

Name

Notice Name

110 Terrell Hall 210 South Jackson Street

**State the term remaining** — Expires: 06/18/2025

Address

**List the contract number of**

**any government contract**

| | | | |
|---|---|---|---|
| Athens | GA | 30602 |
| City | State | ZIP Code |

Country

| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Illinois- Amendment - Jan 12, 2023 | University of Illinois |
|---|---|---|---|

Name

University of Illinois Chicago

Notice Name

Office of Sponsored Programs

**State the term remaining** — Undetermined

Address

Attn: Peggy Diskin, Director, Pre-Award Services

**List the contract number of**

**any government contract**

1737 W Polk Street, 304 AOB

| Chicago | IL | 60612-7227 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Illinois - Clinical Trial Agreement - Nov 18, 2022 (University of Illinois - CTA - November 18, 2022 (GO-010)) | University of Illinois |
|---|---|---|---|

Name

University of Illinois Chicago

Notice Name

Office of Sponsored Programs

**State the term remaining** — Undetermined

Address

Attn: Peggy Diskin, Director, Pre-Award Services

**List the contract number of**

**any government contract**

1737 W Polk Street, 304 AOB

| Chicago | IL | 60612-7227 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number (if known)  24-12305

| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | University of Kansas Medical Center Research Institute, Inc. - Clinical Trial Agreement - Feb 24, 2023 (University of Kansas Medical Center Research Institute - CTA - February 24, 2023 (GO-010)) - Amendment - Jul 07, 2023 | University of Kansas Medical Center Research Institute, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn: Director of Research Contracts Office |
| | | | Notice Name |
| | State the term remaining | Undetermined | University of Kansas Medical Center Research Institute, Inc. |
| | | | Address |
| | List the contract number of any government contract | | 3901 Rainbow Blvd., Mail Stop 1039 |

| Kansas City | KS | 66160 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | University of Kansas Medical Center Research Institute, Inc. - Clinical Trial Agreement - Feb 24, 2023 (University of Kansas Medical Center Research Institute - CTA - February 24, 2023 (GO-010)) | University of Kansas Medical Center Research Institute, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn: Director of Research Contracts Office |
| | | | Notice Name |
| | State the term remaining | Undetermined | University of Kansas Medical Center Research Institute, Inc. |
| | | | Address |
| | List the contract number of any government contract | | 3901 Rainbow Blvd., Mail Stop 1039 |

| Kansas City | KS | 66160 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | University of Miami - Clinical Trial Agreement - Nov 16, 2022 (University of Miami - CTA - November 16, 2022 (GO-010)) | University of Miami |
|---|---|---|---|
| | | | Name |
| | | | Brandon Strickland, CRA, JD |
| | | | Notice Name |
| | | | Executive Director, Office of Research Administration |
| | State the term remaining | Undetermined | Address |
| | | | University of Miami 1320 S. Dixie Highway |
| | List the contract number of any government contract | | Gables One Tower, Suite # 650 |

| Coral Gables | FL | 33146 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)* 24-12305

**2.885**

**State what the contract or lease is for and the nature of the debtor's interest**

University of Southern California - Clinical Trial Agreement - Jun 17, 2022 (University of Southern California - CTA - June 17, 2022 (GO-010))

University of Southern California
Name

Attn: Clinical Trials Office
Notice Name

**State the term remaining** Undetermined

University of Southern California
Address

1640 Marengo Street, 7th Floor

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Los Angeles | CA | 90033 |

Country

**2.886**

**State what the contract or lease is for and the nature of the debtor's interest**

University of Utah - Clinical Trial Agreement - Jul 08, 2022 (University of Utah - CTA - July 08, 2022 (GO-010))

University of Utah
Name

University of Utah
Notice Name

Office of Sponsored Projects
Address

**State the term remaining** Undetermined

Attn: Director

**List the contract number of any government contract**

155 South 1452 East, INSCC Room 350

| City | State | ZIP Code |
|------|-------|----------|
| Salt Lake City | UT | 84112 |

Country

**2.887**

**State what the contract or lease is for and the nature of the debtor's interest**

University of Virginia  - Amendment - Nov 21, 2022

University of Virginia
Name

Attention: Director of Contracts
Notice Name

University of Virginia
Address

**State the term remaining** Undetermined

Office of Sponsored Programs

**List the contract number of any government contract**

1001 N. Emmet Street

| City | State | ZIP Code |
|------|-------|----------|
| Charlottesville | VA | 22903-4833 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

---

**2.888** **State what the contract or lease is for and the nature of the debtor's interest**

University of Virginia - Clinical Trial Agreement - Sep 20, 2022 (University of Virginia - CTA - September 20, 2022 (GO-010))

University of Virginia
Name

Attention: Director of Contracts
Notice Name

University of Virginia
Address

**State the term remaining** Undetermined

Office of Sponsored Programs

**List the contract number of any government contract**

1001 N. Emmet Street

| Charlottesville | VA | 22903-4833 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.889** **State what the contract or lease is for and the nature of the debtor's interest**

University of Virginia Licensing & Ventures Group - License Agreement - Feb 14, 2022 (University of Virginia Licensing & Ventures Group - License Agreement - February 14, 2022)

University of Virginia Licensing & Ventures Group
Name

Notice Name

22 Preston Avenue
Address

**State the term remaining** Undetermined

Suite 107

**List the contract number of any government contract**

| Charlottesville | VA | 22903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.890** **State what the contract or lease is for and the nature of the debtor's interest**

University of Washington - CDA - Mar 06, 2024

University of Washington
Name

Notice Name

4311 11 Ave NE Suite 500
Address

**State the term remaining** Expires: 03/06/2025

**List the contract number of any government contract**

| Seattle | WA | 98105 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | | |
|---|---|---|---|
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Washington - CDA - May 03, 2023 (GO-014) | University of Washington |
| | | | Name |
| | | | Notice Name |
| | | | Office of Sponsored Programs |
| | **State the term remaining** | Expires: 05/02/2025 | Address |
| | | | 4333 Brooklyn Avenue NE |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Seattle | WA | 98195 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | US Oncology Research LLC - Clinical Trial Agreement - Jan 26, 2023 (US Oncology Research LLC - CTA - January 26, 2023 (GO-010)) | US Oncology Research LLC |
| | | | Name |
| | | | Attn: Clinical Trial Manager |
| | | | Notice Name |
| | | | For Operational Matters |
| | **State the term remaining** | Undetermined | Address |
| | | | US Oncology Research, LLC |
| | **List the contract number of any government contract** | | 10101 Woodloch Forest |

| | | |
|---|---|---|
| The Woodlands | TX | 77380 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | VA Boston Healthcare System - CDA - Oct 15, 2021 (VA Boston Healthcare System - CDA - October 15, 2021) | VA Boston Healthcare System |
| | | | Name |
| | | | ACOS/R&D |
| | | | Notice Name |
| | | | Terence M. Keane, Ph.D. |
| | **State the term remaining** | Undetermined | Address |
| | | | VA Boston Healthcare System |
| | **List the contract number of any government contract** | | 150 South Huntington Avenue |

| | | |
|---|---|---|
| Boston | MA | 02130 |
| City | State | ZIP Code |

Country

Debtor:  Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| **2.894** | State what the contract or lease is for and the nature of the debtor's interest | Vaccine Company, Inc. - CDA - Dec 04, 2023 |

Vaccine Company, Inc.
Name

Notice Name

PO Box 34416
Address

| State the term remaining | Expires: 12/04/2024 |
|---|---|

List the contract number of any government contract

| Bethesda | MD | 20827 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.895** | State what the contract or lease is for and the nature of the debtor's interest | Vaisala Inc - SOW - Feb 27, 2023 (Vaisala Inc - SOW - February 27, 2023) |

Vaisala Inc
Name

Notice Name

194 South Taylor Ave
Address

| State the term remaining | Undetermined |
|---|---|

List the contract number of any government contract

| Louisville | CO | 80027 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.896** | State what the contract or lease is for and the nature of the debtor's interest | Vaisala Inc - Master Services Agreement - Feb 27, 2023 (Vaisala Inc - Master Services Agreement - February 23, 2023) |

Vaisala Inc
Name

Notice Name

194 South Taylor Ave
Address

| State the term remaining | Expires: 02/27/2028 |
|---|---|

List the contract number of any government contract

| Louisville | CO | 80027 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number (if known) 24-12305

| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Vanderbilt University Medical Center - Clinical Trial Agreement - Jul 06, 2022 (Vanderbilt University Medical Center - CTA - July 06, 2022 (GO-010)) - Amendment - Feb 01, 2023 | Vanderbilt University Medical Center |
|---|---|---|---|

Name

Notice Name

1161 21st Avenue South

State the term remaining    Undetermined

Address

List the contract number of any government contract

| Nashville | TN | 37232 |
|---|---|---|

City | State | ZIP Code

Country

| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Vanderbilt University Medical Center - Clinical Trial Agreement - Jul 06, 2022 (Vanderbilt University Medical Center - CTA - July 06, 2022 (GO-010)) | Vanderbilt University Medical Center |
|---|---|---|---|

Name

Notice Name

1161 21st Avenue South

State the term remaining    Undetermined

Address

List the contract number of any government contract

| Nashville | TN | 37232 |
|---|---|---|

City | State | ZIP Code

Country

| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | Vanrx Pharmasystems, Inc. - CDA - Jun 25, 2020 | Vanrx Pharmasystems, Inc. |
|---|---|---|---|

Name

Notice Name

200-3811 North Fraser Way

State the term remaining    Expires: 06/25/2025

Address

List the contract number of any government contract

| Burnaby | BC | V5J 5J2 |
|---|---|---|

City | State | ZIP Code

Canada

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | Vaxcellerant LLC - Consulting Agreement (One-time use) - Mar 13, 2024 |
| | | Vaxcellerant LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 03/13/2026 |
| | | 705 Symphony Woods Dr |
| | | Address |
| | **List the contract number of any government contract** | |

| Silver Springs | MD | 20901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | Velocity Clinical Research - CDA - Mar 28, 2023 (Velocity Clinical Research - CDA - March 28, 2023) |
| | | Velocity Clinical Research |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 03/27/2026 |
| | | 807 E. Main Street |
| | | Address |
| | **List the contract number of any government contract** | Suite 06-100 |

| Durham | NC | 27701 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Venrock Healthcare Capital Partners EG, L.P. - CDA - Sep 05, 2024 |
| | | Venrock Healthcare Capital Partners EG, L.P. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Expires: 09/05/2025 |
| | | 7 Bryant Park, 23rd Floor |
| | | Address |
| | **List the contract number of any government contract** | |

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

**2.903** State what the contract or lease is for and the nature of the debtor's interest

Verista, Inc. - SOW - Aug 25, 2023 (Commissioning, Qualification and Validation (CQV) support for 14 pieces of equipment (freezers, free) - Amendment - Jan 25, 2024

State the term remaining    Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Verista, Inc. | | |
| Name | | |
| Notice Name | | |
| 9100 Fall View Dr | | |
| Address | | |
| Fishers | IN | 46037 |
| City | State | ZIP Code |
| Country | | |

**2.904** State what the contract or lease is for and the nature of the debtor's interest

Verista, Inc. - SOW - Aug 25, 2023 (Commissioning, Qualification and Validation (CQV) support for 14 pieces of equipment (freezers, free)

State the term remaining    Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Verista, Inc. | | |
| Name | | |
| Notice Name | | |
| 9100 Fall View Dr | | |
| Address | | |
| Fishers | IN | 46037 |
| City | State | ZIP Code |
| Country | | |

**2.905** State what the contract or lease is for and the nature of the debtor's interest

Virginia Cancer Specialists - Amendment - Nov 15, 2022

State the term remaining    Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Virginia Cancer Specialists | | |
| Name | | |
| Attn: Director, Research Operations | | |
| Notice Name | | |
| Virginia Cancer Specialists, P.C. | | |
| Address | | |
| 8613 Lee Highway | | |
| Fairfax | VA | 22031 |
| City | State | ZIP Code |
| Country | | |

Debtor: Gritstone bio, Inc.

Name

Case number *(if known):* 24-12305

| | | |
|---|---|---|
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Virginia Cancer Specialists - Amendment - Oct 17, 2022 |
| | | Virginia Cancer Specialists |
| | | Name |
| | | Attn: Director, Research Operations |
| | | Notice Name |
| | | Virginia Cancer Specialists, P.C. |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | 8613 Lee Highway |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Fairfax | VA | 22031 |

Country

| | | |
|---|---|---|
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Virginia Cancer Specialists - Clinical Trial Agreement - Apr 12, 2022 (Virginia Cancer Specialists - CTA - April 12, 2022 (GO-010)) |
| | | Virginia Cancer Specialists |
| | | Name |
| | | Attn: Director, Research Operations |
| | | Notice Name |
| | | Virginia Cancer Specialists, P.C. |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | 8613 Lee Highway |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Fairfax | VA | 22031 |

Country

| | | |
|---|---|---|
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | VisMederi srl - SOW - Oct 17, 2023 (GO-012) |
| | | VisMederi srl |
| | | Name |
| | | |
| | | Notice Name |
| | | 35 Strada del Petriccio e Belriguardo |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Siena, Siena | Toscana | 53100 |
| Italy | | |

Country

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
| | Name | | |

| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | VisMederi srl - SOW - Mar 13, 2023 (SOW 2) | VisMederi srl |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 Strada del Petriccio e Belriguardo |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Siena, Siena |
| | | | City |
| | | | Italy |
| | | | Country |

State (Toscana), ZIP Code (53100) for 2.909: Siena, Siena | Toscana | 53100

| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | VisMederi srl - Materials Transfer Agreement - Apr 27, 2022 (VisMederi srl - MTA - April 27, 2022) | VisMederi srl |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 Strada del Petriccio e Belriguardo |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Siena, Siena |
| | | | City |
| | | | Italy |
| | | | Country |

State (Toscana), ZIP Code (53100) for 2.910: Siena, Siena | Toscana | 53100

| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | VisMederi srl - Master Services Agreement - Apr 27, 2022 (Master Laboratory Services Agreement) | VisMederi srl |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 Strada del Petriccio e Belriguardo |
| | **State the term remaining** | Expires: 04/26/2028 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Siena, Siena |
| | | | City |
| | | | Italy |
| | | | Country |

State (Toscana), ZIP Code (53100) for 2.911: Siena, Siena | Toscana | 53100

| Debtor: | Gritstone bio, Inc. | Case number *(if known)*: | 24-12305 |
|---|---|---|---|
| | Name | | |

| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | Vossius and Partner - Services Agreement (One-time use) - Oct 07, 2024 | Vossius and Partner |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Siebertstraße 4 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | München | Bayern | 81675 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Germany | | |
| | | | Country | | |

| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | VWR International LLC - CDA - Feb 26, 2024 | VWR International LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 640169 |
| | **State the term remaining** | Expires: 02/25/2025 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Pittsburgh | PA | 15264-0169 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | Wareham Properties - Master Services Agreement - Sep 14, 2018 | Wareham Properties |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1120 Nye Street, Suite 400 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | San Rafael | CA | 94901 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)* | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | West Broadway Building Co - CDA - May 07, 2024 (CDA) | West Broadway Building Co |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | **State the term remaining** | Expires: 05/07/2025 | 19782 MacArthur Blvd |
|---|---|---|---|

Address

suite 250

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | irvine | CA | 92612 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | Western Allied Mechanical Inc. - SOW - Jun 18, 2024 (Furnish and install a replacement pressure reducing valve for Chiller 1/ chiller 3 loop Pleasanton) | Western Allied Mechanical Inc. |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | **State the term remaining** | Undetermined | 1180 O'Brien Drive |
|---|---|---|---|

Address

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Menlo Park | CA | 94025 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | Western Allied Mechanical Inc. - SOW - Apr 18, 2024 (replace both Pump motors on chiller 1) | Western Allied Mechanical Inc. |
|---|---|---|---|

Name

| | | | Notice Name |
|---|---|---|---|

| | **State the term remaining** | Undetermined | 1180 O'Brien Drive |
|---|---|---|---|

Address

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Menlo Park | CA | 94025 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | Western Allied Mechanical Inc. - SOW - Apr 18, 2024 (replacement of compressor) |

Western Allied Mechanical Inc.
Name

Notice Name

1180 O'Brien Drive
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | Western Allied Mechanical Inc. - SOW - Apr 18, 2024 (non-routine repairs) |

Western Allied Mechanical Inc.
Name

Notice Name

1180 O'Brien Drive
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | Western Allied Mechanical Inc. - SOW - Jan 17, 2024 (2024 Preventative Maintenance for HVAC systems) |

Western Allied Mechanical Inc.
Name

Notice Name

1180 O'Brien Drive
Address

**State the term remaining** Expires: 01/17/2025

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Oct 13, 2022 |

Western Allied Mechanical Inc.
Name

Notice Name

1180 O'Brien Drive
Address

| | | |
|---|---|---|
| | **State the term remaining** | Expires: 02/13/2025 |
| | **List the contract number of any government contract** | |

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | Wilson Sonsini Goodrich and Rosati - Other - Apr 24, 2019 |

Wilson Sonsini Goodrich and Rosati
Name

Notice Name

650 Page Mill Rd
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| Palo Alto | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | Wilson Sonsini Goodrich and Rosati - Master Services Agreement - Apr 24, 2019 |

Wilson Sonsini Goodrich and Rosati
Name

Notice Name

650 Page Mill Rd
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| Palo Alto | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | |
|---|---|---|
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | Woodruff Sawyer & Co. - Services Agreement (One-time use) - Jan 01, 2015 |

Woodruff Sawyer & Co.
Name

Notice Name

50 California St. Floor 12
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

San Francisco | CA | 94111
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | Woodruff Sawyer & Co. - CDA - Jan 01, 2015 |

Woodruff Sawyer & Co.
Name

Notice Name

50 California St. Floor 12
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

San Francisco | CA | 94111
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | Workday, Inc. - SOW - Mar 23, 2023 (Workday, Inc - Order Form - March 08, 2023) |

Workday, Inc.
Name

Notice Name

6110 Stoneridge Mall Road
Address

**State the term remaining** Expires: 03/22/2025

**List the contract number of any government contract**

Pleasanton | CA | 94588
City | State | ZIP Code

Country

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)* 24-12305

| | | |
|---|---|---|
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - SOW - Aug 31, 2021 (Worldwide Clinical Trials - SOW - August 31, 2021 (GO-010)) - Amendment - May 13, 2024 |

Worldwide Clinical Trials, Inc.

Name

Notice Name

600 Park Offices Drive Suite 200 Research Triangle Park

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27709 |

Country

| | | |
|---|---|---|
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - Master Services Agreement - Aug 31, 2021 - Amendment - Nov 15, 2023 |

Worldwide Clinical Trials, Inc.

Name

Notice Name

600 Park Offices Drive Suite 200 Research Triangle Park

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27709 |

Country

| | | |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - SOW - Aug 31, 2021 (Worldwide Clinical Trials - SOW - August 31, 2021 (GO-010)) - CNF - Sep 07, 2023 |

Worldwide Clinical Trials, Inc.

Name

Notice Name

600 Park Offices Drive Suite 200 Research Triangle Park

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27709 |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*    24-12305

| | | |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - SOW - Aug 31, 2021 (Worldwide Clinical Trials - SOW - August 31, 2021 (GO-010)) - Amendment - Apr 04, 2023 |

Worldwide Clinical Trials, Inc.
Name

Notice Name

600 Park Offices Drive Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Research Triangle | NC | Park 27709 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - Master Services Agreement - Aug 31, 2021 |

Worldwide Clinical Trials, Inc.
Name

Notice Name

600 Park Offices Drive Suite 200
Address

**State the term remaining**    Expires: 08/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Research Triangle | NC | Park 27709 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Clinical Trials - Master Services Agreement - Aug 31, 2021 (Worldwide Clinical Trials - Master Services Agreement - August 31, 2021) - Amendment - Apr 17, 2023 |

Worldwide Clinical Trials, Inc.
Name

Notice Name

600 Park Offices Drive Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Research Triangle | NC | Park 27709 |
| City | State | ZIP Code |

Country

| Debtor: | Gritstone bio, Inc. | | Case number *(if known)*: | 24-12305 |
|---|---|---|---|---|
| | Name | | | |

| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | Wuxi Biologics (Hong Kong) Limited - REVIEW - CDA | Wuxi Biologics (Hong Kong) Limited |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | Flat/RM826 8/F Ocean Centre Harbour City |
| | **State the term remaining** | Expires: 05/23/2028 | Address |
| | | | 5 Canton Road TST |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Hong Kong | Kowloon | |
| | | | City | State | ZIP Code |
| | | | Hong Kong | | |
| | | | Country | | |

| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | Wyatt Technology Corporation - CDA - Aug 29, 2024 | Wyatt Technology Corporation |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 6330 Hollister Ave. |
| | **State the term remaining** | Expires: 08/28/2025 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Goleta | CA | 93117 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | Xencor, Inc. - Master Services Agreement - Oct 14, 2019 | Xencor, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attention: Chief Executive Officer |
| | | | Notice Name |
| | | | Xencor, Inc. |
| | **State the term remaining** | Undetermined | Address |
| | | | 111 West Lemon Avenue |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Monrovia | CA | 91016 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Gritstone bio, Inc.

Name

Case number *(if known)*:  24-12305

| | | |
|---|---|---|
| **2.936** | **State what the contract or lease is for and the nature of the debtor's interest** | - Amendment - Feb 18, 2023 |

Xerox Financial Services
Name

Notice Name

201 Merritt 7
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.937** | **State what the contract or lease is for and the nature of the debtor's interest** | Xerox Financial Services - Other - Jun 01, 2022 (Xerox Financial Services - Other - June 01, 2022 (Cost Per Image Agreement)) |

Xerox Financial Services
Name

Notice Name

201 Merritt 7
Address

**State the term remaining**  Expires: 05/31/2025

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.938** | **State what the contract or lease is for and the nature of the debtor's interest** | Xerox Financial Services - Services Agreement (One-time use) - Apr 05, 2022 (Xerox Financial Services - Services Agreement (one-time use) - April 05, 2022) |

Xerox Financial Services
Name

Notice Name

201 Merritt 7
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 313 of 315

Debtor: Gritstone bio, Inc.

Name

Case number *(if known)*: 24-12305

| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | Xerox Financial Services - Services Agreement (One-time use) - Jul 05, 2023 | Xerox Financial Services |
|---|---|---|---|

Name

Notice Name

201 Merritt 7

| | State the term remaining | Expires: 07/04/2026 | Address |
|---|---|---|---|
| | List the contract number of | | |
| | any government contract | | |

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | Yamartino Associates - SOW - Oct 16, 2023 | Yamartino Associates |
|---|---|---|---|

Name

Attn: Louisa Yamartino

Notice Name

Yamartino Associates

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

57 Hill St

| | List the contract number of | | |
|---|---|---|---|
| | any government contract | | |

| Concord | MA | 01742 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | Yamartino Associates - SOW - Feb 28, 2022 (Yamartino Associates - SOW - February 28, 2022) | Yamartino Associates |
|---|---|---|---|

Name

Attn: Louisa Yamartino

Notice Name

Yamartino Associates

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

57 Hill St

| | List the contract number of | | |
|---|---|---|---|
| | any government contract | | |

| Concord | MA | 01742 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Gritstone bio, Inc.
Name

Case number *(if known)*: 24-12305

| | | | | | |
|---|---|---|---|---|---|
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | Yamartino Associates - Master Services Agreement - Feb 28, 2022 (Yamartino Associates - Master Services Agreement - February 28, 2022) | Yamartino Associates | | |
| | | | Name | | |
| | | | Attn: Louisa Yamartino | | |
| | | | Notice Name | | |
| | **State the term remaining** | Expires: 02/27/2025 | Yamartino Associates | | |
| | | | Address | | |
| | | | 57 Hill St | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Concord | MA | 01742 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | The Yamartino Group LLC - SOW - Mar 06, 2023 (The Yamartino Group LLC - SOW - March 06, 2023 (SOW #2)) | Yamartino Group LLC | | |
| | | | Name | | |
| | | | Attn: Louisa Yamartino | | |
| | | | Notice Name | | |
| | **State the term remaining** | Undetermined | Yamartino Associates | | |
| | | | Address | | |
| | | | 57 Hill St | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Concord | MA | 01742 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City        State        ZIP Code | | |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Gritstone bio, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-12305 (KBO)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/15/2024
                MM / DD / YYYY

✖ / s / Vassiliki Economides
Signature of individual signing on behalf of debtor

Vassiliki Economides
Printed name

Chief Financial Officer
Position or relationship to debtor

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 09/03/24 Retainer | Pachulski Stang Ziehl & Jones LLP | $441,667.00 |
| 2 PM Contract Option | Hamilton Robotics | $8,771.00 |
| 2nd Year License Fee for Mixcr Platform | MiLaboratories Inc. | $7,675.00 |
| 2PM ONSITE PERFORMANCE ASSURANCE | Sartorius Corporation | $5,932.00 |
| 4701095 - Full Service BacT/ALERT 3D System | bioMerieux Inc. | $4,151.00 |
| Advance Payment for GO-010 Lab Fees | LabConnect, Inc. DBA LabConnect LLC | $213,371.00 |
| AKTA avant EssCare 1/19/24 - 1/18/25 | Global Life Sciences Solutions USA LLC | $7,923.00 |
| Annual contract renewal for PLN Rees system | Rees Scientific Corporation | $4,254.00 |
| Annual Copyright License Effective | Copyright Clearance Center Inc. | $3,219.00 |
| Annual service agreement for QC | Life Technologies Corporation | $14,924.00 |
| Annual service agreement renewal for LCMS | Bruker BioSpin Corp | $7,750.00 |
| Annual Service agreement renewal for QA Waters UPLC EIN 16097 | Waters Technologies Corporation | $4,820.00 |
| Annual software licenses for validation platform | Sware Inc. | $34,838.00 |
| Avantik Yearly Service Contract | Avantik | $5,003.00 |
| Benchling platform | Benchling Inc. | $46,875.00 |
| Bio Corporate Member - ECS | Biotechnology Innovation Organization | $11,825.00 |
| Blue Mountain RAM Cloud - Annual Subscription | Blue Mountain Quality Resources, Inc. | $11,831.00 |
| Board & Leadership Collaboration Pro Package | Diligent Corporation | $7,620.00 |
| Business License Renewal | City of Pleasanton | $3,214.00 |
| Business License Tax Renewal | City of Emeryville | $3,457.00 |
| Cultural Coaching Session - Accelerate Package | Great Place To Work Institute, Inc | $4,703.00 |
| Custom Retainer | CrowdStrike, Inc. | $35,021.00 |
| Datadog Subscription | Datadog Inc. | $3,920.00 |
| Enterprise Software | Seqera Labs, S.L. | $13,725.00 |
| Evaluate Pharma License | Evaluate Limited | $10,581.00 |
| Fragment Analyzer System CROSSLAB SILVER Service Agreement | Agilent Technologies Inc. | $32,331.00 |
| Gen2 Equipment Support | Vanrx Pharmasystems | $13,650.00 |
| Geneious Prime Group Corporate | Biomatters Inc. | $7,854.00 |
| GMP Plasmid | Thomson Instrument Co. | $13,775.00 |
| GO-010 Advance Invoice | Worldwide Clinical Trials Inc | $566,102.00 |
| GraphPad Prism Subscription | Graphpad Software, LLC | $8,098.00 |
| Implementation Service | Journyx, Inc. | $12,784.00 |
| Indirect Fees for GO-012 | Cato Research LLC (Allucent) | $9,871.00 |
| Insurance Policies | Woodruff Sawyer & Company | $618,932.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| IP Filings | Goodwin Procter LLP | $76,500.00 |
| Jmp 31 Mar 2024 to 30 Mar 2025 | JMP Statistical Discovery LLC | $6,436.00 |
| Labmatrix Named License and hosting | BioFortis Inc. | $43,290.00 |
| LabScape Complete Impact | Bruker Scientific LLC | $36,080.00 |
| Legal Team's subscription for SEC filings and forms database | LexisNexis, a division of RELEX Inc. | $1,019.00 |
| License Fee | Sung Kyun Kwan University & Business Foundation | $14,992.00 |
| License Fee MSFragger Suite & IonQuant | Regents of the University of Michigan | $1,038.00 |
| Master Control licenses for Quality Suite Platinum and Manufacturing Excellence services. | MasterControl Inc. | $128,758.00 |
| Master Subscription | SAS Institute Inc. | $86,414.00 |
| Membership Dues Renewal | Massachusetts Biotechnology Council | $3,588.00 |
| MiSeq Slver Support Plan | Illumina Inc. | $19,176.00 |
| N9-90136 Aurora 5 Laser With Loader | Cytek Biosciences, Inc. | $11,426.00 |
| NASDAQ Global Market All-Inclusive Annual Fee | The Nasdaq, Inc. | $28,375.00 |
| PEAKS Studio Service Plan Subscription Renewal | Bioinformatics Solutions Inc. | $4,948.00 |
| People leader Training | Yamartino Associates | $1,613.00 |
| Radford Global LIfe Sciences Survey | Aon Consulting Inc. | $8,600.00 |
| Recruiter - Corporate, Job Slots, and Jobs Dashboard Manager | LinkedIn Corporation | $5,677.00 |
| Retainer | PWC US Business Advisory LLP | $75,000.00 |
| Second Year Annual Fees and Anniversary Campaign | Snappy App, INC. | $5,500.00 |
| Service Agreement for Biomek i5 MC | Beckman Coulter | $60,692.00 |
| Service Agreement Renewal | Leica Microsystems Inc. | $8,003.00 |
| Service coverage of Serial # 4002624 | Sony Biotechnology Inc. | $4,961.00 |
| Single Sign-on, Universal Directory, Premier Success Package, Adaptive MFA and Lifecyc | Okta Inc. | $17,146.00 |
| SnapGene Corporate Yearly Subscription | GSL Biotech LLC DBA SnapGene | $24,541.00 |
| SolarWinds Hybrid Cloud Observability Advanced A250 | SolarWinds | $4,105.00 |
| SOX Software | AuditBoard, Inc. | $26,273.00 |
| Standalone Products Disribution | Digital Media Innovations LLC | $2,537.00 |
| Training:Communicating with Style Workshop | Leadership Cadence LLC | $49.00 |
| Unity Essential Support Plan - Chrom-LC | Thermo Electron North America LLC | $4,349.00 |
| Unsecured Property Taxes, Alameda County | Henry C. Levy, Tax Collector, Alameda County | $202,236.00 |
| Upfront Direct Fees for GO-012 | OnQ Research Pty LTD. | $80,000.00 |
| Various IT licenses | CDW Direct | $22,180.00 |
| WA1XX-1 MESO QuickPlex SQ 120 Total Service Package | Meso Scale Diagnostics LLC | $12,166.00 |
| WHODrug Dictionary License | Uppsala Monitoring Centre | $9,375.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Workday Enterprise Cloud Application Subscription Fee | Workday, Inc. | $11,905.00 |
| Year 3 Docusign 21 CFR 11 | DocuSign Inc. | $19,400.00 |
| | **TOTAL:** | **$3,268,815.00** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 39
Office furniture

| General description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Additional Office Furniture for Pleasanton - FAM001481 | Pleasanton, CA | $237.79 | Net Book Value | $237.79 |
| Audio Video for all CRs at 5959 Horton - FAM001478 | Emeryville, CA | $461.15 | Net Book Value | $461.15 |
| AV Equipment - FAM001440 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Board room furnishings - FAM000728 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Breakroom Audio Video - FAM001477 | Emeryville, CA | $342.81 | Net Book Value | $342.81 |
| Cisco Equipment (Audio/Video) - FAM000727 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Webex - Synopsis - FAM001426 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Webex Board - FAM001407 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Webex Board 70S(GPL) - FAM001423 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Webex Room Kit Pro & Accessories - FAM001408 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cubicles - FAM000730 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| File cabinet - FAM000716 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Furniture 5959 Horton Street - FAM001427 | Emeryville, CA | $10,979.35 | Net Book Value | $10,979.35 |
| Furniture for 5934 Gibraltar Suite 205 - FAM001412 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Furniture for One Kenmore Square - FAM001771 | Boston, MA | $558,879.58 | Net Book Value | $558,879.58 |
| Furniture for One Kenmore Square - FAM001796 | Boston, MA | $15,274.56 | Net Book Value | $15,274.56 |
| Furniture for One Kenmore Square - FAM001802 | Boston, MA | $29,547.94 | Net Book Value | $29,547.94 |
| Furniture for S210 at 5934 Gibraltar, Pleasanton - FAM001677 | Pleasanton, CA | $74,013.69 | Net Book Value | $74,013.69 |
| Gritstone - Framery Phone Booth - FAM001695 | Boston, MA | $13,155.96 | Net Book Value | $13,155.96 |
| Heckler Design, RoomReady - FAM001476 | Emeryville, CA | $266.74 | Net Book Value | $266.74 |
| Miscellaneous Furnishings - FAM001534 | Emeryville, CA | $1,789.51 | Net Book Value | $1,789.51 |
| Miscellaneous Furnishings - FAM001593 | Emeryville, CA | $1,489.09 | Net Book Value | $1,489.09 |
| Office furniture - FAM000718 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000719 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000720 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000721 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000722 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000723 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000724 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000726 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Office furniture - FAM000729 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| PL Office Furniture - FAM001583 | Pleasanton, CA | $4,118.48 | Net Book Value | $4,118.48 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 39
Office furniture

| General description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Project Start - Furnishings - FAM001422 | Emeryville, CA | $5,655.86 | Net Book Value | $5,655.86 |
| Reception desk - FAM000717 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RoomReady AV Buildout - FAM001389 | Emeryville, CA | $5,231.12 | Net Book Value | $5,231.12 |
| RoomReady Equipment (Display, Controller & Speakers) - FAM001377 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Workstation - FAM001582 | Pleasanton, CA | $4,118.48 | Net Book Value | $4,118.48 |
| | **TOTAL** | **$725,562.11** | **TOTAL:** | **$725,562.11** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 41
Office equipment

| General description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 1.8TB Hard Drives (9 each) - FAM000694 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| 210-APXO VxRail P570, 24X2.5" - FAM001740 | Emeryville, CA | $73,223.96 | Net Book Value | $73,223.96 |
| AV Equipment and Installation - FAM000715 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| AV Equipment for Boston - FAM001753 | Boston, MA | $67,283.77 | Net Book Value | $67,283.77 |
| Capitalize Cisco Webex Board Pro 55 - FAM001765 | Boston, MA | $12,027.02 | Net Book Value | $12,027.02 |
| Catalyst 4500E 10 slot chassis for 48Gbp (switch) - FAM001508 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Catalyst 8300 Ports, Power Supply & Cables - FAM000690 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cisco ASR 1000 & ASR1001-X Perpetual Licenses - FAM000740 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cisco ASR1001-X Chassis Router - FAM000688 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cisco Catalyst Switches and 10 slot chassis - FAM001393 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Network - FAM000700 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Switch - FAM000704 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cisco Webex Rm 55 w/Touch 10 & Mount - FAM000692 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Color Deconvolution Hub Image Analysis - FAM000737 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001503 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001506 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001519 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001520 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001535 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001542 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Daily Professional Services - FAM001546 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| December Daily Professional Services - FAM001482 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Dell Server Equipment - FAM000702 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Gritstone RoomReady AV Project Boston - FAM001791 | Boston, MA | $140,305.57 | Net Book Value | $140,305.57 |
| HP Designjet T1700DR Printer 44 - FAM000705 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| IMAC 27" - FAM000697 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| IMAC 27"/CTO - FAM000695 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| iMac w/ Retina Display - FAM000681 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Installation of Dell Server Equipment - FAM000703 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Labvantage October Professional Service - FAM001443 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Labvantage Professional Services - FAM001492 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Labvantage User Licenses - FAM000743 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Labvantage User Licenses - FAM001378 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| License for Scaffold Software - FAM000731 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Meraki MS250-48FP L3 Stck Cld-Mngd 48x GigE 740W PoE Switch - FAM001659 | Pleasanton, CA | $4,783.03 | Net Book Value | $4,783.03 |
| Meraki MS425-32 L3 Cld-Mngd 32x 10G SFP+ Switch - FAM001713 | Emeryville, CA | $9,665.17 | Net Book Value | $9,665.17 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 41
Office equipment

| General description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Network Server and Installation - FAM000684 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Network Server and Installation - FAM000693 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| New Network for Boston - FAM001751 | Boston, MA | $73,193.57 | Net Book Value | $73,193.57 |
| November Daily Professional Services - FAM001466 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| OpenLab CDS Workstation Software Plus for GC computer - FAM001626 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical SRMM & Avere OS Software - FAM000691 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Package BioPharma Compass Pharma - FAM001755 | Pleasanton, CA | $17,434.69 | Net Book Value | $17,434.69 |
| Palo Alto Networks PA-500 2GB Memory - FAM000701 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Palo Alto Networks PA-850 and Meraki MR53 - FAM000699 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| PEAKS Studio Desktop License - FAM000736 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| PEAKS Studio Workstation License - FAM001379 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| PEAKS Studio Workstation Software - FAM000742 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Phone Equipment and Installation - FAM000714 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Phones - FAM000725 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| PO 12555 - FAM001444 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| R/C to F.A. Software - FAM001406 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Reclass for GL code to 16005 Computer Equipment - FAM001789 | Boston, MA | $83,745.63 | Net Book Value | $83,745.63 |
| Rockwell PLC software - FAM001700 | Pleasanton, CA | $6,866.94 | Net Book Value | $6,866.94 |
| ROOMREADY HARDWARE Clickshare C-10 w/ 1 Button - FAM001770 | Boston, MA | $1,510.49 | Net Book Value | $1,510.49 |
| Roomready Professional Service- Labor Bundle - FAM001805 | Boston, MA | $41,443.97 | Net Book Value | $41,443.97 |
| SQL License - FAM000741 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Vmware Perpetual Licenses - FAM000738 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Vmware Perpetual Licenses - FAM000739 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Win 7 to Win 10 Migration Bundle, LCMS - FAM001717 | Boston, MA | $3,535.64 | Net Book Value | $3,535.64 |
| Win 7 to Win 10 Migration Bundle, LCMS - FAM001722 | Boston, MA | $4,124.92 | Net Book Value | $4,124.92 |
| | **TOTAL:** | **$539,144.37** | **TOTAL:** | **$539,144.37** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 03/31/2023 - 04/28/2023 - FAM001763 | Pleasanton, CA | $3,336.22 | Net Book Value | $3,336.22 |
| 05/31/2023 - 06/28/2023 - FAM001787 | Pleasanton, CA | $288.97 | Net Book Value | $288.97 |
| 06/29/2024 - 07/28/2023 - FAM001794 | Pleasanton, CA | $1,300.50 | Net Book Value | $1,300.50 |
| 10/27/2023 - 11/28/2023 - FAM001804 | Pleasanton, CA | $1,300.50 | Net Book Value | $1,300.50 |
| 1000 4200 TapeStation system - FAM001803 | Boston, MA | $58,670.44 | Net Book Value | $58,670.44 |
| 1300 Series A2 Class II, Type A2 Biological - FAM001007 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 18 new points for Shaker Incubators - FAM001532 | Pleasanton, CA | $3,112.36 | Net Book Value | $3,112.36 |
| 2 Sterling Ultacool -80 lab freezer for Drug Product PD - FAM001731 | Pleasanton, CA | $9,789.74 | Net Book Value | $9,789.74 |
| -20 Freezer, 23.3 - FAM000929 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| -20 Freezer, 23.3 - FAM000930 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| -20 Freezer, 23.3 - FAM000931 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| -20 Freezer, 23.3 - FAM000932 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 2100 Bioanalyzer Laptop System - FAM001068 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| 24X2 ML Coolprep Sample Holder - FAM001237 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 3' Purifier PCR Enclosure - FAM001069 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 30 CF Lab Freezer - FAM001070 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 3730XL-48/96 Gen Alyzr-Refresh - FAM000783 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 4' BSC TYPE A-2 - FAM000754 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 4' BSC TYPE A-2 - FAM000794 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 4200 TapeStation System - FAM001071 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 4200 TapeStation System - FAM001072 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 4200 TapeStation System - FAM001788 | Boston, MA | $50,456.38 | Net Book Value | $50,456.38 |
| 4D Nucleofacter Core - FAM001073 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| 4D Nucleofacter X-Unit - FAM001074 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| 4D-Nucleofector 96 well unit - FAM001727 | Pleasanton, CA | $21,738.35 | Net Book Value | $21,738.35 |
| 4D-Nucleofector Core Unit - FAM001707 | Pleasanton, CA | $5,154.80 | Net Book Value | $5,154.80 |
| 50% Install Fee for Crystal M1 Filling Station - FAM000919 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 520/DI Pump 350 rpm (050.7171.5LA) - FAM001702 | Pleasanton, CA | $8,566.07 | Net Book Value | $8,566.07 |
| 520/DI Pump 350 rpm (050.7171.5LA) - FAM001703 | Pleasanton, CA | $8,580.73 | Net Book Value | $8,580.73 |
| 520/DI Pump 350 rpm (050.7171.5LA) - FAM001729 | Pleasanton, CA | $9,709.83 | Net Book Value | $9,709.83 |
| 5200 Fragment Analyzer - FAM000784 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 520Di/L Pump 350rpm US IP31 2.4mm Wt - FAM001760 | Pleasanton, CA | $12,809.44 | Net Book Value | $12,809.44 |
| 520Di/L Pump 350rpm US IP31 2.4mm Wt Tube (4 each) - FAM000990 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 520Di/L Pump 350rpm US IP31 2.4mm Wt Tube (4 each) - FAM000991 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 520Di/L Pump 350rpm US IP31 2.4mm Wt Tube (4 each) - FAM000992 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 520Di/L Pump 350rpm US IP31 2.4mm Wt Tube (4 each) - FAM000993 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 5300 Fragment Analyzer - FAM001619 | Pleasanton, CA | $27,712.74 | Net Book Value | $27,712.74 |
| 6' BSC TYPE A-2 - FAM000769 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000795 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000831 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000832 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000878 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000879 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000880 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000881 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000882 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 6' BSC TYPE A-2 - FAM000915 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 600460 Microcell 1.2mm SUN & Flow for Vanrx - FAM001733 | Pleasanton, CA | $30,980.25 | Net Book Value | $30,980.25 |
| 604975 Microcell 0.8mm SUN and Flow P - FAM001742 | Pleasanton, CA | $27,562.50 | Net Book Value | $27,562.50 |
| 7400 Prom OHG/CryoPlus w/ Hot Gas - FAM001076 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| 750 RTR 15&50ML ADAP (1 centrifuge) - FAM001460 | Emeryville, CA | $207.97 | Net Book Value | $207.97 |
| -86 Freezer 23 - FAM000926 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| -86 Freezer 23 - FAM000927 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| -86 Freezer 23 - FAM000928 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 96 Well Plate Washer - FAM000806 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| 96 Well Plate Washer - In QAQC Lab - FAM000904 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AATI Fragment Analyzer - FAM000773 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ACQ. UPLC H-Class PLUS BioSystem - FAM001609 | Pleasanton, CA | $44,855.72 | Net Book Value | $44,855.72 |
| Acquity UPLC H-Class Bio Systems - FAM000811 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Added Scope - FAM001767 | Pleasanton, CA | $3,323.47 | Net Book Value | $3,323.47 |
| Additional funds due to Lucid Historian Option - FAM001759 | Pleasanton, CA | $11,500.82 | Net Book Value | $11,500.82 |
| Advent Isolator/Filler Project - FAM001752 | Pleasanton, CA | $137,385.09 | Net Book Value | $137,385.09 |
| Agilent 1100 with FLD and Fraction Collector - FAM000797 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Agilent 1100 with FLD and Fraction Collector - FAM000800 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Agilent 1260 - FAM001397 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Agilent 1260 Infinity II Binary Pump - FAM000744 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Agilent 7890B Series GC - FAM000818 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Agilent Cert. High Perf. ALS SL Plus - FAM001077 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| AID iSpot - FAM001634 | Boston, MA | $21,216.55 | Net Book Value | $21,216.55 |
| AID iSpot & LED Light Source for fluorescence - FAM001078 | Boston, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| AID vSpot Spectrum VeroSpot Reader - FAM001079 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Air Flow Capture Hood, Digital - FAM000940 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AKTA avant 150 - FAM001080 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| AKTA avant 25 & Unicorn 7.0 WrkStn - FAM000823 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AKTA Pilot Commissioning & Qualification Service - FAM000913 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AKTA Pure M Chromatography - FAM001082 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| AKTAPILOT GOLDSEAL - FAM000877 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ALIAS Bio PREP Cool - FAM001564 | Emeryville, CA | $5,313.99 | Net Book Value | $5,313.99 |
| Allegra Centrifuge X-14R - FAM001083 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Allegra Centrifuge X-14R - FAM001084 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R - FAM000801 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R 120V - FAM001246 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R 120V - FAM000850 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R 120V - FAM000975 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R 120V - FAM000976 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R 120V - FAM000977 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R Centrifuge - FAM000837 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R Centrifuge - FAM000925 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R Cetrifuge - FAM000762 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Allegra X14R Cetrifuge - FAM000898 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AMSCO 250LS Sterilizer - FAM001085 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Analytical Balance - FAM000748 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Analyzer Flex2 - FAM000824 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Aperio AT2 No: 23AT2100 Customs tariff - FAM001737 | Boston, MA | $185,845.86 | Net Book Value | $185,845.86 |
| Aperio eSlide Manager - FAM001086 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Aperio VERSA 8, Brightfield - FAM001087 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Applikon EZ-Controller Installation - FAM000858 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Applikon EZ-Controller w/CellReady Bioreactors - FAM000857 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Arm F9-C for AKTA pure 25 - FAM001249 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Attune Flow Cytometer - FAM001088 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Attune NXT Flow Cytometer - FAM001089 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Autoclave - FAM001761 | Boston, MA | $162,897.15 | Net Book Value | $162,897.15 |
| Automate Express Nucleic Acid Ext System - FAM000767 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| AUTOMATED ROLL HEAT SEALER - FAM001668 | Boston, MA | $13,293.68 | Net Book Value | $13,293.68 |
| Automation support and On-Site activities - FAM001739 | Pleasanton, CA | $2,625.00 | Net Book Value | $2,625.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Avanti Centrifuge - FAM001091 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Azure 500 + IOQ + Software - FAM001812 | Pleasanton, CA | $31,185.92 | Net Book Value | $31,185.92 |
| Balance 120G 41G x 0.1MG 0.01M - FAM001092 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Basic Chemi System - Azure Biosystems c300 - FAM000840 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Beckman Coulter Allegra - FAM001398 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Binocular Zoom Sterio Microscope - FAM001093 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Bio Flow 320 Bio Reactor - FAM000861 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Bio Safety Cabinet 4 Foot - FAM001094 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Bio Safety Cabinet 4 Foot - FAM001095 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Bio Safety Cabinet 6 Foot - FAM001096 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Bio Safety Cabinet 6 Foot - FAM001097 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Biocabinet w/ Stand - FAM001098 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 Controller - FAM000895 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 Controller - FAM000896 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 Controller - FAM000897 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 controller 3 units & Software - FAM000994 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 controller 3 units & Software - FAM000995 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlo 320 controller 3 units & Software - FAM000996 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlow Control Station - FAM000911 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioFlow Validation - FAM000907 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biological Safety Cabinet - FAM001067 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Biological Safety Cabinet - FAM001469 | Boston, MA | $276.44 | Net Book Value | $276.44 |
| Biomark i5 Automated Workstation - FAM001456 | Emeryville, CA | $512.29 | Net Book Value | $512.29 |
| Biomek i- Series IQ and i5 OQ - FAM000785 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biomek i5 Multichannel - FAM001461 | Emeryville, CA | $3,341.71 | Net Book Value | $3,341.71 |
| Biomek i5 Multichannel w/enclosure - FAM001388 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biomek Method Launcher - FAM001010 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biomek NXp Span-8 - FAM001009 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biomek NXP Span-8 & BFX 96 - FAM001383 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Biomek Win 7 New Installation Kit - FAM001384 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSafe Optima XPN-100 Centrifuge - FAM001099 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Biosafety Cabinet - FAM001432 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| BioSafety Cabinet 4 Foot Logic - FAM001100 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| BioSafety Cabinet 5 Foot Logic - FAM001101 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| BioSafety Cabinet 6 Foot 1300 Series A2 - FAM001102 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Biosafety Cabinet for SH800 w/AMS - FAM001103 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| BioSealer - FAM000860 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSealer - FAM000905 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSealer - FAM000906 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSealer - FAM001719 | Pleasanton, CA | $15,586.93 | Net Book Value | $15,586.93 |
| BioSealer - Removable Head - FAM000951 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSealer - Removable Head 10' Cable, Seals - FAM000851 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioSealer Removable Head Black Plate - FAM000988 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder 16389 - FAM001718 | Pleasanton, CA | $32,828.50 | Net Book Value | $32,828.50 |
| BioWelder Total Containment - FAM000859 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder Total Containment - FAM000901 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder Total Containment - FAM000902 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder Total Containment - FAM000979 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder Tube Holders (2 each) - FAM000865 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BioWelder Tube Holders (2 each) - FAM000867 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Boston EMS Support - FAM001809 | Boston, MA | $15,572.69 | Net Book Value | $15,572.69 |
| BSC 1300 A2 SS 6 FT PKG 120V - FAM000970 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BSC 1300 A2 SS 6 FT PKG 120V - FAM000971 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BSC 1300 A2 SS 6 FT PKG 120V - FAM000972 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| BSC 1300 Series A2 Class II - FAM001364 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| C1000 Touch Cycler w/96 DP RM - FAM001002 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cabinet  Biosafety Stand - FAM001516 | Emeryville, CA | $1,076.88 | Net Book Value | $1,076.88 |
| Cabinet Biosafety Stand - FAM001454 | Emeryville, CA | $1,338.36 | Net Book Value | $1,338.36 |
| Cabinet Biosafety Stand - FAM001517 | Emeryville, CA | $1,076.87 | Net Book Value | $1,076.87 |
| CABINET BIOSAFETY STAND - FAM001647 | Emeryville, CA | $5,943.01 | Net Book Value | $5,943.01 |
| CABINET BIOSAFETY STAND A2 115V10 IN 5FT - FAM001661 | Emeryville, CA | $4,874.82 | Net Book Value | $4,874.82 |
| Cabinet, Biology Safety - FAM001470 | Boston, MA | $323.30 | Net Book Value | $323.30 |
| Carts and Racks (Shelving) & Installation - FAM000914 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cary 60 Instrument - FAM000760 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cary Eclipse Bundle includes WinFLR Software - FAM000817 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Celigo 5C Config - FAM001797 | Pleasanton, CA | $151,632.05 | Net Book Value | $151,632.05 |
| CELL CULTURE PACK J-15R AVANTI 120V IVD - FAM001646 | Emeryville, CA | $6,081.44 | Net Book Value | $6,081.44 |
| CELLINSIGHT CX5 - FAM001105 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Cellinsight CX5 - FAM000775 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CELLISIGHT CX7 HCA - FAM001612 | Pleasanton, CA | $101,732.09 | Net Book Value | $101,732.09 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Cellometer K2 Image Cytometer - FAM001620 | Boston, MA | $6,069.60 | Net Book Value | $6,069.60 |
| Cellometer K2 SK-150 - FAM001498 | Boston, MA | $966.00 | Net Book Value | $966.00 |
| Centrifuge - FAM000808 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Centrifuge 5424 R - FAM001106 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Centrifuge 5430 R 120v W/aerosol 48x2ml - FAM001806 | Pleasanton, CA | $9,382.17 | Net Book Value | $9,382.17 |
| Centrifuge EPP5810 - FAM000786 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Certrifuge - FAM000827 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Certrifuge - FAM000828 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CFX384 Touch Real-Time PCR Detection System - FAM001107 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| CFX384 Touch RealTime PCR System - FAM001108 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| CFX96 Touch Real-Time PCR Detection System - FAM001241 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Charged Aerosol Detector Accessories - FAM000813 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CHARGED AEROSOL DETECTOR H - FAM001605 | Pleasanton, CA | $23,629.69 | Net Book Value | $23,629.69 |
| ChemiDoc MP System - FAM001109 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Chromuim Controller & Accessory Kits - FAM001110 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| CIP Manifold CPL (Parts) - FAM000949 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CIP Manifold CPL (Parts) - FAM000950 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CLARIOstar Microplate Reader - FAM000846 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Clean Room Tables (Qty 18) - FAM000885 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Cleaning Validation plan for VANRX Isolator and Automation - FAM001758 | Pleasanton, CA | $6,125.00 | Net Book Value | $6,125.00 |
| Cleaning Validation Plan for VANRX Isolator and Automation Support - FAM001792 | Pleasanton, CA | $2,062.50 | Net Book Value | $2,062.50 |
| Cleaning Validation Plan for VANRX Isolator and Automation Support - FAM001808 | Pleasanton, CA | $5,625.00 | Net Book Value | $5,625.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000752 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000753 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000792 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000793 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000829 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000830 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000869 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000870 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000871 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000872 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000873 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000874 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CO2 Incubator Air Jacket TC Dual - FAM000875 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| CO2 Incubator Air Jacket TC Dual - FAM000876 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Color Module 4 for QTower2 - FAM001111 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Conv Mid Chroma 45 - FAM001112 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Core Grip 1000ul Waste Block - FAM001235 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Corona Veo RS Charged Aerosol Detector - FAM000816 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CP02 Cryoprep Pulverizer - FAM001114 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| CPAC Ultraflat HT 2-TEC - FAM001486 | Boston, MA | $267.59 | Net Book Value | $267.59 |
| CryoCube® F740h, 740 L, ULT freezer - FAM001566 | Emeryville, CA | $4,410.29 | Net Book Value | $4,410.29 |
| CryoPlus 4 Storage chamber - FAM001801 | Boston, MA | $24,100.43 | Net Book Value | $24,100.43 |
| CryoPlus 4 Storage chamber  - FAM001800 | Boston, MA | $24,100.43 | Net Book Value | $24,100.43 |
| Cryoplus 4 w/ Hot Gas Bypass - FAM001116 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cryoplus Square Racks - FAM001117 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Crystal M1 Filling Station - FAM000864 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Crystal M1 Filling Station - FAM000910 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| CX5 WIN 10 UPGRADE - FAM001575 | Pleasanton, CA | $1,735.51 | Net Book Value | $1,735.51 |
| CX5 WIN 10 UPGRADE EA  FAM001105 - FAM001578 | Emeryville, CA | $1,739.51 | Net Book Value | $1,739.51 |
| Cycler Nexus Gradient - FAM001118 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cycler Nexus Gradient - FAM001119 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cycler Nexus Gradient - FAM001120 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cycler Nexus Gradient - FAM001121 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| CyroPlus Racks - FAM001122 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Cytek Aurora 5 Laser UV/V/B/YG/R - FAM001639 | Emeryville, CA | $175,526.72 | Net Book Value | $175,526.72 |
| CytoFlex - FAM001636 | Boston, MA | $54,317.90 | Net Book Value | $54,317.90 |
| CytoFLEX LX U3-V5-B3-Y5-R3-I0 FLow Cytometer - FAM001595 | Emeryville, CA | $72,214.15 | Net Book Value | $72,214.15 |
| CytoFLEX LX(355) System - FAM001239 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| CytoFLEX S upgrade - FAM001657 | Boston, MA | $11,982.42 | Net Book Value | $11,982.42 |
| CytoFLEX S upgrade - FAM001662 | Boston, MA | $11,982.42 | Net Book Value | $11,982.42 |
| CytoFLEX System - FAM001543 | Boston, MA | $22,906.97 | Net Book Value | $22,906.97 |
| Developing and executing Cleaning Validation plan for VANRX Isolator - FAM001708 | Pleasanton, CA | $8,500.00 | Net Book Value | $8,500.00 |
| Dispenser MulitDrop Combi - FAM001123 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| DISPENSER MULTIDROP COMBI - FAM001547 | Emeryville, CA | $5,671.91 | Net Book Value | $5,671.91 |
| DMI1 Inverted Microscope-4 Phase 40MM - FAM000934 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| DMI1 Inverted Microscope-4 Phase 40MM - FAM000935 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| DMI1 Microscope w/HD Camera - FAM001124 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| DNA 120-115 Savant High - FAM001125 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Drive MFLEX IP Digital Vacuum & Pump - FAM000883 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Driver, ODTC Venus and Inheco - FAM001485 | Boston, MA | $1,080.28 | Net Book Value | $1,080.28 |
| DZS300V PKG DPLX 460/3/60 200V - FAM001415 | Emeryville, CA | $1,609.68 | Net Book Value | $1,609.68 |
| E220 Evolution Focused Ultrasonicator - FAM001126 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| E220 Evolution Focused Ultrasonicator - FAM001127 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| E-Gel Imager System - FAM001396 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| EL406 Combination Microplate Washer Dispenser - FAM001604 | Boston, MA | $22,252.41 | Net Book Value | $22,252.41 |
| EL406 MicroPlate Washer and Dispenser - FAM001128 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Elix Essential 15 Kit Water Purification System - FAM001772 | Boston, MA | $13,285.67 | Net Book Value | $13,285.67 |
| Ella System with Laptop - FAM001631 | Boston, MA | $20,320.40 | Net Book Value | $20,320.40 |
| Elute DAD - FAM001704 | Pleasanton, CA | $15,830.57 | Net Book Value | $15,830.57 |
| EMS Monitoring System Boston 6th Flr. - FAM001773 | Boston, MA | $123,313.31 | Net Book Value | $123,313.31 |
| Endosafe nexgen - MCS Package - FAM001580 | Pleasanton, CA | $7,934.08 | Net Book Value | $7,934.08 |
| Eppendorf Microcentrifuges Model 5430 - FAM000768 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Eppendorf Microcentrifuges Model 5430 - FAM000893 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Eppendorf Multipurpose Centerfuges 5810R - FAM001129 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Eppendorf ThermoMixer C - FAM001130 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Eppendorf ThermoMixer C - FAM001131 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Eppendorf® Mastercycler® Nexus Thermal Cycler - FAM001621 | Boston, MA | $3,143.57 | Net Book Value | $3,143.57 |
| Eppendorf® Mastercycler® Nexus Thermal Cycler - FAM001622 | Boston, MA | $3,143.57 | Net Book Value | $3,143.57 |
| Eppendorf® Multipurpose Centrifuge - FAM001510 | Emeryville, CA | $1,348.55 | Net Book Value | $1,348.55 |
| Equipment Accessories - FAM001465 | Emeryville, CA | $309.80 | Net Book Value | $309.80 |
| Evaporation System - FAM001433 | Boston, MA | $747.87 | Net Book Value | $747.87 |
| EVOS FL - FAM000836 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| EVOS Microscope - FAM001132 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Evos XL Core Mechanical Stage Microscope - FAM001496 | Emeryville, CA | $464.51 | Net Book Value | $464.51 |
| Excel Balance - FAM000903 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Excellence Precision Balance - FAM000968 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Excellence Precision Balance - FAM000969 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Excellence Precision Balance - FAM000974 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Execution for VCBACT/ALERT 3D Dual-T System - FAM000774 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| EZ4P-12060-NN0, EZ-2.4 PLUS Evaporator System EZ5243 - FAM001756 | Boston, MA | $36,552.83 | Net Book Value | $36,552.83 |
| Fast Prep-24 5G Instrument - FAM001238 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Fluidx Aperio 9-Channel - FAM001140 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Fluidx Sample Storage - FAM001141 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Forma 986 DD 216BX 208-23 - FAM001518 | Boston, MA | $1,437.53 | Net Book Value | $1,437.53 |
| Forma Stericycler Dual Chamber Incubator - FAM001142 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Forma Stericycler Dual Chamber Incubator - FAM001143 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Fragment Analyzer Automated CE System - FAM000812 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Fragment Analyzer System - FAM001145 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Freezer F740HI Cryocube - FAM001418 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Freezer Manual 23CF 120V/60HZ - FAM001006 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| FREEZER MANUAL 23CF 120V/60HZ - FAM001386 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Freezer TSX50086A 23 cu ft -86 - ID #10090 - FAM000933 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Gene Pulser Xcell Microbial System - FAM001623 | Boston, MA | $3,277.56 | Net Book Value | $3,277.56 |
| Gene Pulser Xcell Microbial System - FAM000997 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Gene Pulser Xcell Total System - FAM001146 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| gentleMACS Octo Dissociator - FAM001147 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| GentleMACS Octo Dissociator with Heaters - FAM001247 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| GILSON PLATEMASTER - FAM001571 | Emeryville, CA | $3,729.37 | Net Book Value | $3,729.37 |
| Glasswasher - FAM001748 | Boston, MA | $20,926.12 | Net Book Value | $20,926.12 |
| Gowning Benches for Clean Room - FAM000866 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Guava EasyCyte HT - FAM001149 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Guava EasyCyte HT - FAM001150 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Hamilton Star robot w/96 probehead - FAM001232 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| HD Camera Package - Microscope - FAM000843 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Hera 160I Dual SST Tc 120V (2 units) - FAM001424 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| HERA VIOS 160I CO2 CU TC 120V - FAM001584 | Boston, MA | $5,067.19 | Net Book Value | $5,067.19 |
| Heracell CO2 Dual Incubator - FAM001151 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heracell CO2 Dual Incubator - FAM001152 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heracell CO2 Dual Incubator - FAM001153 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heracell CO2 Dual Incubator - FAM001154 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heracell Vios 160i/2 Customer Material Number - FAM001783 | Boston, MA | $17,088.10 | Net Book Value | $17,088.10 |
| Heracell VIOS 160i/2 Customer Material Number - FAM001785 | Boston, MA | $17,088.10 | Net Book Value | $17,088.10 |
| Heraeus Megafuge 8R - FAM001155 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heraeus Multifuge X1/R - FAM001156 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heraeus Multifuge X1/R - FAM001157 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Heratherm APS oven 60L - FAM000981 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Hiac Model 9703+ Sampler for use with Model HRLD sensors - FAM001728 | Pleasanton, CA | $32,776.55 | Net Book Value | $32,776.55 |
| High-throughput Screener - FAM001400 | Boston, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| HistoCore Arcadia H - Paraffin Dispenser - FAM001655 | Boston, MA | $8,581.10 | Net Book Value | $8,581.10 |
| HM355S Microtome Package - FAM001159 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Hoshizaki Flake Ice Machine F-500BAJ - FAM001499 | Emeryville, CA | $509.04 | Net Book Value | $509.04 |
| I3X Spectra Max Multi Mode Microplate - FAM001160 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Incubator CO2 Probes - FAM001162 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| IncuCyte S3 System Package - FAM001163 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| IncuCyte S3 System Package - FAM001597 | Boston, MA | $38,119.52 | Net Book Value | $38,119.52 |
| IncuCyte Spheroid Software Module - FAM001480 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Incucyte® Initial System Installation - FAM001615 | Boston, MA | $864.62 | Net Book Value | $864.62 |
| Inheco 96 ODTC XL Back and ODTC - FAM001487 | Boston, MA | $915.71 | Net Book Value | $915.71 |
| InMotion KF Pro Oven autosampler - FAM001650 | Pleasanton, CA | $8,194.88 | Net Book Value | $8,194.88 |
| InPro6860i - FAM000825 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| InPro6860i - FAM000826 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Inside Delivery II - FAM001164 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Installation and Training, and Method development Service - FAM001515 | Emeryville, CA | $828.17 | Net Book Value | $828.17 |
| Installation Live remote training on instrument - FAM001633 | Pleasanton, CA | $3,132.79 | Net Book Value | $3,132.79 |
| Installation of Tubing for new Rees DP sensors - FAM001723 | Pleasanton, CA | $7,615.91 | Net Book Value | $7,615.91 |
| Installation Service for the Monitoring System - FAM001795 | Boston, MA | $39,001.71 | Net Book Value | $39,001.71 |
| InterMetro qwikTRAK high density storage system - FAM001768 | Boston, MA | $5,280.61 | Net Book Value | $5,280.61 |
| InterMetro qwikTRAK high density storage system shelving - FAM001786 | Boston, MA | $5,351.87 | Net Book Value | $5,351.87 |
| IQ/OQ for 3 GMP BioFlo 320 Controllers - FAM000916 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| iS50 Spectrometer - FAM001565 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| iSeq 100 System - FAM001165 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Ismatec ISM918 MCP Process Digital Drive - FAM000945 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Ismatec ISM918 MCP Process Digital Drive - FAM000946 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ISOTEMP 300 115V 60HZ - -80C - FAM001596 | Boston, MA | $2,824.80 | Net Book Value | $2,824.80 |
| ISWAP, CO-RE II 96 Head - FAM001434 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| KF Flex with 96 DW Head - FAM001240 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| KF Flex with 96 DW head. - FAM001544 | Boston, MA | $11,987.79 | Net Book Value | $11,987.79 |
| KF FLX 96 Deep, SMST - FAM001166 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| KF with autosampler - FAM001640 | Pleasanton, CA | $5,581.16 | Net Book Value | $5,581.16 |
| Kit SevenExcellence Triple Channel Instr - FAM000942 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| KMPI Complete System - FAM000845 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| KMPI Complete System (Arlyn Scale) - FAM000844 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| KMPI, Complete System - FAM000973 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lab Benches - FAM001167 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Lab Benches - FAM001169 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Lab equip acc data writer USB-P25/03 - FAM001381 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Lab Nitrogen Generator GENIUS SQ 24 120V - FAM001754 | Pleasanton, CA | $13,923.66 | Net Book Value | $13,923.66 |
| Lab Stools (10 each) - FAM001173 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Labonco Bio-Safety Cabinet - FAM001457 | Pleasanton, CA | $200.00 | Net Book Value | $200.00 |
| Lamp Assy CPL - FAM000944 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| LCMS system  10% payment after UAT acceptance - FAM001678 | Pleasanton, CA | $41,839.61 | Net Book Value | $41,839.61 |
| LCMS system  40% down payment - FAM001664 | Pleasanton, CA | $230,839.28 | Net Book Value | $230,839.28 |
| LE-BIO-2 Biosafety Cabinet - FAM001175 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Legend Micro Centrifuge 21R - FAM001176 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Leica ST4020 Small Linear Stainer - FAM001177 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| LG CAP ADV CO2 INC 29 CU FT - FAM001745 | Pleasanton, CA | $13,735.34 | Net Book Value | $13,735.34 |
| LSR Fortessa SO & Two NEC 23 Inch LED's - FAM001178 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| M1 Machine - FAM000998 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| M1 Machine - FAM000999 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| M9 Laboratory TOC Analyzer - FAM001420 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| M9 Validation Plus Data Pro2 - FAM001429 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Mastercycler GSX1 PCR Machine - FAM001179 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Mastercycler Nexus - FAM001180 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mastercycler Nexus (2 each) - FAM001245 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mastercycler Nexus Eco - FAM001181 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MasterCycler Nexus Gradient - FAM001182 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MasterCycler Nexus Gradient - FAM001183 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MasterCycler Nexus Gradient - FAM001184 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MasterCycler Nexus Gradient - FAM001185 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mastercycler Nexus Gradient - FAM001186 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mastercycler Nexus Gradient Exo - FAM001187 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mastercycler nexus X2/EA - FAM001563 | Emeryville, CA | $1,609.42 | Net Book Value | $1,609.42 |
| Material Passthrough - FAM001665 | Pleasanton, CA | $27,388.51 | Net Book Value | $27,388.51 |
| Maurice Instrument - FAM001188 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Megafuge ST4R Plus-MD, 120V TX-1000 Cell - FAM001793 | Boston, MA | $11,194.28 | Net Book Value | $11,194.28 |
| MESO Quickplex SQ 120 MSD - FAM001189 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Mettler Toledo XS104 Scale - FAM001190 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Microcell 1.2mm Sun Quick Connect flow path - FAM001617 | Pleasanton, CA | $49,656.52 | Net Book Value | $49,656.52 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Microfuge 20R - FAM001191 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Microfuge 20R - FAM001192 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Microfuge 20R - FAM001193 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Microlab STAR System - FAM001194 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Microscope - FAM001195 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Microscope  EVOS M5000 Imaging System - FAM001557 | Boston, MA | $6,667.06 | Net Book Value | $6,667.06 |
| Microvolume Spectrophotometer & Fluorometer - FAM001196 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Miele Laboratory Glassware Washer - FAM001198 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Mill-Q Integral 5 Water Purification System - FAM001199 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| MISCFURN-STD 1375/Cabinet/EA - FAM001790 | Boston, MA | $8,909.78 | Net Book Value | $8,909.78 |
| MiSeq Installation and Operational Qualification - FAM000772 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| MiSeq instrument + IOQ - FAM001614 | Pleasanton, CA | $39,049.31 | Net Book Value | $39,049.31 |
| MiSeq System - FAM000751 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| MiSeqDx System - FAM001200 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Mobile Workstation, i5 - FAM001372 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Mobius w/QELS & Atlas Cell Pressurization System - FAM001201 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Model SU105UE Ultra-Low Temperature Undercounter Freezer - FAM001500 | Pleasanton, CA | $817.25 | Net Book Value | $817.25 |
| Model SU105UE Ultra-Low Temperature Undercounter Freezer - FAM001501 | Pleasanton, CA | $738.65 | Net Book Value | $738.65 |
| MS Surface Tablet for Lab - FAM000807 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| MS304TS Mettler Toledo Precision Balance - FAM001202 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MS-Validation Service for the Monitoring System - FAM001811 | Boston, MA | $7,961.52 | Net Book Value | $7,961.52 |
| Multidrop® Combi Reagent Dispenser - FAM001253 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Multifuge X1 R Tissue Culture - FAM001203 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Multitron Pro 3 mm - FAM001005 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Multitron Pro, 25mm - FAM000853 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Multitron Std Pkg, single 25 mm, top cooling, 6" - FAM001570 | Emeryville, CA | $5,805.81 | Net Book Value | $5,805.81 |
| Multitron, Adjustable throw - FAM001395 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Multitron, Adjustable Throw: 12.5mm, 19mm, 25mm, 50mm - FAM001526 | Pleasanton, CA | $20,924.76 | Net Book Value | $20,924.76 |
| Multitron, Adjustable Throw: 12.5mm, 19mm, 25mm, 50mm - FAM001528 | Pleasanton, CA | $20,924.76 | Net Book Value | $20,924.76 |
| MVE HEco 815P-190AF-TS - FAM001204 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| MVE HEco 815P-190AF-TS - FAM001607 | Boston, MA | $7,575.75 | Net Book Value | $7,575.75 |
| NanoAssemblr Ignite Instrument - FAM001559 | Emeryville, CA | $16,084.51 | Net Book Value | $16,084.51 |
| Nanodrop 2000C Spectrophotometer - FAM001439 | Pleasanton, CA | $208.35 | Net Book Value | $208.35 |
| Nanodrop 8000 - FAM001243 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Nanodrop 8000 - FAM000839 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| NANODROP 8000 WITH LAPTOP - FAM001403 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NanoDrop One - FAM001248 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| NanoDrop One Spectrophotometer - FAM001206 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Nanodrop One Spectrophotometer - FAM001497 | Pleasanton, CA | $726.48 | Net Book Value | $726.48 |
| NanoDrop OneC Spectrophotometer - FAM001207 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Ncubator Heratherm Refrigerator - FAM000781 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Neon System Starter Pack - FAM001209 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Neon™ Transfection System Starter Pack - FAM001600 | Boston, MA | $3,445.20 | Net Book Value | $3,445.20 |
| New Brunswick I26 Shaker - FAM001210 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| New Brunswick I26 Shaker - FAM001211 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| New Brunswick Innova 42 Shaker - FAM001242 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| New Brunswick Innovation U725 - FAM001212 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| New Brunswick Innovation U726 - FAM001213 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| New Brunswick OP-76 Optical pH Module & Parts - FAM000854 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| New Brunswick OP-76 Optical pH Module & Parts - FAM000855 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| New CAM Centrifuge for Mass Spec lab - FAM001644 | Boston, MA | $4,743.90 | Net Book Value | $4,743.90 |
| New CAM Centrifuge for Mass Spec lab - FAM001653 | Boston, MA | $1,952.83 | Net Book Value | $1,952.83 |
| New Cryo Unit - MVE HEco 815P-190AF-TS - FAM001585 | Boston, MA | $6,854.25 | Net Book Value | $6,854.25 |
| New REES Monitoring installation for Site Gen2 Buildout - FAM001720 | Pleasanton, CA | $25,890.56 | Net Book Value | $25,890.56 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001774 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001775 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001776 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001777 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001778 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001779 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001780 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| Next Generation Upright Ultra-Low Temperature Freezer Capacity - FAM001781 | Boston, MA | $9,161.62 | Net Book Value | $9,161.62 |
| NextGen PTS - FAM000761 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Node 3 Add for Rees Monitoring System - FAM001214 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NovaSeal Li-Ion Battery Powered Crimping Tool - FAM000936 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NovaSeq 6000 Sequencing System - FAM001215 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Nucleo Counter NC-200 - FAM000980 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NucleoCounter NC-200 - FAM000749 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NucleoCounter NC-200 - FAM000790 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NucleoCounter NC-200 - FAM000856 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| NucleoCounter NC-200 - FAM000862 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| NucleoCounter NC-200 - FAM000863 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Octet HTX Instrument Installation - FAM001250 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Octet HTX System - FAM001251 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| OCTET Qke System - FAM001216 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| OCTET Qke System Installation - FAM001217 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Octo-Macs dissociator - FAM001627 | Emeryville, CA | $10,655.28 | Net Book Value | $10,655.28 |
| Ohaus Adventurer AX324 Analytical Balance - FAM001218 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Olympus CX31 Digital Microscope - FAM001219 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Olympus SZX10 Microscope - FAM000820 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Omni Beac Ruptor 24 Elite - FAM001220 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| On-site Compliance Assurance for SpectraMax - FAM000757 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical Dissolved Oxygen Sensor 320mm - FAM000920 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical Dissolved Oxygen Sensor 420mm - FAM000921 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical Dissolved Oxygen Sensor 420mm - FAM000922 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical Dissolved Oxygen Sensor 420mm - FAM000923 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Optical Dissolved Oxygen Sensor 420mm - FAM000924 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Orbitrap Fusion Lumos - FAM001221 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Orbitrap Fusion Lumos Upgrade - FAM001222 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Osmotech pro - FAM001669 | Pleasanton, CA | $28,515.79 | Net Book Value | $28,515.79 |
| OsmoTECH PRO Multi-Sample Micro-Osmometer - FAM001638 | Pleasanton, CA | $24,070.26 | Net Book Value | $24,070.26 |
| PARTICLE COUNTER,230v, ETH OPT - FAM001635 | Pleasanton, CA | $20,456.16 | Net Book Value | $20,456.16 |
| PCB Main P-900 (Parts) - FAM000939 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| PCB Motor Control - FAM000941 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| PCR Laptop Computer - FAM001223 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Pencil Lip STL - FAM001224 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| PendoTECH Sensor Data - FAM001538 | Pleasanton, CA | $6,063.13 | Net Book Value | $6,063.13 |
| Peristaltic Pump:  DRIVE MFLEX IP DIGITAL - FAM001533 | Pleasanton, CA | $1,210.15 | Net Book Value | $1,210.15 |
| Peristaltic pumps & LNP Tubing - FAM000947 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Peristaltic pumps & LNP Tubing - FAM000948 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Pharma KingFisher Flex 96 DPWL - FAM000787 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Pico Fresco 21 Promo EA - FAM001225 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Pico/Fresco 21 Centrifuge - FAM001226 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Pico/Fresco 21 Centrifuge - FAM001227 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Pico/Fresco 21 Centrifuge - FAM001228 | Boston, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Pico/Fresco 21 Centrifuge - FAM001229 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Pipetting head - FAM001463 | Emeryville, CA | $404.11 | Net Book Value | $404.11 |
| Pipetting head - FAM001464 | Emeryville, CA | $1,525.08 | Net Book Value | $1,525.08 |
| PLA 3.0 - Base System and Validation Package - FAM001376 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Plate Washer - FAM001230 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Platemaster 220uL - FAM001231 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| PO 14445 - FAM001399 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| PO 16334 - FAM001451 | Emeryville, CA | $1,677.43 | Net Book Value | $1,677.43 |
| PO 9876 Allegra X14R 120V - FAM000982 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Praxair Distribution - FAM001255 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Proflex 3x32-Well PCR System - FAM001256 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Project Svcs - FAM001738 | Pleasanton, CA | $43,101.03 | Net Book Value | $43,101.03 |
| Promo Mastercycler GX2 PCR Machine - FAM001257 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| PTS Nexgen Instrument Kit - FAM000776 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| PURELAB Chorus 2 RO/DI - FAM001258 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| PURELAB Ultra Genetic - FAM001483 | Pleasanton, CA | $600.18 | Net Book Value | $600.18 |
| Puri Filter PCR w/ LED Monitor - FAM001259 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Purifier Filtered PCR Enclosure - FAM001260 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Q500 Sonicator & Accessories - FAM001261 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| QIAcube Connect - FAM000821 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| QS7-PRO 96W 0.2ML QPCR - FAM001710 | Pleasanton, CA | $38,902.50 | Net Book Value | $38,902.50 |
| Qstudio 6 FLX - FAM001264 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Qstudio 6 FLX - FAM000745 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Qstudio 6 FLX & Accessories - FAM000789 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| QSTUDIO 6 FLX, 96 WELL INST, LPTP 1 SYSTEM - FAM000847 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| qTower G PCR - FAM001265 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Quantum 600 Universal Pump - FAM001676 | Pleasanton, CA | $7,134.05 | Net Book Value | $7,134.05 |
| R230-Focused-ultrasonicator - FAM001447 | Boston, MA | $1,989.05 | Net Book Value | $1,989.05 |
| ReadyKart w/3 shelves - FAM000917 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Reclass deposit for IPEC - FAM001735 | Pleasanton, CA | $403,923.81 | Net Book Value | $403,923.81 |
| Rees Monitoring System - FAM001266 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Rees Monitoring System - FAM001267 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Rees Monitoring System - FAM001268 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Rees Monitoring System - FAM001269 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Rees Monitoring System - FAM001270 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Rees Monitoring System - FAM001271 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Rees Monitoring System - FAM001272 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| REES Point for Plasmid Build Out - FAM001421 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Refrigerated Centrifuge - FAM001459 | Emeryville, CA | $427.59 | Net Book Value | $427.59 |
| Refrigerator - FAM001273 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Refrigerator - FAM001274 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Refrigerator Glass 23CF 120V/60 HZ - FAM001382 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Refrigerator Solid 23CF 120V/60HZ - FAM001004 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Replacement Parts for AKTAPILOT - FAM000938 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| REVCO 23CF FMS FRZ -20C 115/60 - FAM001572 | Boston, MA | $2,210.04 | Net Book Value | $2,210.04 |
| Revco 30CF Lab Freezer - FAM001244 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Revco Freezer - FAM001275 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Revco Gen Purp Freezer - FAM001328 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Revco Gen Purpose Freezer - FAM001329 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Revco Gen Purpose Refrigerator - FAM001254 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Revco General Purpose Freezer - FAM001276 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Revco General Purpose Freezer - FAM001277 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Revco General Purpose Freezer - FAM001278 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Revco General Purpose Lab Freezer - FAM001279 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| REVO PRO Series Freeze Dryer A/C 1664 - FAM001475 | Pleasanton, CA | $7,808.71 | Net Book Value | $7,808.71 |
| Revolve FL Microscope & Accessories - FAM000755 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Revolve FL Microscope & Accessories - FAM000798 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RGL5004A Revco Lab Refrigerator - FAM001280 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RGL5004A Revco Lab Refrigerator - FAM000763 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RGL5004A Revco Lab Refrigerator - FAM000802 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RGL5004A Revco Lab Refrigerator - FAM000838 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| RLE40086A 115V/60HZ Freezer - FAM001281 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| S1000™ Thermal Cycler with Dual Fast Reaction Module - FAM001551 | Boston, MA | $1,761.94 | Net Book Value | $1,761.94 |
| S20 - Colton, Daniel, 08/7 & 8/23/23 Varnx EMPQ protocol review - FAM001798 | Pleasanton, CA | $680.00 | Net Book Value | $680.00 |
| Sample Inlet Valve Kit\ - FAM001282 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Sample Pump S9 - FAM001283 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| SARTOCHECK® 5 Plus Automatic filter integrity tester - FAM001561 | Pleasanton, CA | $11,595.39 | Net Book Value | $11,595.39 |
| Sartocheck4 plus Filter Tester - FAM000918 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Sartorius Pro UV Polisher - FAM001284 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| Sartorius Stedim BioSealer - FAM000908 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Sartorius Stedim BioWelder - FAM000909 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SBA-3001 4D Nucleofector Automation Package - FAM001757 | Pleasanton, CA | $17,973.43 | Net Book Value | $17,973.43 |
| Sealer Super Auto Capmat - FAM001001 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Sector S600 - FAM001287 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Series A2 Class II, Biological Safety Cabinet - FAM000779 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SevenExcellence pH/mV/DO and Conductivity Meter - FAM000978 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SH800 Cell Sorter - FAM001288 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| SH800 Cell Sorter Laser - FAM001289 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Shaker, Orbital, MaxQ 6000, Thermo Scientific Incubated - FAM001491 | Boston, MA | $384.76 | Net Book Value | $384.76 |
| Shelving & Insallation - FAM000771 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Shelving and Installatoin - FAM001290 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Ship Level, Labchip GX II Touch - FAM001474 | Emeryville, CA | $5,821.45 | Net Book Value | $5,821.45 |
| Shuttle Ult Freezer 120V ULT25NE - FAM000937 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Simpliamp Pkg + Enduraplates - FAM000964 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Simpliamp Pkg + Enduraplates - FAM000965 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Simpliamp Thermal Cycler - FAM000805 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Simpliamp Thermal Cycler - FAM000835 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Single-pin automated colony picker - FAM001494 | Emeryville, CA | $4,193.52 | Net Book Value | $4,193.52 |
| SMP GXP Install Svcs for SoftMax Pro/SpectraMax - FAM001292 | Cambridge, MA | $0.00 | Net Book Value | $0.00 |
| SoftMax Pro 7 GxP - FAM000746 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SoftMax Pro Updated Software for SpectraMax - FAM001293 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| SoloVPE System - FAM001562 | Pleasanton, CA | $13,829.82 | Net Book Value | $13,829.82 |
| Sorlegxt R TX-1000Pkg TC40/88 - FAM001233 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Sorvall 21R 24X2 RTR Centrifuge - FAM001294 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Sorvall Centrifuge - FAM001458 | Pleasanton, CA | $296.86 | Net Book Value | $296.86 |
| Sorvall Centrifuge Legend XTR - FAM001295 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Sorvall Leg X1 Micrplate Pkg - FAM001296 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Sorvall Legend Micro 17R - FAM001581 | Emeryville, CA | $1,659.38 | Net Book Value | $1,659.38 |
| Sorvall Legend XTR Package (2 each) - FAM001008 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Sorvall X1 Pro - FAM001643 | Boston, MA | $2,587.83 | Net Book Value | $2,587.83 |
| Sorvell Centrifuge - FAM001455 | Pleasanton, CA | $296.86 | Net Book Value | $296.86 |
| SP-103-1006 MiSeq Installation and Operational Qualification - FAM001741 | Pleasanton, CA | $5,002.61 | Net Book Value | $5,002.61 |
| SpectraDrop Micro-Volume Starter Kit for SpectraMax i3x - FAM000815 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SpectraMax i3x - FAM000814 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SpectraMax I3X Microplate Platform - FAM001297 | Boston, MA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---:|---|---:|
| SpectraMax i3x Multi-Mode Microplate Detection Platform - FAM000747 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| SpectraMax i3x Multi-Mode Microplate Detection Platform - FAM001660 | Pleasanton, CA | $29,799.55 | Net Book Value | $29,799.55 |
| SpectraMax Microplate - FAM001298 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| SpectraMax MultiMode Microplate - FAM001299 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| SRVLX4R PRO-MD, 120V TX-1000CC (2 units) - FAM001417 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Stability Chamber Chamber application: stability of biologics and vaccines - FAM001641 | Pleasanton, CA | $4,600.18 | Net Book Value | $4,600.18 |
| Stability Chamber FAM001641 - FAM001642 | Pleasanton, CA | $1,971.50 | Net Book Value | $1,971.50 |
| Star 8/96 AI iswap - FAM001484 | Boston, MA | $8,011.83 | Net Book Value | $8,011.83 |
| STAR Auto Load Full cover - FAM001656 | Pleasanton, CA | $107,783.91 | Net Book Value | $107,783.91 |
| STAR SCAP with UV - FAM001554 | Boston, MA | $2,293.84 | Net Book Value | $2,293.84 |
| STAR SCAP with UV - FAM001569 | Boston, MA | $2,394.93 | Net Book Value | $2,394.93 |
| Sterilizer Installation - FAM001301 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Stirling ULT Freezer - FAM001514 | Pleasanton, CA | $1,509.62 | Net Book Value | $1,509.62 |
| STIRLING ULT FREEZER - FAM001537 | Pleasanton, CA | $2,516.22 | Net Book Value | $2,516.22 |
| STIRLING ULT FREEZER - FAM001539 | Pleasanton, CA | $2,589.72 | Net Book Value | $2,589.72 |
| STIRLING ULT FREEZER - FAM001540 | Emeryville, CA | $2,590.83 | Net Book Value | $2,590.83 |
| STIRLING ULT FREEZER SU780XLE 120V/240V - FAM001673 | Emeryville, CA | $8,662.42 | Net Book Value | $8,662.42 |
| Stirling Ultracold Model SU780XLE Ultra-Low Temperature Upright Freezer - FAM001588 | Pleasanton, CA | $4,924.78 | Net Book Value | $4,924.78 |
| Stirling Ultracold Model SU780XLE Ultra-Low Temperature Upright Freezer - FAM001589 | Pleasanton, CA | $4,924.78 | Net Book Value | $4,924.78 |
| Stirling Ultracold Upright Freezers - FAM001730 | Pleasanton, CA | $10,841.59 | Net Book Value | $10,841.59 |
| Stools Lab Chairs andResin Counter Top - FAM001302 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| SW-41TI Rotor - FAM001303 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Symphony 5.3A Dual Stack Incubator - FAM001304 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Symphony 5.3A Dual Stack Incubator - FAM001305 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| System Fltr Balance Xpert 4ft W 22in ht - FAM001373 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| System, Fusion 2 Mass Spec - FAM001306 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Tables and Racks for Plasmid Processing Area - FAM001385 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Tall Lab Cabinet - FAM001307 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| TDE60086FARK STP ULT GP PROMO - FAM001430 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Temperature, Thermistor and Carbon Dioxide Sensors - FAM001308 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Termostat for Agilent 1100 (4 pieces) - FAM000804 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Biosafety Cabinet 1300A - FAM001309 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific GP Refrigerator - FAM001312 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific GP Refrigerator - FAM001313 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC Enzyme/Lab Freezers - FAM000756 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Thermo Scientific HC Enzyme/Lab Freezers - FAM000834 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC Enzyme/Lab Freezers - FAM000886 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000796 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000887 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000888 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000889 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000890 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000891 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific HC General Purpose Lab Refrigerators - FAM000892 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific NanoDrop One Microvolume UV - FAM000966 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific NanoDrop One Microvolume UV - FAM000967 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific Revco RLE30086A ULT Freezer - FAM000899 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific Revco RLE30086A ULT Freezer - FAM000900 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific Sorvall ST4 Plus Centrifuge Series - FAM001592 | Boston, MA | $3,629.70 | Net Book Value | $3,629.70 |
| Thermo Scientific TSX ULT Freezer - FAM000758 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific TSX ULT Freezer -86 - FAM000799 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific™ Biological Safety Cabinet - FAM001314 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific™ CO2 Incubator - FAM001316 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific™ CO2 Incubator - FAM001317 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific™ Safety Cabinet - FAM001315 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermo Scientific™ TSX Series Defrost Freezer - FAM001527 | Boston, MA | $1,118.58 | Net Book Value | $1,118.58 |
| Thermomixer - FAM000750 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer - FAM000791 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C - FAM001318 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001319 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001320 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001321 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001322 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001323 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM001324 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000780 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000848 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000952 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000953 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000954 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Thermomixer C Ena - FAM000955 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000956 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000957 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000958 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000959 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000960 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000961 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000962 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Thermomixer C Ena - FAM000963 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ThermoMixerC - FAM001325 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Titrator Compact C20SD, C20S Compact Karl Fischer Coulometric - FAM001387 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Titrator Compact C20SD, C20S Compact Karl Fischer Coulometric - FAM001404 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Trans-Blot Turbo Transfer Starter System - FAM001326 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| Trans-Blot Turbo Transfer System - FAM000764 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Trans-Blot Turbo Transfer System - FAM000803 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Travel Travel Expenses VPHP - FAM001766 | Pleasanton, CA | $2,734.28 | Net Book Value | $2,734.28 |
| TRAVEL Travel SAT/Install/Training/IQOQ - FAM001746 | Pleasanton, CA | $9,563.19 | Net Book Value | $9,563.19 |
| TSX Freez 20CF - FAM001512 | Boston, MA | $752.01 | Net Book Value | $752.01 |
| TSX Freez Lab 30CF - FAM001513 | Boston, MA | $752.01 | Net Book Value | $752.01 |
| TSX FRZ LAB - FAM001431 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| TSX FRZ MANUAL 23CF 120V/60HZ - FAM001628 | Boston, MA | $3,007.38 | Net Book Value | $3,007.38 |
| TSX FRZ MANUAL 23CF 120V/60HZ - -20C - FAM001594 | Boston, MA | $2,382.84 | Net Book Value | $2,382.84 |
| TSX Glass 50 CF - FAM001531 | Boston, MA | $1,094.42 | Net Book Value | $1,094.42 |
| TSX REF Solid 50 Cf 120V  - FAM001511 | Boston, MA | $902.10 | Net Book Value | $902.10 |
| TSX REF SOLID 50 CF 120V/60HZ - FAM001574 | Boston, MA | $2,239.47 | Net Book Value | $2,239.47 |
| Two Cylinder Nitrogen Panel - FAM001327 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Ult Freezer + Racks+Box - FAM000852 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ULT Freezer, B-Stock STIRLING ULT FREEZER - FAM001624 | Emeryville, CA | $5,859.09 | Net Book Value | $5,859.09 |
| Ultra Freezer Revco 115V/60 HZ - FAM000987 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Ultra Freezer Revco 115V/60 HZ 300 Box - FAM000989 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Ultrasonic Cell 500W, 110V - FAM001577 | Emeryville, CA | $1,844.01 | Net Book Value | $1,844.01 |
| Undercounter Ult Freezer 3.7 CF SU105UE - FAM001411 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| UNDERCOUNTER ULT FREEZER 3.7CF SU105UE - FAM001782 | Boston, MA | $15,449.55 | Net Book Value | $15,449.55 |
| Undercounter Ult Freezer 3.7CF SU105UE (2 each) - FAM001003 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Unicorn 7 Avant pkg - FAM001330 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Upright ULT freezer - FAM001629 | Pleasanton, CA | $6,412.56 | Net Book Value | $6,412.56 |
| Upright ULT freezer - FAM001630 | Pleasanton, CA | $6,412.56 | Net Book Value | $6,412.56 |
| UPS (Uninterruptible Power Supply) - FAM001331 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| UPS 16kvA for fill room equipment - FAM001682 | Pleasanton, CA | $11,852.43 | Net Book Value | $11,852.43 |
| UVP GELDOC-IT2 Imaging System & Thermal Printer - FAM001374 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| V3.5 Innorack 8 Wide 10High - FAM001468 | Emeryville, CA | $552.26 | Net Book Value | $552.26 |
| Validation for Freezer Revco 115V - FAM001000 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Validation of Vaisala system - FAM001810 | Boston, MA | $3,697.34 | Net Book Value | $3,697.34 |
| Vanquish Flex UHPLC with CAD and DAD detector - FAM001807 | Pleasanton, CA | $112,458.41 | Net Book Value | $112,458.41 |
| Vanquish Flex UPLC system - FAM001724 | Boston, MA | $23,811.03 | Net Book Value | $23,811.03 |
| Vanrx Microcell Vial Filler - FAM001579 | Pleasanton, CA | $1,013,093.96 | Net Book Value | $1,013,093.96 |
| Vanrx Microcell Vial Filler - FAM001603 | Pleasanton, CA | $110,314.84 | Net Book Value | $110,314.84 |
| Vapor Phase Freezer - FAM000912 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VCBACT/ALERT 3D Dual-T System - FAM000770 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VERSA PC Upgrade - FAM001608 | Boston, MA | $9,342.27 | Net Book Value | $9,342.27 |
| Vi-CELLTM Cell Viability Analyzer - FAM001334 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VisionMate SR Barcode Reader - FAM001335 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VisionMate SR Barcode Reader - FAM001336 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VivaFlow 50 Complete System - FAM001337 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001338 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001339 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001340 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001341 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001342 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001343 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001344 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Dual Incubator - FAM001345 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket - FAM001452 | Emeryville, CA | $1,128.95 | Net Book Value | $1,128.95 |
| VWR CO2 Incubator Air Jacket TC 6.5CF - FAM000983 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket TC 6.5CF - FAM000984 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket TC 6.5CF - FAM000985 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket TC 6.5CF - FAM000986 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket TC Dual - FAM000841 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR CO2 Incubator Air Jacket TC Dual - FAM000842 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR Dura Shaker Extreme Environment 120V - FAM000943 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VWR Freezer -80 40086D - FAM001346 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Freezer -80 40086D - FAM001348 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Freezer -80 40086D - FAM001349 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR FREEZER ULT - FAM001410 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Freezer ULT-Lw Temp Rack 208V 39.6IN - FAM001462 | Emeryville, CA | $420.39 | Net Book Value | $420.39 |
| VWR Generator Hydrogen - FAM000819 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| VWR Inverted Microscope - FAM001350 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Lab Freezer - FAM001252 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR Lab Freezer -20C - FAM001351 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR Lab Freezer -20C - FAM001352 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR Lab Refrigerator - FAM001354 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR Lab Refrigerator - FAM001355 | Emeryville, CA | $0.00 | Net Book Value | $0.00 |
| VWR REFRIGERATOR GLASS DOOR - FAM001648 | Emeryville, CA | $3,114.09 | Net Book Value | $3,114.09 |
| VWR Shaker Model 5000I - FAM001357 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Trinocular Inverted Microscope - FAM001358 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Ult Freezer - FAM001359 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Ult Freezer - FAM001360 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| VWR Ult Freezer - FAM001361 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Wards Bioclave 16L - FAM000849 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Water Conditioning System - FAM001362 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| Windows 10 Pro computer workstation, Uni Starter Pack - FAM001625 | Pleasanton, CA | $60,468.71 | Net Book Value | $60,468.71 |
| Wire Mesh Cage with Keyless Entry - FAM001363 | Boston, MA | $0.00 | Net Book Value | $0.00 |
| XS Series Precision Balance - FAM000884 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| XS Series Precision Balance - FAM000894 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| Zetasizer Nano-ZS - FAM000809 | Pleasanton, CA | $0.00 | Net Book Value | $0.00 |
| ZWSEESIN1 Elix Essential Installation - FAM001799 | Boston, MA | $1,891.64 | Net Book Value | $1,891.64 |
| | **TOTAL:** | **$5,129,186.21** | **TOTAL:** | **$5,129,186.21** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 5959 Horton Street, Suite 300  Emeryville, CA 94608 | Emeryville, CA | Leasehold | Not applicable | Not applicable | Not applicable |
| 660 Beacon Street, 6th Floor Boston, MA 02215 | Boston, MA | Leasehold | Not applicable | Not applicable | Not applicable |
| 4698 Willow Road Pleasanton, CA 94588 | Pleasanton, CA | Leasehold | Not applicable | Not applicable | Not applicable |
| 40 Erie Street #120, Cambridge, MA 02139 | Cambridge, MA | Leasehold | Not applicable | Not applicable | Not applicable |
| 5934 Gibraltar Drive, Suite 205, Pleasanton, CA 94612 | Pleasanton, CA | Leasehold | Not applicable | Not applicable | Not applicable |
| Various improvements to leased property | Emeryville | Leasehold Improvements | $4,235,814.54 | Net Book Value | $4,235,814.54 |
| Various improvements to leased property | Pleasanton | Leasehold Improvements | $361,221.11 | Net Book Value | $361,221.11 |
| | | **TOTAL:** | **$4,597,035.65** | **TOTAL:** | **$4,597,035.65** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **TRADEMARKS** | | | |
| GRANITE - Trademark - United States of America - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE  - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE  - Trademark (Foreign) - Venezuela - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark - United States of America - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Australia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Canada - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Chile - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Lapsed | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - China - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Colombia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Costa Rica - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - European Union Trademark Design Office - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Hong Kong - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - India - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Indonesia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Israel - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Japan - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| GRITSTONE - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Mexico - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Mexico - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Mexico - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Mexico - Pending | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - New Zealand - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Norway - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Philippines - Pending | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Russian Federation - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Singapore - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - South Africa - Published | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - South Africa - Published | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - South Africa - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - South Africa - Published | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - South Africa - Published | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Switzerland - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Taiwan - Pending | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Taiwan - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Turkey - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - United Kingdom - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Venezuela - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Venezuela - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - Venezuela - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE - Trademark (Foreign) - World Intellectual Property Organization - Registered | $0.00 | Undetermined | Undetermined |
| GRITSTONE (in Chinese characters) - Trademark (Foreign) - China - Lapsed | $0.00 | Undetermined | Undetermined |
| Sandstone - Copyright - United States - | $0.00 | Undetermined | Undetermined |
| SLATE - Trademark - United States of America - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE - Trademark - United States of America - Registered | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SUNSTONE Logo - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Argentina - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Australia - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Brazil - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Canada - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Chile - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Chile - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Colombia - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Costa Rica - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Costa Rica - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - European Union Trademark Design Office - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Hong Kong - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - India - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Israel - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Japan - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Korea, Republic of - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Malaysia - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Mexico - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - New Zealand - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Norway - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Philippines - Pending | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Russian Federation - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Singapore - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - South Africa - Registered | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SUNSTONE Logo - Trademark (Foreign) - South Africa - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - South Africa - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - South Africa - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Switzerland - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Taiwan - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Thailand - Published | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Turkey - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Turkey - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Venezuela - Pending | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Venezuela - Pending | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Venezuela - Pending | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - Venezuela - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo - Trademark (Foreign) - World Intellectual Property Organization - Registered | $0.00 | Undetermined | Undetermined |
| SUNSTONE Logo Indonesia - Trademark (Foreign) - Indonesia - Registered | $0.00 | Undetermined | Undetermined |
| **PATENTS** | | | |
| ALPHAVIRUS ANTIGEN VECTORS - Patent(United States of America) - 17/693029 - Granted | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS ANTIGEN VECTORS - Patent(United States of America) - 18/830813 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Australia) - 2018266705 - Granted | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(Australia) - 2023202423 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Brazil) - 1120190234772 - Abandoned | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Canada) - 3062591 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(China) - 201880030476.6 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Colombia) - NC2019/0013609 - Abandoned | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(European Patent Convention) - 18798194.9 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Hong Kong) - 62020016958.4 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(India) - 201947049582 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Alphavirus Neoantigen Vectors - Patent(Indonesia) - P00201911356 - Granted | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Indonesia) - P00202401530 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Israel) - 270396 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Israel) - 315224 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Japan) - 2019-561211 - Pending (Appealed) | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(Japan) - 2023-108263 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Korea, Republic of) - 10-2019-7034437 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Malaysia) - PI2019006546 - Abandoned | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Mexico) - MX/a/2019/013259 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(New Zealand) - 759858 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(New Zealand) - 799719 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Peru) - 2380-2019 - Abandoned | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Philippines) - 1-2019-502518 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(Russian Federation) - 2019138741 - Granted | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(Russian Federation) - 2023123081 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Singapore) - 11201910101S - Abandoned | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(South Africa) - 2019/07461 - Granted | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Taiwan) - 107115639 - Pending | $0.00 | Undetermined | Undetermined |
| Alphavirus Neoantigen Vectors - Patent(Taiwan) - 112116974 - Pending | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(United States of America) - 16/612352 - Granted | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS - Patent(United States of America) - 18/045812 - Granted | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Australia) - 2019374874 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Canada) - 3119752 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(China) - 201980068204.X - Pending | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(European Patent Convention) - 19882269.4 - Pending | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Hong Kong) - 62022048980.6 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Israel) - 282793 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Japan) - 2021-524020 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(Korea, Republic of) - 10-2021-7016771 - Abandoned | $0.00 | Undetermined | Undetermined |
| ALPHAVIRUS NEOANTIGEN VECTORS AND INTERFERON INHIBITORS - Patent(United States of America) - 17/291984 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN PREDICTIONS FOR INFECTIOUS DISEASE-DERIVED EPITOPES - Patent(Israel) - 316207 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN PREDICTIONS FOR INFECTIOUS DISEASE-DERIVED EPITOPES - Patent(United States of America) - 18/908082 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS AND RELATED METHODS OF USE - Patent(European Patent Convention) - 21881209.7 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS AND RELATED METHODS OF USE - Patent(Hong Kong) - 62024086692.6 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS AND RELATED METHODS OF USE - Patent(United States of America) - 18/300747 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING KKLC-1 SHARED ANTIGEN - Patent(European Patent Convention) - 21756615.7 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING KKLC-1 SHARED ANTIGEN - Patent(United States of America) - 17/820434 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Australia) - 2018318303 - Abandoned | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Australia) - 2018395397 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Australia) - 2019322919 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Australia) - 2023237057 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Canada) - 3072816 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Canada) - 3086923 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Canada) - 3107981 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(China) - 201880064852.3 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(China) - 201880090331.5 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(China) - 201980060989.6 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(European Patent Convention) - 18846867.2 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(European Patent Convention) - 18893460.8 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(European Patent Convention) - 19849564.0 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Hong Kong) - 62020021457.0 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Hong Kong) - 62021029090.9 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Hong Kong) - 62021043842.5 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Indonesia) - P00202001991 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Israel) - 272466 - Abandoned | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Israel) - 275547 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Israel) - 280890 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Japan) - 2020-509107 - Abandoned | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Japan) - 2020-536110 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Japan) - 2021-507921 - Abandoned | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Japan) - 2023-199168 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Korea, Republic of) - 10-2020-7007862 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Korea, Republic of) - 10-2020-7021805 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Korea, Republic of) - 10-2021-7007861 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Malaysia) - PI2020000798 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Mexico) - MX/a/2020/001879 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(New Zealand) - 762659 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Philippines) - 1-2020-500330 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Russian Federation) - 2020110750 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(Singapore) - 11202001368S - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(South Africa) - 2020/01285 - Abandoned | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Antigens - Patent(Taiwan) - 107147894 - Granted | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(United States of America) - 16/958615 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(United States of America) - 17/269246 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ANTIGEN-BINDING PROTEINS TARGETING SHARED ANTIGENS - Patent(United States of America) - 18/065223 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Australia) - 2020384374 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Canada) - 3157411 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(China) - 202080085181.6 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(European Patent Convention) - 20886309.2 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Hong Kong) - 62023070229.7 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Israel) - 292535 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Japan) - 2022-527937 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(Korea, Republic of) - 10-2022-7019577 - Pending | $0.00 | Undetermined | Undetermined |
| Antigen-Binding Proteins Targeting Shared Neoantigens - Patent(Patent Cooperation Treaty) - PCT/US2020/058982 - Abandoned | $0.00 | Undetermined | Undetermined |
| ANTIGEN-BINDING PROTEINS TARGETING SHARED NEOANTIGENS - Patent(United States of America) - 17/744354 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(Australia) - 2021258191 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(Canada) - 3173905 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(China) - 202180043892.1 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(European Patent Convention) - 21793392.8 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(Hong Kong) - 62023077265.4 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(Israel) - 296854 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(Japan) - 2022-563869 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ANTIGEN-ENCODING CASSETTES - Patent(Korea, Republic of) - 10-2022-7040441 - Pending | $0.00 | Undetermined | Undetermined |
| ANTIGEN-ENCODING CASSETTES - Patent(United States of America) - 18/048403 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Australia) - 2021260932 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Canada) - 3173803 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(China) - 202180044091.7 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(European Patent Convention) - 21792935.5 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Hong Kong) - 62023077925.3 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Israel) - 296855 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Japan) - 2022-563870 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Korea, Republic of) - 10-2022-7040442 - Pending | $0.00 | Undetermined | Undetermined |
| CAPPING COMPOUNDS, COMPOSITIONS AND METHODS OF USE THEREOF - Patent(United States of America) - 18/048407 - Pending | $0.00 | Undetermined | Undetermined |
| CELL-FREE DNA MONITORING - Patent(European Patent Convention) - 21738150.8 - Pending | $0.00 | Undetermined | Undetermined |
| CELL-FREE DNA MONITORING - Patent(Hong Kong) - 62023072936.5 - Pending | $0.00 | Undetermined | Undetermined |
| CELL-FREE DNA MONITORING - Patent(United States of America) - 17/861088 - Pending | $0.00 | Undetermined | Undetermined |
| COMBINATION PANEL CELL-FREE DNA MONITORING - Patent(Patent Cooperation Treaty) - PCT/US2023/036536 - Pending | $0.00 | Undetermined | Undetermined |
| COMPOSITIONS AND METHODS OF IDENTIFYING TUMOR SPECIFIC NEOANTIGENS - Patent(European Patent Convention) - 11781409.5 - Granted | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COMPOSITIONS AND METHODS OF USE THEREOF - Patent(European Patent Convention) - 21901532.8 - Pending | $0.00 | Undetermined | Undetermined |
| COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Hong Kong) - 62024088936.5 - Pending | $0.00 | Undetermined | Undetermined |
| COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Patent Cooperation Treaty) - PCT/US2023/068140 - Pending | $0.00 | Undetermined | Undetermined |
| COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Patent Cooperation Treaty) - PCT/US2023/082034 - Pending | $0.00 | Undetermined | Undetermined |
| COMPOSITIONS AND METHODS OF USE THEREOF - Patent(United States of America) - 18/255539 - Pending | $0.00 | Undetermined | Undetermined |
| CORONAVIRUS VACCINE - Patent(Hong Kong) - 62023078584.7 - Pending | $0.00 | Undetermined | Undetermined |
| CTA VACCINE CASSETTES - Patent(Patent Cooperation Treaty) - PCT/US2023/071623 - Pending | $0.00 | Undetermined | Undetermined |
| DURABLE VACCINATION - Patent(United States of America) - 17/838114 - Pending | $0.00 | Undetermined | Undetermined |
| EGFR VACCINE CASSETTES - Patent(Patent Cooperation Treaty) - PCT/US2023/070981 - Pending | $0.00 | Undetermined | Undetermined |
| ENGINEERED MULTI-SPECIFIC ANTIBODIES AND RELATED METHODS OF USE AND MANUFACTURE - Patent(European Patent Convention) - 21850618.6 - Pending | $0.00 | Undetermined | Undetermined |
| ENGINEERED MULTI-SPECIFIC ANTIBODIES AND RELATED METHODS OF USE AND MANUFACTURE - Patent(Hong Kong) - 62023083622.8 - Pending | $0.00 | Undetermined | Undetermined |
| ENGINEERED MULTI-SPECIFIC ANTIBODIES AND RELATED METHODS OF USE AND MANUFACTURE - Patent(United States of America) - 18/018400 - Pending | $0.00 | Undetermined | Undetermined |
| EPITOPE PREDICTION VIA A LEARNED GENOTYPE NETWORK ACROSS CLASS II MHC ALLELES - Patent(Patent Cooperation Treaty) - PCT/US2024/019762 - Pending | $0.00 | Undetermined | Undetermined |
| EPITOPE PREDICTION VIA A LEARNED GENOTYPE NETWORK ACROSS CLASS II MHC ALLELES - Patent(United States of America) - 63/611654 - Pending | $0.00 | Undetermined | Undetermined |
| FILOVIRUS COMPOSITIONS - Patent(United States of America) - 63/678679 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| HIV ANTIGENS AND MHC COMPLEXES - Patent(Australia) - 2020298552 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(Canada) - 3145833 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(China) - 202080059796.1 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(European Patent Convention) - 20835351.6 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(Hong Kong) - 62022063654.7 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(India) - 202247004815 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(Japan) - 2022-500009 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(Korea, Republic of) - 10-2022-7003297 - Pending | $0.00 | Undetermined | Undetermined |
| HIV ANTIGENS AND MHC COMPLEXES - Patent(United States of America) - 17/817312 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Australia) - 2021391921 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Canada) - 3200935 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(China) - 202180081878.0 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(European Patent Convention) - 21901562.5 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Hong Kong) - 62024089466.2 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Israel) - 303298 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Japan) - 2023-534100 - Pending | $0.00 | Undetermined | Undetermined |
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(Korea, Republic of) - 10-2023-7021567 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| HOMOLOGOUS ADENOVIRAL VACCINATION - Patent(United States of America) - 18/272087 - Pending | $0.00 | Undetermined | Undetermined |
| HUMAN PAPILLOMAVIRUS (HPV) VACCINES - Patent(United States of America) - 63/568930 - Pending | $0.00 | Undetermined | Undetermined |
| HUMAN PAPILLOMAVIRUS (HPV) VACCINES - Patent(United States of America) - 63/664502 - Pending | $0.00 | Undetermined | Undetermined |
| HUMAN PAPILLOMAVIRUS (HPV) VACCINES - Patent(United States of America) - 63/676658 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Australia) - 2020232844 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Canada) - 3132041 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(China) - 202080028058.0 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(European Patent Convention) - 20765932.7 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Hong Kong) - 62022055790.9 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Israel) - 286086 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Japan) - 2021-552549 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Korea, Republic of) - 10-2021-7031933 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(Taiwan) - 109107542 - Pending | $0.00 | Undetermined | Undetermined |
| IDENTIFICATION OF NEOANTIGENS WITH MHC CLASS II MODEL - Patent(United States of America) - 17/436367 - Pending | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Australia) - 2019275070 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Canada) - 3099642 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(China) - 2019800444060 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(European Patent Convention) - 19808512.8 - Pending | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Hong Kong) - 62021038781.2 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Israel) - 278542 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Japan) - 2020-565264 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Korea, Republic of) - 10-2020-7036367 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(Taiwan) - 108117922 - Abandoned | $0.00 | Undetermined | Undetermined |
| IMMUNE CHECKPOINT INHIBITOR CO-EXPRESSION VECTORS - Patent(United States of America) - 18/404681 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Australia) - 2021247302 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Canada) - 3173793 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(China) - 202180040267.1 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(European Patent Convention) - 21780767.6 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Hong Kong) - 62023076659.9 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Israel) - 296752 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Japan) - 2022-560207 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(Korea, Republic of) - 10-2022-7038618 - Pending | $0.00 | Undetermined | Undetermined |
| INFECTIOUS DISEASE ANTIGENS AND VACCINES - Patent(United States of America) - 17/937751 - Pending | $0.00 | Undetermined | Undetermined |
| INFLUENZA AND SARS-COV-2 COMPOSITIONS - Patent(United States of America) - 63/678691 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| KRAS-NEOANTIGEN THERAPIES - Patent(Australia) - 2022346048 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(Canada) - 3231297 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(China) - 202280063132.1 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(European Patent Convention) - 22871019.0 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(Israel) - 311258 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(Japan) - 2024-516894 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(Korea, Republic of) - 10-2024-7010184 - Pending | $0.00 | Undetermined | Undetermined |
| KRAS-NEOANTIGEN THERAPIES - Patent(United States of America) - 18/607061 - Pending | $0.00 | Undetermined | Undetermined |
| LOW-DOSE NEOANTIGEN VACCINE THERAPY - Patent(European Patent Convention) - 23775861.0 - Pending | $0.00 | Undetermined | Undetermined |
| LOW-DOSE NEOANTIGEN VACCINE THERAPY - Patent(United States of America) - 18/891398 - Pending | $0.00 | Undetermined | Undetermined |
| Method and Computer System for Neoantigen Identification using Hotspots - Patent(Taiwan) - 107135870 - Granted | $0.00 | Undetermined | Undetermined |
| METHOD AND COMPUTER SYSTEM FOR NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Taiwan) - 112134910 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Australia) - 2020282369 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Brazil) - 1120210241272 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Brazil) - 1220240023873 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Canada) - 3140019 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(China) - 202080047889.2 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(European Patent Convention) - 20813102.9 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Hong Kong) - 62022060534.4 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(India) - 202147060850 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Israel) - 288283 - Allowed | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Japan) - 2021-570743 - Granted | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Japan) - 2024-040639 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Korea, Republic of) - 10-2021-7042422 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MODIFIED ADENOVIRUSES - Patent(Mexico) - MX/a/2021/014525 - Granted | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Mexico) - MX/a/2024/008058 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(New Zealand) - 783284 - Allowed | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(New Zealand) - 812451 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Singapore) - 11202113187W - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(South Africa) - 2021/10217 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Taiwan) - 109118370 - Allowed | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(Taiwan) - 113131542 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(United States of America) - 17/538716 - Granted | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(United States of America) - 18/150141 - Granted | $0.00 | Undetermined | Undetermined |
| MODIFIED ADENOVIRUSES - Patent(United States of America) - 18/824540 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Australia) - 2022210420 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Canada) - 3205216 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(China) - 202280018414.X - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(European Patent Convention) - 22743119.4 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Hong Kong) - 62024091394.2 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Israel) - 304311 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Japan) - 2023-543115 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHA VIRUS VECTORS - Patent(Korea, Republic of) - 10-2023-7027790 - Pending | $0.00 | Undetermined | Undetermined |
| MODIFIED ALPHAVIRUS VECTORS - Patent(United States of America) - 18/354193 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Australia) - 2021320896 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Canada) - 3187258 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MULTIEPITOPE VACCINE CASSETTES - Patent(China) - 202180056786.7 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(European Patent Convention) - 21852138.3 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Hong Kong) - 62023082842.3 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Israel) - 300026 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Japan) - 2023-507576 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(Korea, Republic of) - 10-2023-7007429 - Pending | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(United States of America) - 17/727610 - Granted | $0.00 | Undetermined | Undetermined |
| MULTIEPITOPE VACCINE CASSETTES - Patent(United States of America) - 18/458062 - Pending | $0.00 | Undetermined | Undetermined |
| MULTI-SPECIFIC ANTIBODIES AND METHODS OF USE - Patent(European Patent Convention) - 22740170.0 - Pending | $0.00 | Undetermined | Undetermined |
| MULTI-SPECIFIC ANTIBODIES AND METHODS OF USE - Patent(United States of America) - 18/351184 - Pending | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Australia) - 2020216386 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Canada) - 3126707 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(China) - 202080020121.6 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(European Patent Convention) - 20748612.7 - Pending | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Hong Kong) - 62022054018.6 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Israel) - 284664 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Japan) - 2021-544130 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Korea, Republic of) - 10-2021-7027525 - Abandoned | $0.00 | Undetermined | Undetermined |
| MULTISPECIFIC BINDING PROTEINS - Patent(Taiwan) - 109102933 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MULTISPECIFIC BINDING PROTEINS - Patent(United States of America) - 17/426627 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(Australia) - 2022347452 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(China) - 202280075625.7 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(European Patent Convention) - 22871018.2 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(Israel) - 311252 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(Japan) - 2024-516893 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT AND MAINTENANCE THERAPY - Patent(United States of America) - 18/607027 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT THERAPY - Patent(Canada) - 3231295 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN ADJUVANT THERAPY - Patent(Korea, Republic of) - 10-2024-7010182 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Australia) - 2018328220 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Canada) - 3073812 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(China) - 201880071563.6 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(European Patent Convention) - 18854437.3 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Hong Kong) - 62020022635.0 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Israel) - 273030 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Japan) - 2020-534819 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Japan) - 2023-140746 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Korea, Republic of) - 10-2020-7009649 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(Mexico) - MX/a/2020/002499 - Abandoned | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(South Africa) - 2020/01531 - Abandoned | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION FOR T-CELL THERAPY - Patent(United States of America) - 16/644934 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Australia) - 2018348165 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Canada) - 3078744 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(China) - 201880079601.2 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(European Patent Convention) - 18866639.0 - Allowed | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Hong Kong) - 62021024498.9 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Israel) - 273799 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Japan) - 2020-520270 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Japan) - 2023-018098 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(Korea, Republic of) - 10-2020-7013168 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(United States of America) - 16/403331 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION USING HOTSPOTS - Patent(United States of America) - 17/581788 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Australia) - 2019227813 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Australia) - 2024220070 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Canada) - 3091917 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(China) - 201980019430.9 - Allowed | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(European Patent Convention) - 19760756.7 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Hong Kong) - 62021033330.3 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Israel) - 276839 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Japan) - 2020-567466 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Korea, Republic of) - 10-2020-7027458 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(Taiwan) - 108106921 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION WITH PAN-ALLELE MODELS - Patent(United States of America) - 16/975823 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Australia) - 2016369519 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Australia) - 2018254526 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Australia) - 2018279627 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Australia) - 2023204618 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Australia) - 2024202903 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Belgium) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Brazil) - 1120180123749 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Brazil) - 1120190217827 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Neoantigen Identification, Manufacture, and Use - Patent(Canada) - 3008641 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Canada) - 3060569 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Canada) - 3066635 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(China) - 201680080924.4 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(China) - 201880026206.8 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(China) - 201880037822.3 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(China) - 202410763652.4 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Colombia) - NC2018/0007417 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Colombia) - NC2019/0012345 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(European Patent Convention) - 16876766.3 - Granted (Opposed) | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(European Patent Convention) - 18787958.0 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(European Patent Convention) - 18814074.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(European Patent Convention) - 23207311.4 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(European Patent Convention) - 24205415.3 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(France) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Germany) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Hong Kong) - 19100224.7 - Granted | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Neoantigen Identification, Manufacture, and Use - Patent(Hong Kong) - 62020013123.8 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(Hong Kong) - 62020016910.5 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(India) - 201847025503 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(India) - 201947045634 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Indonesia) - P00201910325 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Indonesia) - PID201805142 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Ireland) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Israel) - 259931 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Israel) - 269855 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Israel) - 271038 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Israel) - 305238 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Italy) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2018-550664 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2019-556988 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2019-567557 - Pending (Appealed) | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2022-089465 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2023-008973 - Granted | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Neoantigen Identification, Manufacture, and Use - Patent(Japan) - 2023-108111 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Korea, Republic of) - 10-2018-7020164 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Korea, Republic of) - 10-2019-7031349 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(Korea, Republic of) - 10-2019-7036968 - Allowed | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Malaysia) - PI2018000891 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Malaysia) - PI2019006136 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Mexico) - MX/a/2018/007204 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Mexico) - MX/a/2019/012433 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Mexico) - MX/a/2023/014124 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Netherlands) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(New Zealand) - 743856 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(New Zealand) - 758489 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(New Zealand) - 759958 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Peru) - 1119-2018 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Philippines) - 1-2018-501267 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Russian Federation) - 2018124997 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Russian Federation) - 2019136762 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Neoantigen Identification, Manufacture, and Use - Patent(Russian Federation) - 2020124672 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Singapore) - 11201804957V - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Singapore) - 11201909652W - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Singapore) - 11201911620P - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(South Africa) - 2018/04301 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(South Africa) - 2019/07173 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(South Africa) - 2019/08455 - Abandoned | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Spain) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Switzerland) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Taiwan) - 105141968 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(Taiwan) - 107131173 - Pending | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(United Kingdom) - 16876766.3 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(United States of America) - 15/466729 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(United States of America) - 16/001569 - Granted | $0.00 | Undetermined | Undetermined |
| Neoantigen Identification, Manufacture, and Use - Patent(United States of America) - 16/040409 - Granted | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(United States of America) - 16/619652 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(United States of America) - 17/101518 - Granted | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(United States of America) - 17/101522 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN IDENTIFICATION, MANUFACTURE, AND USE - Patent(United States of America) - 18/431595 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN PREDICTION FOR VIRAL EPITOPES - Patent(Canada) - 3246299 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN PREDICTION FOR VIRAL EPITOPES - Patent(Japan) - 2024-559388 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN PREDICTION FOR VIRAL EPITOPES - Patent(Patent Cooperation Treaty) - PCT/US2023/065518 - Pending | $0.00 | Undetermined | Undetermined |
| NEOANTIGEN VACCINE THERAPY - Patent(Hong Kong) - 62023076723.3 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(Australia) - 2022354279 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(Canada) - 3232007 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(China) - 202280076220.5 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(European Patent Convention) - 22877654.8 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(Israel) - 311439 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(Japan) - 2024-519519 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(Korea, Republic of) - 10-2024-7013474 - Pending | $0.00 | Undetermined | Undetermined |
| PANCORONAVIRUS VACCINES - Patent(United States of America) - 18/622497 - Pending | $0.00 | Undetermined | Undetermined |
| PERSONALIZED CANCER VACCINES AND METHODS OF USE - Patent(United States of America) - 63/570640 - Pending | $0.00 | Undetermined | Undetermined |
| PERSONALIZED CANCER VACCINES AND METHODS OF USE - Patent(United States of America) - 63/691663 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Australia) - 2018373154 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Canada) - 3083097 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(China) - 201880086681.4 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(European Patent Convention) - 18880880.2 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Hong Kong) - 62021027035.6 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Israel) - 274799 - Allowed | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Japan) - 2020-528117 - Abandoned | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Japan) - 2023-182917 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(Korea, Republic of) - 10-2020-7017969 - Pending | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(United States of America) - 16/766627 - Granted | $0.00 | Undetermined | Undetermined |
| REDUCING JUNCTION EPITOPE PRESENTATION FOR NEOANTIGENS - Patent(United States of America) - 18/504497 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINE - Patent(United States of America) - 18/057171 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(Australia) - 2021273827 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(Canada) - 3178115 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(China) - 202180049931.9 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(European Patent Convention) - 21808924.1 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(European Patent Convention) - 22891167.3 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(Israel) - 297795 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(Japan) - 2022-571114 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(Korea, Republic of) - 10-2022-7044348 - Pending | $0.00 | Undetermined | Undetermined |
| SARS-COV-2 VACCINES - Patent(United States of America) - 18/658552 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(Australia) - 2020232211 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SELECTION OF T CELL RECEPTORS - Patent(Canada) - 3132072 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(China) - 202080032518.7 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(European Patent Convention) - 20765914.5 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(Hong Kong) - 62022055771.9 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(Israel) - 285946 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(Japan) - 2021-551878 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(Korea, Republic of) - 10-2021-7031338 - Pending | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(South Africa) - 2021/06396 - Abandoned | $0.00 | Undetermined | Undetermined |
| SELECTION OF T CELL RECEPTORS - Patent(United States of America) - 17/433817 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Australia) - 2022380858 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Canada) - 3236959 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(China) - 202280074018.9 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(European Patent Convention) - 22891166.5 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Israel) - 312557 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Japan) - 2024-526788 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(Korea, Republic of) - 10-2024-7014440 - Pending | $0.00 | Undetermined | Undetermined |
| SELF-AMPLIFYING RNA COMPOSITIONS AND METHODS OF USE THEREOF - Patent(United States of America) - 18/658604 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Australia) - 2019275072 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Canada) - 3099644 - Pending | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SHARED ANTIGENS - Patent(China) - 201980034786.X - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(European Patent Convention) - 19808088.9 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Hong Kong) - 62021038785.3 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Israel) - 278864 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Japan) - 2020-565312 - Granted | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Japan) - 2024-153547 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Korea, Republic of) - 10-2020-7036368 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(Taiwan) - 108117933 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED ANTIGENS - Patent(United States of America) - 17/058128 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED NEOANTIGEN VACCINES - Patent(European Patent Convention) - 20883770.8 - Pending | $0.00 | Undetermined | Undetermined |
| SHARED NEOANTIGEN VACCINES - Patent(United States of America) - 17/736738 - Pending | $0.00 | Undetermined | Undetermined |
| STABILIZED FORMULATIONS OF SELF-AMPLIFYING MRNA AND CHIMPANZEE ADENOVIRUS - Patent(Taiwan) - 110145349 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Australia) - 2017363308 - Allowed | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Brazil) - 1120190105654 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Canada) - 3044840 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(China) - 201780084182.7 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Colombia) - NC2019/0006541 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(European Patent Convention) - 17873940.5 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Hong Kong) - 19132120.7 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(India) - 201947024679 - Abandoned | $0.00 | Undetermined | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Indonesia) - PID201905155 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Israel) - 266679 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Japan) - 2019-547607 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Korea, Republic of) - 10-2019-7017777 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Malaysia) - PI2019002841 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Mexico) - MX/a/2019/006010 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(New Zealand) - 754516 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Peru) - 1060-2019 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Philippines) - 1-2019-501130 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Russian Federation) - 2019119272 - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(Singapore) - 11201904645T - Abandoned | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(South Africa) - 2019/03744 - Abandoned | $0.00 | Undetermined | Undetermined |
| Viral Delivery of Neoantigens - Patent(Taiwan) - 106140830 - Pending | $0.00 | Undetermined | Undetermined |
| VIRAL DELIVERY OF NEOANTIGENS - Patent(United States of America) - 18/152699 - Pending | $0.00 | Undetermined | Undetermined |
| | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Web Address - gritstione-bio.com | $0.00 | | Undetermined |
| Web Address - gritstone.bio | $0.00 | | Undetermined |
| Web Address - gritstone.biz | $0.00 | | Undetermined |
| Web Address - gritstone.com | $0.00 | | Undetermined |
| Web Address - gritstone.info | $0.00 | | Undetermined |
| Web Address - gritstonebio.biz | $0.00 | | Undetermined |
| Web Address - gritstonebio.com | $0.00 | | Undetermined |
| Web Address - gritstone-bio.com | $0.00 | | Undetermined |
| Web Address - gritstonebio.info | $0.00 | | Undetermined |
| Web Address - gritstonebio.io | $0.00 | | Undetermined |
| Web Address - gritstonebio.net | $0.00 | | Undetermined |
| Web Address - gritstonebio.org | $0.00 | | Undetermined |
| Web Address - gritstonebio.us | $0.00 | | Undetermined |
| Web Address - gritstonebiocareer.com | $0.00 | | Undetermined |
| Web Address - gritstonebiojob.com | $0.00 | | Undetermined |
| Web Address - gritstonebiojobs.com | $0.00 | | Undetermined |
| Web Address - gritstonebiologic.biz | $0.00 | | Undetermined |
| Web Address - gritstonebiologic.com | $0.00 | | Undetermined |
| Web Address - gritstone-biologic.com | $0.00 | | Undetermined |
| Web Address - gritstonebiologic.info | $0.00 | | Undetermined |
| Web Address - gritstonebiologic.net | $0.00 | | Undetermined |
| Web Address - gritstonebiologic.org | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.biz | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.com | $0.00 | | Undetermined |
| Web Address - gritstone-biologics.com | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.info | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.net | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.org | $0.00 | | Undetermined |
| Web Address - gritstonebiologics.us | $0.00 | | Undetermined |
| Web Address - gritstonecareer.com | $0.00 | | Undetermined |
| Web Address - gritstonecareers.com | $0.00 | | Undetermined |
| Web Address - gritstonejob.com | $0.00 | | Undetermined |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Web Address - gritstonejobs.com | $0.00 | | Undetermined |
| Web Address - gritstoneoncology.com | $0.00 | | Undetermined |
| Web Address - gritstoneoncology.info | $0.00 | | Undetermined |
| Web Address - gritstoneoncology.net | $0.00 | | Undetermined |
| Web Address - gritstoneoncology.org | $0.00 | | Undetermined |
| Web Address - gritstoneoncologycareer.con | $0.00 | | Undetermined |
| Web Address - gritstoneoncologycareers.co | $0.00 | | Undetermined |
| Web Address - gritstoneoncologyjob.com | $0.00 | | Undetermined |
| Web Address - gritstoneoncologyjobs.com | $0.00 | | Undetermined |
| Web Address - grts.bio | $0.00 | | Undetermined |
| Web Address - prime-boost.bio | $0.00 | | Undetermined |
| Web Address - samrna.bio | $0.00 | | Undetermined |
| **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest |
|---|---|---|
| Federal NOL | 2015 | $1,358,140.00 |
| Federal NOL | 2016 | $16,401,345.00 |
| Federal NOL | 2017 | $32,827,138.00 |
| Federal NOL | 2018 | $59,280,007.00 |
| Federal NOL | 2019 | $70,905,820.00 |
| Federal NOL | 2020 | $96,282,360.00 |
| Federal NOL | 2021 | $76,749,942.00 |
| Federal NOL | 2022 | $16,449,912.00 |
| Federal NOL | 2023 | $36,510,390.00 |
| Federal NOL (estimated) | 2024 | $63,442,482.00 |
| Federal Tax Credit | 2015 | $13,488.00 |
| Federal Tax Credit | 2016 | $329,823.00 |
| Federal Tax Credit | 2017 | $1,159,000.00 |
| Federal Tax Credit | 2018 | $1,867,902.00 |
| Federal Tax Credit | 2019 | $2,262,008.00 |
| Federal Tax Credit | 2020 | $2,619,798.00 |
| Federal Tax Credit | 2021 | $2,738,219.00 |
| Federal Tax Credit | 2022 | $2,306,084.00 |
| Federal Tax Credit | 2023 | $3,834,802.00 |
| Federal Tax Credit (estimated) | 2024 | $2,543,495.75 |
| State of California NOL | 2020 | $110,657,556.86 |
| State of California NOL | 2021 | $90,002,013.07 |
| State of California NOL | 2022 | $114,988,466.00 |
| State of California NOL | 2023 | $11,468,251.00 |
| State of California NOL (estimated) | 2024 | $114,190,747.00 |
| State of California Tax Credit | 2016 | $101,439.00 |
| State of California Tax Credit | 2017 | $586,502.00 |
| State of California Tax Credit | 2018 | $1,211,549.00 |
| State of California Tax Credit | 2019 | $1,530,582.00 |
| State of California Tax Credit | 2020 | $1,638,760.53 |
| State of California Tax Credit | 2021 | $1,562,391.00 |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest |
|---|---|---|
| State of California Tax Credit | 2022 | $1,107,291.00 |
| State of California Tax Credit | 2023 | $841,970.00 |
| State of California Tax Credit (estimated) | 2024 | $573,602.15 |
| State of Massachusetts NOL | 2015 | $1,074,018.00 |
| State of Massachusetts NOL | 2016 | $10,606,214.18 |
| State of Massachusetts NOL | 2017 | $14,256,623.23 |
| State of Massachusetts NOL | 2018 | $40,423,352.00 |
| State of Massachusetts NOL | 2019 | $47,424,810.59 |
| State of Massachusetts NOL | 2020 | $18,429,133.00 |
| State of Massachusetts NOL | 2021 | $14,348,189.00 |
| State of Massachusetts NOL | 2022 | $3,455,930.00 |
| State of Massachusetts NOL | 2023 | $8,841,326.00 |
| State of Massachusetts Tax Credit | 2016 | $8,311.00 |
| State of Massachusetts Tax Credit | 2019 | $306,659.00 |
| State of Massachusetts Tax Credit | 2020 | $389,850.00 |
| State of Massachusetts Tax Credit | 2021 | $469,973.95 |
| State of Massachusetts Tax Credit | 2022 | $363,569.00 |
| State of Massachusetts Tax Credit | 2023 | $340,881.00 |
| State of Massachusetts Tax Credit (estimated) | 2024 | $252,595.44 |
| | **TOTAL:** | **$1,101,334,711.74** |

**In re: Gritstone bio, Inc.**
**Case No. 24-12305**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Woodruff Sawyer | 36065615 | Undetermined |
| Woodruff Sawyer | 73617573 | Undetermined |
| Woodruff Sawyer | 78193337 | Undetermined |
| Woodruff Sawyer | UB5T18140A24 | Undetermined |
| Woodruff Sawyer | PPLG71546020005 | Undetermined |
| Woodruff Sawyer | UB5T18140A23I6G | Undetermined |
| Woodruff Sawyer | GTU3031843 | Undetermined |
| Woodruff Sawyer | 36027433 | Undetermined |
| ACE American Insurance Company | DOXG4689019A005 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA | 014980672 | Undetermined |
| Berkley Professional Liability | BPRO8099121 | Undetermined |
| XL Specialty Insurance Company | ELU19275323 | Undetermined |
| Arch Insurance Company | DOX100001205 | Undetermined |
| RSG Underwriting Managers Europe Limits t/a Startpoint | ERUSA2301072 | Undetermined |
| Woodruff Sawyer | EPL100001405 | Undetermined |
| Woodruff Sawyer | J06162460 | Undetermined |
| Woodruff Sawyer | C4MA1234092CYB - ER2023 | Undetermined |
| | **Total:** | **Undetermined** |