## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Debtor. | Objection Deadline: December 27, 2024 |

## DECLARATION IN SUPPORT OF HARNESS DICKEY & PIERCE, PLC AS PROFFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

I, Joel R. Samuels, pursuant to 28 U.S.C. § 1746, declare that the following is true to the best of my knowledge, information, and belief:

1.       I am a principal of Harness Dickey & Pierce, PLC, located at 7700 Bonhomme, Suite 400, Saint Louis, Missouri 63105 (the "Firm"), which has been employed by the debtor and debtor in possession (collectively, the "Debtor") in the above-captioned case (the "Chapter 11 Case") in the ordinary course of the Debtor's business. The Debtor wishes to retain the Firm to continue providing ordinary course services during the Chapter 11 Case, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business; and (II) Granting Related Relief* (the "Ordinary Course Professionals Order").

2.       The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to the Chapter 11 Case for persons that are parties in interest in the Chapter 11 Case. The Firm does not perform services for any such person in connection with the Chapter 11 Case or have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtor or its estate.

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

3.    The Debtor has requested that the Firm provide intellectual property services, including trademark prosecution, enforcement and defense, to the Debtor, and the Firm has consented to provide such services.

4.    The Firm has provided services to the Debtor prior to the commencement of the Chapter 11 Case.

5.    As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtor, claimants, and parties in interest in the Chapter 11 Case.

6.    Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principal and regular employees of the Firm.

7.    Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of interested parties (the "Interested Parties List") from counsel to the Debtor, which includes the Debtor, its creditors, other parties in interest, and certain professionals employed in the above-captioned chapter 11 case (the "Interested Parties") and undertook a search for any connections between the Firm and the Interested Parties. This list is attached as Schedule 1. The Firm's review of such Interested Parties identified the following connections, including current and prior representations as shown in Schedule 2.

8.    Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matter(s) upon which the Firm is to be employed.

9.      The Debtor owes the Firm $2,303.50 for fees and expenses incurred prior to the date the Chapter 11 Case was commenced (the "Petition Date"), the payment of which is subject to the limitations contained in the Bankruptcy Code and any orders of the Court.

10.      As of the Petition Date, the Firm held a prepetition retainer of $0.00.

11.      As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtor.

12.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon the conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: December 13, 2024_____

Joel R. Samuels
Principal
HARNESS DICKEY & PIERCE, PLC
Address: 7700 Bonhomme, Suite 400
        Saint Louis, MO 63105
Telephone: 314-726-7500
Email: jsamuels@harnessip.com

28811620.1

3

**Schedule 1**

| 5% or More Equity Holders |
|---|
| DWS Investments UK Limited |
| Redmile Group |
| The Vanguard Group |

| Bank |
|---|
| JPM Chase Bank |

| Bankruptcy Judges |
|---|
| Chief Judge John T. Dorsey |
| Judge Brendan L. Shannon |
| Judge Craig T. Goldblatt |
| Judge J. Kate Stickles |
| Judge Karen B. Owens |
| Judge Mary F. Walrath |
| Judge Thomas M. Horan |
| Judge Laurie Selber Silverstein |

| Bankruptcy Professionals |
|---|
| Pachulski Stang Ziehl & Jones LLP |
| PwC Business Advisory LLP |
| Raymond James |
| ArentFox Schiff LLP |
| Potter Anderson & Corroon LLP |
| FTI Consulting, Inc. |

| Board Member (current) |
|---|
| Agarwal, Shefali |
| Allen, Andrew R. |
| Corey, Lawrence |
| Fisher, Clare |
| Jones Ph.D., Elaine V. |
| Rizvi, Naiyer A. |
| Webster, Stephen W. |

| Board Member (former) |
|---|
| Heyman Ph.D., Richard A. |
| Krognes, Steve Edward |

| Credit Facility |
|---|
| American Express |

| Customer |
|---|
| Biomedical Advanced Research and Development Authority |

| Debtor |
|---|
| Gritstone bio, Inc. |

| Government Agencies |
|---|
| Alameda County Environmental Health |
| Bay Area Air Quality Management District (BAAQMD) |

| |
|---|
| Boston Public Health Commission |
| California Department of Public Health |
| Cambridge Public Health Department |
| City of Pleasanton |
| Illinois Department of Employment Security |
| Massachusetts Department of Unemployment Assistance |
| Massachusetts Water Resources Authority |
| The Commonwealth of Massachusetts Department of Fire Services |

| Landlord |
|---|
| 626 BV Labs, LLC |
| BMR-Sidney Research Campus LLC |
| Deerfield Realty Corp. Trust A |
| Emery Station Joint Venture LLC |
| Emery Station West LLC |
| LAZ Karp Associates LLC DBA LAZ Parking Limited LLC |
| Rollins Road, LLC |
| RREF II Kenmore Lessor III LLC |
| RREF II Kenmore Lessor IV LLC |

| Lender |
|---|
| Hercules Capital Funding Trust 2022-1 |
| Hercules Capital, Inc. |
| Silicon Valley Bank |

| Licensee |
|---|
| 2seventy bio, Inc. |
| bluebird bio, Inc. |

| Licensor |
|---|
| Arbutus Biopharma Corporation |
| Genevant Sciences Corporation |
| Protiva Biotherapeutics Inc. |

| Officer (current) |
|---|
| Allen, Andrew R. |
| Cho, James |
| Economides, Vassiliki ("Celia") |
| Hawryluk, Matthew J. |
| Jones, Erin E. |
| Jooss, Karin |

| Officer (former) |
|---|
| Thompson, Rahsaan W. |

| Professional (Accounting) |
|---|
| Clearstream Banking S.A. |
| Edge Pursuit, LLC |

**Schedule 1**

| | |
|---|---|
| Effectus Group LLC | **Strategic Partner/Alliance** |
| Equiniti Trust Company, LLC | Bill & Melinda Gates Foundation |
| Ernst & Young LLP | Coalition For Epidemic Preparedness Innovations |
| Euroclear Bank SA/NV | Gilead Sciences, Inc. |
| Miranda Chook | National Cancer Institute |
| Moss Adams LLP | National Institute of Allergy and Infectious Diseases |
| One Workplace L. Ferrari | **Taxing Authorities** |
| The Depository Trust Company | California Department of Tax and Fee Administration |
| **Professional (Financial)** | City of Boston |
| Barclays Capital Inc. | City of Cambridge |
| BTIG, LLC | City of Emeryville |
| Capital Advisors Group, Inc. | City of Pleasanton |
| Cowen and Company, LLC | Department of Labor & Industries |
| Evercore Group L.L.C. | Henry C. Levy, Tax Collector, Alameda County |
| Goldman Sachs & Co. LLC | Internal Revenue Service |
| TD Securities (USA) LLC | State of Delaware |
| **Professional (Legal)** | **U.S. Trustee Office** |
| Arnold & Porter | Benjamin Hackman |
| Cooley LLP | Christine Green |
| Covington & Burling LLP | Diane Giordano |
| Cowan Miller & Lederman | Dion Wynn |
| ECH Immigration LLC | Edith A. Serrano |
| Fenwick & West LLP | Elizabeth Thomas |
| Greenberg Traurig LLP | Fang Bu |
| Harness, Dickey & Pierce, P.L.C. | Hannah M. McCollum |
| Iketani Law Corporation | Hawa Konde |
| Jones Day | Holly Dice |
| KPM Group DC LLP | James R. O'Malley |
| Latham & Watkins LLP | Jane Leamy |
| Levenfeld Pearlstein LLC. | Jonathan Lipshie |
| Lovell Law Group, PC | Jonathan Nyaku |
| Ropes & Gray LLP | Joseph Cudia |
| Scherer Smith & Kenny LLP | Joseph McMahon |
| Wilson Sonsini Goodrich & Rosati | Lauren Attix |
| **Regulatory Agencies** | Linda Casey |
| CUSIP Global Services DBA FactSet Research Systems Inc | Linda Richenderfer |
| | Malcolm M. Bates |
| MHRA (Medicines and Healthcare Products Regulatory Agency) | Michael Girello |
| | Nyanquoi Jones |
| Nasdaq Corporate Solutions LLC | Richard Schepacarter |
| Securities and Exchange Commission | Rosa Sierra-Fox |
| The Nasdaq, Inc. | Shakima L. Dortch |
| World Health Organization | Timothy J. Fox, Jr. |

## Schedule 1

| UCC Lien Parties |
|---|
| De Lage Landen Financial Services, Inc. |
| **University / Educational Institution** |
| Columbia University |
| Regents of The University of California |
| Regents of the University of Michigan |
| Regents of UC |
| The Ohio State University Foundation dba James Cancer Hospital and Solove Resear |
| The Regents of University of California LA DBA UCLA Immunogenetics |
| The Trustees of Columbia Univ in the City of New York |
| UC Regents - Berkeley |
| UC Regents - Davis |
| University of California, Davis |
| University of Liverpool |
| University of North Carolina at Chapel Hill |
| University of Pennsylvania |
| University of Virginia Patent Foundation |

| Top 20 Creditors |
|---|
| Add Life Facilities Services, Inc. |
| Allucent (US) LLC |
| Beth Israel Deaconess Medical Center |
| BMR-Sidney Research Campus LLC |
| Box Inc. |
| Certara USA, Inc. |
| Element Materials Technology (EMT) Oakland - Concord, INC. |
| Fisher BioServices Inc. |
| Fisher Scientific |
| LifeSci Advisors, LLC |
| Meso Scale Diagnostics LLC |
| MuriGenics Inc. |
| OnQ Research Pty LTD. |
| Presidio Networked Solutions |
| ProPharma Group Holdings, LLC |
| Sanquin |
| Smartsheet Inc |
| Triumvirate Environmental, Inc. |
| UniFirst Corporation |
| Worldwide Clinical Trials Inc |
| **Bankruptcy Judges – Chambers Staff** |

| Al Lugano* |
|---|
| Amanda Hrycak* |
| Cacia Batts* |
| Catherine Farrell * |
| Claire Brady* |
| Danielle Gadson* |
| Demitra Yeager* |
| Jill Walker* |
| Laura Haney* |
| Laurie Capp* |
| Lora Johnson* |
| Marquietta Lopez* |
| Nickita Barksdale* |
| Nikki Washington* |
| Paula Subda* |
| Rachel Bello* |

*Name is not provided in the IPL but added by PwC as deemed necessary for disclosure purposes

63511446.1

## Schedule 2 – Potential Connections with Interested Parties

| Interested Party | Connection |
|---|---|
| Gritstone Bio Inc. | Current Client |

63511445.1