IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 20, 2024 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS**

**[PLEASE NOTE CHANGE TO ZOOM ONLY]**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 9:00 a.m. (ET) on 12/20/2024 unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS**

1. Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 31, 2024 [Filed: 11/25/24] ([Docket No. 205](#)).

   Response Deadline:  December 9, 2024, at 4:00 p.m. Eastern Time.

   Responses Received:  Informal response received from the United States Trustee.

---

[1]  The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

[2]  Updated items are in **bold and to reflect zoom hearing**.

Related Documents:

a) Certification of Counsel Regarding Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 31, 2024 [Filed: 12/12/24] (Docket No. 249).

b) [ENTERED] Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 31, 2024 [Entered: 12/13/24] (Docket No. 254).

c) Supplemental Declaration of Andrew I. Silfen in Support of Application for an Order Authorizing Employment and Retention of Arentfox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 31, 2024 [Filed: 12/16/24] (Docket No. 259).

Status:  The order has been entered.  No hearing will be necessary.

2. Application of the Official Committee of Unsecured Creditors of Gritstone bio, Inc., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel, Effective as of October 31, 2024 [Filed: 11/25/24] (Docket No. 206).

Response Deadline:  December 9, 2024, at 4:00 p.m. Eastern Time.

Responses Received:  Informal response received from the United States Trustee.

Related Documents:

a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Gritstone bio, Inc., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel, Effective as of October 31, 2024 [Filed: 12/12/24] (Docket No. 250).

b) [ENTERED] Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Gritstone bio, Inc., Effective as of October 31, 2024 [Entered: 12/13/24] (Docket No. 255).

Status:  The order has been entered.  No hearing will be necessary.

3. Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of November 1, 2024 [Filed: 11/25/24] (Docket No. 207).

Response Deadline:  December 9, 2024, at 4:00 p.m. Eastern Time.

Responses Received:  Informal response received from the United States Trustee.

Related Documents:

a) Certification of Counsel Regarding Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors Effective as November 1, 2024 [Filed: 12/12/24] ([Docket No. 248](#)).

b) [ENTERED] Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors [Entered: 12/13/24] ([Docket No. 256](#)).

Status:  The order has been entered.  No hearing will be necessary.

**MATTER GOING FORWARD**

4. Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets; (B) Approving Certain Bid Protections in Connection with the Debtor's Entry into any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtor's Assets Free and Clear of All Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 10/23/24] ([Docket No. 67](#)).

   Response Deadline:  December 17, 2024, at 5:00 p.m. Eastern Time.

   Responses Received:

   a) Oracle's Limited Objection and Reservation of Rights Regarding Debtor's Sale Motion and Assumption Notice [Filed: 12/04/24] ([Docket No. 217](#)).

   b) Limited Objection by US Oncology Research, LLC and Sarah Cannon Research Institute LLC to Motion of Debtor Regarding (i) the Sale of Debtor's Assets "Free and Clear"; and (ii) Notice of Potential Assumption and Assignment and Transfer of Executory Contracts and Unexpired Leases in Connection with Sale of Debtor's Assets [Filed: 12/04/24] ([Docket No. 219](#)).

   c) Limited Objection and Reservation of Rights of Genevant to Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases [Filed: 12/04/24] ([Docket No. 220](#)).

   d) Response of Worldwide Clinical Trials, Inc. to Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases [Filed: 12/04/24] ([Docket No. 222](#)).

   e) [Thermo Fisher Scientific, Inc's] Objection and Reservation of Rights Regarding Debtor's Cure Notice and Proposed Order Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 12/04/24] ([Docket No. 223](#)).

 f)  [Thermo Fisher Scientific, Inc's] Limited Objection and Reservation of Rights to (1) Debtors' Motion for (I) an Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets; (B) Approving Certain Bid Protections in Connection with the Debtor's Entry into any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) an Order or Orders (A) Approving the Sale of the Debtor's Assets Free and Clear of all Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (2) Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts and Unexpired Leases [Filed: 12/17/24] (Docket No. 265).

Related Documents:

 a)  [ENTERED] Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets; (B) Approving Certain Bid Protections in Connection with the Debtor's Entry into any Potential Stalking Horse Agreements; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief [Entered: 11/14/24] (Docket No. 181).

 b)  Notice of Proposed Sale or Sales of the Debtor's Assets, Free and Clear of all Encumbrances, other than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto [Filed: 11/14/24] (Docket No. 185).

 c)  Notice of Potential Assumption, Assumption and Assignment, or Transfer of Executory Contracts And Unexpired Leases [Filed: 11/14/24] (Docket No. 186).

 d)  Notice of Filing of Successful Bidders and Auction Results for Sale of Assets [Filed: 12/13/24] (Docket No. 257).

 e)  Supplemental Notice of Filing of Successful Bidders and Auction Results for Sale of Assets [Filed: 12/17/24] (Docket No. 264).

 f)  Declaration of Vassiliki ("Celia") Economides in Support of the Debtor's Motion for Entry of an Order or Orders (A) Approving the Sale of the Debtor's Assets Free and Clear of all Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 12/18/24] (Docket No. 266).

 g)  Declaration of Geoffrey Richards in Support of the Debtor's Motion for Entry of an Order or Orders (A) Approving the Sale of the Debtor's Assets Free and Clear of all Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 12/18/24] (Docket No. 267).

    h)    Official Committee of Unsecured Creditors' (I) Initial Statement and (II) Reservation of Rights with Respect to the Sale of the Debtor's Assets [Filed: 12/18/24] (Docket No. 269).

    i)    Declaration of Charlie Vandis in Support of Entry of an Order Authorizing the Sale of Certain of the Debtor's Assets to Hercules Capital, Inc. [Filed: 12/18/24] (Docket No. 270).

    **j)**    **Notice of Filing of Proposed Sale Orders [Filed: 12/18/24] (Docket No. 273).**

Status:  **This sale hearing is going forward by zoom only.** The contract assumption and assignment/cure objections listed above at Responses a through e above will not be going forward at this hearing.  As of this time, the objecting parties' contracts/agreements have not been selected for assumption and assignment.  If that changes, additional notice will be provided. The Debtor is in discussions with respect to Thermo Fisher Scientific, Inc's Limited Objection and Reservation of Rights filed at Docket No. 265 above and will update the Court on this matter.

Dated: December **19**, 2024    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
John W. Lucas, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:    dgrassgreen@pszjlaw.com
              jlucas@pszjlaw.com
              mpagay@pszjlaw.com
              joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*