IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRITSTONE BIO, INC.,[1] | ) Case No. 24-12305 (KBO) |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Quarles & Brady LLP and McDermott Will & Emery LLP hereby enter their appearance (this "Notice of Appearance") in the above-captioned case as counsel to Seattle Project Corp., pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Counsel hereby requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

| **QUARLES & BRADY LLP** | **MCDERMOTT WILL & EMERY LLP** |
|---|---|
| John Harris | David R. Hurst (I.D. No. 3743) |
| One Renaissance Square | The Brandywine Building |
| Two North Central Avenue, Suite 600 | 1000 N. West Street, Suite 1400 |
| Phoenix, Arizona 85004 | Wilmington, Delaware 19801 |
| (602) 229-5200 | (302) 485-3900 |
| john.harris@quarles.com | dhurst@mwe.com |
| | |
| *- and -* | *- and -* |
| | |
| Christopher Combest | Darren Azman |
| 300 N. LaSalle Street, Suite 4000 | Natalie Rowles |
| Chicago, Illinois 60654 | One Vanderbilt Avenue |
| (312) 715-5000 | New York, New York 10017 |
| christopher.combest@quarles.com | (212) 547-5400 |
| | dazman@mwe.com |
| | nrowles@mwe.com |

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in his case or in any other action are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
December 19, 2024

**QUARLES & BRADY LLP**

John Harris
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, Arizona 85004
(602) 229-5200
john.harris@quarles.com

- *and* -

Christopher Combest
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000
christopher.combest@quarles.com

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
(302) 485-3900
dhurst@mwe.com

- *and* -

Darren Azman
Natalie Rowles
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
dazman@mwe.com
nrowles@mwe.com

*Counsel to Seattle Project Corp.*