## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC., | Case No. 24-12305 (KBO) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 19, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 12/19/2024 | 275 | Notice of Appearance. Filed by Seattle Project Corp.. (Hurst, David) (Entered: 12/19/2024) |
|---|---|---|

Dated: December 23, 2024

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

Add Life Facilities Services, Inc.
2405 De La Cruz Blvd.
Santa Clara, CA 95050

Allucent (US) LLC
2000 Centregreen Way, Suite 300
Cary, NC 27513

Arentfox Schiff LLP
Andrew I. Silfen, Beth M. Brownstein, Patrick Feeney, and
Carolyn Indelicato
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

Arentfox Schiff LLP
James E. Britton
800 Boylston Street, 32nd Floor
Boston, MA 02199

Beth Israel Deaconess Medical Center
330 Brookline Avenue, OV-540
Boston, MA 02215

BMR-Sidney Research Campus LLC
Carlye Murphy
314 Main Street, 14th Floor
Cambridge, MA 02142

BMR-Sidney Research Campus LLC
17190 Bernardo Center Drive
San Diego, CA 92128

Box Inc.
P.O. Box 39000
Dept 34666
San Francisco, CA 94139

Buchalter, A Professional Corporation
Jeffrey K. Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Buchalter, A Professional Corporation
Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco, CA 94105-3493

California Attorney General
Attn Bankruptcy Department
1300 I St., Ste. 1740
Sacramento, CA 95814-2919

Certara USA, Inc.
100 Overlook Center
Suite 101
Princeton, NJ 08540

Cole Schotz P.C.
Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Cole Schotz P.C.
Stuart Komrower, Warren A. Usatine, Felice R. Yudkin
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

Connecticut Attorney General
Attn Bankruptcy Department
165 Capitol Avenue
Hartford, CT 06106

Delaware Attorney General
Attn Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Delaware Dept of Justice
Attorney General
Attn Bankruptcy Department
Carvel State Building
820 N French St
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Dilworth Paxson LLP
Martin J. Weis
800 N. King Street, Ste 202
Wilmington, DE 19801

Element Materials Technology (EMT) Oakland - Concord,
INC.
P.O. BOX 855356
Minneapolis, MN 55485-5356

Fisher BioServices Inc.
P.O. Box 418395
Boston, MA 02241-8395

Fisher Scientific
13551 Collections Center Drive
Chicago, IL 60693

Georgia Attorney General
Attn Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

Gritstone bio, Inc.
Celia Economides
5959 Horton Street, Suite 300
Emeryville, CA 94608

Hiller Law, LLC
Adam Hiller
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801

Illinois Attorney General
Attn Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

Indiana Attorney General
Attn Bankruptcy Department
Indiana Govt Center South
302 West Washington St 5th Fl
Indianapolis, IN 46204

Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

KTBS Law LLP
Thomas E. Patterson, Maria Sountas-Argiropoulos, Nir Maoz
1801 Century Park East, 26th Floor
Los Angeles, CA 90067

Kurtzman Carson Consultants dba Verita Global
Jeffrey Miller
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

LifeSci Advisors, LLC
250 West 55th Street, Suite 3401
New York, NY 10019

Margolis Edelstein
James E. Huggett
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Maryland Attorney General
Attn Bankruptcy Department
200 St. Paul Place
Baltimore, MD 21202-2202

Massachusetts Attorney General
Attn Bankruptcy Department
One Ashburton Place
20th Floor
Boston, MA 02108-1518

Meso Scale Diagnostics LLC
Accounts Receivable, P.O. Box 715112
Philadelphia, PA 19171-5112

MuriGenics, Inc.
Dr. Henry W. Lopez
941 Railroad Avenue
Vallejo, CA 94592

New Hampshire Attorney General
Attn Bankruptcy Department
33 Capitol St.
Concord, NH 03301

New Jersey Attorney General
Attn Bankruptcy Department
Richard J. Hughes Justice Complex
25 Market St
PO Box 080
Trenton, NJ 08625-0080

New York Attorney General
Attn Bankruptcy Department
Office of the Attorney General
The Capitol, 2nd Fl.
Albany, NY 12224-0341

Office of the United States Trustee Delaware
Timothy Jay Fox, Jr.
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19801

OnQ Research Pty LTD.
250 Market Street
Fairlands, Johannessburg 2170
South Africa

Oregon Attorney General
Attn Bankruptcy Department
1162 Court St. NE
Salem, OR 97301-4096

Pachulski Stang Ziehl & Jones
Debra Grassgreen, John W Lucas, Brooke E Wilson
One Sansome Street, Suite 3430
San Francisco, CA 94104

Pachulski Stang Ziehl & Jones
James E O'Neill
919 North Market Street, 17th Floor
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones
Malhar S Pagay
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Pennsylvania Attorney General
Attn Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120

Potter Anderson & Corroon LLP
Christopher M. Samis, Aaron H. Stulman, Katelin A.
Morales, Ethan H. Sulik
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Presidio
Jay Staples
One Penn Plaza, Suite 2501
New York, NY 10119

Presidio Networked Solutions
P.O. Box 822169
Philadelphia, PA 19182-2169

ProPharma Group Holdings, LLC
PO BOX 735546
Dallas, TX 75373-5546

Rhode Island Attorney General
Attn Bankruptcy Department
150 S. Main St.
Providence, RI 02903

Sanquin
Plesmanlaan 125
Amsterdam, CX 1066
Netherlands

Securities & Exchange Commission
NY Regional Office
Regional Director
100 Pearl St., Suite 20-100
New York, NY 10004-2616

Securities & Exchange Commission
PA Regional Office
Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Sheppard Mullin
Kyle J. Mathews
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071

Sheppard Mullin
Robert K. Sahyan and Ori Katz
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

Smartsheet Inc
PO Box 7410971
Chicago, IL 60674-0971

Texas Attorney General
Attn Bankruptcy Department
300 W. 15th St
Austin, TX 78701

Triumvirate Environmental, Inc.
DEPT 111047
P.O. BOX 150502
Hartford, CT 06115-0502

Tucker Arensberg, P.C
Beverly Weiss Manne, Maribeth Thomas
1500 One PPG Place
Pittsburgh, PA 15222

UniFirst Corporation
1933 Milmont Drive
Milpitas, CA 95035

US Attorney for District of Delaware
US Attorney for Delaware
1313 N Market Street
Hercules Building
Wilmington, DE 19801

Verrill Dana LLP
Nathaniel R. Hull
One Portland Square
Portland, ME 04101

Verrill Dana LLP
Thomas O. Bean
One Federal Street, 20th Floor
Boston, MA 02110

Washington Attorney General
Attn Bankruptcy Department
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-0100

Worldwide Clinical Trials Inc
600 Park Offices Dr., Suite 200
Durham, NC 27709

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Robert F. Poppiti, Jr.
1000 North King Street
Wilmington, DE 19801