**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On December 23, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 74]

- **Notice of Deadlines for the Filing of (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code, and (II) Rejection Damages Claims** [Docket No. 243]

- **Modified Official Form 410 Proof of Claim Debtors** [substantially in the form attached as Exhibit B to Docket No. 200]

Dated: January 13, 2025

                                                                                          /s/ *Ronaldo Lizarraga Angulo*
                                                                                          Ronaldo Lizarraga Angulo
                                                                                          Verita
                                                                                          222 N Pacific Coast Highway, Suite 300
                                                                                           El Segundo, CA 90245
                                                                                           Tel. 310.823.9000

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| WCG IRB LLC | Affiliate of WCG Clinical | 212 Carnegie Center Ste 301 | Princeton | NJ | 08540 |