**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On January 9, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **First Monthly Fee Application of PwC US Business Advisory LLP, as Financial Advisor to the Debtor, for Compensation and Reimbursement of Expenses for the Period from October 10, 2024 Through November 30, 2024** [Docket No. 335]

- **Order (I) Establishing a Deadline for Filing Requests for Allowance of Administrative Expense Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief** [Docket No. 336]

Furthermore, on January 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1]  The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

- **Order (I) Establishing a Deadline for Filing Requests for Allowance of Administrative Expense Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief** [Docket No. 336]

Dated: January 16, 2025

/s/ *Ronaldo Lizarraga Angulo*
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

Exhibit A

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein, Patrick Feeney, and Carolyn Indelicato | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com; patrick.feeney@afslaw.com; carolyn.indelicato@afslaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | James E. Britton | james.britton@afslaw.com |
| Counsel to Worldwide Clinical Trials, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | carlye.murphy@biomedrealty.com |
| Counsel to Sarah Cannon Research Institute ("SCRI") | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Hercules Capital, Inc. | Cole Schotz P.C. | Stacy L. Newman | snewman@coleschotz.com |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Ustaine, Felice R. Yudkin | skomrower@coleschotz.com; wustaine@coleschotz.com; fyudkin@coleschotz.com |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Worldwide Clinical Trials, Inc. | Dentons Bingham Greenebaum LLP | James R. Irving | james.irving@dentons.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Dilworth Paxson LLP | Martin J. Weis | mweis@dilworthlaw.com |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Hiller Law, LLC | Adam Hiller | ahiller@adamhillerlaw.com |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Future Solution Investments LLC | KTBS Law LLP | Thomas E. Patterson, Maria Sountas-Argiropoulos, Nir Maoz | tpatterson@ktbslaw.com; msargiropoulos@ktbslaw.com; nmaoz@ktbslaw.com |
| Counsel to Stacy Proctor | Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Attorney General for the State of Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | Darren Azman, Natalie Rowles | dazman@mwe.com; nrowles@mwe.com |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | David R. Hurst | dhurst@mwe.com |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | noonans@murigenics.com; lopezh@murigenics.com |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Proposed Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Debra Grassgreen, John W Lucas, Brooke E Wilson | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com; bwilson@pszjlaw.com |
| Proposed Counsel to the Debtors | Pachulski Stang Ziehl & Jones | James E O'Neill | joneill@pszjlaw.com |
| Proposed Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Malhar S Pagay | mpagay@pszjlaw.com |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Christopher M. Samis, Aaron H. Stulman, Katelin A. Morales, Ethan H. Sulik | csamis@potteranderson.com; astulman@potteranderson.com; kmorales@potteranderson.com; esulik@potteranderson.com |
| Committee of Unsecured Creditors | Presidio | Jay Staples | jstaples@presidio.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | Christopher Combest | christopher.combest@quarles.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | John Harris | john.harris@quarles.com |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | kmathews@sheppardmullin.com |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | rsahyan@sheppardmullin.com; okatz@sheppardmullin.com |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Tucker Arensberg, P.C | Beverly Weiss Manne, Maribeth Thomas | bmanne@tuckerlaw.com; mthomas@tuckerlaw.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Nathaniel R. Hull | nhull@verrill-law.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Thomas O. Bean | tbean@verrill-law.com |
| Counsel to Future Solution Investments LLC | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Robert F. Poppiti, Jr. | bankfilings@ycst.com; mnestor@ycst.com; rpoppiti@ycst.com |

Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | 314 Main Street, 14th Floor | | | Cambridge | MA | 02142 |
| Attorney General for the State of California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Usatine, Felice R. Yudkin | Court Plaza North | 25 Main Street | P.O. Box 800 | Hackensack | NJ | 07602-0800 |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Attorney General for the State of Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | 941 Railroad Avenue | | | Vallejo | CA | 94592 |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Committee of Unsecured Creditors | Presidio | Jay Staples | One Penn Plaza, Suite 2501 | | | New York | NY | 10119 |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | 333 South Hope Street | Forty-Third Floor | | Los Angeles | CA | 90071 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | Four Embarcadero Center | Seventeenth Floor | | San Francisco | CA | 94111 |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Attorney General for the State of Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |