**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO)<br><br>**Related Docket Nos. 423, 424, 442** |

**NOTICE OF (A) HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN; (B) DEADLINE FOR VOTING TO ACCEPT OR REJECT PLAN; (C) DEBTOR'S RELEASES AND THIRD PARTY RELEASE; AND (D) RELATED MATTERS**

**PLEASE TAKE NOTICE**: On February 11, 2025, debtor and debtor in possession Gritstone bio, Inc. (the "Debtor") filed *Gritstone Bio, Inc.'s First Modified Chapter 11 Plan of Reorganization* [Docket No. 423] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").

Concurrently with the filing of the Plan, the Debtor filed the related Disclosure Statement in support of the Plan [Docket No. 424] (including all exhibits thereto and as may be amended, modified or supplemented from time to time, collectively, the "Disclosure Statement"). On February 12 2025, this Court entered an order approving the Disclosure Statement [Docket No. 442] (the "Disclosure Statement Order") and certain related materials (i) establishing notice, voting and objection procedures for Voting Classes (the "Solicitation Materials") and (ii) establishing notice and objection procedures for Non-Voting Classes (the "Non-Voting Class Notices").

**A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held on March 25, 2025, commencing at 10:00 a.m. (prevailing Eastern Time),** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801. It may be possible to attend the Confirmation Hearing remotely. Any party who wishes to attend via video conference is required to register with the Court at the following link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. The Confirmation Hearing may be continued from time to time without further notice except for (i) an announcement made at the Confirmation Hearing or any adjourned confirmation hearing or (ii) a written notice filed with the Bankruptcy Court and served on all parties who have filed Plan Objections, the United States Trustee, and all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

The record date for determining which Holders of Claims against the Debtor may vote on the Plan is February 12, 2025 (the "Record Date").

If you are entitled to vote on the Plan you will receive Solicitation Materials. The Solicitation Materials include the following documents: (a) the order approving the Disclosure Statement setting forth (i) the commencement date of the Confirmation Hearing, (ii) the deadline and procedures for filing Plan Objections, and (iii) the deadline for receipt of Ballots to accept or reject the Plan; (b) a printed copy of the Ballots (as each may be applicable to your Claim(s)) and a Ballot return envelope; (c) a flash drive or

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number are 9534.

printed book containing the Disclosure Statement (together with the exhibits thereto, including the Plan); (d) a cover letter from the Debtor explaining the enclosure and requesting that creditors vote in favor of the Plan; and (e) for Holders of Claims in Classes 5 and 6 only, a letter from the Official Committee of Unsecured Creditors in support of the Plan.

Any party in interest wishing to obtain copies of the Solicitation Materials, including the Plan and Disclosure Statement, at the Debtor's expense may do so by (i) contacting the Debtor's Solicitation Agent at (877) 709-4754 (Toll free) or (424) 236-7233 (International) or by submitting an inquiry at https://www.veritaglobal.net/gritstone/inquiry or by viewing such documents by accessing online at no cost to you at https://veritaglobal.net/gritstone. The documents are also available on the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

If you are entitled to vote on the Plan, for your Ballot to be counted, you must complete all required information on the Ballot, execute the Ballot, and **return the completed Ballot to the address indicated on the Ballot so that it is received by 5:00 p.m. (Eastern Time) on March 17, 2025** (the "Voting Deadline"). Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Solicitation Agent on or before the Voting Deadline may disqualify your Ballot and your vote.

If an objection is pending with respect to your Claim as of the date you receive this Notice, your vote will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan, and you are required to file a motion for such relief (a "Rule 3018 Motion") **no later than 5:00 p.m. (Eastern time) on March 17, 2025**, which may be heard on or prior to the Confirmation Hearing. Notwithstanding the foregoing, if the Debtor files an objection to a claim and request that such claim be allowed in a specific amount, your Ballot shall be counted in such specified amount, unless otherwise ordered by the Court.

**The Bankruptcy Court has established March 17, 2025 at 5:00 p.m. (Eastern Time), as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline").** All Plan Objections must state with particularity the legal and factual grounds for such objection; (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection; (iv) be filed with the Court and served so as to be received by the Plan Objection Deadline; and (v) served on the following parties: (a) counsel for the Debtor, (x) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill (joneill@pszjlaw.com); and (y) Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104, Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com) and John W. Lucas (jlucas@pszjlaw.com); (b) counsel to the Prepetition Agent, (x) Cole Schotz P.C., Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Attn: Stuart Komrower (skomrower@coleschotz.com) and Felice R. Yudkin, Esq. (fyudkin@coleschotz.com); and (y) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Stacy L. Newman, Esq. (snewman@coleschotz.com); (c) counsel to the DIP Agent, (x) KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Thomas Patterson (tpatterson@ktbslaw.com) & Nir Maoz (nmaoz@ktbslaw.com) and (y) Young Conaway Stargatt & Taylor LLP 1000 North King Street, Wilmington, DE 19801, Attn: Michael Nestor (mnestor@ycst.com) & Robert F. Poppiti, Jr. (rpoppiti@ycst.com), (d) counsel to the Committee, (i) ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019, Attn: Beth M. Brownstein (beth.brownstein@asflaw.com), and (ii) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801; Attn: Christopher M. Samis, (csamis@potteranderson.com), Katelin A. Morales, (kmorales@potteranderson.com), Sameen Rizvi (srizvi@potteranderson.com); and (e)

the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr., Esq. (timothy.fox@usdoj.gov).

**Any Plan Objection not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice will not be heard and will be overruled.**

**<u>PLEASE TAKE NOTICE: ARTICLE X OF THE PLAN CONTAINS CERTAIN RELEASES, EXCULPATION PROVISIONS AND INJUNCTIONS, INCLUDING THIRD PARTY RELEASES</u>**

Dated:  February 13, 2025                                **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Debra I. Grassgreen, (Pro Hac Vice)
John W. Lucas, (Pro Hac Vice)
Malhar S. Pagay, (Pro Hac Vice)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:  dgrassgreen@pszjlaw.com
            jlucas@pszjlaw.com
            mpagay@pszjlaw.com
            joneill@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*