**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

**CERTIFICATE OF SERVICE**

　　　　I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

　　　　Furthermore, on February 14, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Certification of No Objection (No Order Required) Regarding Second Monthly Fee Application of PWC US Business Advisory LLP, as Financial Advisor to the Debtor, for Compensation and Reimbursement of Expenses for the Period from December 1, 2024 Through December 31, 2024** [Docket No. 449]

- **Certification of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP as Special Corporate Counsel for the Debtor and Debtor in Possession for the Period from October 10, 2024 Through October 31, 2024** [Docket No. 450]

- **Third Notice of Designation of Contracts for Assumption and Assignment Pursuant to Asset Purchase Agreement with Seattle Project Corp** [Docket No. 455]

- **Third Notice of Provisional Removal of Contracts from Omnibus Motions for Rejection of Contracts** [Docket No. 456]

　　　　Furthermore, on February 14, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

---

[1] 　The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

- **Monthly Operating Report for Gritstone bio, Inc. for the Period Ending December 31, 2024** [Docket No. 451]

Furthermore, on February 14, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

- **Third Notice of Designation of Contracts for Assumption and Assignment Pursuant to Asset Purchase Agreement with Seattle Project Corp** [Docket No. 455]

- **Third Notice of Provisional Removal of Contracts from Omnibus Motions for Rejection of Contracts** [Docket No. 456]

Dated: February 21, 2025

/s/ *Ronaldo Lizarraga Angulo*
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein, Patrick Feeney, and Carolyn Indelicato | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com; patrick.feeney@afslaw.com; carolyn.indelicato@afslaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | James E. Britton | james.britton@afslaw.com |
| Counsel to Worldwide Clinical Trials, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | carlye.murphy@biomedrealty.com |
| Counsel to Sarah Cannon Research Institute ("SCRI") | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Hercules Capital, Inc. | Cole Schotz P.C. | Stacy L. Newman | snewman@coleschotz.com |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Usatine, Felice R. Yudkin | skomrower@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Worldwide Clinical Trials, Inc. | Dentons Bingham Greenebaum LLP | James R. Irving | james.irving@dentons.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Dilworth Paxson LLP | Martin J. Weis | mweis@dilworthlaw.com |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Hiller Law, LLC | Adam Hiller | ahiller@adamhillerlaw.com |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Future Solution Investments LLC | KTBS Law LLP | Thomas E. Patterson, Maria Sountas-Argiropoulos, Nir Maoz | tpatterson@ktbslaw.com; msargiropoulos@ktbslaw.com; nmaoz@ktbslaw.com |
| Counsel to Stacy Proctor | Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | Darren Azman, Natalie Rowles | dazman@mwe.com; nrowles@mwe.com |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | David R. Hurst | dhurst@mwe.com |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | noonans@murigenics.com; lopezh@murigenics.com |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Debra Grassgreen, John W Lucas, Brooke E Wilson | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com; bwilson@pszjlaw.com |
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | James E O'Neill | joneill@pszjlaw.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Malhar S Pagay | mpagay@pszjlaw.com |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for the Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Christopher M. Samis, Aaron H. Stulman, Katelin A. Morales, Ethan H. Sulik | csamis@potteranderson.com; astulman@potteranderson.com; kmorales@potteranderson.com; esulik@potteranderson.com |
| Committee of Unsecured Creditors | Presidio | Jay Staples | jstaples@presidio.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | Christopher Combest | christopher.combest@quarles.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | John Harris | john.harris@quarles.com |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | kmathews@sheppardmullin.com |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | rsahyan@sheppardmullin.com; okatz@sheppardmullin.com |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to Oracle America, Inc. | The Magnozzi Law Firm, P.C. | Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Tucker Arensberg, P.C | Beverly Weiss Manne, Maribeth Thomas | bmanne@tuckerlaw.com; mthomas@tuckerlaw.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Nathaniel R. Hull | nhull@verrill-law.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Thomas O. Bean | tbean@verrill-law.com |
| Counsel to Future Solution Investments LLC | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Robert F. Poppiti, Jr. | bankfilings@ycst.com; mnestor@ycst.com; rpoppiti@ycst.com |

# Exhibit B

**Exhibit B**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

# Exhibit C

**Exhibit C**
**United States Trustee**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re Gritstone bio, Inc.
Case No. 24-12305

# Exhibit D

**Exhibit D**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Datadog Inc. | Attn Officer or Director | jessica.armstrong@datadoghq.com |
| Lucid Software Inc. | Attn Officer or Director | ar@lucidchart.com |
| Sapio Sciences LLC | Attn Officer or Director | accounting@sapiosciences.com |
| Suvoda LLC | Attn Officer or Director | finance@suvoda.com |

# Exhibit E

**Exhibit E**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | 314 Main Street, 14th Floor | | | Cambridge | MA | 02142 |
| Attorney General for the State of California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Usatine, Felice R. Yudkin | Court Plaza North | 25 Main Street | P.O. Box 800 | Hackensack | NJ | 07602-0800 |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Attorney General for the State of Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | 941 Railroad Avenue | | | Vallejo | CA | 94592 |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Committee of Unsecured Creditors | Presidio | Jay Staples | One Penn Plaza, Suite 2501 | | | New York | NY | 10119 |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |

In re Gritstone bio, Inc.
Case No. 24-12305

**Exhibit E**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | 333 South Hope Street | Forty-Third Floor | | Los Angeles | CA | 90071 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | Four Embarcadero Center | Seventeenth Floor | | San Francisco | CA | 94111 |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Attorney General for the State of Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |

# Exhibit F

**Exhibit F**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Datadog Inc. | Attn Officer or Director | DEPT CH 17763 | Palatine | IL | 60055-7763 |
| Datadog, Inc. | Attn Legal Notice | 620 8th Avenue 45th Floor | New York | NY | 10018-1741 |
| Lucid Software Inc. | Attn Officer or Director | 10355 South Jordan Gateway, Suite 300 | South Jordan | UT | 84095 |
| Lucid Software Inc. | Attn Officer or Director | 10355 S Jordan Gateway #150 | South Jordan | UT | 84095 |
| Sapio Sciences LLC | Attn Officer or Director | 205 N. George Street | York | PA | 17401 |
| Suvoda LLC | Attn Officer or Director | 181 Washington Street, Suite 100 | Conshohocken | PA | 19428 |
| Suvoda, LLC | Attn Officer or Director | 4075 North Williams Ave, Suite 320 | Portland | OR | 97227 |