**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

      On February 24, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Deadline for Filing of Administrative Expense Claims** [Docket No. 344]

- **Request for Payment of Administrative Expense Claim** [substantially in the form of Exhibit 1 of Docket No. 336]

Dated: March 24, 2025

                                                               /s/ *Heather Fellows*
                                                               Heather Fellows
                                                                Verita
                                                                222 N Pacific Coast Highway, Suite 300
                                                                El Segundo, CA 90245
                                                                Tel. 310.823.9000

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Clarivate Analytics | 789 E Eisenhower Pkwy | Ann Arbor | MI | 48108-3218 |

In re Gritstone bio, Inc.
Case No. 24-12305

Page 1 of 1