# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

      On March 3, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (A) Hearing to Consider Confirmation of Debtor's Chapter 11 Plan; (B) Deadline for Voting to Accept or Reject Plan; (C) Debtor's Releases and Third Party Release; and (D) Related Matters** [Docket No. 454]

Dated: March 24, 2025

                                                          /s/ *Heather Fellows*
                                                          Heather Fellows
                                                          Verita
                                                          222 N Pacific Coast Highway, Suite 300
                                                          El Segundo, CA 90245
                                                          Tel. 310.823.9000

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| The Depository Trust Company | 570 Washington Blvd | Jersey City | MJ | 07310-1617 |