**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On March 25, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Omnibus Order Approving Interim Fee Applications** [Docket No. 570]

- **Notice of Agenda of Matters Scheduled for Hearing on March 26, 2025 at 2:30 p.m. (Eastern Time) Before the Honorable Karen B. Owens** [Docket No. 572]

- **Notice of Continuance of Confirmation Hearing** [Docket No. 574]

- **Certification of No Objection (No Order Required) Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession for the Period from January 1, 2025 Through January 31, 2025** [Docket No. 575]

Furthermore, on March 25, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit B**; and via Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on March 26, 2025 at 2:30 p.m. (Eastern Time) Before the Honorable Karen B. Owens** [Docket No. 572]

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

- **Notice of Continuance of Confirmation Hearing** [Docket No. 574]

Dated: March 26, 2025

/s/ *Ronaldo Lizarraga Angulo*
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein, Patrick Feeney, and Carolyn Indelicato | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com; patrick.feeney@afslaw.com; carolyn.indelicato@afslaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Arentfox Schiff LLP | James E. Britton | james.britton@afslaw.com |
| Counsel to Worldwide Clinical Trials, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Kevin M. Capuzzi | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | carlye.murphy@biomedrealty.com |
| Counsel to Sarah Cannon Research Institute ("SCRI") | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Hercules Capital, Inc. | Cole Schotz P.C. | Stacy L. Newman | snewman@coleschotz.com |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Usatine, Felice R. Yudkin | skomrower@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Worldwide Clinical Trials, Inc. | Dentons Bingham Greenebaum LLP | James R. Irving | james.irving@dentons.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Dilworth Paxson LLP | Martin J. Weis | mweis@dilworthlaw.com |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Hiller Law, LLC | Adam Hiller | ahiller@adamhillerlaw.com |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Future Solution Investments LLC | KTBS Law LLP | Thomas E. Patterson, Maria Sountas-Argiropoulos, Nir Maoz | tpatterson@ktbslaw.com; msargiropoulos@ktbslaw.com; nmaoz@ktbslaw.com |
| Counsel to Stacy Proctor | Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | Darren Azman, Natalie Rowles | dazman@mwe.com; nrowles@mwe.com |
| Counsel to Seattle Project Corp. | Mcdermott Will & Emery LLP | David R. Hurst | dhurst@mwe.com |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | noonans@murigenics.com; lopezh@murigenics.com |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Debra Grassgreen, John W Lucas, Brooke E Wilson | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com; bwilson@pszjlaw.com |
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | James E O'Neill | joneill@pszjlaw.com |
| Counsel to the Debtors | Pachulski Stang Ziehl & Jones | Malhar S Pagay | mpagay@pszjlaw.com |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for Certara USA, Inc. | Porzio, Bromberg & Newman, P.C. | Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| Counsel for Certara USA, Inc. | Porzio, Bromberg & Newman, P.C. | Robert M. Schechter, Jenny Zhou | rmschechter@pbnlaw.com; jzhou@pbnlaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Christopher M. Samis, Aaron H. Stulman, Katelin A. Morales, Ethan H. Sulik | csamis@potteranderson.com; astulman@potteranderson.com; kmorales@potteranderson.com; esulik@potteranderson.com |
| Committee of Unsecured Creditors | Presidio | Jay Staples | jstaples@presidio.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | Christopher Combest | christopher.combest@quarles.com |
| Counsel to Seattle Project Corp. | Quarles & Brady LLP | John Harris | john.harris@quarles.com |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | kmathews@sheppardmullin.com |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | rsahyan@sheppardmullin.com; okatz@sheppardmullin.com |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to Oracle America, Inc. | The Magnozzi Law Firm, P.C. | Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Tucker Arensberg, P.C | Beverly Weiss Manne, Maribeth Thomas | bmanne@tuckerlaw.com; mthomas@tuckerlaw.com |
| Counsel to the Regents of the University of California | University of California, Office of the General Counsel | Tony Ruch | tony.ruch@ucop.edu |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Nathaniel R. Hull | nhull@verrill-law.com |
| Counsel to Beth Israel Deaconess Medical Center, Inc. | Verrill Dana LLP | Thomas O. Bean | tbean@verrill-law.com |
| Counsel to Future Solution Investments LLC | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Robert F. Poppiti, Jr. | bankfilings@ycst.com; mnestor@ycst.com; rpoppiti@ycst.com |

# Exhibit B

**Exhibit B**
**Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Shawn M. Christianson, Valerie Bantner Peo | schristianson@buchalter.com ; vbantnerpeo@buchalter.com |
| Counsel to Oracle America, Inc | Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |

In re Gritstone bio, Inc.
Case No. 24-12305

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | BMR-Sidney Research Campus LLC | Carlye Murphy | 314 Main Street, 14th Floor | | | Cambridge | MA | 02142 |
| Attorney General for the State of California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to the Prepetition Secured Lenders and Hercules Capital, Inc. | Cole Schotz P.C. | Stuart Komrower, Warren A. Usatine, Felice R. Yudkin | Court Plaza North | 25 Main Street | P.O. Box 800 | Hackensack | NJ | 07602-0800 |
| Attorney General for the State of Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Attorney General for the State of Delaware | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Attorney General for the State of Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Attorney General for the State of Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Attorney General for the State of Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Attorney General for the State of Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Attorney General for the State of Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Top 20 Creditor and Committee of Unsecured Creditors | MuriGenics, Inc. | Dr. Henry W. Lopez | 941 Railroad Avenue | | | Vallejo | CA | 94592 |
| Attorney General for the State of New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| Attorney General for the State of New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| Attorney General for the State of New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Attorney General for the State of Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Attorney General for the State of Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Committee of Unsecured Creditors | Presidio | Jay Staples | One Penn Plaza, Suite 2501 | | | New York | NY | 10119 |
| Attorney General for the State of Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |

In re Gritstone bio, Inc.
Case No. 24-12305

Page 1 of 2

**Exhibit C**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Kyle J. Mathews | 333 South Hope Street | Forty-Third Floor | | Los Angeles | CA | 90071 |
| Counsel to the Prepetition Secured Lenders | Sheppard Mullin | Robert K. Sahyan and Ori Katz | Four Embarcadero Center | Seventeenth Floor | | San Francisco | CA | 94111 |
| Attorney General for the State of Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Attorney General for the State of Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |

In re Gritstone bio, Inc.
Case No. 24-12305

# Exhibit D

**Exhibit D**
**Responding Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Oracle America, Inc | Oracle America, Inc. | Peggy Bruggman, Benjamin Wheeler, Alice Miller | 500 Oracle Parkway | Redwood City | CA | 94065 |

In re Gritstone bio, Inc.
Case No. 24-12305