# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

      On March 28, 2024, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Deadlines for the Filing of (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code, and (II) Rejection Damages Claims** [Docket No. 243]

- [Customized] **Modified Official Form 410 Proof of Claim Debtors** [substantially in the form attached as Exhibit B to Docket No. 200]

Dated: April 4, 2025

                                                        /s/ *Heather Fellows*
                                                        Heather Fellows
                                                        Verita
                                                        222 N Pacific Coast Highway, Suite 300
                                                        El Segundo, CA 90245
                                                         Tel. 310.823.9000

---

[1]     The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Clarivate Analytics | 789 E Eisenhower Pkwy | Ann Arbor | MI | 48108-3218 |