IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRITSTONE BIO, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12305 (KBO)<br><br>**Related Docket No. 639** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIFTH MONTHLY FEE APPLICATION OF PWC US BUSINESS ADVISORY LLP, AS FINANCIAL ADVISOR TO THE DEBTOR, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2025 THROUGH APRIL 4, 2025**

The undersigned hereby certifies that:

1. On April 16, 2025, PwC US Business Advisory LLP ("PwC"), financial advisor to the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, filed and served its *Fifth Monthly Fee Application of PwC US Business Advisory LLP, as Financial Advisor to the Debtor, for Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through April 4, 2025* [Docket No. 639] (the "Application").

2. Objections to the Application were to be filed and served no later than April 30, 2025, by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 154], the Debtor is authorized to pay

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

4905-3186-6941.1 32903.00001

2

PwC $192,926.00, which represents 80% of the fees ($241,157.50), and $0.00 which represents the expenses requested in the Application, for a total payment of $192,926.00 for the period from March 1, 2025 through April 4, 2025, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

| | |
|---|---|
| Dated: May 1, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Debra I. Grassgreen, (admitted *pro hac vice*)
John W. Lucas, (admitted *pro hac vice*)
Malhar S. Pagay, (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
Email:   dgrassgreen@pszjlaw.com
             jlucas@pszjlaw.com
             mpagay@pszjlaw.com
             joneill@pszjlaw.com

*Counsel to the Reorganized Debtor*

4905-3186-6941.1 32903.00001