IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GRITSTONE BIO, INC.,[1] | Case No. 24-12305 (KBO) |
| Reorganized Debtor. | **Related Docket No. 642** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SECOND MONTHLY FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL, AS ADMINISTRATIVE ADVISOR TO THE DEBTOR, FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025**

The undersigned hereby certifies that:

1. On April 16, 2025, Kurtzman Carson Consultants, LLC dba Verita Global, ("Verita") as administrative advisor for the above-captioned debtor and debtor in possession (the "Debtor"), filed its *Second Monthly Fee Application of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Debtor, for the Period from February 1, 2025 Through and Including February 28, 2025* [Docket No. 642] (the "Application").

2. Objections to the Application were to be filed and served no later than April 30, 2025, by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 154], the Debtor is authorized to pay

---

[1] The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

Verita $1,281.49, which represents 80% of the fees ($1,601.86), and $0.00 which represents the expenses requested in the Application, for a total payment of $1,281.49 for the period from February 1, 2025 through February 28, 2025, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: May 1, 2025　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　／s/ *James E. O'Neill*
　　　　　　　　　　　　　　　　　　Debra I. Grassgreen, (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　John W. Lucas, (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Malhar S. Pagay, (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 8750
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-8705
　　　　　　　　　　　　　　　　　　Tel:  302-652-4100
　　　　　　　　　　　　　　　　　　Fax: 302-652-4400
　　　　　　　　　　　　　　　　　　Email:　dgrassgreen@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　jlucas@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　mpagay@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to the Reorganized Debtor*